IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------x
In re:                                          :
                                                :    Chapter 13
                                                :
LYNDEL TOPPIN,                                  :
                                                :    Bankruptcy No. 18-13098 (MDC)
         Debtor.                                :
---------------------------------------------------x
---------------------------------------------------x
                                                :
LYNDEL TOPPIN,                                  :
                                                :    Adv. Pro. No. 18-00137 (MDC)
         Plaintiff,                             :
                                                :
         v.                                     :
                                                :
JEWELL WILLIAMS SHERIFF                         :
OF THE CITY OF PHILADELPHIA and                 :
ABDELDAYEM HASSAN a/k/a                         :
ABDELDYEM HASSAN,                               :
                                                :
         Defendant                              :
---------------------------------------------------x

### ENTRY OF APPEARANCE OF THE CITY OF PHILADELPHIA

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly enter the appearance of Megan N. Harper, Esquire as counsel of record for defendant Jewell Williams, Sheriff of the City of Philadelphia, in the above captioned matter.

THE CITY OF PHILADELPHIA

Dated: July 19, 2018        By:    */s/ Megan N. Harper*
                                   MEGAN N. HARPER
                                   Deputy City Solicitor
                                   PA Attorney I.D. 81669
                                   Attorney for the City of Philadelphia
                                   City of Philadelphia Law Department
                                   Municipal Services Building
                                   1401 JFK Boulevard, 5th Floor
                                   Philadelphia, PA  19102-1595
                                   215-686-0503 (phone)
                                   Email: Megan.Harper@phila.gov