## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
------------------------------------------------------x
In re:                                                :
                                                      :     Chapter 13
LYNDEL TOPPIN,                                        :
                                                      :     Bankruptcy No. 18-13098 (MDC)
            Debtor.                                   :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
LYNDEL TOPPIN,                                        :
                                                      :     Adv. Pro. No. 18-00137 (MDC)
            Plaintiff,                                :
                                                      :
     v.                                               :
                                                      :
JEWELL WILLIAMS SHERIFF                               :
OF THE CITY OF PHILADELPHIA and                       :
ABDELDAYEM HASSAN a/k/a                               :
ABDELDYEM HASSAN,                                     :
                                                      :
            Defendant                                 :
------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Megan N. Harper, do certify that on July 19, 2018, I caused a true and correct copy of the Answer to Amended Complaint Concerning Willful Violations of the Automatic Stay by Defendants Sheriff of the City of Philadelphia and Abdeldayem Hassan a/k/a Abdeldyem Hassan to be served by U.S. First Class Mail, postage prepaid, upon the parties listed below:

Stephen M. Dunne, Esquire
515 Market Street
Suite 1200
Philadelphia, PA 19102

David M. Offen, Esquire
The Curtis Center
601 Walnut Street
Philadelphia, PA 19106

                                THE CITY OF PHILADELPHIA

Dated: July 19, 2018         By:    */s/ Megan N. Harper*
                                                  MEGAN N. HARPER
                                                  Deputy City Solicitor
                                                 PA Attorney I.D. 81669
                                                 Attorney for the City of Philadelphia
                                                 City of Philadelphia Law
                                                 Municipal Services Building
                                                 1401 JFK Boulevard, 5th Floor
                                                 Philadelphia, PA  19102-1595
                                                 215-686-0503 (phone)
                                                 Email: Megan.Harper@phila.gov