
## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Lyndel Toppin | : | Chapter 13 |
| | : | |
| Debtor. | : | Case No. 18-13098-MDC |

| | | |
|---|---|---|
| Lyndel Toppin | : | |
|     Debtor/Plaintiff | : | |
| v. | : | Adv. Proc. No. 18-00137-MDC |
| | : | |
| Jewell Williams, Sheriff of the City of Philadelphia | : | |
| and Abdeldayem Hassan a/k/a Abdeldyem Hassan | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING MOTION FOR LEAVE TO
## FILE SECOND AMENDED COMPLAINT

    This matter having come before the Court on the Motion for Leave to File Second Amended Complaint (the "Motion"), the plaintiff in the above-captioned adversary proceeding; and sufficient notice of the Motion having been given; and the Court having reviewed and considered the Motion, and objections to the Motion, if any, having been resolved or overruled; and after due deliberation and sufficient cause appearing thereof, the Court hereby **ORDERS, ADJUDGES** and **DECREES** as follows:

1. The Motion is granted in its entirety.

2. The Plaintiff shall file and serve the Second Amended Complaint substantially in the form attached as Exhibit A to the Motion_excluding paragraphs 11 and 13_.

                            BY THE COURT

                            _Magdeline D. Coleman_
                            MAGDELINE D. COLEMAN      10/23/18
                            U.S. BANKRUTPCY JUDGE