## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Lyndel Toppin | : | |
| 146 S. 62nd Street | : | |
| Philadelphia, PA 19139 | : | CHAPTER 13 |
| | : | |
| Debtor. | : | Case No. 18-13098-MDC |

| | | |
|---|---|---|
| | : | |
| Lyndel Toppin | : | |
| Debtor/Plaintiff | : | |
| v. | : | Adv. Proc. No. 18-00137-MDC |
| | : | |
| Jewell Williams | : | |
| Sheriff of the City of Philadelphia | : | |
| In his official capacity | : | |
| Land Title Building - Fifth Floor | : | |
| 100 South Broad Street | : | |
| Philadelphia, PA 19110 | : | |
| Defendant. | : | |
| and, | : | |
| | : | |
| Abdeldayem Hassan a/k/a Abdeldyem Hassan | : | |
| 309 Barker Avenue | : | |
| Lansdowne, PA 19050 | : | |
| Defendant. | | |

## PRAECIPE TO WITHDRAW APPEARANCE

To the Clerk:

Kindly withdraw my entry of appearance noted as document number 52 in this matter.

Respectfully Submitted By:


IFight4Justice L/O of Predrag Filipovic,

By:_____

Predrag Filipovic, Esq. Identification No.: 312568
1735 Market Street, Suite 3750 Philadelphia, PA 19103,

(267) 265-0520, (215) 974-7744 fax,
pfesq@ifight4justice.com