

Stephen Dunne <stephen@dunnelawoffices.com>

---

## Sanctions motion on the 28th
1 message

---

**Joshua Domer** <Joshua.Domer@phila.gov>　　　　　　　　　　　　　　　　　　　　　　Thu, Jan 16, 2020 at 1:37 PM
To: Predrag Filipovic <i.fight4justice@gmail.com>, Stephen Dunne <stephen@dunnelawoffices.com>
Cc: Megan Harper <Megan.Harper@phila.gov>, David Offen <dmo160west@gmail.com>

Good afternoon Mr. Filipovic,

We just spoke over the phone. The City is fine with listing the hearing on the Motion for Sanctions together with the Motions to Compel on January 28.

Also, just to inform you, the City will be re-noticing the Motion for Summary Judgment to schedule the hearing for February 11, and to move the response deadline back to January 28.

Regards,

Josh Domer


Joshua Domer

Assistant City Solicitor

City of Philadelphia Law Department

Tax & Revenue Unit

Municipal Services Building

1401 John F. Kennedy Blvd., 5th Floor

Philadelphia, PA 19102

215-686-0519

joshua.domer@phila.gov

The information contained in this email and any attachments is confidential and may be legally privileged and protected under State or Federal laws. It is intended solely for the addressee and access by anyone else is unauthorized. If you have received this communication or any of its attachments in error, you must notify the sender immediately and delete from your system without retaining a copy. If you are not the intended recipient, any disclosure, copying, or distribution is strictly prohibited and may be unlawful.