# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| LYNDEL TOPPIN, | |
| Debtor. | Bankruptcy No. 18-13098 (MDC) |
| | |
| LYNDEL TOPPIN, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 18-00137 (MDC) |
| JEWELL WILLIAMS, SHERIFF OF THE CITY OF PHILADELPHIA and ABDELDAYEM HASSAN a/k/a ABDELDYEM HASSAN, | |
| Defendants. | |

## ORDER

AND NOW, upon Consideration of Plaintiff's Motion for Sanctions and Response in Opposition Thereto, it is hereby DECREED AND ORDERED THAT THE SAID MOTION IS ~~GRANTED. Defendant~~ DENIED for the reasons stated on the record. ~~JEWELL WILLIAMS, SHERIFF OF THE CITY OF PHILADELPHIA:~~

1. ~~Shall produce Inspector Monte Guess and the Sheriff's Officer who corresponded with Hassan Abdeldyem in May 2018 described in the Motion for Sanctions at their earliest convenience but no later than January 24th 2020;~~

2. ~~Defendant's Summary Judgment Motion Doc.71 filed on Dec 26, 2019, is hereby stricken;~~

3. ~~Dispositive Motion deadline is hereby extended~~ to January 31, 2020, ~~and subsequent deadlines are moved by 30 days~~;

4. Attorney fees in the amount of $1,250.00 ~~are hereby assessed~~ against the Sheriff.

BY THE COURT

2/3/2020

*Magdeline D. C―*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge