## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

LYNDEL TOPPIN,                            :      Chapter 13

     Debtor.                             :      Bankruptcy No. 18-13098 (MDC)

                             :

LYNDEL TOPPIN,                            :

     Plaintiff,                          :

     v.                                  :      Adv. Proc. No. 18-00137 (MDC)

JEWELL WILLIAMS, SHERIFF                  :
OF THE CITY OF PHILADELPHIA and           :
ABDELDAYEM HASSAN a/k/a                   :
ABDELDYEM HASSAN,                         :

     Defendants.                         :

### ORDER

AND NOW, this _3ᴿᴰ_ day of _February_ 2019, 2020, upon the Debtor/Plaintiff's

Motion to Compel Discovery Responses, it is hereby ORDERED and DECREED that

~~Defendant, Jewell Williams~~ *the Motion is DENIED for the reasons stated on ~~shall respond to Plaintiff's Interrogatories and Requests for~~ the*

~~Production of Documents, without objection, within ten (10) days of the date of this Order.~~ *record.*

BY THE COURT:

_Magdeline D. C_____

HONORABLE MAGDELINE D. COLEMAN,
UNITED STATES BANKRUPTCY JUDGE