IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>LYNDEL TOPPIN,<br><br>Debtor. | Chapter 13<br><br>Bankruptcy No. 18-13098 (MDC) |
| LYNDEL TOPPIN,<br><br>Plaintiff,<br><br>v.<br><br>JEWELL WILLIAMS, SHERIFF OF THE CITY OF PHILADELPHIA and ABDELDAYEM HASSAN a/k/a ABDELDYEM HASSAN,<br><br>Defendants. | Adv. Proc. No. 18-00137 (MDC) |

### ORDER

**AND NOW**, this _3RD_ day of _February_ ~~2019~~ *2020*, upon consideration of the Motion of Debtor/Plaintiff to Compel the Deposition of Defendant, Jewell Williams' 30(b)(6) Corporate Representative(s) Pursuant to Federal Rule of Civil Procedure 37, as made applicable hereto by Rule 7037 of the Federal Rules of Bankruptcy Procedure; it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**, *in part*.

2. Defendant, Jewell Williams shall produce 30(b)(6) witnesses ~~in accordance with the descriptions provided in Exhibit A of said motion.~~ *identified by the Plaintiff in connection with the alleged receipt of notice from Defendant, Abdelduyem Hassan on June 22, 2018.*

3. Witnesses shall ~~be available to be deposed on _____ day of _____ 2019.~~

4. The Debtor shall be awarded reasonable expenses, including attorney's fees pursuant to Fed. R. Civ. 37(d)(3) to be determined by the court as _____.

**BY THE COURT:**

_Magdeline D. Coleman_
HONORABLE MAGDELINE D. COLEMAN,
UNITED STATES BANKRUPTCY JUDGE