IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------x
In re:                                            :
                                                  :   In Chapter 13
LYNDEL TOPPIN,                                    :
                                                  :   Bankruptcy No. 18-13098 (MDC)
         Debtor.                                  :
---------------------------------------------------x
---------------------------------------------------x
                                                  :
LYNDEL TOPPIN,                                    :
                                                  :
         Plaintiff,                               :   Adv. Pro. No. 18-00137 (MDC)
                                                  :
         v.                                       :
                                                  :
JEWELL WILLIAMS, SHERIFF                          :
OF THE CITY OF PHILADELPHIA and                   :
ABDELDAYEM HASSAN a/k/a                           :
ABDELDYEM HASSAN,                                 :
                                                  :
         Defendants.                              :
---------------------------------------------------x

## AFFIDAVIT

I, Sean Thornton, do hereby aver the following:

1. I am the Deputy Sheriff Lieutenant assigned to the Civil Enforcement Unit of the Philadelphia Sheriff's Office.

2. I am responsible for overseeing the administration of the Civil Enforcement Unit.

3. In response to the Court's Order, dated February 3, 2020, and amended February 11, 2020 (the "Court Order"), I have searched for the female employee of the Philadelphia Sheriff's Office who allegedly met with Abdeldayem Hassan on June 22, 2018.

4. Mr. Hassan testified in his deposition on November 6, 2019, as follows:

> "I went to the sheriff's office, I think I went to the third floor. I went there and they said -- they saw the letter and they told me I had to go to another level. I

don't know, maybe the fifth floor. They called someone. They told me, you're not allowed to go there by yourself. They called someone and the lady came out and met me at the fifth floor steps, at the elevator, and she took the letter from me and she read it and she said, okay, we have to stop what we are doing, and she kept the letter."

Hassan Dep. 46:11–20.

5. In response to the Court Order, I investigated to find which female employees worked in the Civil Enforcement Unit in June 2018.

6. Deputy Sheriff Jetaria Taylor was the only female employee in the Civil Enforcement Unit during June 2018 that still works for the Sheriff's Office.

7. Deputy Taylor informed me that she did not meet or interact with Mr. Hassan in June 2018.

8. I also identified all female employees who staffed the front desk during June 2018.

9. The same female employees who staffed the front desk during June 2018 continue to work in that capacity today.

10. I asked each employee whether they remember meeting with Mr. Hassan during June 2018.

11. On February 24, 2020, counsel for the Sheriff also emailed myself and the five employees I identified inquiring whether anyone remembered meeting or speaking with Mr. Hassan from June 22, 2018.

12. Included on that email was the visitor's log from June 22, 2018, which documented Mr. Hassan's visit to the Sheriff's Office.

13. None of the employees questioned remember meeting with Mr. Hassan during June 2018.

14. Additionally, none of the employees questioned are able to identify the officer who wrote Mr. Hassan's name from the handwriting on the visitor's log.

15. Despite my best efforts, the Sheriff is unable to identify the employee responsive to the Court Order.

I certify that the statements made herein are true and correct to the best of my knowledge, information and belief. I understand that false statements made herein are subject to the penalties of 28 U.S.C. § 1746, relating to unsworn falsification to authorities.

Dated: 3/16/2020        By: _____
                            Sean Thornton
                            Deputy Sheriff Lieutenant
                            Civil Enforcement Unit
                            Office of the Sheriff of the City of Philadelphia

Sworn and subscribed before me
this 11th day of March, 2020.

_____
Craig W Martin SR
Notary Public

Commonwealth of Pennsylvania - Notary Seal
CRAIG W MARTIN SR - Notary Public
Philadelphia County
My Commission Expires May 25, 2022
Commission Number 1102887