# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>LYNDEL TOPPIN,<br><br>  Debtor.<br><br>LYNDEL TOPPIN,<br><br>  Plaintiff,<br><br>v.<br><br>JEWELL WILLIAMS, SHERIFF OF THE CITY OF PHILADELPHIA and ABDELDAYEM HASSAN a/k/a ABDELDYEM HASSAN,<br><br>  Defendants. | Chapter 13<br><br>Bankruptcy No. 18-13098 (MDC)<br><br><br><br>Adv. Proc. No. 18-00137 (MDC)<br><br>Plaintiff's Remote Witness List |

**Plaintiff's Remote Witness List**

### I. Barrington Whyte

| Witness Name/Title | Summary of Anticipated Testimony | Email Address | Location of Remote Witness |
|---|---|---|---|
| Barrington White "FRIEND OF THE COURT" pursuant to Order Doc. 22 (Case # 18-13098-mdc). | >Plaintiff's residence and relevant financial affairs,<br>>Bankruptcy filing and the notice to the Sheriff thereof.<br>>First hand knowledge of the ill effect the post BK notice collection and writ enforcement had on the Plaintiff. | phillypride21514@gmail.com | Philadelphia, PA, USA |

| Place from which Remote Witness will testify | Person(s) in the room where Remote Witness will testify | Whether Remote Witness will have access to any documents other those on the Exhibit List | |
|---|---|---|---|
| Dunne Law Offices, P.C. 1515 Market Street, Suite 1200 Philadelphia, PA 19102 | Stephen M. Dunne, Debtor's Attorney<br>Lyndel Toppin, Debtor | Barrington White Will only have access to those documents on the Exhibit List | |

### II. Jetaria Taylor

| Witness Name/Title | Summary of Anticipated Testimony | Email Address | Location of Remote Witness |
|---|---|---|---|
| Jetaria Taylor Philadelphia Sheriff Officer | >Philadelphia Sheriff Office's visits to Plaintiff's residence post-petition<br>>Sheriff's Policy and Procedures | Megan Harper <megan.harper@phila.gov>, | Philadelphia, PA, USA |

| Place from which Remote Witness will testify | Person(s) in the room where Remote Witness will testify | Whether Remote Witness will have access to any documents other those on the Exhibit List | |
|---|---|---|---|
| City of Philadelphia Law Department Municipal Services Building 1401 J.F.K. Blvd., 5th Floor Philadelphia, PA 19102-1595 | Unknown | Unknown | |

### III. Custodian of Records

| Witness Name/Title | Summary of Anticipated Testimony | Email Address | Location of Remote Witness |
|---|---|---|---|
| Philadelphia Sheriff's Custodian of Records | >Authenticate Facsimile Transmissions and Correspondence to Philadelphia Sheriff Office >Sheriff's Policy and Procedures | Megan Harper <megan.harper@phila.gov>, | Philadelphia, PA, USA |

| Place from which Remote Witness will testify | Person(s) in the room where Remote Witness will testify | Whether Remote Witness will have access to any documents other those on the Exhibit List | |
|---|---|---|---|
| City of Philadelphia Law Department Municipal Services Building 1401 J.F.K. Blvd., 5th Floor Philadelphia, PA 19102-1595 | Unknown | Unknown | |