# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Lyndel Toppin, | : | |
| Debtor. | : | Bankruptcy No.  18-13098-MDC |

| | | |
|---|---|---|
| Lyndel Toppin, | : | |
| Plaintiff, | : | |
| v. | : | Adversary No. 18-00137-MDC |
| Jewell Williams, Sheriff of the City of Philadelphia | : | |
| and Abdeldayem Hassan aka Abdeldyem Hassan, | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, upon consideration of (i) the Summary Judgment Motion,[1] and (ii) the Directed Verdict Motion, each filed by the Sheriff's Office, and for the reasons set forth in the accompanying Memorandum.

**IT IS HEREBY ORDERED** that:

1. The Summary Judgment Motion is **GRANTED IN PART** and **DENIED IN PART**.  It is **GRANTED** with respect to the Debtor's request for damages for emotional distress and **DENIED** on all other grounds asserted.

2. The Directed Verdict Motion is **GRANTED**.

3. The Debtor's requested relief for sanctions against the Sheriff's Office pursuant to §362(k) of the Bankruptcy Code is **DENIED**.

---

[1] Capitalized terms used herein but not defined shall have the meaning given to them in the accompanying Memorandum.

Dated: November 8, 2021

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Stephen M. Dunne, Esquire
Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

Predrag Filipovic, Esquire
I Fight for Justice
1735 Market Street, Suite 3750
Philadelphia, PA 19103

Megan Harper, Esquire
Joshua Domer, Esquire
City of Philadelphia
Law Department
1401 John F. Kennedy Boulevard, 5th Floor
Philadelphia, PA 19102