## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>LYNDEL TOPPIN,<br><br>Debtor. | Chapter 13<br><br>Bankruptcy No. 18-13098 (MDC) |
| LYNDEL TOPPIN,<br><br>Plaintiff,<br><br>v.<br><br>JEWELL WILLIAMS, SHERIFF OF THE CITY OF PHILADELPHIA and ABDELDAYEM HASSAN a/k/a ABDELDYEM HASSAN,<br><br>Defendants. | Adv. Proc. No. 18-00137 (MDC) |

## **CERTIFICATION RE: TRANSCRIPT**

AND NOW comes the Plaintiff, Lyndel Toppin by his counsel, Predrag Filipovic, Esquire and Stephen M. Dunne, Esquire and, in accordance with Bankruptcy Rule 8009 and Local Bankruptcy Rule 8009-2(b), states as follows:

Request for Transcript Not Required:

The undersigned hereby certifies that the transcript from the trial held in this proceeding that is the subject of this appeal had been previously ordered and transcribed.

Dated:  December 2, 2021

| | |
|---|---|
| By: /s/ *Predrag Filipovic*<br>**Predrag Filipovic, Esquire**<br>1635 Market Street, Suite 1600<br>Philadelphia, PA 19103<br>267-265-0520 Phone<br>Attorney for Plaintiff | BY: /s/ *Stephen M. Dunne*<br>**Stephen M. Dunne, Esquire**<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>(215) 551-7109 Phone<br>Attorney for Plaintiff |