### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Chapter 13 |
| LYNDEL TOPPIN, : | |
| Debtor. : | Bankruptcy No. 18-13098 (MDC) |
| LYNDEL TOPPIN, : | |
| Plaintiff, : | |
| v. : | Adv. Proc. No. 18-00137 (MDC) |
| JEWELL WILLIAMS, SHERIFF : | |
| OF THE CITY OF PHILADELPHIA : | |
| , : | TRIAL STIPULATIONS |
| Defendant. : | |

### STIPULATIONS FOR THE TRIAL

IT IS HEREBY AGREED AMONG PARTIES SHERIFF OF THE CITY OF PHILADELPHIA, AND PLAINTIFF LYNDEL TOPPIN THAT THE FOLLOWING FACTS HAVE BEEN STIPULATED TO AND ARE CONCLUSIVELY ESTABLISHED FOR THE PURPOSES OF THE TRIAL. STIPULATIONS ARE AS FOLLOWS:

A) Abdeldayem Hassan filed a Complaint in Ejectment against "Unknown Occupants" pertaining to 146 S 62nd Street in Philadelphia Court of Common Pleas, in January 2018, docketed as 003400. (P2)
B) Abdeldayem Hassan procured a Judgment by Default for Possession, which was entered against Unknown Occupants at "the property" on April 5th 2018 in the Philadelphia Court of Common Pleas. (P4)
C) Abdeldayem Hassan procured a Writ of Possession against "Unknown Occupants" on May 7, 2018. (P6)
D) On May 8, 2018, Plaintiff Lyndel Toppin filed a Chapter 13 bankruptcy in the Eastern District of Pennsylvania, Bankruptcy Court.

By: Joshua Domer

Assistant City Solicitor

City of Philadelphia Law Department

Tax & Revenue Unit

Municipal Services Building

1401 John F. Kennedy Blvd., 5th Floor

Philadelphia, PA 19102

215-686-0519

| | |
|---|---|
| By: /s/ Predrag Filipovic | BY: /s/ Stephen M. Dunne |
| Predrag Filipovic, Esquire | Stephen M. Dunne, Esquire |
| 1735 Market St., Suite 3750 | 1515 Market Street, Suite. 1200 |
| Philadelphia, PA 19103 | Philadelphia, PA 19102 |
| 267-265-0520 Phone | (215) 551-7109 Phone |
| Attorney for Plaintiff | Attorney for Plaintiff |