SH# 231566

300
25
$ 325.⁰⁰

NOTICE REC'd
ON 5-8-18

5/7/18
BANKRUPTCY Filed
Inspector Guess

C I T Y - 1

**Court of Common Pleas**

_____ Term, 20____

No. 180103400

PHILADELPHIA
SHERIFF'S OFFICE-MAIN DESK
2018 MAY -8 PM 3:52

HASSAN    vs. UNKOWN OCCUPNTS

146 S. 62ND ST
PHILA.          PA. 19139

WRIT OF POSSESSION

HASAN
484-557-1737

## FAX COVER SHEET

| TO | Sheriff |
|---|---|
| COMPANY | Sheriff |
| FAX NUMBER | 12156863971 |
| FROM | Stephen Dunne |
| DATE | 2018-05-08 22:25:14 GMT |
| RE | Notice of Bankruptcy Case Filing - Book/Writ 1707-5002 |

### COVER MESSAGE

Please see Notice of Bankruptcy Case Filing for Lyndel Toppin, who resides at
146 S. 62nd Street, Philadelphia, PA 19145.

Book/Writ 1707-5002

Thank you.

Stephen M. Dunne, Esq.

C I T Y   - 2
P .   1

Live Database Area                                                                    Page 1 of 2

United States Bankruptcy Court
Eastern District of Pennsylvania

Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s)
listed below was filed under Chapter 13 of the
United States Bankruptcy Code, entered on
05/08/2018 at 6:04 PM and filed on 05/08/2018.

Lyndel Toppin
146 S. 62nd Street
Philadelphia, PA 19145
SSN / ITIN: xxx-xx-2550



The case was filed by the debtor's attorney:

STEPHEN MATTHEW DUNNE
Dunne Law Offices, P.C.
1515 Market Street
Suite 1200
Philadelphia, PA 19102
U.S.A.
215-551-7109

The case was assigned case number 18-13098-mdc to Judge Magdeline D. Coleman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other
actions against the debtor and the debtor's property. Under certain circumstances, the stay may be
limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.
If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be
penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are
available at our *Internet* home page http://ecf.paeb.uscourts.gov or at the Clerk's Office, 900 Market
Street, Suite 400, Philadelphia, PA 19107.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting
forth important deadlines.

Timothy B McGrath

file:///S:/ECF/Toppin,%20Lyndel/Filed%7BEmergency%7D/Ecf%20NoticeOfFiling%2020...    5/8/2018

C I T Y - 2
P .    2

# SHERIFF'S OFFICE OF PHILADELPHIA COUNTY



**Jewell Williams**
*Sheriff*

**Kevin Lamb**
*Chief Deputy*

**Richard Verrecchio**
*Chief Inspector*

**Robert Jackson**
*Chief of Staff*

CITY OF PHILADELPHIA
vs.
STANLEY ZALKIN AND ELEANOR ZALKIN

**Case Number**
1504T0192
(1707-5002)

## SHERIFF'S RETURN OF SERVICE

| | |
|---|---|
| 04/27/2017 | COURT DECREE, HANDBILL, LEGAL DESCRIPTION |
| 04/27/2017 | WRIT DATA VERIFIED BY TOMIKO VAUGHON |
| 07/06/2017 | AS DIRECTED BY GRB LAW, ATTORNEY FOR THE PLAINTIFF, SHERIFF'S SALE CONTINUED TO 9/7/2017 |
| 09/07/2017 | AS DIRECTED BY GRB LAW, ATTORNEY FOR THE PLAINTIFF, SHERIFF'S SALE CONTINUED TO 10/5/2017 |
| 10/05/2017 | REAL ESTATE SOLD AT SHERIFF'S SALE |
| 10/05/2017 | SALES RECEIPT DATA VERIFIED BY TOMIKO VAUGHON |
| 10/05/2017 | AUTOMATED DEED ASSIGNMENT PATRIOT LAND TRANSFER, LLC |
| 10/06/2017 | BUYER'S ACKNOWLEDGEMENT |
| 11/03/2017 | SHERIFF'S SETTLEMENT |
| 11/03/2017 | PRINTED ON NOVEMBER 03, 2017 BY MARK WILSON WITH TRACKING ID:  1509726459 |
| 11/09/2017 | REAL ESTATE:<br>ABDELDAYEM HASSAN<br>309 BARKER AVENUE<br>LANSDOWNE, PA 19050 |
| 05/08/2018 | DEFENDANT ATTORNEY |
| 05/09/2018 | BANKRUPTCY FILED IN SHERIFF'S OFFICE |
| 07/26/2018 | DART DISTRIBUTION POLICY REQUESTED FROM PATRIOT LAND TRANSFER, LLC (NOTED BY BADIA BEASLE) |
| 11/07/2018 | DISTRIBUTION POLICY RECECIVED FROM PATRIOT LAND TRANSFER, LLC (NOTED BY RICHARD VERRECCHIO) |

SHERIFF COST: $2,931.71

SO ANSWERS,

*[signature]*

August 20, 2019

JEWELL WILLIAMS, SHERIFF

C I T Y - 3

(c) CountySuite Sheriff, Telosoft, Inc.

| HASSAN vs. UNKOWN OCCUPANTS | **Case Number**<br>180103400<br>(231566) |
|---|---|

## SERVICE EVENT REPORT
### ( Posted )

### Service Details:

| | | | |
|---|---|---|---|
| *Category:* | Writ of Possession - Common Pleas - Possession | *Expires:* | 08/07/2018 |
| *Manner:* | < Not Specified > | *Warrant:* | |
| *Notes:* | MAIN DESK CLERK: LIONEL COOK | | |

### Serve To:

| | | | |
|---|---|---|---|
| *Name:* | UNKOWN OCCUPANTS | *Mobile:* | |
| *Primary Address:* | 146 S. 62ND ST<br>PHILADELPHIA, PA 19139 | *Notes:* | |
| *Phone:* | | | |

### Service Event Details:

| | | | |
|---|---|---|---|
| *Date:* | 05/10/2018 | *Category:* | Posted |
| *Notes:* | DEPUTY JETARIA TAYLOR, BEING DULY SWORN ACCORDING TO LAW, POSTED ONE TRUE AND ATTESTED COPY OF THE WITHIN WRIT OF POSSESSION UPON REAL ESTATE LOCATED AT 146 S. 62ND ST, PHILADELPHIA, PA 19139. 21 DAY NOTICE POSTED<br><br>POSSESSION DATE 6/25/18 @9AM<br><br>CANCELED PER DEFT FILED BANKRUPTCY | | |

### Delivery Details:

| | | | |
|---|---|---|---|
| *Time In:* | | *Time Out:* | 9:45 AM | *Deputy 1:* | Jetaria Taylor |
| *Mileage:* | 0 | | | *Deputy 2:* | |
| *Accepted:* | | | | | |
| *Notes:* | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| *Entered By:* | Joshua Wigfall | *Print Date:* | 02/21/2019 | *Print Time:* | 10:16 AM |

(c) CountySuite Sheriff, Teleosoft, Inc.

C I T Y - 4

To: Sheriff's Office    Page 1 of 2    20180607 20:15:50 (GMT)    12155259721  From: Stephen Dunne

Case 18-00137-mdc    Doc 179-7    Filed 12/02/21    Entered 12/02/21 16:22:19    Desc
Exhibit Defendants Exhibits: D1 to D30    Page 6 of 386

# FAX COVER SHEET

| TO | Sheriff'sOffice |
|---|---|
| COMPANY | Sheriff'sOffice |
| FAX NUMBER | 12156863555 |
| FROM | Stephen Dunne |
| DATE | 2018-06-07 20:01:07 GMT |
| RE | Notice of Bankruptcy Case Filing - 146 S. 62nd Street, Phila, PA  19145 |

## COVER MESSAGE

Please be advised that Lyndel Toppin filed a Chapter 13 bankruptcy case on 05/08/2018.

Name: Lyndel Toppin

Address: 146 S. 62nd Street, Philadelphia, PA 19145

231566

C I T Y - 5
P .    1

Case 18-00137-mdc    Doc 179-7    Filed 12/02/21    Entered 12/02/21 16:22:19    Desc
Exhibit Defendants Exhibits: D1 to D30    Page 7 of 386

Live Database Area                                                          Page 1 of 2

United States Bankruptcy Court
Eastern District of Pennsylvania

### Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s)
listed below was filed under Chapter 13 of the
United States Bankruptcy Code, entered on
05/08/2018 at 6:04 PM and filed on 05/08/2018.

**Lyndel Toppin**
146 S. 62nd Street
Philadelphia, PA 19145
SSN / ITIN: xxx-xx-2550

The case was filed by the debtor's attorney:

**STEPHEN MATTHEW DUNNE**
Dunne Law Offices, P.C.
1515 Market Street
Suite 1200
Philadelphia, PA 19102
U.S.A.
215-551-7109

The case was assigned case number 18-13098-mdc to Judge Magdeline D. Coleman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other
actions against the debtor and the debtor's property. Under certain circumstances, the stay may be
limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.
If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be
penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are
available at our *Internet* home page http://ecf.paeb.uscourts.gov or at the Clerk's Office, 900 Market
Street, Suite 400, Philadelphia, PA 19107.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting
forth important deadlines.

**Timothy B McGrath**

CITY - 5
P . 2

HASSAN
vs.
UNKOWN OCCUPANTS

**Case Number**
180103400
(231566)

## SERVICE EVENT REPORT
### ( Other )

### Service Details:

| | | | |
|---|---|---|---|
| **Category:** | Writ of Possession - Common Pleas - Possession | **Expires:** | 08/07/2018 |
| **Manner:** | < Not Specified > | **Warrant:** | |
| **Notes:** | MAIN DESK CLERK: LIONEL COOK | | |

### Serve To:

| | | | |
|---|---|---|---|
| **Name:** | UNKOWN OCCUPANTS | **Mobile:** | |
| **Primary Address:** | 146 S. 62ND ST PHILADELPHIA, PA 19139 | **Notes:** | |
| **Phone:** | | | |

### Service Event Details:

| | | | |
|---|---|---|---|
| **Date:** | 06/25/2018 | **Category:** | Other |

**Notes:** letter from bankruptcy court sent to the office. Defendant claims eviction proceedings continued after notifying the sheriff's office that bankruptcy was filed. Inspector Guess received bankruptcy fax on June 6th 2018. Bankruptcy notice was logged in possession book and on Jewell system. No other eviction actions were taken by the civil enforcement unit as of that date.
Letter and supporting documents are being forwarded to undersheriff vignola.

**Inspector Guess**

### Delivery Details:

| | | | |
|---|---|---|---|
| **Time In:** | | **Time Out:** | **Deputy 1:** Monte Guess |
| **Mileage:** | 0 | | **Deputy 2:** |
| **Accepted:** | | | |
| **Notes:** | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Entered By:** | Monte Guess | | **Print Date:** | 02/21/2019 | **Print Time:** 10:15 AM |

C I T Y - 6

**20**

JUNE 25

| | | | |
|---|---|---|---|
| 230615 12:00pm | Metropolitian Contracting LLC 223-225 Market St. | France Bowens 215-237-2633 | 228267 12:00pm 5 |
| 231936 9AM | ANAYAH MOORE 5367 MORRIS ST given | KML 215 825 6454 | 231609 9AM |
| 231900 9:00 | FATMATA BANGURA | Cancelled KRISTE LITTLE 610 278 6800 | 231583 9AM |
| 231566 9AM | UNKNOWN OCCUPANTS 146 S 62ND Bankruptcy filed | HASAN 484 557 1737 | 231777 9AM |
| 231718 9AM | DAWN CYRUS (PD) 2443 S. EDGEWOOD | (VM) TyShaun Hargrove 215 791 5751 | 232064 Lockout 10 |
| 231897 Lockout 10AM | TARA KENNEDY 3645 N 19TH given | (N) SUNIL NUNET 973 953 7345 *973 986 9282 | 231904 Lockout 10 |
| | | | 228587 10:00 5 |

C I T Y - 7

**ADDRESS:** 146 S 62nd St

**SHERIFF NUMBER:** 231366

### – 21-DAY NOTICE –

**DATE & TIME POSTED:** 5·10·18 @ 9:45am

**DEPUTY:** Taylor

**CONTACT INFO:** _____

**ADDITIONAL DETAILS:** _____
_____

### – FINAL NOTICE –

**DATE & TIME POSTED:** _____ @ 3:40pm

**DEPUTY:** Taylor

**CONTACT INFO:** _____

**ADDITIONAL DETAILS:** _____
_____

**SCHEDULED EVICTION DATE:** June 25th @ 9am

### MOVE OUT – LOCK OUT – SEIZURE

**DEPUTY** _____  **DEPUTY** _____

**DATE & TIME:** _____ @ _____

OCCUPANTS PRESENT:  ☐ YES   ☐ NO

**POSSESSION GIVEN TO:** _____

**PHONE NUMBER:** _____

**LOCKSMITH:** _____

**MOVING COMPANY:** _____

**ADDRESS:** _____

**PHONE NUMBER:** _____

**STORAGE FACILITY:** _____

**ADDRESS:** _____

**PHONE NUMBER:** _____

**DEPUTY SIGNATURE:** X _____

**PLAINTIFF (REP):** X _____

C I T Y - 8




# PHILADELPHIA SHERIFF`S
## SIGN I SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 5/4/2018 | 8:38 | O'M ARA | | WRITS | RE |
| 5/4/2018 | 8:57 | BENDITT | | EVICTION | MD |
| 5/4/2018 | 9:00 | SANTIAGO | | SETTLEMENT | RE |
| 5/4/2018 | 9:00 | BARR | | SETTLEMENT | RE |
| 5/4/2018 | 9:06 | KENNEDY | | PROP STATUS | MD |
| 5/4/2018 | 9:06 | WILLIAMS | | PROP STATUS | MD |
| 5/4/2018 | 9:06 | GLASS | | SETTLEMENT | RE |
| 5/4/2018 | 9:36 | WILLIAMS | | INTERVIEW | IAD |
| 5/4/2018 | 9:38 | DANIELS | | LIENS | RE |
| 5/4/2018 | 9:50 | P HARR | | SETTLEMENT | RE |
| 5/4/2018 | 9:55 | MOR | | POST SALE | RE |
| 5/4/2018 | 9:57 | NICHOL | | WRITS | MD |
| 5/4/2018 | 9:58 | HUANG | | SETTLEMENT | RE |
| 5/4/2018 | 10:16 | Jimenez | | Settlement | RE |
| 5/4/2018 | 10:17 | Hunt | | Settlement | RE |
| 5/4/2018 | 10:39 | SALAMAN | | NICK TYER | RE |
| 5/4/2018 | 10:42 | AJ MAC | | PUSHING A SHERIFF SALE | MD |
| 5/4/2018 | 11:07 | BELMONT | | FORECLOSURE/INQUIRY | RE |
| 5/4/2018 | 11:10 | VANCE | | LIENS | RE |
| 5/4/2018 | 11:12 | FOGEL | | FILE WRIT | MD |

41

TOTALS   42 RE   17 MD   5 OTHR   LO

CITY 9
P.1




## PHILADELPHIA SHERIFF`S
### SIGN I SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 5/4/2018 | 11:15 | JONES | | DUR ACMNTS | MD |
| 5/4/2018 | 11:22 | GIL | | FILE WRIT | MD |
| 5/4/2018 | 11:40 | HUNT | | SETTLEMENT | RE |
| 5/4/2018 | 11:42 | LUBZKER | | SETTLEMENT | RE |
| 5/4/2018 | 11:44 | ZIMMER | | FILE ORDER | MD |
| 5/4/2018 | 11:47 | LOWE | | PROP INQUIRY | RE |
| 5/4/2018 | 11:58 | KEENAN | | REFUND | RE |
| 5/4/2018 | 12:00 | BARNES | | FILE WRIT | MD |
| 5/4/2018 | 12:04 | ROBERT | | SETTLEMENT | RE |
| 5/4/2018 | 12:06 | ZAK HEIM | | SETTLEMNT | RE |
| 5/4/2018 | 12:07 | MICHAEL | | DEED | RE |
| 5/4/2018 | 12:08 | JIMENEZ | | SETTLEMENT | RE |
| 5/4/2018 | 12:19 | Chen | | Settlement | RE |
| 5/4/2018 | 12:19 | Lin | | Settlement | RE |
| 5/4/2018 | 12:27 | Dixon | | Copy of Receipt | RE |
| 5/4/2018 | 12:28 | Hall | | Tax Issue | RE |
| 5/4/2018 | 12:31 | Rosano | | File Writs | MD |
| 5/4/2018 | 12:35 | Colbert | | File Ejectment | MD |
| 5/4/2018 | 12:41 | Roberts | | Settlement | RE |
| 5/4/2018 | 12:43 | Auguste | | Sheriff Sale Queston | RE |



# PHILADELPHIA SHERIFF`S
## SIGN I SHEET



| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 5/4/2018 | 12:54 | Vance | | Settlement | RE |
| 5/4/2018 | 12:56 | Socket | | Pick Up Check | RE/Tyer |
| 5/4/2018 | 1:08 | Singh | | Clear Lien | RE |
| 5/4/2018 | 1:11 | Stroh | | Lien | MD |
| 5/4/2018 | 1:15 | DUPONT | | SETTLMNT | RE |
| 5/4/2018 | 1:16 | LISBOUCK | | SETTLMNT | RE |
| 5/4/2018 | 1:16 | KENGNE-GARNIER | | SETTLMNT | RE |
| 5/4/2018 | 1:16 | HOUEYISSAN | | SETTLMNT | RE |
| 5/4/2018 | 1:18 | DOUGHERTY | | PICK UP DCUMNT | RE |
| 5/4/2018 | 1:22 | SANTOS | | SETTLMNT | RE |
| 5/4/2018 | 1:24 | ANDERSON | | UNION BUS. | MD |
| 5/4/2018 | 1:26 | BENDER | | POST SALE/LIENS | RE |
| 5/4/2018 | 1:32 | FARRILLA | | PFA | FIU |
| 5/4/2018 | 1:38 | SABAGH | | DEED | RE |
| 5/4/2018 | 1:38 | LUX | | EVICTION | MD |
| 5/4/2018 | 1:54 | RUBIN | | SUBMIT CLAIM FORM | MGT |
| 5/4/2018 | 1:54 | DYDYNSKY | | WRITS | MD |
| 5/4/2018 | 1:54 | SCANLON | | WRITS | MD |
| 5/4/2018 | 2:04 | WALTON | | LIENS | RE |
| 5/4/2018 | 2:06 | GREENE | | PROP INQUIRY | RE |



# PHILADELPHIA SHERIFF`S
## SIGN I SHEET



| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 5/4/2018 | 2:59 | ▓ N GUYEN | ▓ | STTLMNT | RE |
| 5/4/2018 | 4:18 | MAIDEN | | PICK UP CLM FROM | DAET |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |
| 5/4/2018 | | | | | |




## PHILADELPHIA SHERIFF`S
### SIGN I SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 5/11/2018 | 8:47 | KAMARA | | SETTLEMENT | RE |
| 5/11/2018 | 9:21 | WILLIAMS | | SUBMIT DOCMNTS | DART |
| 5/11/2018 | 9:34 | TORRES | | SETTLEMENT | RE |
| 5/11/2018 | 9:35 | OLIVER-SMITH | | FILING FOLLOW UP | MD |
| 5/11/2018 | 9:48 | ARESTAD | | LIENS | RE |
| 5/11/2018 | 10:24 | DAFILS | | PROP INQUIRY | RE |
| 5/11/2018 | 10:25 | ROUSEY, SR. | | DLVR WRITS | MD |
| 5/11/2018 | 10:34 | MEIR | | SETTLEMENT | RE |
| 5/11/2018 | 10:40 | JAMES | | SETTLEMENT | RE |
| 5/11/2018 | 10:46 | BEADLE | | LIENS | RE |
| 5/11/2018 | 10:48 | BENDER | | SETTLEMENT | RE |
| 5/11/2018 | 10:56 | KRAVETS | | REFUND | DART |
| 5/11/2018 | 11:02 | THOMAS | | LIENS | RE |
| 5/11/2018 | 12:07 | Lyons | | Writ Exc: | MD |
| 5/11/2018 | 12:18 | Cintron | | Property | RE |
| 5/11/2018 | 12:42 | Abena | | Settlement. | RE |
| 5/11/2018 | 12:42 | Keenan | | Settlement | RE |
| 5/11/2018 | p:43 | Futrell | | Settlement | RE |
| 5/11/2018 | 12:45 | Moses | | Writ | MD |
| 5/11/2018 | 2:55 | Warfield | | Settlement | RE |

TOTALS  33 RE  9 MD  2 OTHR  — LO

C I T Y - 9
P . 5




# PHILADELPHIA SHERIFF`S
## SIGN I SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 5/11/2018 | 12:56 | Floyd | | | RE |
| 5/11/2018 | 1:01 | Dieppa | | | MD |
| 5/11/2018 | 1:00 | Malave | | property info | RE |
| 5/11/2018 | 1:02 | Delo | | Settlement | RE |
| 5/11/2018 | 1:03 | Hugh | | property info | RE MD |
| 5/11/2018 | 1:08 | Grant | | property info | RE MD |
| 5/11/2018 | 1:09 | CINTRON | | PROPRTY INQURY | RE |
| 5/11/2018 | 1:18 | HAMRAEN | | SETTLEMENY | RE |
| 5/11/2018 | 1:21 | TANKSLEY | | NUR DOMNTS | RE |
| 5/11/2018 | 2:12 | CHOWDHURY | | SETTLEMENT | RE |
| 5/11/2018 | 2:25 | NOSMANDROS | | SETTLEMENT | RE |
| 5/11/2018 | 2:28 | SMITH | | LIENS | RE |
| 5/11/2018 | 2:30 | NARROW | | SETTLEMENT | RE |
| 5/11/2018 | 2:30 | ARROW | | SETTLEMENT | RE |
| 5/11/2018 | 2:31 | ALLEN | | FILE COMPLAINT | MD |
| 5/11/2018 | 2:33 | ALI | | PROPRTY INQURY | RE |
| 5/11/2018 | 2:37 | KODRA | | FILE WRIT | MD |
| 5/11/2018 | 2:42 | STAHL | | POST SALE | RE |
| 5/11/2018 | 2:57 | Rivera | | settlement | RE |
| 5/11/2018 | 2:58 | Qian | | settlement | RE |




# PHILADELPHIA SHERIFF`S
## SIGN I SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 5/11/2018 | 3:10 | | Scanlon | | MD |
| 5/11/2018 | 3:38 | BOMSTEIN | | SALE INQUIRY | RE |
| 5/11/2018 | 3:49 | HUTCHINSON | | NVR Documents | MI |
| 5/11/2018 | 3:50 | BANCE | | POST SALE | RE |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |
| 5/11/2018 | | | | | |




## PHILADELPHIA SHERIFF`S
## SIGN I SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 5/18/2018 | 8:35 | Dillard | | bid ass. | RE |
| 5/18/2018 | 8:43 | Omara | | Property info | RE |
| 5/18/2018 | 9:23 | Reddick | | file writ | MD |
| 5/18/2018 | 9:23 | Ross | | Bill issue | RE |
| 5/18/2018 | 9:35 | ARENNAN | | filing writ | RE |
| 5/18/2018 | 9:40 | Volodarski | | Question by peope | RE |
| 5/18/2018 | 9:40 | Lusk | | filing writ | MD |
| 5/18/2018 | 9:40 | Jenkins | | filing writ | MD |
| 5/18/2018 | 10:03 | SANTANA | | PROP IN QURY | RE |
| 5/18/2018 | 10:24 | WALLACE | | FILE WRIT | MD |
| 5/18/2018 | 10:37 | DAVIS | | SALE INQUIRY | RE |
| 5/18/2018 | 10:41 | NICHOL | | FILE WRITS | MD |
| 5/18/2018 | 10:43 | MUSTAFA | | SETTLEMENT | RE |
| 5/18/2018 | 10:43 | MANLANOW | | SETTLEMENT | RE |
| 5/18/2018 | 10:44 | BAKER | | SALE INQURY | RE |
| 5/18/2018 | 10:47 | ADORNO | | SALE INQUIRY | RE |
| 5/18/2018 | 10:48 | MORAN | | SALE INQUIRY | RE |
| 5/18/2018 | 10:48 | TORREZ | | SALE INQUIRY | RE |
| 5/18/2018 | 10:50 | SOCKET | | FILE WRITS | RE |
| 5/18/2018 | 10:57 | PAULINO | | SETTLEMENTS | RE |

TOTALS   53 RE   13 MD   1 OTHR        LO   CITY-9
                                            P.  8




# PHILADELPHIA SHERIFF`S
## SIGN I SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 5/18/2018 | 10:59 | DUTTON | | SETTLEMENT | RE |
| 5/18/2018 | 11:02 | HURRCAYA | | SETTLEMENT | RE |
| 5/18/2018 | 11:12 | MOORS | | SETTLEMENT | RE |
| 5/18/2018 | 11:18 | HENRY | | SETTLEMENT | RE |
| 5/18/2018 | 11:24 | CASTILLO | | SETTLEMENT | RE |
| 5/18/2018 | 11:26 | LEVY | | FILE WRIT | MD |
| 5/18/2018 | 11:29 | DILLARD | | SETTLEMENT | RE |
| 5/18/2018 | 11:30 | BUTLER | | | PARSONS |
| 5/18/2018 | 11:40 | SANTORO | | SETTLEMENTS | RE |
| 5/18/2018 | 11:44 | TEAME | | SETTLEMENT | RE |
| 5/18/2018 | 11:45 | AL-Rawi | | Settlement | RE |
| 5/18/2018 | 11:49 | Salamin | | | RE |
| 5/18/2018 | 11:55 | Ohara | | Settlement | RE |
| 5/18/2018 | 11:59 | WALLER | | POST SALE | RE |
| 5/18/2018 | 12:08 | WASSER WAGGNER | | SETTLEMENT | RE |
| 5/18/2018 | 12:14 | NOBRUN | | SETTLEMENT | RE |
| 5/18/2018 | 12:14 | ZAMY | | SETTS SETTLEMENT | RE |
| 5/18/2018 | 12:14 | SYLVESTRE | | SETTLEMENT | RE |
| 5/18/2018 | 12:26 | GIL | | FILE WRITS | MD |
| 5/18/2018 | 12:53 | SCANLON | | PICIL UP XMNB | MD |



# PHILADELPHIA SHERIFF`S
## SIGN I SHEET



| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 5/18/2018 | 12:54 | ASIAS | | SETTLEMENT | RE |
| 5/18/2018 | 12:54 | SHIMON | | SETTLEMENT | RE |
| 5/18/2018 | 12:56 | ADDY | | SETTLEMENT | RE |
| 5/18/2018 | 1:03 | MALDANADO | | POST SALE | RE |
| 5/18/2018 | 1:03 | ROSAS | | POST SALE | RE |
| 5/18/2018 | 1:08 | COUPLAND | | LIENS | RE |
| 5/18/2018 | 1:10 | REYNOLDS | | FILE WRIT | MD |
| 5/18/2018 | 1:18 | SIMPSON | | TRANSFER BID | RE |
| 5/18/2018 | 1:18 | MORABAYI | | POST SALE | R.E |
| 5/18/2018 | 1:18 | MARCENO | | POST SALE | RE |
| 5/18/2018 | 1:25 | MCCLOSKEY | | FILE ORDER | RE |
| 5/18/2018 | 1:48 | WILLIAMSON | | FILE WRIT | MD |
| 5/18/2018 | 1:54 | Scollon Jr. | | Writ | RE |
| 5/18/2018 | 2:15 | Rubin | | copy of Sale | RE |
| 5/18/2018 | 2:40 | Brown | | Post Sale | RE |
| 5/18/2018 | 2:41 | Edouard | | Post Sale | RE |
| 5/18/2018 | 2:48 | Warfield | | Sttlement | RE |
| 5/18/2018 | 2:57 | WILLIAMS | | SETTLEMENT | RE |
| 5/18/2018 | 3:00 | DADAMAY | | EJECTMENT | MD |
| 5/18/2018 | 3:00 | DIARRA | | EJECTMENT | MD |




# PHILADELPHIA SHERIFF`S
## SIGN I SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 5/18/2018 | 3:05 | WHITE | | SETTLEMENT | RE |
| 5/18/2018 | 3:14 | SALAMAN | | POST SALE | RE |
| 5/18/2018 | 3:16 | KIM | | LIENS | RE |
| 5/18/2018 | 3:18 | LAMBERT | | POST SALE | RE |
| 5/18/2018 | 3:20 | KUEHNL | | WRIT | MD |
| 5/18/2018 | 3:22 | MALDANADO | | POST SALE | RE |
| 5/18/2018 | 3:22 | ROJAS | | POST SALE | RE |
| 5/18/2018 | | | | | |
| 5/18/2018 | | | | | |
| 5/18/2018 | | | | | |
| 5/18/2018 | | | | | |
| 5/18/2018 | | | | | |
| 5/18/2018 | | | | | |
| 5/18/2018 | | | | | |
| 5/18/2018 | | | | | |
| 5/18/2018 | | | | | |
| 5/18/2018 | | | | | |
| 5/18/2018 | | | | | |
| 5/18/2018 | | | | | |




# PHILADELPHIA SHERIFF`S
## SIGN I SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 5/25/2018 | 8:49 | UNDERWOOD | | FIREARM INQUIRY | F/U |
| 5/25/2018 | 9:09 | LOUGHERY | | DEED | RE |
| 5/25/2018 | 9:36 | JIMENEZ | | SETTLEMENT | RE |
| 5/25/2018 | 9:38 | PARKS | | FILE WRIT | MD |
| 5/25/2018 | 9:38 | PARKS, JR. | | FILE WRIT | MD |
| 5/25/2018 | 9:52 | BROWN | | FILE DKMNTS | MD |
| 5/25/2018 | 10:10 | RODRIGUEZ | | FILE WRIT | MD |
| 5/25/2018 | 10:38 | HUANG | | SETTLEMENT | RE |
| 5/25/2018 | 10:38 | TANG | | SETTLEMENT | RE |
| 5/25/2018 | 10:39 | WILLIAMS | | EJECTMNT | MD |
| 5/25/2018 | 10:49 | WRIGHT | | SETTLEMENT | RE |
| 5/25/2018 | 11:19 | MURPHY | | DEED | RE |
| 5/25/2018 | 11:20 | RUSH | | SERVICE REFUND | MD |
| 5/25/2018 | 11:20 | RUSH | | SERVICE REFUND | MD |
| 5/25/2018 | 11:21 | BROWN | | PROP WQURY | RF |
| 5/25/2018 | 11:22 | DYDYNSKY | | FILE WRIT | MD |
| 5/25/2018 | 11:29 | CANDIDO | | SETTLEMENT | RE |
| 5/25/2018 | 11:29 | BENDIG | | SETTLEMENT | RE |
| 5/25/2018 | 11:38 | OWENS | | FILE WRIT | MD |
| 5/25/2018 | 11:38 | PRESTON, JR | | FILE DOCUMNT | RE |

TOTALS  20 RE   12 MD   4 OTHR





## PHILADELPHIA SHERIFF`S
## SIGN I SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 5/25/2018 | 11:42 | KEENAN | | FILE PAPERS | RE |
| 5/25/2018 | 11:42 | MILLER, III | | FILE PAPERS | RE |
| 5/25/2018 | 11:43 | McLAUGHLIN | | WRIT | MD |
| 5/25/2018 | 11:50 | STEFFA, II | | INJUNCTION | CIVIL |
| 5/25/2018 | 11:50 | GARDNER | | IN JUNCTION | CIVIL |
| 5/25/2018 | 12:02 | SCOLLON, JR. | | WRIT | RE |
| 5/25/2018 | 12:09 | YURKU | | SETTLEMENT | RE |
| 5/25/2018 | 12:16 | STEWART | | FILE DCUMNTS | RE |
| 5/25/2018 | 12:16 | GREGG | | DLVR DCMNTS | RE |
| 5/25/2018 | 12:18 | McQUILLAR | | DLVR DCMNTS | RE |
| 5/25/2018 | 12:44 | BRYANT | | FILE PERSONNEL CMPLNT | (A) |
| 5/25/2018 | 12:45 | GRAY | | WRIT | MD |
| 5/25/2018 | 1:16 | Acevedo | | file writ | RE |
| 5/25/2018 | 1:18 | Mokhayere | | Complaint | |
| 5/25/2018 | 1:29 | Addy | | Settlement | RE |
| 5/25/2018 | 1:32 | Webb | | file writ | MD |
| 5/25/2018 | 2:23 | MIMS | | PROP INQUIRY | RE |
| 5/25/2018 | | | | | |
| 5/25/2018 | | | | | |
| 5/25/2018 | | | | | |




# PHILADELPHIA SHERIFF`S
## SIGN IN SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/1/2018 | 8.33 | O'MARA | | WRITS | RE |
| 6/1/2018 | 8:35 | THOMAS | | EJECTMENT | CIVIL |
| 6/1/2018 | 8:40 | -POWERS | | INTERVIEW | BIU |
| 6/1/2018 | 9:08 | SHUM | | SETTLEMENT | RE |
| 6/1/2018 | 9:09 | MCKENDRICK | | FILE PETITION | RE |
| 6/1/2018 | 9:22 | STARIKOV | | FILE DCMNTS | MD |
| 6/1/2018 | 9:22 | KAMALYANTS | | FILE DCMNTS | MD |
| 6/1/2018 | 9:44 | NICHOL | | WRIT DROP OFF | MD |
| 6/1/2018 | 9:59 | TRAN | | DOCKET # FOR DEED | RE |
| 6/1/2018 | 10:10 | FEINGOLD | | EVICTION | CIVIL |
| 6/1/2018 | 10:14 | SPROSS | | FUNERAL PTTION | MD |
| 6/1/2018 | 10:24 | SOCKET | | WRITS | RE |
| 6/1/2018 | 10:2? | GORDON | | MEETING | ALGARIN |
| 6/1/2018 | 10:42 | WALLACE-BEY | | LIENS | RE |
| 6/1/2018 | 10:45 | HUANG | | SETTLEMENT | RE |
| 6/1/2018 | 10:45 | YUAN | | SETTLEMENT | RE |
| 6/1/2018 | 10:45 | YUAN | | SETTLEMENT | RE |
| 6/1/2018 | 10:40 | BULLOCK | | SALE INFO | RE |
| 6/1/2018 | 10:54 | PERRY | | FILE ORDER | RE |
| 6/1/2018 | 11:08 | HICKS | | FILE WRIT | MD |

TOTALS   33 RE   14 MD   9 OTHR   —   LOC
CITY - 9
P. 14



# PHILADELPHIA SHERIFF`S
## SIGN IN SHEET



| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/1/2018 | 11:13 | ZLOTNICK | | FILE WRIT | MD |
| 6/1/2018 | 11:44 | HARRIS | | SETTLEMENT | RE |
| 6/1/2018 | 11:44 | SUBARAN | | SETTLEMENT | RE |
| 6/1/2018 | 11:55 | BOWIE | | FILING FOLLOW UP | MD |
| 6/1/2018 | 12:01 | ARES - DETERING | | FILE WRIT | MD |
| 6/1/2018 | 12:01 | ARES - DETERDING | | FILE WRIT | MD |
| 6/1/2018 | 12:15 | MURPHY | | PICK UP CHECK PUBLIC RECORD | RE Rick Iter |
| 6/1/2018 | 12:20 | HOLLAND | | DROPPING OFF PAPERWORK MD RE |
| 6/1/2018 | 12:21 | JENKINS | | WRIT OF EXECUTION | MD |
| 6/1/2018 | 12:24 | MCALEER | | SETTLEMENT | RE |
| 6/1/2018 | 12:25 | SHARPE | | INQUIRING ABOUT PROPERTY | RE |
| 6/1/2018 | 12:30 | ROSAS | | SETTLEMENT | RE |
| 6/1/2018 | 12:32 | CHOSEED | | SETTLEMENT | RE |
| 6/1/2018 | 1:07 | MULLEN | | PICKING UP WRIT OF POSSESSIONS | MD |
| 6/1/2018 | 1:13 | JONES | | FILE CLAIM FORM | ART |
| 6/1/2018 | 1:15 | KIDOGLOU | | SETTLEMENT | RE |
| 6/1/2018 | 1:16 | RICE | | PROP INQUIRY | RE |
| 6/1/2018 | 1:18 | MCHUGH | | SETTLEMENT | RE |
| 6/1/2018 | 1:27 | SABAGH | | SETTLEMENT | RE |
| 6/1/2018 | 1:38 | DELEO | | SETTLEMENT | RE |



# PHILADELPHIA SHERIFF`S
## SIGN IN SHEET



| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 6/1/2018 | 1:42 | DALY | | WRITS | MA |
| 6/1/2018 | 1:43 | McALEER | | SETTLEMENT | RE |
| 6/1/2018 | 1:48 | SCANLON | | PICK UP DMNTS | MD |
| 6/1/2018 | 2:00 | PATTON | | FILE ORDER | RE |
| 6/1/2018 | 2:04 | FLEMING | | PICK UP CHCK | DART |
| 6/1/2018 | 2:05 | NGUYEN | | SETTLEMENT | RE |
| 6/1/2018 | 2:14 | CANDELL | | PICK UP FORMS | MD |
| 6/1/2018 | 2:16 | BOMSTEIN | | REDEMPTION | RE |
| 6/1/2018 | 2:2A | AO | | SETTLEMENT | RE |
| 6/1/2018 | 2:24 | CANTREN | | FILE CLAIM FORM | DART |
| 6/1/2018 | 2:48 | MOSLEY | | PICK UP FORM | DART |
| 6/1/2018 | 3:20 | DAVIS | | CHECKING ON PROPERTY | RE |
| 6/1/2018 | 3:25 | GARCIA-INFANTE | | SETTLEMENT | RE |
| 6/1/2018 | 3:25 | NOBRUN | | SETTLEMENT | RE |
| 6/1/2018 | 3:29 | SINGHAL | | CORRECTING A DEED | RE |
| 6/1/2018 | | | | | |
| 6/1/2018 | | | | | |
| 6/1/2018 | | | | | |
| 6/1/2018 | | | | | |
| 6/1/2018 | | | | | |




# PHILADELPHIA SHERIFF`S
## SIGN IN SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/8/2018 | 8:38 | O'MARA | | WRIT | RE |
| 6/8/2018 | 8:47 | HUYNH | | STTLMNT | RE |
| 6/8/2018 | 9:25 | KENON | | EVCTN | MD |
| 6/8/2018 | 9:25 | KENON | | EVCTN | MD |
| 6/8/2018 | 9:34 | MURRAY | | PROP INQURY | RE |
| 6/8/2018 | 9:35 | BRENNAN | | WRIT | RE |
| 6/8/2018 | 10:18 | ALLEN | | DCMNT SRVC | MD |
| 6/8/2018 | 10:19 | SPECHT | | SRVC FEE INQURY | MD |
| 6/8/2018 | 10:50 | COLEMAN | | MTG | NR |
| 6/8/2018 | 10:51 | SALISBURY | | MTG | TYER |
| 6/8/2018 | 10:57 | NICHOL | | WRITS | MD |
| 6/8/2018 | 11:00 | REGO | | ACKUP CHK | ACCT. |
| 6/8/2018 | 11:01 | RAMIREZ | | SMNR | RE |
| 6/8/2018 | 11:03 | UNDERWOOD | | WRIT | MD |
| 6/8/2018 | 11:04 | SOCKET | | WRITS | RE |
| 6/8/2018 | 11:09 | VALDEZ | | SMNR | RE |
| 6/8/2018 | 11:10 | LEAL | | SMNR | RE |
| 6/8/2018 | 11:14 | UDDIN | | LIEN | RE |
| 6/8/2018 | 11:14 | AMIN | | LIENS | RE |
| 6/8/2018 | 11:23 | GRANOVSKIY | | STLMNT | RE |

TOTALS   59 RE   20 19 MD   3 OTHR

CITY - 9
P LO 1 7




## PHILADELPHIA SHERIFF`S
## SIGN IN SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/8/2018 | 11:23 | MANIRE | | LIENS | RE |
| 6/8/2018 | 11:25 | NOVOA | | SMNR | RE |
| 6/8/2018 | 11:35 | CAO | | STLMNT | RE |
| 6/8/2018 | 11:36 | EDWARDS | | SRVC FEE INQUIRY | MD |
| 6/8/2018 | 11:40 | KENNEDY | | LIENS | RE |
| 6/8/2018 | 11:44 | DYDYNSKY | | WRIT | MD |
| 6/8/2018 | 11:57 | MUHAMMAD | | PROP INQURY | RE |
| 6/8/2018 | 11:58 | HARRIS | | LIENS | RE |
| 6/8/2018 | 12:04 | TOOMER | | PICK UP XMNTS | MD |
| 6/8/2018 | 12:26 | WANG | | LIENS | RE |
| 6/8/2018 | 12:28 | ROBINSON | | FILE WRIT | MD |
| 6/8/2018 | 12:37 | PIERUCCI | | SMNR | RE |
| 6/8/2018 | 12:43 | DOWNING | | SMNR | RF |
| 6/8/2018 | 12:5 | HUANG | | SMNR | RE |
| 6/8/2018 | 12:50 | PENN | | SMNR | RE |
| 6/8/2018 | 12:50 | BEULIN | | SMNR | RE |
| 6/8/2018 | 12:5 | WILL | | SMNR | RE |
| 6/8/2018 | 12:52 | WOODS | | STLMNT | RE |
| 6/8/2018 | 12:53 | Z HENG | | SMNR | RE |
| 6/8/2018 | 1:00 | DENIS | | SMNR | RE |




## PHILADELPHIA SHERIFF`S
## SIGN IN SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/8/2018 | 103 | AGA | | STLMNT | RE |
| 6/8/2018 | 1:13 | PEARSON | | SM NVR | RE |
| 6/8/2018 | 1:13 | W ABRIEN JR | | SMNR | RE |
| 6/8/2018 | 1:13 | SCOLLON JR | | NVR AMNTS | RE |
| 6/8/2018 | 1:18 | SANDERS | | SMNR | RE |
| 6/8/2018 | 120 | GOUDA | | STLMNT | RE |
| 6/8/2018 | 1:26 | KOBIELNIK | | | |
| 6/8/2018 | 1:28 | REED | | SMNR | RE |
| 6/8/2018 | 1:32 | Shum | | New Invoice | RE |
| 6/8/2018 | 1:37 | Grasty | | Assignment of Bd | RE |
| 6/8/2018 | 1:37 | Osuji | | Assignment of Bd | RE |
| 6/8/2018 | 1:38 | Simmons | | Writ | MD |
| 6/8/2018 | | Teamster | | Ejectment | |
| 6/8/2018 | 1:45 | CHERRY | | WRIT OF POSSESSION | mD |
| 6/8/2018 | 1:43 | Patterson | | | |
| 6/8/2018 | 1:47 | POWELL | | WRIT OF POSSESSION | mD |
| 6/8/2018 | 1:48 | YUAN | | SETTLEMENT | RE |
| 6/8/2018 | 1:44 | LIXIANG | | SETTLEMENT | RE |
| 6/8/2018 | 1:49 | RODRIGUEZ | | WRITS | mO |
| 6/8/2018 | 1:53 | COUPLAND | | SETTLEMENT | RE |



# PHILADELPHIA SHERIFF`S
## SIGN IN SHEET



| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/8/2018 | 1:57 | LAU | | SETTLEMENT | RE |
| 6/8/2018 | 2:00 | Edwards | | Summons | MD |
| 6/8/2018 | 2:06 | TIMMONS | | STLMNT | RE |
| 6/8/2018 | 2:06 | DAVISON | | STLMNT | RE |
| 6/8/2018 | 2:12 | LAU | | SETTLEMENT | RE |
| 6/8/2018 | 2:16 | BOSTIC | | EJECTMENT | MD |
| 6/8/2018 | 2:20 | MEIR | | LIENS | RE |
| 6/8/2018 | 2:28 | O'HARA | | REFUND | RE |
| 6/8/2018 | 2:29 | BURDINE | | FILE DCMNTS | MD |
| 6/8/2018 | 2:35 | BARNES | | SALE INQURY | RE |
| 6/8/2018 | 2:35 | WILLIAMS | | SALE INQURY | RE |
| 6/8/2018 | 3:01 | LANE | | DEED | RE |
| 6/8/2018 | 3:13 | OSU-I | | STLMNT | RE |
| 6/8/2018 | 3:13 | GRASXY | | STLMNT | RE |
| 6/8/2018 | 3:18 | WAEHSMUTH | | LIENS | RE |
| 6/8/2018 | 3:20 | ULUSAL | | STLMNT | RE |
| 6/8/2018 | 3:20 | CAUDAR | | STLMNT | RE |
| 6/8/2018 | 3:24 | Nguyen | | Settlement | RE |
| 6/8/2018 | 3:32 | SASSO | | FILE WRIT | MD |
| 6/8/2018 | 3:45 | NICHOL | | WRITS | MD |




# PHILADELPHIA SHERIFF`S
## SIGN IN SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 6/8/2018 | 3:47 | OKURA  HE | | SETLMNT | RE |
| 6/8/2018 | 3:59 | WILLS | | PROP INQURY | RE |
| 6/8/2018 | 4:01 | ROJAS | | PROP INQURY | RE |
| 6/8/2018 | 4:03 | BANCE | | PROP INQURY | RE |
| 6/8/2018 | 4:09 | MINGO | | FILE WRIT | MD |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |
| 6/8/2018 | | | | | |



## PHILADELPHIA SHERIFF`S
## SIGN IN SHEET



| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 6/15/2018 | 8:34 | TRINH | | POST SALE | MD |
| 6/15/2018 | 8:37 | POLLINS | | WRIT | MD |
| 6/15/2018 | 8:38 | KAISER | | FINGERPRINTING | BIU |
| 6/15/2018 | 8:39 | O'MARA | | WRITS | RE |
| 6/15/2018 | 8:42 | THOMAS | | FINGERPRINTING | BIU |
| 6/15/2018 | 8:57 | LAPATINA | | INTERVIEW | HR |
| 6/15/2018 | 9:34 | NGUYEN | | STLMNT | RE |
| 6/15/2018 | 9:45 | BRENNAN | | WRITS | RE |
| 6/15/2018 | 9:50 | SIMMENS | | STLMNT | RE |
| 6/15/2018 | 9:56 | ASCH | | FILE WRIT | MD |
| 6/15/2018 | 9:57 | TRINH | | EJECTMNT | MD |
| 6/15/2018 | 9:57 | SARMIENTO | | FILE WRIT | MD |
| 6/15/2018 | 10:10 | WILLIAMS | | FILE COMPLNT | MD |
| 6/15/2018 | 10:12 | KAMARA | | STTLMNT | RE |
| 6/15/2018 | 10:14 | SESAY | | FILE CMPLNT | MD |
| 6/15/2018 | 10:15 | FANTAUZZI | | IN TRVW | HR |
| 6/15/2018 | 10:38 | Clark | | write service | MD |
| 6/15/2018 | 10:47 | Khli | | Property info | RE |
| 6/15/2018 | 10:47 | Obeudiyal | | property info | RE |
| 6/15/2018 | 10:48 | ROME | | EVICTION | MD |

TOTALS   38 RE   22 MD   4 OTHR   — LO
CITY - 9
P. 22




# PHILADELPHIA SHERIFF`S
## SIGN IN SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/15/2018 | 10:50 | PERUNGAVUR | | SALE INQURY | RE |
| 6/15/2018 | 11:00 | SANTORO | | SF POST SALE | RE |
| 6/15/2018 | 11:01 | FU GUET | | SETTLMENT | RE |
| 6/15/2018 | 11:04 | NG | | STTLMENT | RE |
| 6/15/2018 | 11:04 | CHEN | | STTLMENT | RE |
| 6/15/2018 | 11:18 | HOLLEY | | KVR DCMNTS | RE |
| 6/15/2018 | 11:25 | SNOW | | SETTLMNT | RE |
| 6/15/2018 | 11:28 | ROSARIO | | CASE INQURY | MD |
| 6/15/2018 | 11:34 | SMITH | | SALE PSTPNMNT | RE |
| 6/15/2018 | 11:34 | DEVLIN | | SALE PSTPNMNT | RE |
| 6/15/2018 | 11:35 | RAMOS | | FILE WRIT | MD |
| 6/15/2018 | 11:37 | GOUDA | | STTLMNT | RE |
| 6/15/2018 | 11:57 | ASIAG | | STTLMNT | RE |
| 6/15/2018 | 12:56 | Carroll | | File writ | MD |
| 6/15/2018 | 12:48 | Wallace | | | MD |
| 6/15/2018 | 12:56 | Ingram, | | Writ of Ex | MD |
| 6/15/2018 | 12:58 | Chang | | Settlement | RE |
| 6/15/2018 | 1:33 | Simmons | | File writ | MD |
| 6/15/2018 | 1:33 | Heiling | | | RE |
| 6/15/2018 | 1:34 | Arjun | | settlement | RE |




## PHILADELPHIA SHERIFF`S
## SIGN IN SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/15/2018 | 1:36 | Disla | | Settlement | RE |
| 6/15/2018 | 1:37 | Saneekhatam | | Question Re Property | RE |
| 6/15/2018 | 1:43 | MESSINA | | SETTLMNT | RE |
| 6/15/2018 | 1:47 | LUAZNER | | PICK UP CHCK | RE |
| 6/15/2018 | 1:55 | CASSIDY | | FILE WRIT | MD |
| 6/15/2018 | 2:00 | PRESSLEY | | STTLMNT | RE |
| 6/15/2018 | 2:00 | SKRHNICHENKO | | STTLMNT | RE |
| 6/15/2018 | 2:04 | SOLOMON | | STTLMNT | RE |
| 6/15/2018 | 2:07 | EARLE | | DEED CORRCTN | RE |
| 6/15/2018 | 2:11 | RHODEN | | DMNT SRVC | RE |
| 6/15/2018 | 2:21 | HOOKS | | EVICTION | RE |
| 6/15/2018 | 2:24 | BERRIOS | | FILE WRIT | MD |
| 6/15/2018 | 2:25 | KEENAN | | WRITS | RE/MD |
| 6/15/2018 | 2:39 | MEDLEY | | STTLMNT | RE |
| 6/15/2018 | 2:43 | BABALOLA | | PROP INQURY | RE |
| 6/15/2018 | 2:47 | CHARLES | | CUSTODY ORDR | MD |
| 6/15/2018 | 2:52 | VERAS | | STTLMNT | RE |
| 6/15/2018 | 2:53 | CLARK | | YUR DCMNTS | MD |
| 6/15/2018 | 3:03 | MICKEALS | | STTLMNT | RE |
| 6/15/2018 | 3:03 | DO | | STTLMNT | RE |



# PHILADELPHIA SHERIFF`S
## SIGN IN SHEET



| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 6/15/2018 | 3:09 | SAN NANA | | STTLMNT | RE |
| 6/15/2018 | 3:16 | SAVAMAN | | FLE DUUNTS | WA |
| 6/15/2018 | 3:16 | ROSARIO | | FLE DUMNTS | MD |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |
| 6/15/2018 | | | | | |




## PHILADELPHIA SHERIFF`S
## SIGN IN SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/22/2018 | 8:31 | FOX | | STLMNT | RE |
| 6/22/2018 | 8:31 | O'MARA | | WRITS | RE |
| 6/22/2018 | 8:33 | CUEVAS | | STLMNT | RE |
| 6/22/2018 | 8:40 | COLON | | EVICTION | CIVIL |
| 6/22/2018 | 8:40 | GUTIERREZ | | EVICTION | CIVIL |
| 6/22/2018 | 9:00 | KANOGLU | | FILE WRITS | MD |
| 6/22/2018 | 9:57 | EDUARDINA | | QUESTIONS ABOUT PROPERTY | RE FO |
| 6/22/2018 | 9:57 | CARRASQUILLO | | QUESTION ABOUT PROPERTY | RE FO |
| 6/22/2018 | 10:13 | MORSE | | QUESTIONS ABOUT LOTS | RE |
| 6/22/2018 | 10:21 | SOCKET | | WRITS | RE |
| 6/22/2018 | 10:23 | GRAMLICH | | | RE |
| 6/22/2018 | 10:24 | WASHINGTON JR. | | FILE ACMNTS | MD |
| 6/22/2018 | 10:25 | CLARK | | FILE WRIT | MD |
| 6/22/2018 | 10:26 | BRUNO | | MTG | SMART |
| 6/22/2018 | 10:49 | MILES | | FILE WRIT | MD |
| 6/22/2018 | 10:55 | JAMES | | SALE INFO | RE |
| 6/22/2018 | 10:57 | SON | | FILE ACMNTS | MD |
| 6/22/2018 | 11:08 | BENDER | | LIENS | RE |
| 6/22/2018 | 11:09 | TSAO | | ALVR ACMNTS | RE |
| 6/22/2018 | 11.11 | CORCORAN | | WRITS | MD |

TOTALS   28 RE   18 MD   7 OTHR   — LO

CITY - 9
P. 26




# PHILADELPHIA SHERIFF`S
## SIGN IN SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/22/2018 | 11:12 | GARAGAN, JR. | | ALVR ACMNTS | DART |
| 6/22/2018 | 11:13 | SANTORO | | STTLMNT | RE |
| 6/22/2018 | 11:33 | BROWN | | FILE DCMNT | MD |
| 6/22/2018 | 11:35 | ADELEO | | STTLMNT | RE |
| 6/22/2018 | 11:37 | ABDELDAYEM M. HASSAN | 1 579 | FILE DCMNTS | MD |
| 6/22/2018 | 11:59 | Colon | | EVICTION | MD |
| 6/22/2018 | 11:59 | Gutierrez | | Eviction | MD |
| 6/22/2018 | 12:01 | Washington | | Subpoena | Supervisor |
| 6/22/2018 | 12:17 | WALLACE | | WRIT OF POS | MD |
| 6/22/2018 | 12:18 | LOPEZ | | QUESTION ABOUT PROPERTY | RE |
| 6/22/2018 | 12:19 | RUIZ | | QUESTION ABOUT PROPERTY | RE |
| 6/22/2018 | 12:19 | GALARZA | | QUESTION ABOUT PROPERTY | RE |
| 6/22/2018 | 12:19 | RUIZ | | QUESTION ABOUT PROPERTY | RE |
| 6/22/2018 | 12:20 | BEN-SAMUEL | | WRITS | MD |
| 6/22/2018 | 12:40 | WILLIAMS | | FILE CLAIM FORM | DART |
| 6/22/2018 | 12:49 | APPELBAUM | | STTLMNT | RE |
| 6/22/2018 | 1:11 | BLUMBERG-RUBIN | | ALVR DCMNTS | DART |
| 6/22/2018 | 1:29 | WATTS | | PROP INQURY | RE |
| 6/22/2018 | 1:31 | HILL | | PROP INQURY | RE |
| 6/22/2018 | 1:49 | JARRETT | | POST SALE | RE |




## PHILADELPHIA SHERIFF`S
## SIGN IN SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/22/2018 | 1:58 | EL-GHARBAQUI | | FILE WRIT | RE |
| 6/22/2018 | 2:00 | UNDERWOOD | | POST SALE | RE |
| 6/22/2018 | 2:04 | SCOLLON, JR | | WRITS | RE |
| 6/22/2018 | 2:06 | ALLEN | | FILING FEES | MD |
| 6/22/2018 | 2:27 | CASSIDY | | FILE WRIT | MD |
| 6/22/2018 | 2:27 | PAULINO | | STTLMNT | RE |
| 6/22/2018 | 2:30 | MEDLEY | | STTLMNT | RE |
| 6/22/2018 | 3:02 | Graham | | Settlement | RE |
| 6/22/2018 | 3:03 | Karafousa | | Helias Passat | RE |
| 6/22/2018 | 3:04 | Paulino | | Settlement | RE |
| 6/22/2018 | 3:12 | SANTORO | | STTLMNT | RE |
| 6/22/2018 | 3:46 | SMITH | | DVR XMNTS | MD |
| 6/22/2018 | 3:56 | GONZALEZ | | DVR XMNTS | MD |
| 6/22/2018 | | | | | |
| 6/22/2018 | | | | | |
| 6/22/2018 | | | | | |
| 6/22/2018 | | | | | |
| 6/22/2018 | | | | | |
| 6/22/2018 | | | | | |
| 6/22/2018 | | | | | |




# PHILADELPHIA SHERIFF`S
## SIGN IN SHEET

| DATE | TIME | NAME | OIN | OTHER | LOCATION |
|------|------|------|-----|-------|----------|
| 6/29/2018 | 8:34 | O'MARA | | WRITS | RE |
| 6/29/2018 | 8:52 | FLACCO | | FEE INFO | MD |
| 6/29/2018 | 9:00 | WATSON | | SALE INQURY | RE |
| 6/29/2018 | 9:16 | GRANDSON | | LIENS | RE |
| 6/29/2018 | 9:16 | PATTERSON | | LIENS | RE |
| 6/29/2018 | 9:28 | MARTINEZ | | STLLMNT | RE |
| 6/29/2018 | 9:44 | MOFFIT | | DEED | RE |
| 6/29/2018 | 9:44 | ROGER | | DEED | RE |
| 6/29/2018 | 10:08 | RUIZ | | Settlement | RE |
| 6/29/2018 | 10:08 | RUIZ | | Settlement | RE |
| 6/29/2018 | 10:16 | PERALTA | | STTLMNT | RE |
| 6/29/2018 | 10:17 | SAM | | STTLMNT | RE |
| 6/29/2018 | 10:27 | WISE | | GARNISHMNT | MD |
| 6/29/2018 | 10:29 | SUDLER | | MTG | SMART |
| 6/29/2018 | 10:31 | GIRON | | INFO | RE |
| 6/29/2018 | 10:36 | COYNE | | REDEMPTION | ACCT. |
| 6/29/2018 | 10:56 | KODRA | | SALE INQURY | MD |
| 6/29/2018 | 11:07 | JACK | | DLVR ACMNTS | CIVIL |
| 6/29/2018 | 11:14 | S HE HU | | SALE INQURY | RE |
| 6/29/2018 | 11:22 | Jacobs | | Sheriff Sale | RE. |

TOTALS    39 RE    MD    OTHR    CITY - 9
LEO.    29




# PHILADELPHIA SHERIFF`S
## SIGN IN SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 6/29/2018 | 11:39 | Peralta | | Settlement | RE |
| 6/29/2018 | 11:40 | Trang | | Settlement | RE |
| 6/29/2018 | | Perazzo | | | Fill |
| 6/29/2018 | | Bosch | | | Pill |
| 6/29/2018 | 12:00 | Hill | | Issue w/ Property | FO |
| 6/29/2018 | 12:05 | Eshete | | Ejectment | Civil |
| 6/29/2018 | 12:05 | Dudroff | | Ejectment | Civil |
| 6/29/2018 | 12:06 | Williams | | Writ of Pos | MO |
| 6/29/2018 | 12:06 | Ford | | Writ of Pos | MO |
| 6/29/2018 | 12:10 | Scott | | Second Bidder | RE |
| 6/29/2018 | 12:27 | Keenan | | Writs | RE/FOD |
| 6/29/2018 | 12:45 | Exilus | | Lvr Dxmnts | MO |
| 6/29/2018 | 12:46 | Tran | | Sttlmnt | RE |
| 6/29/2018 | 12:48 | Bulock-Simmons | | Sttlmnt | RE |
| 6/29/2018 | 12:48 | Wood | | Sttlmnt | RE |
| 6/29/2018 | 12:50 | Pitts | | Sttlmnt | RE |
| 6/29/2018 | 12:50 | Melhor | | Pick up Forms | RE |
| 6/29/2018 | 1:08 | Stroh | | File Complnt | MO |
| 6/29/2018 | 1:08 | Bederman | | Sttlmnt | RE |
| 6/29/2018 | 1:10 | Scollon | | Writs | RE |




## PHILADELPHIA SHERIFF`S
## SIGN IN SHEET

| DATE | TIME | NAME | OLN | OTHER | LOCATION |
|---|---|---|---|---|---|
| 6/29/2018 | 1:12 | BARNARD | | FILE DCMNTS | MD |
| 6/29/2018 | 1:16 | DOUGHERTY | | PICK UP CHK. | TYRB |
| 6/29/2018 | 1:18 | ZHAO | | STTLMNT | RE |
| 6/29/2018 | 1:20 | PECKOWYCH | | POST SALE | RE |
| 6/29/2018 | 1:22 | NGUYEN | | LIENS | RE |
| 6/29/2018 | 1:47 | Donovan | | Settlement | RE |
| 6/29/2018 | 1:47 | Castro-Serrano | | Settlement | RE |
| 6/29/2018 | 1:47 | Ehrlich | | Settlement | RE |
| 6/29/2018 | 1:47 | Kalani | | Lien Removal | RE |
| 6/29/2018 | 1:54 | Silverstein | | Delivering letter | RE |
| 6/29/2018 | 1:59 | Delgado | | General Question | RE |
| 6/29/2018 | 2:01 | Branch | | Lien Removal | RE |
| 6/29/2018 | 2:17 | Leon | | File Writ. | MD |
| 6/29/2018 | 2:24 | Simmers | | Settlement | RE |
| 6/29/2018 | 2:24 | Solomon | | Settlement | RE |
| 6/29/2018 | 2:28 | Mcquinn | | Settlement | RE |
| 6/29/2018 | 2:46 | FOREMAN | | PICK UP CHKK | ACCT. |
| 6/29/2018 | 2:52 | CASSIDY | | WRIT | MD |
| 6/29/2018 | 3:00 | WRIGHT | | STTLMNT | RE |
| 6/29/2018 | 3:27 | BLAISE | | FILE WRIT | MD |
| | 3:58 | JONES | | FILE WRIT | CITY - MD |

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Page 1 of 1
Desc
Exhibit Defendants Exhibits: D1 to D30   Page 42 of 386

**6-1**

Jetaria Taylor < ████ @gmail.com>

Mon 12/9/2019 7:28 AM

**To:** Jetaria Taylor <Jetaria.Taylor@Phila.gov>

External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.

_____

6-1

3864 poplar 2:02 21 day
4087 Lancaster Ave door 2:11
4837 fairmount beige door 2:33
460 Dearborn white door 2:25
5009 Ogden boarded door 2:29
342 n 52nd brown 2:32
416 N sickles boarded door 2:35
643 N 57th blk screen door 2:38
637 n frazier white door 2:50
1239 N 54th white door 2:53
1416 N Allison 2:58 Final 2:58
1735 n Robinson black screen door 3:05
546 N 63 black screen 3:14
6210 callowhill 3:18 blk screen door
351 n Robinson 3:19 gate
30 n Robinson st 3:22 brown door
146 S 62nd 3:46 Final
6115 Irving white door 3:48
212 S 59th white 3:53
5861 Cedar Final 3:58
5721 pemberton white screen 4:00
5530 catherine blk screen 4:03
5339 pine st white 4:06
207 S 49th blk screen 4:15

Sent from my iPhone

C I T Y - 1 0

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Lyndel Toppin | : | |
| 146 S. 62nd Street | : | |
| Philadelphia, PA 19139 | : | CHAPTER 13 |
| | : | |
| Debtor. | : | Case No. 18-13098-MDC |

| | | |
|---|---|---|
| Lyndel Toppin | : | |
|     Debtor/Plaintiff | : | |
| v. | : | Adv. Proc. No. 18-00137-MDC |
| | : | |
| Jewell Williams | : | |
| Sheriff of the City of Philadelphia | : | |
| In his official capacity | : | |
| Land Title Building - Fifth Floor | : | |
| 100 South Broad Street | : | |
| Philadelphia, PA 19110 | : | |
|     Defendant. | : | |
| and, | : | |
| | : | |
| Abdeldayem Hassan a/k/a Abdeldyem Hassan | : | |
| 309 Barker Avenue | : | |
| Lansdowne, PA 19050 | : | |
|     Defendant. | : | |

## Declaration of Barrington Whyte in Support of Lyndel Toppin's Motion for Judgment on the Pleadings

I, Barrington Whyte, declare:

1.    I have personal knowledge of the matters set forth herein.

2.    I reside with my Uncle, Lyndel Toppin and I attest that he experienced undue frustration, anxiety, and mental anguish as a result of the willful conduct of Jewell Williams, Sheriff of the City of Philadelphia and Abdeldayem Hassan in repeatedly visiting our residence on May 18, 2018; May 24, 2018; May 30, 2018; June 1, 2018; June 5, 2018; and June 7, 2018 as outlined in the Complaint.

**Declaration of Barrington Whyte**

```
C I T Y - 1 1
P .    1
```

3.      I attest that I personally witnessed by Uncle, Lydel Toppin experience headaches; loss of sleep; anxiety; dread, and a general loss of enjoyment of life due to the repeated visits by Jewell Williams, Sheriff of the City of Philadelphia.

4.      I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct and that this declaration was executed at the date set forth below in Philadelphia, Pennsylvania.

Date: May 23, 2019

/s/ Barrington Whyte

**Declaration of Barrington Whyte**

CITY-11
P.    2



# ‹ Printer Options **Dayforce**


**au bon pain**

the bakery cafe

| | |
|---|---|
| **Employer Name:** | Au Bon Pain Corp |
| **Employer Phone:** | 617-423-2100 |
| **Employer Address:** | 1 Au Bon Pain Way |
| | Boston, MA 02210 |

| | |
|---|---|
| **Employee Name:** | LYNDEL TOPPIN |
| **Employee #:** | 102788 |
| **Employee Address:** | 5813 LANSDOWNE AVE |
| | PHILADELPHIA, PA 19131 |
| **Department:** | Cafe |
| **Job Title:** | Guest Service Representative |

| | |
|---|---|
| **Pay Date:** | 5/30/2018 |
| **Pay Period:** | 5/18/2016 - 5/24/2018 |
| **Deposit Advice #:** | 205194488 |
| **Pay Frequency:** | Weekly |
| **Pay Rate:** | 9.5500 |
| **Federal Filing Status:** | Single |
| **Federal Exemptions:** | 1/$0.00 |
| **Local Exemptions:** | 1 (Philadelphia) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 1/$0.00 (PA) |

| | Current | | | YTD | |
|---|---|---|---|---|---|
| | 5/18/2018 - 5/24/2018 | | | As of 5/24/2018 | |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **21.62** | | **$ 206.47** | **492.87** | **$ 5,706.93** |
| Regular | 21.62 | 9.5500 | $ 206.47 | 492.87 | $ 4,706.93 |
| Bonus - Service Awards | | | | | $ 1,000.00 |
| **Taxes** | | | **$ 35.84** | | **$ 1,207.34** |
| Fed W/H | | | $ 5.55 | | $ 370.10 |
| FICA EE | | | $ 12.80 | | $ 353.83 |
| Fed M/WT EE | | | $ 2.99 | | $ 82.75 |
| PA W/H | | | $ 6.34 | | $ 175.19 |
| PA UT EE | | | $ 0.13 | | $ 3.43 |
| PhilCityW/H | | | $ 8.03 | | $ 222.04 |
| **Post-Tax Deductions** | | | **$ 11.37** | | **$ 250.14** |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 80.96 |
| Aetna Dental EE | | | $ 4.67 | | $ 102.74 |
| Aetna Vision EE | | | $ 1.05 | | $ 23.10 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 43.34 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$ 159.26** | | **$ 4,249.45** |
| Payroll Card | 064209594 | XXXX-5194 | $ 159.26 | | |

| **Accruals & Balances** | |
|---|---|
| ETO Hourly Balance: | 40.00 Hours |

C I T Y - 1 2
P . 1







# ‹ Printer Options **Dayforce**



**au bon pain**
the bakery cafe

**Employer Name:** Au Bon Pain Corp
**Employer Phone:** 617-423-2100
**Employer Address:** 1 Au Bon Pain Way
Boston, MA 02210

**Employee Name:** LYNDEL TOPPIN
**Employee #:** 102788
**Employee Address:** 5813 LANSDOWNE AVE
PHILADELPHIA, PA 19131
**Department:** Cafe
**Job Title:** Guest Service Representative

**Pay Date:** 5/23/2018
**Pay Period:** 5/11/2018 - 5/17/2018
**Deposit Advice #:** 204222469
**Pay Frequency:** Weekly
**Pay Rate:** 9.5500
**Federal Filing Status:** Single
**Federal Exemptions:** 1/$0.00
**Local Exemptions:** 1 (Philadelphia)
**State Filing Status:** Single (PA)
**State Exemptions:** 1/$0.00 (PA)

| | Current 5/11/2018 - 5/17/2018 | | | YTD As of 5/17/2018 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **20.68** | | **$ 197.49** | **471.25 $** | **4,500.46** |
| Regular | 20.68 | 9.5500 | $ 197.49 | 471.25 $ | 4,500.46 |
| **Taxes** | | | **$ 33.63** | | **$ 804.79** |
| Fed W/H | | | $ 4.65 | | $ 144.55 |
| FICA EE | | | $ 12.25 | | $ 279.03 |
| Fed MWT EE | | | $ 2.87 | | $ 65.26 |
| PA W/H | | | $ 6.06 | | $ 138.15 |
| PA UT EE | | | $ 0.12 | | $ 2.70 |
| PhilCityW/H | | | $ 7.68 | | $ 175.10 |
| **Post-Tax Deductions** | | | **$ 11.37** | | **$ 238.77** |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 77.28 |
| Aetna Dental EE | | | $ 4.67 | | $ 98.07 |
| Aetna Vision EE | | | $ 1.05 | | $ 22.05 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 41.37 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$ 152.49** | | **$ 3,456.90** |
| Payroll Card | 064206594 | XXXXX5194 | $ 152.49 | | |

**Accruals & Balances**

| | |
|---|---|
| ETO Hourly Balance: | 40.00 Hours |

```
C I T Y - 1 2
P .   2
```


CERIDIAN

Page 1 of 1

‹ Printer Options **Dayforce**



**au bon pain**
the bakery cafe

**Employer Name:** Au Bon Pain Corp
**Employer Phone:** 617-423-2100
**Employer Address:** 1 Au Bon Pain Way
Boston, MA 02210

| | |
|---|---|
| **Employee Name:** | LYNDEL TOPFIN |
| **Employee #:** | 102768 |
| **Employee Address:** | 5813 LANSDOWNE AVE PHILADELPHIA, PA 19131 |
| **Department:** | Cafe |
| **Job Title:** | Guest Service Representative |

| | |
|---|---|
| **Pay Date:** | 5/16/2018 |
| **Pay Period:** | 5/4/2018 - 5/10/2018 |
| **Deposit Advice #:** | 203243642 |
| **Pay Frequency:** | Weekly |
| **Pay Rate:** | 9.5500 |
| **Federal Filing Status:** | Single |
| **Federal Exemptions:** | 1/$0.00 |
| **Local Exemptions:** | 1 (Philadelphia) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 1/$0.00 (PA) |

| | Current 5/4/2018 - 5/10/2018 | | | YTD As of 5/10/2018 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **21.00** | | **$ 200.55** | **450.57** | **$ 4,302.97** |
| Regular | 21.00 | 9.5500 | $ 203.55 | 450.57 | 4,302.97 |
| **Taxes** | | | **$ 34.38** | | **$ 771.16** |
| Fed W/H | | | $ 4.96 | | 139.90 |
| FICA EE | | | $ 12.43 | | 266.78 |
| Fed MWT EE | | | $ 2.90 | | 62.39 |
| PA W/H | | | $ 6.16 | | 132.09 |
| PA UT EE | | | $ 0.12 | | 2.58 |
| PhilCityW/H | | | $ 7.81 | | 167.42 |
| **Post-Tax Deductions** | | | **$ 11.37** | | **$ 227.40** |
| Aetna STD Post-Tax | | | $ 3.68 | | 73.60 |
| Aetna Dental EE | | | $ 4.67 | | 93.40 |
| Aetna Vision EE | | | $ 1.05 | | 21.00 |
| Aetna Life Insurance Family | | | $ 1.97 | | 39.40 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$ 154.80** | | **$ 3,304.41** |
| Payroll Card | 064209594 | XXXXX5194 | $ 154.80 | | |

| **Accruals & Balances** | |
|---|---|
| ETO Hourly Balance: | 40.00 Hours |

C I T Y - 1 2
P . 3


CERIDIAN





# ‹ Printer Options **Dayforce**



**au bon pain**
*the bakery cafe*

**Employer Name:** Au Bon Pain Corp
**Employer Phone:** 617-423-2100
**Employer Address:** 1 Au Bon Pain Way
Boston, MA 02210

**Employee Name:** LYNDEL TOPPIN
**Employee #:** 102788
**Employee Address:** 5813 LANSDOWNE AVE
PHILADELPHIA, PA 19131
**Department:** Cafe
**Job Title:** Guest Service Representative

**Pay Date:** 5/9/2018
**Pay Period:** 4/27/2018 - 5/3/2018
**Deposit Advice #:** 202505624
**Pay Frequency:** Weekly
**Pay Rate:** 9.5500
**Federal Filing Status:** Single
**Federal Exemptions:** 1/$0.00
**Local Exemptions:** 1 (Philadelphia)
**State Filing Status:** Single (PA)
**State Exemptions:** 1/$0.00 (PA)

| | Current 4/27/2018 - 5/3/2018 | | | YTD As of 5/3/2018 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 23.03 | | $ 219.94 | 429.57 | $ 4,102.42 |
| Regular | 23.03 | 9.5500 | $ 219.94 | 429.57 | $ 4,102.42 |
| **Taxes** | | | $ 39.16 | | $ 736.78 |
| Fed W/H | | | $ 5.90 | | $ 134.94 |
| FICA EE | | | $ 13.64 | | $ 254.35 |
| Fed MWT EE | | | $ 3.19 | | $ 59.49 |
| PA W/H | | | $ 6.75 | | $ 125.93 |
| PA UT EE | | | $ 0.13 | | $ 2.46 |
| PhilCity W/H | | | $ 8.55 | | $ 159.61 |
| **Post-Tax Deductions** | | | $ 11.37 | | $ 216.03 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 69.92 |
| Aetna Dental EE | | | $ 4.67 | | $ 88.73 |
| Aetna Vision EE | | | $ 1.05 | | $ 19.95 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 37.43 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $ 169.41 | | $ 3,149.61 |
| Payroll Card | 064295594 | XXXX5194 | $ 169.41 | | |

**Accruals & Balances**

| | |
|---|---|
| ETO Hourly Balance: | 40.00 Hours |

CITY - 12
P. 4

C
CERIDIAN

Page 1 of 1

< Printer Options **Dayforce**



au bon pain

the bakery cafe

**Employer Name:** Au Bon Pain Corp
**Employer Phone:** 617-423-2100
**Employer Address:** 1 Au Bon Pain Way
Boston, MA 02210

**Employee Name:** LYNDEL TOFFIN
**Employee #:** 102788
**Employee Address:** 5813 LANSDOWNE AVE
PHILADELPHIA, PA 19131
**Department:** Cafe
**Job Title:** Guest Service Representative

**Pay Date:** 5/2/2018
**Pay Period:** 4/20/2018 - 4/26/2018
**Deposit Advice #:** 201695199
**Pay Frequency:** Weekly
**Pay Rate:** 9.5500
**Federal Filing Status:** Single
**Federal Exemptions:** 1/$0.00
**Local Exemptions:** 1 (Philadelphia)
**State Filing Status:** Single (PA)
**State Exemptions:** 1/$0.00 (PA)

| | Current 4/20/2018 - 4/26/2018 | | | YTD As of 4/26/2018 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 21.22 | | $ 202.65 | 406.54 | $ 3,882.48 |
| Regular | 21.22 | 9.5500 | $ 202.65 | 406.54 | $ 3,882.48 |
| **Taxes** | | | $ 34.90 | | $ 697.62 |
| Fed W/H | | | $ 5.17 | | $ 128.04 |
| FICA EE | | | $ 12.56 | | $ 240.71 |
| Fed MWT EE | | | $ 2.94 | | $ 56.30 |
| PA W/H | | | $ 6.22 | | $ 119.18 |
| PA UT EE | | | $ 0.12 | | $ 2.33 |
| PhilCity W/H | | | $ 7.89 | | $ 151.06 |
| **Post-Tax Deductions** | | | $ 11.37 | | $ 204.66 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 66.24 |
| Aetna Dental EE | | | $ 4.67 | | $ 84.06 |
| Aetna Vision EE | | | $ 1.05 | | $ 18.90 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 35.46 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $ 156.38 | | $ 2,980.20 |
| Payroll Card | 064208594 | XXXX5194 | $ 156.38 | | |

**Accruals & Balances**

| | |
|---|---|
| ETO Hourly Balance: | 40.00 Hours |

CITY-12
P.5

C
CERIDIAN


‹ Printer Options **Dayforce**


**au bon pain**
the bakery café

| | |
|---|---|
| **Employer Name:** | Au Bon Pain Corp |
| **Employer Phone:** | 617-423-2100 |
| **Employer Address:** | 1 Au Bon Pain Way |
| | Boston, MA 02210 |

| | |
|---|---|
| **Employee Name:** | LYNDEL TOFFIN |
| **Employee #:** | 102788 |
| **Employee Address:** | 5813 LANSDOWNE AVE |
| | PHILADELPHIA, PA 19131 |
| **Department:** | Cafe |
| **Job Title:** | Guest Service Representative |

| | |
|---|---|
| **Pay Date:** | 4/25/2018 |
| **Pay Period:** | 4/13/2018 - 4/19/2018 |
| **Deposit Advice #:** | 200735673 |
| **Pay Frequency:** | Weekly |
| **Pay Rate:** | 9.5500 |
| **Federal Filing Status:** | Single |
| **Federal Exemptions:** | 1/$0.00 |
| **Local Exemptions:** | 1 (Philadelphia) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 1/$0.00 (PA) |

| | Current 4/13/2018 - 4/19/2018 | | | YTD As of 4/19/2018 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | 24.62 | | $ 235.12 | 385.32 | $ 3,679.83 |
| Regular | 24.62 | 9.5500 | $ 235.12 | 385.32 | $ 3,679.83 |
| **Taxes** | | | $ 42.91 | | $ 662.72 |
| Fed W/H | | | $ 9.42 | | $ 122.87 |
| FICA EE | | | $ 14.58 | | $ 228.15 |
| Fed MWT EE | | | $ 3.41 | | $ 53.36 |
| PA W/H | | | $ 7.22 | | $ 112.96 |
| PA UT EE | | | $ 0.14 | | $ 2.21 |
| PhilCityW/H | | | $ 8.14 | | $ 143.17 |
| **Post-Tax Deductions** | | | $ 11.37 | | $ 193.29 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 62.56 |
| Aetna Dental EE | | | $ 4.67 | | $ 79.39 |
| Aetna Vision EE | | | $ 1.05 | | $ 17.85 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 33.49 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | $ 180.84 | | $ 2,823.82 |
| Payroll Card | 064206594 | XXXXX5194 | $ 180.84 | | |

| **Accruals & Balances** | |
|---|---|
| ETO Hourly Balance: | 40.00 Hours |

C I T Y - 1 2
P . 6


CERIDIAN



< Printer Options **Dayforce**



**au bon pain**

the bakery cafe

| | |
|---|---|
| **Employer Name:** | Au Bon Pain Corp |
| **Employer Phone:** | 617-423-2100 |
| **Employer Address:** | 1 Au Bon Pain Way |
| | Boston, MA 02210 |

| | | | |
|---|---|---|---|
| **Employee Name:** | LYNDEL TOPPIN | **Pay Date:** | 4/18/2018 |
| **Employee #:** | 102768 | **Pay Period:** | 4/6/2018 - 4/12/2018 |
| **Employee Address:** | 5813 LANSDOWNE AVE | **Deposit Advice #:** | 199931798 |
| | PHILADELPHIA, PA 19131 | **Pay Frequency:** | Weekly |
| **Department:** | Cafe | **Pay Rate:** | 9.5500 |
| **Job Title:** | Guest Service Representative | **Federal Filing Status:** | Single |
| | | **Federal Exemptions:** | 1/10.00 |
| | | **Local Exemptions:** | 1 (Philadelphia) |
| | | **State Filing Status:** | Single (PA) |
| | | **State Exemptions:** | 1/$0.00 (PA) |

| | Current | | | YTD | |
|---|---|---|---|---|---|
| | 4/6/2018 - 4/12/2018 | | | As of 4/12/2018 | |
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | 23.50 | | $ 224.43 | 360.70 | $ 3,444.71 |
| Regular | 23.50 | 9.5500 | $ 224.43 | 360.70 | $ 3,444.71 |
| **Taxes** | | | $ 40.29 | | $ 619.81 |
| Fed W/H | | | $ 7.35 | | $ 114.45 |
| FICA EE | | | $ 13.91 | | $ 213.57 |
| Fed MWT EE | | | $ 3.26 | | $ 49.95 |
| PA W/H | | | $ 6.89 | | $ 105.74 |
| PA UT EE | | | $ 0.14 | | $ 2.07 |
| PhilCityW/H | | | $ 8.74 | | $ 134.03 |
| **Post-Tax Deductions** | | | $ 11.37 | | $ 181.92 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 58.86 |
| Aetna Dental EE | | | $ 4.67 | | $ 74.72 |
| Aetna Vision EE | | | $ 1.05 | | $ 16.80 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 31.52 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | $ 172.77 | | $ 2,642.98 |
| Payroll Card | 064209594 | XXXX5194 | $ 172.77 | | |

| **Accruals & Balances** | |
|---|---|
| ETO Hourly Balance: | 40.00 Hours |

C I T Y - 1 2
P . 7

 



# Printer Options **Dayforce**



au bon pain
the bakery cafe

**Employer Name:** Au Bon Pain Corp
**Employer Phone:** 617-423-2100
**Employer Address:** 1 Au Bon Pain Way
Boston, MA 02210

**Employee Name:** LYNDEL TOPPIN
**Employee #:** 102788
**Employee Address:** 5813 LANSDOWNE AVE
PHILADELPHIA, PA 19131
**Department:** Cafe
**Job Title:** Guest Service Representative

**Pay Date:** 4/11/2018
**Pay Period:** 3/30/2018 - 4/5/2018
**Deposit Advice #:** 199012918
**Pay Frequency:** Weekly
**Pay Rate:** 9.5500
**Federal Filing Status:** Single
**Federal Exemptions:** 1/$0.00
**Local Exemptions:** 1 (Philadelphia)
**State Filing Status:** Single (PA)
**State Exemptions:** 1/$0.00 (PA)

| | Current 3/30/2018 - 4/5/2018 | | | YTD As of 4/5/2018 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 23.98 | | $ 229.01 | 337.20 | $ 3,220.28 |
| Regular | 23.98 | 9.5500 | $ 229.01 | 337.20 | 3,220.28 |
| **Taxes** | | | $ 41.39 | | $ 579.52 |
| Fed W/H | | | $ 7.80 | | $ 107.10 |
| FICA EE | | | $ 14.20 | | $ 199.66 |
| Fed MWT EE | | | $ 3.32 | | $ 46.69 |
| PA W/H | | | $ 7.03 | | $ 98.85 |
| PA UT EE | | | $ 0.13 | | $ 1.93 |
| PhilCity W/H | | | $ 8.91 | | $ 125.29 |
| **Post-Tax Deductions** | | | $ 11.37 | | $ 170.55 |
| Aetna STD Post-Tax | | | $ 3.68 | | $ 55.20 |
| Aetna Dental EE | | | $ 4.67 | | $ 70.05 |
| Aetna Vision EE | | | $ 1.05 | | $ 15.75 |
| Aetna Life Insurance Family | | | $ 1.97 | | $ 29.55 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $ 176.25 | | $ 2,470.21 |
| Payroll Card | 064208594 | XXXXX5194 | $ 176.25 | | |

| **Accruals & Balances** | |
|---|---|
| ETO Hourly Balance: | 40.00 Hours |

C I T Y - 1 2
P .   8





**DUNNE**
LAW OFFICES, P.C.

June 26, 2019

**VIA E-MAIL AND PERSONAL DELIVERY**

Megan Harper, Esq.
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102

      Re: Toppin v. Williams, et al., Adv. Pro No. 18-00137 (MDC)

Dear Mrs. Harper:

      Please find the Plaintiff's Responses to Defendant, The Sheriff of the City of

Philadelphia's First Set of Interrogatories enclosed.

                    Very truly yours,

                    Stephen M. Dunne, Esq.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| LYNDEL TOPPIN, | : | |
| | : | |
| Debtor. | : | Bankruptcy No. 18-13098 (MDC) |
| | : | |
| LYNDEL TOPPIN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No. 18-00137 (MDC) |
| | : | |
| JEWELL WILLIAMS, SHERIFF | : | |
| OF THE CITY OF PHILADELPHIA and | : | |
| ABDELDAYEM HASSAN a/k/a | : | |
| ABDELDYEM HASSAN, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S RESPONSES TO DEFENDANT,**
**THE SHERIFF OF THE CITY OF PHILADELPHIA'S**
**FIRST SET OF INTERROGATORIES**

**GENERAL OBJECTIONS**

1.     Plaintiff asserts these General Objections to Defendant's Request for Production of

Documents and incorporates them by reference into each.

2.     Plaintiff objects to each request to the extent it seeks documents covered by the attorney-

client privilege, the work product doctrine, the consulting privilege, the common interest

doctrine, or any other applicable privilege or immunity. None of Plaintiff's responses are

intended as, nor should be construed as, a waiver or relinquishment of the attorney-client

privilege, the work product doctrine, the consulting privilege, the common interest doctrine, or

any other applicable privilege or immunity.

CITY-13

3.      Plaintiff objects to each request to the extent that it is overly broad, unduly burdensome, and/or not reasonably calculated to lead to the discovery of relevant documents or admissible evidence.

4.      Plaintiff objects to Defendant's definition of "Document" in Definition No. 2 of the Document Requests. That definition exceeds the permissible bounds under Rule 34 of the Federal Rules of Civil Procedure. Specifically, the Defendant defines "Document" as "computer storing devices or (any other media and includes, without limiting the generality of the foregoing: computer printouts or media, tapes, discs, electronic mail records, letters, correspondence, telegrams, other written communications, contracts, agreements, notes, work papers, or any other writings, including non-identical copies, drafts or other transcripts of the foregoing now in your possession, custody, or control)...." Plaintiff objects to searching for or producing ESI contained on disaster recovery, back-up, or archival media, legacy systems, or deleted, fragmented, shadowed, or temporary data on the grounds that such information is not reasonably accessible due to cost and burden, and that the burden and cost of searching, processing, and producing this material would far exceed any marginal benefit to be gained by conducting such a search.

5.      A statement that Plaintiff will produce documents in response to any request herein does not mean that such documents exist, but only that, to the extent such documents do exist and are not subject to the preliminary statement and/or a general objection, Plaintiff will produce non-privileged, responsive documents that are identifiable after a reasonable search.

6.      Plaintiff objects to the requests to the extent that they seek documents and information outside of Plaintiff's possession, custody, or control. Plaintiff objects to searching for, or producing, documents from its outside advisors, attorneys, agents, or consultants.

7.      Plaintiff objects to Definition and Instruction Number 30 on the grounds that it is overly broad and unduly burdensome.

8.      Plaintiff objects to logging privileged communications that occurred subsequent to Plaintiffs' initiation of the Lawsuit.

9.      Plaintiff objects to Definition and Instruction Number 33 on the grounds that the fast-paced schedule of this matter does not allow adequate time to update prior discovery responses and because updating them subsequent to the hearing in this matter is not reasonably calculated to lead to the discovery of admissible evidence.

## PLAINTIFF'S RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1:**      State your present full name, current address, and who, if anyone, currently resides with you.

**RESPONSE TO INTERROGATORY NO. 1:**

Lyndel Toppin, 146 S. 62nd Street, Philadelphia, PA 19139.  Barrington Whyte lives with me.

**INTERROGATORY NO. 2:**      State all addresses where you lived for the last five (5) years, up to your present address as stated above in your answer to Interrogatory No. 1, with approximate dates of when you resided at those addresses and who resided there with you, if anyone.

**RESPONSE TO INTERROGATORY NO. 2:**

I have resided at 146 S. 62nd Street, Philadelphia, PA 19139 for the last 30 years.

**INTERROGATORY NO. 3:**          State your present employer, length of employment and

nature of employment.

**RESPONSE TO INTERROGATORY NO. 3:**

Au bon pain, 2005 Market Street, Philadelphia, PA 19103. 20 years. Dishwasher.

**INTERROGATORY NO. 4:**          State with specificity and detail each and every action or

failure to act by the Sheriff which you contend constitutes a violation of the automatic stay, and

in your answer state:

(a)      The date the alleged violation occurred;

(b)      Whether you witnessed the alleged violation; and

(c)      If you did not witness the alleged violation, state when and how you discovered the

alleged violation.

**RESPONSE TO INTERROGATORY NO. 4:**

(a)      The alleged violations of the automatic stay occurred on the following dates: May 18,

2018, May 24, 2018, May 30, 2018, June 1, 2018, June 5, 2018 and June 7, 2018.

(b)      I, Lyndel Toppin and Barrington Whyte witnessed each alleged violation of the automatic

stay as we both reside 146 S. 62nd Street, Philadelphia, PA 19139. I, Lyndel Toppin and

Barrington Whyte personally observed Eviction Notices and Notices to Vacate on our front door

placed by the Philadelphia Sheriff's Office.

(c)      N/A.

**INTERROGATORY NO. 5:**        Identify all documents received by you or your attorney

from the Sheriff that relate to the allegations in the Complaint.

**RESPONSE TO INTERROGATORY NO. 5:**

1. Exhibit C of the 2nd Amended Complaint – Sheriff's Invoice

2. Exhibit K of the 2nd Amended Complaint – Contact Details of Abdeldayem Hassan

3. Exhibit T of the 2nd Amended Complaint – Notice to Vacate – May 18, 2018

4. Exhibit U of the 2nd Amended Complaint – Notice to Vacate – May 24, 2018

5. Exhibit V of the 2nd Amended Complaint – Notice to Vacate – May 30, 2018

6. Exhibit X of the 2nd Amended Complaint – Eviction Notice – June 1, 2018

7. Exhibit Y of the 2nd Amended Complaint – Eviction Notice – June 5, 2018

8. Exhibit Z of the 2nd Amended Complaint – Eviction Notice – June 7, 2018

**INTERROGATORY NO. 6:**        Identify all documents given by you or your attorney to the

Sheriff that relate to the allegations in the Complaint.

**RESPONSE TO INTERROGATORY NO. 6:**

1. Exhibit C of the 2nd Amended Complaint – Sheriff's Invoice

2. Exhibit K of the 2nd Amended Complaint – Contact Details of Abdeldayem Hassan

3. Exhibit T of the 2nd Amended Complaint – Notice to Vacate – May 18, 2018

4. Exhibit U of the 2nd Amended Complaint – Notice to Vacate – May 24, 2018

5. Exhibit V of the 2nd Amended Complaint – Notice to Vacate – May 30, 2018

6. Exhibit X of the 2nd Amended Complaint – Eviction Notice – June 1, 2018

7. Exhibit Y of the 2nd Amended Complaint – Eviction Notice – June 5, 2018

8. Exhibit Z of the 2nd Amended Complaint – Eviction Notice – June 7, 2018

**INTERROGATORY NO. 7:**    Identify all communications between you or your attorney and the Sheriff.

**RESPONSE TO INTERROGATORY NO. 7:**

1. May 7, 2018: Debtor's counsel visited the Philadelphia Sheriff's Office with his client to advise that the debtor required information to assist with the filing of his bankruptcy.

2. May 7, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy.

3. May 8, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3555.

4. May 8, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3971.

5. May 9, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy.

6. May 9, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the GRB Law at fax number 215-735-1618.

7. May 10, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy to the Civil Enforcement Unit.

8. May 10, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3555.

9. May 10, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3555.

10. May 15, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number

215-686-3565 and provided notice of the underlying bankruptcy.

11. May 15, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number

215-686-3565 and provided notice of the underlying bankruptcy to the Civil Enforcement

Unit.

12. May 15, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the

Philadelphia Sheriff's Office at fax number 215-686-3971.

13. May 30, 2018: The Bankruptcy Noticing Center e-mailed notice of the underlying

bankruptcy to Philadelphia Law Department at bankruptcy@phila.gov.

14. Jun 7, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the

Philadelphia Sheriff's Office at fax number 215-686-3555.

15. May 31, 2018: The Bankruptcy Noticing Center mailed notice of the underlying

bankruptcy to the following mailing address: Philadelphia Sheriff's Office, 100 S. Broad

Street, 5th Floor, Philadelphia, PA 19110.

16. May 31, 2018: The Bankruptcy Noticing Center mailed notice of the underlying

bankruptcy to the following mailing address: GRB Law, 1425 Spruce Street, Suite 100,

Philadelphia, PA 19102.

17. May 31, 2018: The Bankruptcy Noticing Center mailed notice of the underlying

bankruptcy to the following mailing address: Philadelphia Department of Revenue, 1410

John F. Kennedy Blvd., Concourse Level, Philadelphia, PA 19102.

18. June 7, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number

215-686-3565 and provided notice of the underlying bankruptcy.

**INTERROGATORY NO. 8:**　　　State whether you or your attorney had any conversation(s) with the Sheriff and, if so, state in detail the subject matter of the conversation(s), who you or your attorney spoke with and the dates of the conversation(s).

**RESPONSE TO INTERROGATORY NO. 8:**

1. May 7, 2018: Debtor's counsel visited the Philadelphia Sheriff's Office with his client to advise that the debtor required information to assist with the filing of his bankruptcy. The employee at the Sheriff's Office did not volunteer their name.

2. May 7, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy. The employee at the Sheriff's Office did not volunteer their name.

3. May 9, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy. The employee at the Sheriff's Office did not volunteer their name.

4. May 10, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy to the Civil Enforcement Unit. The employee at the Sheriff's Office did not volunteer their name.

5. May 15, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy. The employee at the Sheriff's Office did not volunteer their name.

6. June 7, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy. The employee at the Sheriff's Office did not volunteer their name.

**INTERROGATORY NO. 9:**        State all facts upon which you rely in alleging that the Civil

Enforcement Unit of the Philadelphia Sheriff's Office received actual notice of the bankruptcy

filing.

**RESPONSE TO INTERROGATORY NO. 9:**

1.  May 7, 2018: Debtor's counsel visited the Philadelphia Sheriff's Office with his client to

    advise that the debtor required information to assist with the filing of his bankruptcy.

2.  May 7, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number

    215-686-3565 and provided notice of the underlying bankruptcy.

3.  May 8, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the

    Philadelphia Sheriff's Office at fax number 215-686-3555.

4.  May 8, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the

    Philadelphia Sheriff's Office at fax number 215-686-3971.

5.  May 9, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number

    215-686-3565 and provided notice of the underlying bankruptcy.

6.  May 9, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the GRB

    Law at fax number 215-735-1618.

7.  May 10, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number

    215-686-3565 and provided notice of the underlying bankruptcy to the Civil Enforcement

    Unit.

8.  May 10, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the

    Philadelphia Sheriff's Office at fax number 215-686-3555.

9.  May 10, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the

    Philadelphia Sheriff's Office at fax number 215-686-3555.

10. May 15, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number
    215-686-3565 and provided notice of the underlying bankruptcy.

11. May 15, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number
    215-686-3565 and provided notice of the underlying bankruptcy to the Civil Enforcement
    Unit.

12. May 15, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the
    Philadelphia Sheriff's Office at fax number 215-686-3971.

13. May 30, 2018: The Bankruptcy Noticing Center e-mailed notice of the underlying
    bankruptcy to Philadelphia Law Department at bankruptcy@phila.gov.

14. Jun 7, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the
    Philadelphia Sheriff's Office at fax number 215-686-3555.

15. May 31, 2018: The Bankruptcy Noticing Center mailed notice of the underlying
    bankruptcy to the following mailing address: Philadelphia Sheriff's Office, 100 S. Broad
    Street, 5th Floor, Philadelphia, PA 19110.

16. May 31, 2018: The Bankruptcy Noticing Center mailed notice of the underlying
    bankruptcy to the following mailing address: GRB Law, 1425 Spruce Street, Suite 100,
    Philadelphia, PA 19102.

17. May 31, 2018: The Bankruptcy Noticing Center mailed notice of the underlying
    bankruptcy to the following mailing address: Philadelphia Department of Revenue, 1410
    John F. Kennedy Blvd., Concourse Level, Philadelphia, PA 19102.

18. June 7, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number
    215-686-3565 and provided notice of the underlying bankruptcy.

**INTERROGATORY NO. 10:**        State all facts upon which you rely in alleging that the Civil

Enforcement Unit of Philadelphia Sheriff's Office was advised that the Writ of Possession dated

May 7, 2018 (Sheriff Number 231566) against unknown occupants of the Property was being

executed upon a person that had filed for bankruptcy.

**RESPONSE TO INTERROGATORY NO. 10:**

1. May 7, 2018: Debtor's counsel visited the Philadelphia Sheriff's Office with his client to

   advise that the debtor required information to assist with the filing of his bankruptcy.

2. May 7, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number

   215-686-3565 and provided notice of the underlying bankruptcy.

3. May 8, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the

   Philadelphia Sheriff's Office at fax number 215-686-3555.

4. May 8, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the

   Philadelphia Sheriff's Office at fax number 215-686-3971.

5. May 9, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number

   215-686-3565 and provided notice of the underlying bankruptcy.

6. May 9, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the GRB

   Law at fax number 215-735-1618.

7. May 10, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number

   215-686-3565 and provided notice of the underlying bankruptcy to the Civil Enforcement

   Unit.

8. May 10, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the

   Philadelphia Sheriff's Office at fax number 215-686-3555.

9.  May 10, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3555.

10. May 15, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy.

11. May 15, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number 215-686-3565 and provided notice of the underlying bankruptcy to the Civil Enforcement Unit.

12. May 15, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3971.

13. May 30, 2018: The Bankruptcy Noticing Center e-mailed notice of the underlying bankruptcy to Philadelphia Law Department at bankruptcy@phila.gov.

14. Jun 7, 2018: Debtor's counsel faxed notice of the underlying bankruptcy to the Philadelphia Sheriff's Office at fax number 215-686-3555.

15. May 31, 2018: The Bankruptcy Noticing Center mailed notice of the underlying bankruptcy to the following mailing address: Philadelphia Sheriff's Office, 100 S. Broad Street, 5th Floor, Philadelphia, PA 19110.

16. May 31, 2018: The Bankruptcy Noticing Center mailed notice of the underlying bankruptcy to the following mailing address: GRB Law, 1425 Spruce Street, Suite 100, Philadelphia, PA 19102.

17. May 31, 2018: The Bankruptcy Noticing Center mailed notice of the underlying bankruptcy to the following mailing address: Philadelphia Department of Revenue, 1410 John F. Kennedy Blvd., Concourse Level, Philadelphia, PA 19102.

18. June 7, 2018: Debtor's counsel telephoned the Philadelphia Sheriff's Office at number

215-686-3565 and provided notice of the underlying bankruptcy.


**INTERROGATORY NO. 11:**      Identify all persons who have personal knowledge of facts

and matters set forth in the Complaint and describe the facts known or observed by that person.

**RESPONSE TO INTERROGATORY NO. 11:**

Stephen Dunne; Lyndel Toppin, Barrington Whyte, Alveta Hughes; Unknown employees of the

Sheriff's Office. The response to Interrogatory No. 10 is incorporated herein.


**INTERROGATORY NO. 12:**      Identify all fact witnesses you intend to call at trial and as

to each such witness, state the facts to which that person is expected to testify.

**RESPONSE TO INTERROGATORY NO. 12:**

Abdeldayem Hassan; David Offen; Stephen Dunne; Lyndel Toppin, Barrington Whyte, Alveta

Hughes; Unknown employees of the Sheriff's Office. The response to Interrogatory No. 10 is

incorporated herein.


**INTERROGATORY NO. 13:**      With respect to each person whom you intend to call as an

expert witness in connection with this matter:

(a)      Identify the person;

(b)      Attach a copy of the person's resume or curriculum vitae;

(c)      Identify the subject matter on which the person is expected to testify;

(d)      Identify the facts and opinions the person is expected to offer at any evidentiary hearing

or trial;

(e)    Identify each document and communication directed to the person regarding the subject matter of this action;

(f)    Identify any document or demonstrative evidence the person is expected to use, refer to or rely upon at any evidentiary hearing or trial; and

(g)    Attach a copy of that person's written report.

**RESPONSE TO INTERROGATORY NO. 13:**

(a)    Abdeldayem Hassan; David Offen; Stephen Dunne; Lyndel Toppin; Barrington Whyte; Alveta Hughes; Unknown employees of the Sheriff's Office.

(b)    Unable to produce resume of Abdeldayem Hassan and David Offen as they are not in my possession. Unable to produce resume of Lyndel Toppin and Barrington Whyte because neither have a resume. Unable to produce resume of unknown employees of the Sheriff's Office.

(c)    The response to Interrogatory No. 10 is incorporated herein and the subject matter of the testimony would include notice of the pending bankruptcy; actions to avoid violation of the automatic stay; and damages in connection with said violation(s) of the automatic stay.

(d)    The response to Interrogatory No. 10 is incorporated herein and the subject matter of the testimony would include notice of the pending bankruptcy; actions to avoid violation of the automatic stay; and damages in connection with said violation(s) of the automatic stay.

(e)    The response to Interrogatory No. 10 is incorporated herein.

(f)    The response to Interrogatory No. 10 is incorporated herein.

(g)    No written reports are in existence at this time.

**INTERROGATORY NO. 14:**      Do you claim to have experienced emotional distress as a result of the Sheriff's alleged violations of the automatic stay?

**RESPONSE TO INTERROGATORY NO. 14:**

Yes.


**INTERROGATORY NO. 15:**      If your answer to Interrogatory No. 14 was yes, please:

(a)      Set forth the nature of the emotional distress;

(b)      Identify any person who has knowledge of any fact pertaining to the emotional distress;

(c)      Set forth the amount of compensation which you claim to be entitled as a result of the emotional distress; and

(d)      Set forth the method by which you calculated the amount.

**RESPONSE TO INTERROGATORY NO. 15:**

(a)      Armed Philadelphia Sheriff's appeared at my home and posted six ("6") separate "Notices to Vacate" and "Eviction Notices" that caused me a substantial amount of undue frustration, anxiety and mental anguish.

(b)      Lyndel Toppin; Barrington Whyte; Alveta Hughes; and Stephen Dunne.

(c)      $25,000.

(d)      I suffered the following actual manifestations: headaches; loss of sleep; anxiety; sense of dread; sense of failure; extended harassment and embarrassment as a result of the Sheriff's callous disregard to the bankruptcy protections afforded debtors. I quantified those emotional distress damages to equal $25,000.

**INTERROGATORY NO. 16:**       Identify all punitive damages which you claim and the facts

that justify a finding of deliberate willful action or inaction by the Sheriff.

**RESPONSE TO INTERROGATORY NO. 16:**

Punitive damages are appropriate for the reasons that: (1) Sheriff had received fair notice of the

underlying bankruptcy; (2) Plaintiff has evidenced emotional injuries as a result of the Sheriff's

callous disregard of the bankruptcy laws; (3) the harm or injury inflicted on Plaintiff is more than

economic in nature; (4) the monetary value of non-economic harm is difficult to determine; (5)

Punitive damages would deter the Sheriff from any future callous disregard of the bankruptcy

laws.


**INTERROGATORY NO. 17:**       Identify the compensatory damages which you seek and the

facts supporting your claim for such damages.

**RESPONSE TO INTERROGATORY NO. 17:**

Out of pocket expenses include all the time I spent visiting my attorney's office to stop the

continuing violation of the automatic stay; lost potential income due to the time I was

unavailable to work as a result of spending time at my attorney's office and transportation costs

to/from my attorney's office.

**INTERROGATORY NO. 18:**    Identify the attorney's fees which you claim and the facts
that support your claim for such fees including statements for services, canceled checks and any
other documents that support your claim.

**RESPONSE TO INTERROGATORY NO. 18:** Objection. This request is overly broad, calls
for speculation and seeks work product. Furthermore, no trial date has been set yet, this request
is premature and irrelevant, and accordingly not limited in time or scope. Lastly, Plaintiff objects
to the use of the terms "any" as they are overly broad and unduly burdensome and further,
subject to interpretation.


**INTERROGATORY NO. 19:**    Did you answer these questions with the assistance of
anyone other than your attorney?  If the answer is yes, please state who helped you, if anyone, to
provide these answers.

**RESPONSE TO INTERROGATORY NO. 19:**

No.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 25, 2019, a true and correct copy of the foregoing was served by
email and regular U.S. Mail on the following:

> MEGAN N. HARPER
> Deputy City Solicitor
> PA Attorney I.D. 81669
> City of Philadelphia Law Department Municipal Services Building
> 1401 JFK Boulevard, 5th Floor
> Philadelphia, PA  19102-1595



CITY OF PHILADELPHIA
**OFFICE OF THE SHERIFF**
CIVIL ENFORCEMENT

# NOTICE TO VACATE

SHERIFF NUMBER: _231566_

To: Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor

By virtue a *Writ of Possession of Real Property* a copy of which is attached
**YOU HAVE 21 DAYS TO VACATE THE PREMISES DESCRIBED IN THE WRIT, FAILURE TO DO SO WILL RESULT IN THE IMMEDIATE SCHEDULING OF AN EVICTION**

Civil Enforcement Unit ■ 100 S. Broad Street ■ Philadelphia, PA 19110 ■ 5th Floor
Phone: (215) 686-3542 Fax: (215) 686-3555

C I T Y - 1 4

5/18/18



CITY OF PHILADELPHIA
**OFFICE OF THE SHERIFF**
CIVIL ENFORCEMENT

# NOTICE TO VACATE

SHERIFF NUMBER: ___231566___

To: Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor

By virtue a *Writ of Possession of Real Property* a copy of which is attached
**YOU HAVE 21 DAYS TO VACATE THE PREMISES DESCRIBED IN THE WRIT, FAILURE TO DO SO WILL RESULT IN THE IMMEDIATE SCHEDULING OF AN EVICTION**

Civil Enforcement Unit ▪ 100 S. Broad Street ▪ Philadelphia, PA 19110 ▪ 5th Floor
Phone: (215) 686-3542 Fax: (215) 686-3555

5/24/18

C I T Y - 1 5



CITY OF PHILADELPHIA
**OFFICE OF THE SHERIFF**
CIVIL ENFORCEMENT

# NOTICE TO VACATE

SHERIFF NUMBER: _231566_

To: Judgment debtor, members of the judgment debtor's household, and any occupants residing with the
judgment debtor

By virtue a *Writ of Possession of Real Property* a copy of which is attached
**YOU HAVE 21 DAYS TO VACATE THE PREMISES DESCRIBED IN THE WRIT, FAILURE TO DO
SO WILL RESULT IN THE IMMEDIATE SCHEDULING OF AN EVICTION**

Civil Enforcement Unit ■ 100 S. Broad Street ■ Philadelphia, PA 19110 ■ 5th Floor
Phone: (215) 686-3542 Fax: (215) 686-3555

5/30/18

C I T Y - 1 6



CITY OF PHILADELPHIA
**OFFICE OF THE SHERIFF**
CIVIL ENFORCEMENT

# EVICTION NOTICE

SHERIFF NUMBER: _231566_

To: Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor

By virtue of a *Writ of Possession of Real Property* a copy of which is attached
YOU ARE ORDERED TO VACATE THE PREMISES DESCRIBED IN THE WRIT NOT LATER
THAN: _June 25th, 2018 @ 9Am_

Civil Enforcement Unit ■ 100 S. Broad Street ■ Philadelphia, PA 19110 ■ 5th Floor
Phone: (215) 686-3542 Fax: (215) 686-3555

6/1/18    146 S 62nd ST
UNKNOWN OCCUPANTS

ted to levy upon any property of                                    you are

o S. 62nd ST
PHila P A 19139                                                  and sell

interest therein.

ERIC FEDER
Director, Office of Judicial Records

By _____
                    Clerk        **ATTEST**

                                 MAY 07 2018
Date __May 7, 2018__
                                 D. SAVAGE
                                 JUDICIAL RECORDS

v. 1/01)

C I T Y - 1 7



CITY OF PHILADELPHIA
**OFFICE OF THE SHERIFF**
CIVIL ENFORCEMENT

# EVICTION NOTICE

SHERIFF NUMBER: ___231566___

To: Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor

By virtue of a *Writ of Possession of Real Property* a copy of which is attached
**YOU ARE ORDERED TO VACATE THE PREMISES DESCRIBED IN THE WRIT NOT LATER**

THAN: ___June 25th 2018___
___@ 9am___

Civil Enforcement Unit ■ 100 S. Broad Street ■ Philadelphia, PA 19110 ■ 5th Floor
Phone: (215) 686-3542 Fax: (215) 686-3555

6/5/18

___146 S 62nd St___
___UNOWN OCCUPCCANTS___

ted to levy upon any property of                                    you are

___@ S.62nd St___
___PHILa PA 19139___

and sell

interest therein.



ERIC FEDER
Director, Office of Judicial Records

By _____ /Clerk   **ATTEST**

                                 MAY 07 2018
Date ___May 7, 2018___   D. SAVAGE
                              JUDICIAL RECORDS

v. 1/01)

C I T Y - 1 8



CITY OF PHILADELPHIA
SHERIFF'S OFFICE
100 S. Broad Street 5th Floor
Philadelphia, PA 19110



6/7/18

Unknown Occupants
146 S. 62nd St
Phila, PA. 19139

19139§2928 C044



CITY OF PHILADELPHIA
**OFFICE OF THE SHERIFF**
CIVIL ENFORCEMENT

# EVICTION NOTICE

SHERIFF NUMBER: 231866

To: *Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor*

By virtue of a *Writ of Possession of Real Property* a copy of which is attached
YOU ARE ORDERED TO VACATE THE PREMISES DESCRIBED IN THE WRIT NOT LATER

THAN: June 25th, 2018
@ 9AM

C I T Y - 1 9

Civil Enforcement Unit ▪ 100 S. Broad Street ▪ Philadelphia, PA 19110 ▪ 5th Floor
Phone: (215) 686-3542 Fax: (215) 686-3555

146 S 62nd St

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| LYNDEL TOPPIN, | : | |
| | : | |
| Debtor. | : | Bankruptcy No. 18-13098 (MDC) |
| | : | |
| LYNDEL TOPPIN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No. 18-00137 (MDC) |
| | : | |
| JEWELL WILLIAMS, SHERIFF | : | |
| OF THE CITY OF PHILADELPHIA and | : | |
| ABDELDAYEM HASSAN a/k/a | : | |
| ABDELDYEM HASSAN, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S RESPONSES TO DEFENDANT,**
**CITY OF PHILADELPHIA SHERIFF's DEPARTMENT,**
**REQUESTS FOR ADMISSION**

**GENERAL OBJECTIONS**

1.      Plaintiff asserts these General Objections to Defendant's Request for Production of Documents and incorporates them by reference into each.

2.      Plaintiff objects to each request to the extent it seeks documents covered by the attorney-client privilege, the work product doctrine, the consulting privilege, the common interest doctrine, or any other applicable privilege or immunity. None of Plaintiff's responses are intended as, nor should be construed as, a waiver or relinquishment of the attorney-client privilege, the work product doctrine, the consulting privilege, the common interest doctrine, or any other applicable privilege or immunity.

C I T Y - 2 0

3.      Plaintiff objects to each request to the extent that it is overly broad, unduly burdensome, and/or not reasonably calculated to lead to the discovery of relevant documents or admissible evidence.

4.      Plaintiff objects to Defendant's definition of "Document" in Definition No. 3 of the Document Requests. That definition exceeds the permissible bounds under Rule 34 of the Federal Rules of Civil Procedure. Specifically, the Defendant defines "Document" "any written, recorded, or graphic matter, whether produced or reproduced or stored on paper, tapes, films, computer storing devices or any other media and includes, without limiting the generality of the foregoing: computer printouts or media, tapes, discs, electronic mail records, letters, correspondence, telegrams, other written communications, contracts, agreements, notes, work papers, or any other writings, including non-identical copies, drafts or other transcripts of the foregoing documents is requested or referred to, the request or reference shall include but is not limited to, the original and each and every copy and draft thereof having writings, notations, corrections, or makings peculiar to such copy or draft…"Plaintiff objects to searching for or producing ESI contained on disaster recovery, back-up, or archival media, legacy systems, or deleted, fragmented, shadowed, or temporary data on the grounds that such information is not reasonably accessible due to cost and burden, and that the burden and cost of searching, processing, and producing this material would far exceed any marginal benefit to be gained by conducting such a search.

5.      A statement that Plaintiff will produce documents in response to any request herein does not mean that such documents exist, but only that, to the extent such documents do exist and are not subject to the preliminary statement and/or a general objection, Plaintiff will produce non-privileged, responsive documents that are identifiable after a reasonable search.

6.      Plaintiff objects to the requests to the extent that they seek documents and information

outside of Plaintiff's possession, custody, or control. Plaintiff objects to searching for, or

producing, documents from its outside advisors, attorneys, agents, or consultants.

7.      Plaintiff objects to Instruction Number 1 on the grounds that the fast-paced schedule of

this matter does not allow adequate time to update prior discovery responses and because

updating them subsequent to the hearing in this matter is not reasonably calculated to lead to the

discovery of admissible evidence.

8.      To the extent that information is discoverable not subject to the objections Please refer to

the Exhibits filed in connection with respondent's Motion for Judgment on Pleadings , hereby

incorporated by reference.

9.       Objection responses call for expert (medical), testimony, from a fact witness.

10. Subject to the foregoing Plaintiff responds as follows:

### PLAINTIFF'S RESPONSES TO RFA

**RFA NO. 1:** Admit that you can communicate.

**RESPONSE:** Objection response calls for medical expert testimony. Subject to the

objection, admitted in part as to hand gestures, certain words and phrases, certain

colors, and is able to take comprehend outside information and sensations more so

then being able to express himself, and denied as to the remainder.

**RFA No. 2 :** Admit that you can read.

**RESPONSE:** Denied, generally, however if text/letters are color coded and in

bold, he is able to discern their significance sufficiently to ask for it to be read and

explained to him. His ability to discern written information increases with

increased number of similar notices, especially if the writing is designed to convey

a sense of urgency.

RFA. No. 3: Admit that you can write.

**RESPONSE: Denied.**


**RFA. No. 4: Admit that you can speak.**

**RESPONSE:** Admitted, to some degree, subject to objection above.


**RFA No. 5. Admit that you can speak English.**

**RESPONSE:** Denied for the most part subject to objection above.


**RFA. No. 6. Admit that you can hear.**

ANSWER: Objection calls for expert testimony. Subject to the objection, he

appears to be able to react to some sounds.


**RFA. 7.** Admit that you can understand spoken English.

ANSWER: Admitted in part denied in part.


RFA. 8. Admit that you can read lips.

ANSWER: Admitted that he can discern certain words and conveyance of certain

common phrases, however that he can "read" or discern a wide variety of words

spoken to him.

9. Admit that you can sign using American Sign Language.
ANSWER: Denied.

10. Admit that you can communicate using gestures.

ANSWER: Admitted to a limited degree (for food, bathroom, TV, and when
frightened,
alarmed, and distressed).

11. Admit that you are not non-verbal.

ANSWER: Denied, subject to the objections above.

12. Admit that you are not non-hearing.

ANSWER: Denied, subject to the objections above.

13. Admit that you communicate with Barrington Whyte.

ANSWER: Admitted in part denied in part. Not able to express everything he
would have

wanted to express even to Mr. Whyte.

14. Admit that Barrington Whyte can communicate with you.

ANSWER: Admitted.

15. Admit that you can understand Barrington Whyte when he communicates with you.
ANSWER: Admitted to a limited extent, only about basic issues mentioned in response to RFA# 10.

16. Admit that you can communicate with representatives of your Employer.

ANSWER: Admitted to a limited extent, only about basic issues mentioned in response to RFA# 10.

17. Admit that representatives of your Employer can communicate with you.

ANSWER: Admitted to a limited extent, only about basic issues mentioned in response to RFA# 10. His only job is to wash dishes which he has done for 20 years.

18. Admit that your Employer communicates with you by speaking English.
ANSWER: Admitted in part denied in part. Employer would point to things using hand gestures, and his job is very elementary, has not changed in 20 years, in wish washing, mopping up, and throwing out garbage.

19. Admit that your Employer communicates with you in writing.

ANSWER: Admitted that employer sends certain writing to his address once or twice a year, pertaining to taxes, denied as to the remainder.

20. Admit that you can understand representatives of your Employer when they communicate with you.
ANSWER: Admitted in part denied in part. Employer would point to things using hand gestures, and his job is very elementary, has not changed in 20 years, in wish washing, mopping up, and throwing out garbage.

21. Admit that you own a telephone or cell phone.
ANSWER:  Admit.

22. Admit that you never saw a representative of the Sheriff's Office on the Property.
ANSWER: Denied.

23. Admit that you or your representative did not personally see a representative of the Sheriff's Office post six (6) separate Eviction Notices and Notices to Vacate.
ANSWER: Denied.

24. Admit that neither you nor your representative spoke with a representative of the
Sheriff's Office at the Property.
ANSWER: Admitted.

25. Admit that you or your representative wrote the date of "May 18, 2018" on the Notice to Vacate attached hereto as Exhibit A.
ANSWER:
Admitted.

26. Admit that you or your representative wrote the date "May 24, 2018" on the Notice to Vacate attached hereto as Exhibit B.

ANSWER: Admitted

27. Admit that you or your representative wrote the date "May 30, 2018" on the Notice to Vacate attached hereto as Exhibit C.
ANSWER: Admitted.

28. Admit that you or your representative wrote the date "June 1, 2018" on the Eviction Notice attached hereto as Exhibit D.
ANSWER: Admitted.

29. Admit that you or your representative wrote the date "June 5, 2018" on the Eviction Notice attached hereto as Exhibit E.
ANSWER: Admitted

30. Admit that you or your representative wrote the date "June 7, 2018" on the Eviction Notice attached hereto as Exhibit F.
ANSWER: Admitted.

31. Admit that you or your representative received the Notice to Vacate attached hereto as Exhibit A by mail.
ANSWER: Admitted, my mail and by posting.

32. Admit that you or your representative received the Notice to Vacate attached hereto as Exhibit B by mail.
ANSWER: Admitted, and by posting.

33. Admit that you or your representative received the Notice to Vacate attached hereto as Exhibit C by mail.
ANSWER: Admitted by mail and by posting.

34. Admit that you or your representative received the Eviction Notice attached hereto as Exhibit D by mail.

ANSWER: Admitted, and by posting.

35. Admit that you or your representative received the Eviction Notice attached hereto as Exhibit E by mail.
ANSWER: Admitted and by posting.

36. Admit that you or your representative received the Eviction Notice attached hereto as Exhibit F by mail.
ANSWER: Admitted, and by posting.

37. Admit that you or your representative received some of the Notices to Vacate attached hereto as Exhibits A through C by mail.

ANSWER: Admitted.

38. Admit that you or your representative received some of the Eviction Notices attached hereto at exhibits D through F by mail.
ANSWER: Admitted.

39. Admit that you do not know the date the Notice to Vacate attached hereto as Exhibit A was posted to the Property.

ANSWER: Admitted, as to the exact time and date, however, all of the Notices at issue herein,  started appearing after May 8th 2019.


40. Admit that you do not know the date the Notice to Vacate attached hereto as Exhibit B was posted to the Property.
ANSWER: Admitted, as to the exact time and date, however, all of the Notices at issue herein,  started appearing after May 8th 2019.


41. Admit that you do not know the date the Notice to vacate attached hereto as Exhibit C was posted to the Property.
ANSWER: Admitted, as to the exact time and date, however, all of the Notices at issue herein,  started appearing after May 8th 2019.

42. Admit that you do not know the date the Eviction Notice attached hereto as Exhibit D was posted to the Property.

ANSWER: Admitted, as to the exact time and date, however, all of the Notices at issue herein,  started appearing after May 8th 2019.

43. Admit that you do not know the date the Eviction Notice attached hereto as Exhibit E was posted to the Property.

ANSWER: Admitted, as to the exact time and date, however, all of the Notices at issue herein,  started appearing after May 8th 2019.


44. Admit that you do not know the date the Eviction Notice attached hereto as Exhibit F was posted to the Property.

ANSWER: Admitted, as to the exact time and date, however, all of the Notices at issue herein,  started appearing after May 8th 2019.

# CERTIFICATION OF SERVICE

**I Predrag Filipovic, hereby certify that I have served the responses to requests for admission upon opposing counsel of record via electronic mail.**

Megan N. Harper

Deputy City Solicitor

City of Philadelphia Law Department

Municipal Services Building

1401 J.F.K. Blvd., 5th Floor

Philadelphia, PA 19102-1595

215-686-0503

megan.harper@phila.gov

LYNDEL TOPPIN

PENNSYLVANIA COURT

Case 18-00137-mdc    Doc 179-7    Filed 12/02/21    Entered 12/02/21 16:22:19    Desc
Exhibit Defendants Exhibits: D1 to D30    Page 88 of 386

## VERIFICATION

I Lyndel Toppin, certify under the penalty of 18 PA Cons Stat§ 4904 § that I am the Plaintiff, in this action and that the responses to foregoing requests for admission, as conveyed to me by the friend of the Court Mr. Barrington Whyte and my attorneys, are true to the best of my knowledge information and belief.

Barrington Whyte on behalf of Mr. Toppin, in capacity of Friend of the Court

CITY-21

Page 1

```
          IN THE UNITED STATES BANKRUPTCY COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
                        -  -  -
In re:
       LYNDEL TOPPIN    : Chapter 13,
       Debtor           : Bankruptcy No.
------------------------ 18-13098
LYNDEL TOPPIN           :
       Plaintiff        :
                        :
           vs.          :
                        :
JEWELL WILLIAMS         : Adv. Proc. No.
SHERIFF OF THE CITY OF  : 18000137
PHILADELPHIA and        :
ABDELDAYEM HASSAN       :
a/k/a ABDELDYEM HASSAN  :
       Defendants       :
                        -  -  -

          Thursday, December 12, 2019


                    -  -  -

       Oral Deposition of BARRINGTON WHYTE,

taken pursuant to notice, held at Municipal

Services Building, 1401 John F. Kennedy

Boulevard, Room 580, Philadelphia,

Pennsylvania 19102, commencing at

9:45 a.m. before Michelle A. Landman,

Professional Reporter and Notary Public; in

and for the Commonwealth of Pennsylvania.

          STREHLOW & ASSOCIATES, INC.
          54 FRIENDS LANE, SUITE 116
       NEWTOWN, PENNSYLVANIA  18940
               (215) 504-4622
          SERVING NJ, PA, NY & DE
```

Page 2

1   A P P E A R A N C E S:

2

3   THE LAW OFFICES OF PREDRAG FILIPOVIC

4   By:     PREDRAG FILIPOVIC, ESQUIRE
            1735 Market Street, Suite 3750
5           Philadelphia, Pennsylvania 19103
            267-507-6084
6           PFEsq@ifight4justice.com

7           Representing the Plaintiff

8

9   THE LAW OFFICES OF STEPHEN M. DUNNE

10  By:     STEPHEN M. DUNNE, ESQUIRE
            1515 Market Street, Suite 1200
11          Philadelphia, Pennsylvania  19102
            215-551-7109
12          Stephen@dunnelawoffices.com

13          Representing the Plaintiff

14

15  THE CITY OF PHILADELPHIA - LAW DEPARTMENT

16  By:     MEGAN N. HARPER, ESQUIRE
            JOSHUA DOMER, ESQUIRE
17          Municipal Services Building
            1401 John F. Kennedy Boulevard
18          Room 580
            Philadelphia, Pennsylvania 19102
19          215-685-0503
            MEGAN.HARPER@PHILA.GOV
20          JOSHUA.DOMER@PHILA.GOV

21          Representing the Defendants

22

23

24

Page 3

1                          -  -  -

2                       I N D E X

3                          -  -  -

4    WITNESS                              PAGE

5    BARRINGTON WHYTE

6    (Witness sworn.)

7    EXAMINATION BY:

8    Ms. Harper. . . . . . . . . . . . . . 04, 68

9    Mr. Filipovic . . . . . . . . . . . 66

10

11                          -  -  -

12                    E X H I B I T S

13                          -  -  -

14   NUMBER                DESCRIPTION        PAGE

15   D-1    First set of Interrogatories      10

16   D-2    Second Amended Complaint          30

17   *Exhibits were retained by counsel.

18

19

20

21

22

23

24

Page 4

```
 1                      -  -  -

 2              BARRINGTON WHYTE, after having

 3         been first duly sworn, was examined

 4         and testified as follows:

 5                      -  -  -

 6              MS. HARPER:  Usual

 7         stipulations?

 8              MR. FILIPOVIC:  That's fine.

 9                      -  -  -

10              (It is hereby stipulated and

11         agreed by and between counsel for

12         the respective parties that

13         reading, signing, sealing,

14         certification and filing are waived

15         and that all objections, except as

16         to the form of the question, be

17         reserved until the time of trial.)

18                      -  -  -

19                   EXAMINATION

20                      -  -  -

21    BY MS. HARPER:

22    Q.    Mr. Whyte, my name is Megan Harper,

23    I'm an attorney with the City of

24    Philadelphia.  How are you doing?
```

Barrington Whyte
December 12, 2019

Page 5

1    A.      Good.  How are you doing?

2    Q.      Good, thanks.

3            I'm going to start by giving you a few

4    instructions with regard to the conduct of

5    the deposition today.

6            First, as you know, we have a court

7    reporter recording our words.  So I ask that

8    you keep all your responses to my questions

9    verbal.  Nods of the head won't be -- she

10   won't be able to record those.

11   A.      Okay.

12   Q.      Also, please wait until I finish my

13   question before you start responding.  If we

14   start talking over each other, which is

15   natural in conversation, that causes some

16   confusion on the record as well.

17           I think everybody has an interest in

18   getting the most clear record possible.  So

19   in that regard, if I ask a question that you

20   don't understand, please let me know.  It's

21   important that, you know, we get an accurate

22   as possible record of what we're trying --

23   the facts we're trying to speak about here.

24           In general, I don't want you to guess

Page 6

1   at a response to one of my questions.  If you

2   don't know the answer, let me know.  I may

3   try and re-form my question or narrow down

4   the scope of the question, so we can try and

5   get at least some sort of response

6   substantive to the question.  But other than

7   that, try not to guess.

8   A.      Okay.

9   Q.      I do have to ask one question, your

10  counsel may have prepped you on this.  Did

11  you ingest any drugs or alcohol that may

12  impair your ability to give clear testimony

13  today?

14  A.      No.

15  Q.      Okay.  Can you state your full name

16  for the record?

17  A.      Yes, Barrington Whyte.

18  Q.      What is your current address?

19  A.      1425 South 62nd Street, Philadelphia,

20  Pennsylvania 19139.

21  Q.      1425 South 62nd Street, is that --

22  A.      I mean 146, I'm sorry about that.

23  Q.      Have you resided at 1425 South 62nd

24  Street in the near past?

Page 7

```
 1    A.      Yes.

 2    Q.      Okay.  When did you last reside at

 3    that address?

 4    A.      I still reside there.

 5    Q.      Okay.  So you do not reside at 146

 6    South 62nd Street, correct?

 7    A.      Yes, I do.

 8    Q.      Do you reside in both locations?

 9    A.      No, 146 South 62nd Street.

10    Q.      Yeah.

11    A.      That's the current address.

12    Q.      How about 1425 South 62nd Street, have

13    you lived there in the past?

14    A.      No.

15    Q.      Does that address have any

16    significance to you?  I'm just curious as to

17    why you mentioned 1425 South 62nd Street as

18    your address.

19    A.      I probably wasn't thinking.  I

20    apologize for that.

21    Q.      Do you know who lives at 1425 South

22    62nd Street?

23    A.      No.

24    Q.      Can you just give me your date of
```

Page 8

1    birth?

2    A.      February 25, 1983.

3    Q.      And when I refer to the property, just

4    so we're clear from this point forward,

5    unless I say otherwise, when I say the

6    property, I'm referring to 146 South 62nd

7    Street; do you understand that?

8    A.      Yes.

9    Q.      Okay.  Who lives with you at 146 South

10   62nd Street?

11   A.      Lyndel Toppin.

12   Q.      Anybody else?

13   A.      No.

14   Q.      How long have you lived at the

15   property?

16   A.      About, I would say about ten years or

17   so.

18   Q.      Do you know how long Mr. Toppin has

19   lived at the property?

20   A.      About probably 15.

21   Q.      Okay.  Mr. Toppin isn't here with you

22   today, is he?

23   A.      No.

24   Q.      Did you have any involvement in the

Page 9

1    decision not to bring him here today?

2    A.     No.

3    Q.     Mr. Toppin is the plaintiff with

4    respect to the lawsuit that we're here taking

5    your deposition for; is that correct?

6    A.     Yes.

7    Q.     Okay.  Can you tell me where you lived

8    before living at the property, say -- give me

9    a -- you mention you lived at the property

10   for the past ten years.

11   A.     Um-hum.

12   Q.     In the ten years prior to that, can

13   you give me some addresses as to where you

14   were residing?

15   A.     I was actually staying with my mother

16   at that time before that.

17   Q.     Okay.  Where is her home?

18   A.     6045 Christian Street.

19   Q.     How about Mr. Toppin, do you know

20   where he lived prior to residing at the

21   property?

22   A.     No, I'm not sure.

23            MS. HARPER:  Could we go off

24        the record for a second.

Page 10

```
 1                  -  -  -

 2              (Whereupon, a discussion was

 3          held off the record.)

 4                  -  -  -

 5              (Whereupon the Plaintiff's

 6          Responses to Defendant, The Sheriff

 7          of the City of Philadelphia's First

 8          Set of Interrogatories was marked,

 9          for identification purposes, as

10          Exhibit D-1.)

11                  -  -  -

12   BY MS. HARPER:

13   Q.    I'm going to hand to your counsel

14   copies of what we've marked as Exhibit D-1

15   here.

16              MS. HARPER:  Counsel, could

17          you hand -- when you're ready.

18              MR. FILIPOVIC:  Sure.

19   BY MS. HARPER:

20   Q.    Mr. Whyte, if you could take a look at

21   what has been marked as Exhibit D-1 and let

22   me know when you have had an opportunity

23   review it.  Take your time.  I'm not in a

24   rush.
```

Page 11

1          Mr. Whyte, have you had an opportunity

2     to review the document that has been marked

3     D-1?

4     A.     Yes.

5     Q.     I'm going to refer you to the first

6     page underneath what appears as the case

7     caption, it says, Plaintiff's Responses to

8     Defendant, Sheriff of the City of

9     Philadelphia's First Set of Interrogatories,

10    do you see that?

11    A.     Yes.

12    Q.     Have you seen this document before?

13    A.     Yes.

14    Q.     I don't want to know about

15    conversations that you've had with your

16    attorneys, so just be wary that when I ask

17    you, did you assist in providing the

18    information that appears in the answers that

19    are in this document?

20          MR. FILIPOVIC:  Counsel,

21          that's a little bit of -- or is it

22          a work -- attorney work product

23          privilege.

24          MS. HARPER:  No, the

Page 12

1          information that was actually

2          requested in the interrogatories,

3          so it's an answer.  I think it's

4          fair to ask here again.

5                MR. FILIPOVIC:  Well, it was

6          objected to as well.

7                MS. HARPER:  But it wasn't

8          objected to --

9                MR. FILIPOVIC:  It was

10         generally objected to.

11               MS. HARPER:  Okay.  Are you

12         going to allow him to answer?

13               MR. FILIPOVIC:  Sure.  But

14         under the objection.

15               So go ahead and repeat the

16         question.

17   BY MS. HARPER:

18   Q.    Do you need me to restate the

19   question?

20   A.    Yes please.

21   Q.    Mr. Whyte, did you assist in providing

22   the responses to these interrogatories?

23   A.    Yes.

24   Q.    Okay.  Can you please refer, on the

Page 13

```
 1   third page, the response to interrogatory No.

 2   2.  Do you see where it says -- well, the

 3   question states, "State all addresses where

 4   you lived for the last five years, up to your

 5   present address as stated above in your

 6   answer to interrogatory No. 1, with

 7   approximate dates of when you resided at

 8   those addresses and who resided there with

 9   you, if anyone."  Do you see that

10   interrogatory No. 2?

11   A.      Yes.

12   Q.      The response to interrogatory No. 2

13   says, "I have resided at 146 South 62nd

14   Street, Philadelphia, PA 19139 for the last

15   30 years."  Did you provide that information?

16   A.      Yes.

17   Q.      Okay.  And today, is it your

18   understanding that when it says "I," this is

19   referring to the plaintiff, Lyndel Toppin?

20   A.      No, I wasn't sure of that.

21   Q.      Well, were you speaking -- when you

22   provided that information that someone had

23   lived there for the last 30 years, were you

24   speaking of yourself or Mr. Toppin?
```

Page 14

```
 1   A.      Of myself.

 2   Q.      Okay.  But you're not the plaintiff in

 3   this case, correct?

 4             MR. FILIPOVIC:  That's been

 5             asked and answered.  You don't have

 6             to answer it again.

 7   BY MS. HARPER:

 8   Q.      Okay.  And you, yourself, have only

 9   lived at that address for the last ten years,

10   correct?

11   A.      On and off, yes.

12   Q.      And Mr. Toppin, you estimate, has

13   lived there for the last 15 years, correct?

14   A.      In and out of there, yes.

15   Q.      So what is the correct answer to that

16   question that's posed at interrogatory No. 2,

17   which is, "State all addresses where you

18   lived for the last five years, up to the

19   present address."  Here it states, he's lived

20   at the property for 30 years.  Is that

21   accurate?

22   A.      Well, that was actually stating that

23   me and myself was there on and off for 30

24   years.
```

Page 15

1    Q.      Okay.  Can you tell me what your job

2    is currently?

3    A.      Actually, I work now at a warehouse.

4    Q.      How long have you worked at the

5    warehouse?

6    A.      For about a month now.

7    Q.      Where did you work prior to that?

8    A.      I was cooking.

9    Q.      For whom?

10   A.      Catering company by the name Just

11   Serve.

12   Q.      How long did you work for Just Serve?

13   A.      I was there for, I would say about six

14   years.

15   Q.      Okay.  So between October of 2017 and

16   July of 2018, is it fair to say that you were

17   working for the catering company?

18   A.      From July to October.

19   Q.      From October 2017 to July 2018?

20   A.      Yes.

21   Q.      Did you have any other jobs during

22   that time period?

23   A.      Well, I had little like odd carpentry

24   jobs in between.

Barrington Whyte
December 12, 2019

Page 16

1   Q.     Was that just on an as-needed basis,

2   you weren't scheduled to work?

3   A.     No, I wasn't scheduled, just when

4   needed.

5   Q.     Was it one particular contractor you

6   worked for?

7   A.     No, just for myself, doing that for

8   family members of that nature.

9   Q.     How about Mr. Toppin, I think I have a

10  sense of where he's working and how long he's

11  worked there.  Can you tell me what you know

12  about his employment?

13  A.     From what I know, he's a dishwasher at

14  his job, it's a restaurant.

15  Q.     Do you know what restaurant is it?

16  A.     I believe the name is Au Bon Pain.

17  Q.     Do you know where that restaurant is

18  located?

19  A.     I don't know exactly where it's

20  located, no.

21  Q.     How long, is it your understanding,

22  that he's worked there?

23  A.     How long has he worked there?

24  Q.     Yes.

Page 17

1    A.      I would say about over 20 years or so.

2    Q.      Can you tell me, speaking about

3    yourself personally, between October of 2017

4    and July of 2018, can you tell me what your

5    job schedule was like with the catering

6    company?

7    A.      It was every day from morning to

8    night.

9    Q.      Seven days a week?

10   A.      Yes.

11   Q.      Do you know anything about

12   Mr. Toppin's work schedule during that time

13   frame?

14   A.      Not really, because I usually work at

15   that time.

16   Q.      Do you know if he has a regularly

17   scheduled work schedule essentially?

18   A.      Monday through Friday, I believe.

19   Q.      Do you know the hours?

20   A.      That I'm not sure of.

21   Q.      Do you know how old Mr. Toppin is?

22   A.      Not really, I'm not guaranteed.  I'm

23   not sure.

24   Q.      Would you say he's in his 30's?

Page 18

```
 1    A.      No, he's older than that.

 2    Q.      In his 60's?

 3    A.      I could say about that, yeah.

 4    Q.      Who is his mother?

 5    A.      Eleanor Zalkin.

 6    Q.      Who is his father?

 7    A.      That I don't know.

 8    Q.      What is your relationship to

 9    Mr. Toppin?

10    A.      That's my uncle.

11    Q.      So is one of your parents the brother

12    or sister of Eleanor Zalkin?

13    A.      No.

14    Q.      Explain your relationship, if you

15    could, familiar relationship to Lyndel

16    Toppin.  He's your uncle by what?

17    A.      Through my grandmother.

18    Q.      Okay.  Who is your grandmother?

19    A.      Eleanor Zalkin.

20    Q.      You're saying he's the brother of

21    Eleanor Zalkin?

22    A.      That's her son.

23    Q.      It's her son?

24    A.      Yes.
```

Page 19

```
 1    Q.      Did Eleanor Zalkin have any other

 2    children?

 3    A.      Not that I know of.

 4    Q.      Are you related by blood to

 5    Mr. Toppin?

 6    A.      Yes.

 7    Q.      Can you explain to me how?

 8    A.      I mean, from what my grandmother be

 9    telling me, it's just him, her and I'm her

10    grandson.  She never really got into the

11    whole schick of everything.

12    Q.      When did you first remember meeting

13    Mr. Toppin?  Do you have a recollection of

14    that?

15    A.      When I was young.  When I was about --

16    I mean, he's been around me most of my life,

17    so I can say as far as me understanding,

18    probably about ten or eight, something like

19    that.

20    Q.      And your grandmother is Eleanor

21    Zalkin, she's deceased, correct?

22    A.      Yes.

23    Q.      Who are your parents?

24    A.      My mother is Lillian.
```

Page 20

1   Q.     What's her last name?

2   A.     Brooks, B-R-O-O-K-S.

3   Q.     And your father?

4   A.     I don't know.

5   Q.     Okay.  It's my understanding that

6   Mr. Toppin has some sort of limitations in

7   his ability to communicate; is that correct?

8   A.     Yes.

9   Q.     Okay.  Can you describe for me what

10  you observe those limitations to be?

11  A.     He can't hear or talk.

12  Q.     Has it been that way since you've

13  known him?

14  A.     Yes.

15  Q.     Do you know if he ever went to school

16  at any point, like elementary or

17  kindergarten, anything?

18  A.     I'm not sure of that.

19  Q.     You don't know?

20  A.     No.

21  Q.     Do you know if he ever had a legal

22  guardian appointed for him?

23  A.     I believe that's his mother.

24  Q.     He's got a cell phone, correct?

Page 21

1    A.      Yes.

2    Q.      What does he use the cell phone for?

3    A.      That I'm -- mostly I see him using it

4    checking the time, is mostly what he uses it

5    for.

6    Q.      Is it any sort of special kind of

7    phone?

8    A.      No.

9    Q.      Just a regular cell phone?

10   A.      Just a regular flip phone.

11   Q.      Okay.  Do you know if he uses it to

12   text folks?

13   A.      No, he can't text.

14   Q.      Can you tell me what he is able to do

15   in terms of speaking?  What can he do?

16   A.      Speaking?

17   Q.      Um-hum.

18   A.      Well, he can't speak at all.

19   Q.      No words?

20   A.      No.

21   Q.      How about in terms of hearing, to your

22   knowledge does he hear anything?

23   A.      He can't hear anything, no.

24   Q.      How about with respect to writing, can

Page 22

1    he write anything?

2    A.      His name.

3    Q.      Anything else?

4    A.      That's it.

5    Q.      How about with respect to -- how do

6    you communicate with him?

7    A.      Just basic commands.

8    Q.      Are they sign?

9    A.      Just as, for example, bathroom, you

10   know how us men go to the bathroom, he gives

11   me that indication for bathroom.

12   Q.      So it's sort of your own method of

13   communicating, it's not an official sign

14   language?

15   A.      No, it's not official sign language.

16   Q.      Do you know if he understands sign

17   language?

18   A.      He doesn't.

19   Q.      Do you know if he can read?

20   A.      He can't read.

21   Q.      Is he able to understand what this

22   case is about?

23   A.      No.

24                  MR. FILIPOVIC:  Object to that

Page 23

```
 1          as being in the province of an

 2          expert, a medical expert.

 3                MS. HARPER:  Is there an

 4          expert?

 5                MR. FILIPOVIC:  No, but the

 6          question is within province of an

 7          expert as far as -- what the

 8          question goes, as far as his

 9          communications with Mr. Whyte and

10          their general ideas.  But if you

11          are going to ask him about what his

12          -- what Toppin understanding goes

13          beyond communication with Barry and

14          every day activities.

15                MS. HARPER:  So you're

16          inducting him not to answer

17          questions about his understanding

18          of this case?

19                MR. FILIPOVIC:  No, I'll let

20          him answer.  The objection that's

21          on the record is that I believe

22          that that question is for an

23          expert.

24                MS. HARPER:  Okay.  All right.
```

Page 24

1  BY MS. HARPER:

2  Q.     Well, let me ask you this --

3            MR. FILIPOVIC:  But he's

4       already answered.

5            MS. HARPER:  No, I'm asking a

6       different question.  That's fine.

7  BY MS. HARPER:

8  Q.     Have you tried to convey to Mr. Toppin

9  what this case is about?

10 A.      In bits and pieces, yes.

11 Q.     Do you think he understands what

12 you're trying to convey?

13 A.      No.

14 Q.     What is your understanding of what the

15 lawsuit is about?

16 A.      Basically it's from the sheriff and

17 all these statements that have been put on to

18 the home that we've been at.

19 Q.     Has Mr. Toppin ever lived alone?

20 A.      No.

21 Q.     Has Mr. Toppin ever lived at 5813

22 Lansdowne Avenue?

23 A.      Yes.

24 Q.     And when did he live there last?

Barrington Whyte
December 12, 2019

Page 25

1    A.      I want to say about five, six years

2    ago maybe.

3    Q.      How about 164 Sherbrook Boulevard in

4    Upper Darby, has he lived there?

5    A.      That I don't know of.

6    Q.      Does 6936 Ruskin Lane in Upper Darby

7    ring a bell?

8    A.      No.

9    Q.      Who is Alvita Hughes?

10   A.      That's my cousin.

11   Q.      Is she related to Lyndel Toppin by

12   blood?

13   A.      No.

14   Q.      Has she ever lived with Lyndel Toppin?

15   A.      No.

16   Q.      Have you ever lived in the same home

17   as Alvita Hughes?

18   A.      Yes.

19   Q.      When was that?

20   A.      This was about two years ago.

21   Q.      And what address was that?

22   A.      I can't really remember off top.

23   Q.      It was about two years ago, you don't

24   remember, was it in Philadelphia?

Page 26

1    A.      Yes, it was in Philadelphia.

2    Q.      What section?

3    A.      It was in South Philadelphia.

4    Q.      You don't remember the name of the

5    street?

6    A.      I know the building, it's the -- there

7    is a nursing home that's down there in South

8    Philly.

9    Q.      It's near a nursing home or in the

10   nursing home?

11   A.      It's actually the nursing home is in

12   the building.  She was taking care of her

13   mother there.  We were both helping take care

14   of her mother while we were there.

15   Q.      Okay.  Do you know if Mr. Toppin has

16   like a primary care physician, someone who

17   oversees his medical care?

18   A.      I'm not sure of that.

19   Q.      Can you tell me on a day-to-day basis

20   how you -- how, if at all, you assist

21   Mr. Toppin with his sort of daily activities

22   of living?

23   A.      Well, myself personally, I try, you

24   know, when I get off of work, I try to like

Page 27

1   make him meals and things like that.  You

2   know, just set up like an eating plan for

3   him.

4   Q.      Is he able to get to and from work on

5   his own?

6   A.      Yes.

7   Q.      How does he do that?

8   A.      He catches the el train.

9   Q.      Do you have his cell phone number in

10   your cell phone?

11   A.      No.

12   Q.      Do you ever use his cell phone to

13   communicate with him in any way?

14   A.      No.

15   Q.      Other than preparing meals for him, or

16   having a meal plan, eating plan for him, is

17   there anything else you do to assist with his

18   daily activities of living?

19   A.      No.  Basically I wash his clothes from

20   time to time.

21   Q.      Okay.

22   A.      And I maybe -- well, he has like this

23   kind of pain, his legs swell, so I massage

24   his leg every once in a while.

Page 28

1    Q.    Do you know anything about the history

2    of his communication limitations?  Like do

3    you know if anything happened to him to cause

4    those?

5    A.    I'm not sure, no.

6    Q.    Okay.  Can you describe the front of

7    the property at 146 South 62nd Street.  If

8    I'm looking at it from the sidewalk -- is

9    there a sidewalk in front of it?

10   A.    Yes.

11   Q.    Describe what the front of the

12   property looks like to me.

13   A.    Looking at it from the front, you have

14   the first three steps you walk up.  And then

15   it's about another six, seven steps and then

16   it's the screen door and the regular door.

17   And to the right it has a big window.

18   Q.    Okay.  Where is your room -- do you

19   have a bedroom in that house?

20   A.    Yes.

21   Q.    Where is that?

22   A.    The front bedroom.

23   Q.    So does it face the street?

24   A.    Yes.

Page 29

1    Q.     And is there a window in your room

2    that faces the street?

3    A.     Yes.

4    Q.     Does the house currently have water

5    service?

6    A.     Yes.

7    Q.     Has it been without water service for

8    any period of time in the recent past?

9    A.     At one point I had a water pipe broke.

10   About two winters ago a pipe busted, I had

11   the water department come fix it for me.

12   Q.     Since that period two years ago, water

13   has been supplied to the property?

14   A.     Yes.

15   Q.     How about other utilities, electric?

16   A.     Yes.

17   Q.     Gas?

18   A.     Yes.

19   Q.     And was that true in October of 2017

20   through July of 2018 for all of those

21   utilities?

22   A.     I'm sorry?

23   Q.     Did the house have water --

24   A.     Yes.

Page 30

1   Q.      -- from October 2017 to July 2018?

2   A.      Yes.

3   Q.      Did it have gas from October 2017 to

4   July 2018?

5   A.      Yes.

6   Q.      Did it have electric from October 2017

7   to July 2018?

8   A.      Yes.

9               MS. HARPER:  Mark that as D-2

10          please.

11                      -  -  -

12              (Whereupon the United States

13          Bankruptcy Court Complaint was

14          marked, for identification

15          purposes, as Exhibit D-2.)

16                      -  -  -

17  BY MS. HARPER:

18  Q.      I'm passing what has been marked as

19  D-2 along with copies of that document to

20  your counsel.

21          Once you have the document before you,

22  please take your time and take a look at it.

23              MS. HARPER:  And I will say,

24          counsel, I didn't include the

Page 31

1          Exhibits to this just for volume

2          sake.

3                MR. DUNNE:  That's all right.

4                MR. FILIPOVIC:  Whatever fits

5          your purpose.

6     BY MS. HARPER:

7     Q.      Mr. Whyte, have you had an opportunity

8     to review what was marked as Exhibit D-2?

9     A.      Yes.

10    Q.      And can you tell me what your

11    understanding is to what this document is?

12    A.      The bankruptcy case and the claim

13    against the Sheriff's Office.

14    Q.      Have you seen this document before?

15    A.      Yes.

16    Q.      Did you assist in providing

17    information that appears in this document?

18    A.      Yes.

19    Q.      I'd like you to turn to page 2 of 14,

20    you'll see that at the top.  Are you on page

21    2 of 14?

22    A.      Yes.

23    Q.      There is a paragraph at the very top

24    of the document, I'm going to read the last

Page 32

1    sentence of that paragraph for you.  It says,

2    "Yet, more than six weeks after it was placed

3    on notice and knowledge of, Mr. Toppin's

4    bankruptcy, defendants continue to employ

5    process by sending armed Philadelphia

6    Sheriffs to the debtor's personal residence

7    on six separate occasions in direct

8    contravention of 11 U.S.C., Section 362" --

9    that squiggly line stands for section -- "a,

10   (the automatic stay) and with express orders

11   of this court."

12        Do you see that sentence?

13   A.    Yes.

14   Q.    I'm going to refer you to the part

15   that says, "Sending armed Philadelphia

16   Sheriffs to the debtor's personal residence

17   on six separate occasions."  Do you

18   understand who the debtor is?

19   A.    I believe Lyndel.

20   Q.    Okay.  And do you understand what it

21   means when it says residence?

22   A.    The home.

23   Q.    And that's the property we have been

24   talking about?

Page 33

1    A.      Yes.

2    Q.      And that information, six separate

3    occasions, where did that information come

4    from?

5    A.      The notices that were put on the door.

6    Q.      And the information that the sheriffs

7    were armed, do you see that?  It says,

8    "Sending armed Philadelphia Sheriffs."  Where

9    did that information come from?

10                  MR. FILIPOVIC:  I'm going to

11              just repeat my continuing objection

12              to the attorney work product for

13              the complaint.

14                  MS. HARPER:  It couldn't

15              possibly come from the attorneys

16              because they weren't there.  This

17              is a fact.

18                  MR. FILIPOVIC:  It is a

19              pleading done by --

20                  MS. HARPER:  It is a fact.

21                  MR. FILIPOVIC:  It is a fact.

22              But where it came from is within

23              the scope of attorney work product.

24                  MS. HARPER:  You couldn't have

Page 34

1          possibly given it to him.

2                 MR. FILIPOVIC:  Irregardless

3          of who and what and where it came

4          from, I believe that -- just my

5          standing objection.  He can answers

6          if he know.

7                 MS. HARPER:  Is it your belief

8          that I don't have a right to

9          understand where the facts that

10         were asserted against my client

11         were derived from, where they came

12         from?  Isn't that what discovery

13         was about?

14                MR. FILIPOVIC:  You just need

15         to rephrase the question a little.

16                MS. HARPER:  Okay.  I'll try.

17    BY MS. HARPER:

18    Q.    That statement, "Armed Philadelphia

19    Sheriffs," were they armed?

20    A.    That I'm not sure of.

21    Q.    You didn't see them?

22    A.    Me personally, no.

23    Q.    You weren't there on the six occasions

24    when they allegedly came to the property?

Page 35

1    A.      No, I wasn't there.

2    Q.      Was Mr. Toppin?

3    A.      Probably he was.

4    Q.      How do you know?

5    A.      Well, I'm usually at work, like I

6    said, all day, and he doesn't work all day.

7    Q.      What are the hours that he works?

8             MR. FILIPOVIC:  Objection.

9         Asked and answered.

10            MS. HARPER:  No.  I know what

11        days he works.

12            MR. FILIPOVIC:  No, it was

13        about the hours.  We can go back on

14        record, counsel, and we can take a

15        look.  He said he wasn't sure about

16        the hours.

17            THE WITNESS:  No.

18   BY MS. HARPER:

19   Q.      So if you're not sure about the hours

20   that he worked, how can you be sure he was

21   there when these armed sheriffs allegedly

22   came to the property?

23   A.      The job that he works at, it's a

24   certain time it closes, it doesn't stay open

Page 36

1    all night long.  I would take it it closes

2    regular, like 5:00.

3    Q.      Closes around 5:00?

4    A.      Like around that time.

5    Q.      So you would expect him home some time

6    after 5:00?

7    A.      Or any time before that.  I don't know

8    if he works the whole day.  I'm just saying,

9    the business probably stays open until about

10   five, but I don't know if he actually stays

11   until five.

12   Q.      But you live with him.  Do you get any

13   general sense of his comings and goings?

14   A.      Well, when I come in, I just -- I get

15   the sense when he's home.  You know, it's

16   just a feeling I get that somebody is in the

17   house already.

18   Q.      Can you tell me if there is any

19   regularity to that?  Like when you come home

20   on Monday, say -- what time do you usually

21   get home on a Monday?

22   A.      It varies, because I take public

23   transportation, so it varies.

24   Q.      I hear you.

Page 37

1    A.      So if anything, probably about --

2    well, if I'm lucky, about 11.

3    Q.      At night?

4    A.      Yes.

5    Q.      And he's usually home by 11 at night?

6    A.      Yes.

7    Q.      Is that the same as Tuesday?

8    A.      Yes.

9    Q.      Wednesday?

10   A.      I could say that, yes.

11   Q.      Thursday?

12   A.      Yes.

13   Q.      And Friday?

14   A.      Yes.

15   Q.      Now I think when we were talking about

16   a time frame earlier, about October 2017 to

17   July 2018, I think you had a different job

18   then, that was when you were working for the

19   caterer.  What time of night or day would you

20   generally come home from that job?

21           You mentioned you worked every day,

22   morning to night.  So about what time would

23   you get home?

24   A.      If it's a normal day, probably about

Page 38

1    11.  If we get off early or we have nobody to

2    cook for or if the show was canceled that

3    day, probably about eight, 9:00.

4    Q.      Eight, 9:00 at night?

5    A.      Yes, p.m.

6    Q.      When you had that catering job and

7    when you would get home from that catering

8    job, was Mr. Toppin generally home already?

9    A.      Yes.

10   Q.      When you left for the catering job in

11   the morning, what time would you leave?

12   A.      That would be about -- I would say

13   about like seven.  I would have to leave two

14   hours earlier than I have to be there, so

15   about seven.

16   Q.      Seven in the morning?

17   A.      Yes.

18   Q.      Was Mr. Toppin generally home when you

19   left the property?

20   A.      Well, he would be getting himself like

21   prepared to leave around that time.

22   Q.      So is it your understanding that he

23   would leave for work at like the same time as

24   you?

Page 39

1   A.      I would say, if anything I would

2   probably think around nine or something.

3   Q.      In the morning?

4   A.      Yes.

5   Q.      And he has a Monday through Friday job

6   you think; is that correct?

7   A.      Yes.

8   Q.      Okay.  And this was true as of the

9   time frame of October 2017 to July 2018; is

10  that correct?

11  A.      Yes.

12  Q.      Okay.  So let's go back to page 2 of

13  the document that has been marked as D-2.  If

14  you look at the next paragraph, there is a

15  bunch of dates bolded and underlined; do you

16  see those?

17  A.      Yes.

18  Q.      Could you please read -- I guess

19  that's all one sentence there.  Could you

20  please read, you can do this to yourself,

21  that's fine, the sentence that includes those

22  dates.  Take a moment to look at that.

23  A.      (Witness complies.)

24  Q.      Have you had a moment to look at that

Barrington Whyte
December 12, 2019

Page 40

1    sentence?

2    A.      Yes.

3    Q.      It's a pretty long one.  Those dates

4    that appear there that are bolded and

5    underlined.  I think there is three of them,

6    May 18, 2018, May 24, 2018, May 30, 2018,

7    June 1, 2018, June 5, 2018 and June 7, 2018,

8    those are six dates, correct?

9    A.      Yes.

10   Q.      And according to this document, those

11   are the dates that notices were posted on the

12   property; is that correct?

13   A.      Yes.

14   Q.      All right.  Did you provide the

15   information that appears in that sentence

16   regarding the dates that notices were posted

17   on the property?

18   A.      Yes.

19   Q.      And how do you know that that

20   information is correct?

21   A.      Well, these were around about dates

22   that they would come in.  It was so frequent,

23   you know, it was like kind of -- it was

24   getting irritating, so I couldn't really

Page 41

1  forget those days that they were putting them

2  up there, it was really getting to me, it was

3  embarrassing at a point.

4       So my main focus was like remembering

5  these times when they were put there so I

6  could transfer that information to my lawyer.

7  Q.    And what does "posted" mean to you?

8  What does that term mean to you?

9  A.    Like placed in vision for you to

10  notice.

11  Q.    When was the first notice that you saw

12  on the property?  What date is that?

13  A.    May -- well, it was around May.

14  Around the 18th, around that time in May.

15  Q.    And where was the notice that you

16  observed?

17  A.    That one was on the front door.  It

18  was posted on the front door inside of the

19  screen door.

20  Q.    And you observed one notice on May

21  18th?

22  A.    Yes.

23  Q.    What time of day did you observe that

24  notice on May 18th; do you recall?

Page 42

1   A.      That was -- that was like in the

2   afternoon.

3   Q.      So you were home from work on May

4   18th?

5   A.      Yes, that day, yes.

6           MS. HARPER:  I'm just looking

7           at a calendar here, and, you know,

8           I'm happy to circulate it.  I don't

9           intend to mark this as an Exhibit,

10          just a calendar from 2018.  Do you

11          want a copy to look along?

12          MR. FILIPOVIC:  We don't need

13          it.  Thank you.

14  BY MS. HARPER:

15  Q.      So May 18th was a Friday.  It says May

16  18th of 2018, that was a Friday.

17  A.      Yes.

18  Q.      You, apparently, I guess, weren't

19  working a full day that day?

20  A.      No.

21  Q.      On May 24th, that's the next date that

22  was stated, is that the next date you

23  observed a notice posted at the property?

24  A.      Well, that date is actually when

Barrington Whyte
December 12, 2019

Page 43

1    Lyndel had given me the paper on that

2    occasion.

3    Q.      Do you know where he got it?

4    A.      It had tape on it, so I'm pretty sure

5    the front door.

6    Q.      Did you see any envelope with it?

7    A.      No.  No envelope.

8    Q.      Are you sure it wasn't the notice that

9    you observed on May 18th?

10   A.      It looked like the same notice, yes.

11   Q.      Could it have been the same notice?

12   A.      Not that same.  The notice that I got

13   the first time I took that out and had it in

14   my room.  So this was the second notice that

15   he gave me this time.

16   Q.      You don't know where he observed that

17   notice first, do you?

18   A.      No, I just assumed it was the front

19   door.  When he handed it to me, it had the

20   silver two pieces of tape on the side of the

21   paper.

22   Q.      What kind of tape?

23   A.      It was just basic duct tape.

24   Q.      But you can't say personally whether

Barrington Whyte
December 12, 2019

Page 44

1    that notice on May 24th was actually posted

2    to the door?

3    A.     No, not exactly.

4    Q.     How about on May 30th, that's the

5    approximate date of the next notice.  Did you

6    observe a notice on the property on May 30th?

7    A.     No, that's another one that actually

8    was inside the house actually that day.

9    Q.     What did you observe?

10   A.     Well, it was on the couch when I came

11   in, so I'm assuming he got to it first and,

12   you know, put it there.

13   Q.     But he can't communicate with you as

14   to how he got a hold of that, can he?

15   A.     No.  But I just looked at it as the

16   tape being on there, it was the same way.

17   Because they all came the same exact way.

18   Q.     Did any of them have envelopes

19   associated with them?

20   A.     No.  No envelopes.

21   Q.     How about June 1st, did you observe

22   that one posted on the house?

23   A.     That's another one that he gave to me

24   also.

Page 45

1    Q.      Did you try and communicate with

2    Mr. Toppin at all on these dates as to what

3    the notices were about?

4    A.      Well, not actually communicate.  Well,

5    the second one, like when he -- when I saw it

6    on the couch, and I actually picked it up, he

7    was coming down at that particular time and

8    he just saw like how I was just like shaking

9    my head.

10         The first one, I understood.  But the

11   second one, I couldn't really process it

12   through my head.  So me looking at it, I was

13   just shaking my head at that time.

14   Q.      What did you do -- okay.  So I know

15   the May 18th notice you said you had taken

16   that to your room; is that correct?

17   A.      The May 18th, yes.

18   Q.      How about, what happened with the May

19   24th notice, the second one?

20   A.      Yes.

21   Q.      What happened with that after you saw

22   it?

23   A.      I kept that one also.

24   Q.      In your room?

Page 46

```
 1    A.      Yes.

 2    Q.      All right.  How about the May 30th

 3    notice, what happened to that after you saw

 4    it?

 5    A.      Kept that one.  Filed it also.

 6    Q.      Filed it in what?

 7    A.      Just put it in my folder so I wouldn't

 8    lose it.

 9    Q.      You had a folder for this purpose?

10    A.      No.  Just so I didn't lose it.  I had

11    a folder in my house and I decided to put it

12    in there.

13    Q.      What happened with the June 1st notice

14    after you saw it?

15    A.      Put that one up also.

16    Q.      Okay.  How about June 5th.  Can you

17    tell me when you first saw the June 5th

18    notice?

19    A.      That one was actually on the dining

20    room table when I actually came in that day

21    -- well, that night.  It was on the dining

22    room table.

23    Q.      Do you know how it got there?

24    A.      I'm pretty sure my uncle.
```

Page 47

1    Q.    Did this one also have tape?

2    A.    Yes.

3    Q.    Was there any envelope associated with

4    this one?

5    A.    No envelopes.  No.

6    Q.    How about June 7th?

7    A.    That one was inside the house also.

8    Q.    Where was it?

9    A.    On the table also.

10   Q.    Did it have tape on it?

11   A.    I'm sorry?

12   Q.    Was there tape on it?

13   A.    Yes.

14   Q.    Did you take the tape off of any of

15   these notices at any point in time?

16   A.    No, left it on.

17   Q.    So when you gave them to your

18   attorney, they had the tape on them?

19            MR. FILIPOVIC:  Objection.

20            MS. HARPER:  It's a question.

21            MR. FILIPOVIC:  It's a

22        question that presumes facts not on

23        the record.

24            MS. HARPER:  Okay.

Page 48

1    BY MS. HARPER:

2    Q.      Do you know if Mr. Toppin took the

3    tape off the notices at any point in time?

4    A.      No, I don't know if he took them off.

5    Q.      Do you know if there was tape on the

6    notices -- did you provide the notices to

7    Mr. Dunne?

8    A.      Yes.

9    Q.      When you provided the notices to

10   Mr. Dunne, did they have tape on them?

11   A.      No, I don't think.  I think I took the

12   tape off of them.

13   Q.      I thought you just said you didn't

14   take the tape off of them?

15   A.      When I took them to him, I took the

16   tape off of them.  When I had it in my house

17   filed in the folder, I left it on.  To make

18   it look more neat and kosher to him, I took

19   the tape off.

20   Q.      So you don't have any photos of the

21   notices with the actual tape on them, do you?

22   A.      No.

23   Q.      Do you have a Ring doorbell?

24   A.      No.

Page 49

1    Q.      Do you know what a Ring doorbell is?

2    A.      Yes.  I don't have one.

3    Q.      Do you have any security cameras

4    outside your house?

5    A.      No.

6    Q.      And when these notices left your

7    possession, did they have anything else with

8    them?  You said there were no envelopes,

9    correct?

10   A.      No envelopes.  No.

11   Q.      Okay.  And so it's fair to say that

12   other than the very first notice of May 18th,

13   you never actually observed a notice posted

14   on the property?

15   A.      Me personally, no.

16   Q.      Okay.

17              MR. FILIPOVIC:  Just to

18         clarify that, is that, notice being

19         posted on the property?

20              MS. HARPER:  No posted.

21              MR. FILIPOVIC:  Or a posted

22         notice on property?

23              MS. HARPER:  Um-hum.  We

24         already know he didn't see anybody

Page 50

1          posting the notices, that's clear.

2                MR. FILIPOVIC:  I need to go

3          to the restroom, if that's okay.

4                MS. HARPER:  Sure.  Sure.

5                     -   -   -

6                (Whereupon, a brief recess was

7          taken at 10:53 a.m. and the

8          deposition resumed at 11:05 a.m.)

9                     -   -   -

10   BY MS. HARPER:

11   Q.     I'm going to ask you a series of

12   questions about Mr. Toppin, and just answer

13   me if you can, if you don't know the answer,

14   that's fine, let me know.

15   A.     Okay.

16   Q.     Counsel is probably going to accuse me

17   of having asked and answered on this one

18   already, but we have gone through specific

19   dates, May 18th, May 24th, May 30th, June

20   1st, June 5th, June 7th, can you say with

21   absolute certainty that on any one of those

22   days Mr. Toppin was home when a notice was

23   allegedly posted?

24                MR. FILIPOVIC:  Objection as

Page 51

1            to absolute certainty.

2    BY MS. HARPER:

3    Q.      Well, do you know if he was home on

4    any one of these days when a notice was

5    allegedly posted?

6    A.      Well, I can't be actually sure.  I

7    don't know if he got there before it came or

8    after it came.

9    Q.      Do you know if he saw someone with a

10   gun on them on those days?

11   A.      I wouldn't say actually he was saying

12   like he saw somebody with a gun.  But he

13   compared like the little shield thing, he

14   just like made a comparison of the two.  Just

15   showing me the similarity of the two.

16   Q.      Was there a gun on the symbol?

17   A.      No, but just a shield.

18   Q.      Okay.  Did Mr. Toppin, at any point in

19   time, try and describe to you a person that

20   came on the property on any one of those

21   days?

22   A.      When I saw him, like I said, he showed

23   me the comparison of like the shield that was

24   on the notice or whatever, and he just

Page 52

1   pointed to the similarity.  He put the paper

2   next to himself and he showed me he peeked

3   through.

4   Q.    So what is your understanding?

5        You're gesturing, which is hard for

6   the court reporter to take down.  And if I

7   may try and summarize what you're showing me.

8   I'm going to turn the direction you're

9   sitting.

10       Which is that you believe Mr. Toppin

11  was gesturing to a shield on a piece of paper

12  and to his chest?

13  A.    On the notice, yes.  He was showing me

14  the comparison of the two, like he seen that

15  shield on the person.

16  Q.    On the person, okay.

17  A.    Yeah.

18  Q.    All right.  I'm going to refer you

19  back to what was marked as Exhibit D-2.

20       Well, before I do that.  Let me ask

21  you a few more questions.  We talked a little

22  bit about how you assist Mr. Toppin in his

23  day-to-day life, and that included maybe a

24  leg massage and with this eating plan.

Page 53

1        I asked you if there was anything else

2   you would do to assist him.  I don't think

3   you stated too much else.  So I'm going to

4   ask you some specific questions about that.

5        Do you do grocery shopping for

6   Mr. Toppin?

7   A.      Not particularly for him.  I do it for

8   the house.  So just whatever I buy is for

9   both of us.

10  Q.      Does he do any grocery shopping

11  himself?

12  A.      No.

13  Q.      Do you do banking for Mr. Toppin?

14  A.      Well, just on Friday when he gets paid

15  I would go down to the MAC machine with him

16  just to type his numbers in.

17  Q.      Does he have his own bank account?

18  A.      I think it's just the job card.

19  Q.      Okay.

20  A.      Jobs now, they put the paychecks on

21  cards now.

22  Q.      But back in -- when did that start?  I

23  think you just mentioned that you put

24  something in the -- go down to the machine

Page 54

1    and put money in the ATM, correct?

2    A.     No.

3    Q.     Okay.  Maybe I misunderstood.  You

4    said on Fridays when he gets paid, you take

5    him down to the MAC machine.  Is that to get

6    money out of the machine?

7    A.     Yes, in case he needs any money or

8    anything.

9    Q.     Do you know where he does his banking?

10   A.     No, I'm not sure.

11   Q.     Do you know how much he gets paid each

12   week?

13   A.     I'm not sure on that either.

14   Q.     Do you believe he gets paid on a

15   weekly basis?

16   A.     I believe it's on a weekly basis, yes.

17   Q.     Did you have any involvement when

18   Mr. Toppin was applying for or obtaining the

19   job he's held for the last 20 years?

20   A.     No.

21   Q.     So do you have any information as to

22   how he got that job?

23   A.     I'm pretty sure through his mother, if

24   anything.

Page 55

```
 1   Q.     His mother was still alive at the

 2   time?

 3   A.     Yes.

 4               MR. DOMER:  If we can take a

 5          second, go off the record.

 6                    -  -  -

 7               (Whereupon, a discussion was

 8          held off the record.)

 9                    -  -  -

10   BY MS. HARPER:

11   Q.     Mr. Whyte, just going back to what we

12   were talking about a little bit about

13   Mr. Toppin's pay.  I'd also like to know, who

14   pays the bills in the house?

15   A.     I do.

16   Q.     Okay.  So you pay the property taxes?

17   A.     Yes.

18   Q.     About how much are they, per year?

19   A.     I believe at the time it was like $360

20   or something around that.

21   Q.     How about the water bill?  How much is

22   that, on average?

23   A.     That's about, say about $100

24   something.
```

Barrington Whyte
December 12, 2019

Page 56

1   Q.     Gas bill, how much is that on average

2   per month?

3   A.     Close to like 80-90.

4   Q.     And lastly the energy bill for PECO,

5   how much is that a month, on average?

6   A.     That's 150 a month, sometimes more.

7   Q.     Does Mr. Toppin contribute to payment

8   for these bills?

9   A.     I don't ask for it, no.

10  Q.     So you're the only one paying these

11  bills in the house?

12  A.     Yes.

13  Q.     With your money?

14  A.     Yes.

15  Q.     All right.  So looking back again at

16  what was marked as D-2, which is the

17  complaint, if you can take a look at that.

18         Let's look at D-1.  Take a look at D-1

19  instead, I believe you had an opportunity to

20  review D-1 previously, correct?

21  A.     Yes.

22  Q.     I'm going to turn your attention then

23  to interrogatory No. 15.  Which is towards

24  the back.  Just let me know when you have

Page 57

1    reached interrogatory No. 15.

2    A.     I'm not sure which one that is.

3    Q.     Maybe your counsel can point to -- the

4    page that starts with interrogatory No. 14,

5    interrogatory 15 is there too.

6                 MR. FILIPOVIC:  Starts with

7          No. 15.

8                 MS. HARPER:  14.  The top of

9          the page.

10                MR. FILIPOVIC:  Okay.  All

11         right.

12                MS. HARPER:  Third page from

13         the back.

14                MR. FILIPOVIC:  That helps.

15         Okay.  I believe that's it.

16   BY MS. HARPER:

17   Q.     All right.  So I guess these -- I have

18   to kind of cover both 14 and 15 here.  The

19   very first interrogatory No. 14 at the top,

20   do you see that where it says, "Do you claim

21   to have experienced emotional distress as a

22   result of the sheriff's alleged violations of

23   the automatic stay?"  Do you see that?

24   A.     Yes.

Page 58

1    Q.      The answer there is what?

2    A.      "Yes."

3    Q.      Did you provide that information that

4    informed the answer to this interrogatory?

5    A.      Yes.

6    Q.      And is it your understanding that that

7    question when it says, "You claim to have

8    experienced emotional distress," that that is

9    referring to Lyndel Toppin?

10   A.      Yes.

11   Q.      In the answer to the next

12   interrogatory, you'll see there is

13   subparagraphs to interrogatory No. 15, do you

14   see that?

15   A.      Yes.

16   Q.      And it says, "If your answer to

17   interrogatory No. 14 was yes, please:"  And

18   then there is subparagraph A, "Set forth the

19   nature of the emotional distress."  Do you

20   see that?

21   A.      Yes.

22   Q.      In the response to interrogatory No.

23   15, subparagraph A it says, "Armed

24   Philadelphia Sheriffs appeared at my home and

Page 59

1    posted six separate 'Notices to Vacate' and

2    'Eviction Notices' that caused me a

3    substantial amount of undue frustration,

4    anxiety and mental anguish."  Do you see

5    that?

6    A.     Yes.

7    Q.     Did you provide the information in

8    response to that interrogatory 15,

9    subparagraph A?

10   A.     Yes.

11   Q.     Tell me how you know -- we've already

12   discussed the armed sheriffs and whether they

13   were at the property on six separate

14   occasions to post notices, but tell me how

15   you know Mr. Toppin was caused undue

16   frustration, anxiety and mental anguish as a

17   result of those allegations?

18   A.     Well, his actions started changing

19   during the process of the whole situation.

20   Because he smokes cigarettes, so he actually

21   was smoking more during this time of this

22   whole thing.

23         A few times -- I wouldn't say a few, I

24   would say a couple.  A couple times I've come

Page 60

1    home and the meal I set out in the microwave

2    or left on the table or whatever, still been

3    there more than any other time.

4         Normally when I get in that late --

5    normally he's probably asleep or something,

6    but I noticed that his light under his door

7    has been on.

8    Q.    And what time frame are you noticing

9    these things?  Let's start with the increased

10   smoking.  When was it that he started smoking

11   more?

12   A.    Well, that was actually, I want to say

13   after like the second time like when he

14   actually saw me with the notice in my hand.

15   Q.    Which notice?

16   A.    The second notice.

17   Q.    Okay.

18   A.    Because when I notice like after that

19   time, the smoking picked up more.  I was

20   smelling it more heavier in the house.

21   Q.    Did you notice anything like that

22   occurring before the property was sold at

23   sheriff's sale?

24   A.    He would smoke probably one cigarette

Page 61

1    a week, if anything.

2    Q.      After the property was sold at a

3    sheriff's sale, was he still smoking one a

4    week?

5    A.      Yes, it was one a week.

6    Q.      And then when the Notice to Vacate

7    showed up, how much did he start smoking?

8    A.      Well, it kind of -- I would say it

9    increased around that time.  It was like

10   about three to -- three cigarettes maybe a

11   day at that point.

12   Q.      Do you buy the cigarettes for

13   Mr. Toppin?

14   A.      No.

15   Q.      You say you work day to night when you

16   were working for the catering company, you

17   usually got home around 11, how do you know

18   how much he was smoking?

19   A.      Well, the cigarette butts that were in

20   the house were not fully smoked all the way

21   down like people would smoke them.  It was

22   like he put them out a quarter of it, it

23   looked like there was another one lit up.  It

24   was probably about three or four in the

Page 62

```
 1   ashtray with the same length of the

 2   cigarette.

 3   Q.      What brand?

 4   A.      Newports.

 5   Q.      Was it always the same brand for him?

 6   A.      Yes.

 7   Q.      Okay.  Meals left out.  Again, I

 8   believe around this time you were generally

 9   getting home from work pretty late; is that

10   correct?

11   A.      Yes.

12   Q.      And Mr. Toppin, was he awake when you

13   got home during this time frame that we're

14   talking about, back when the notices were

15   showing up?

16   A.      Normally he wasn't but it was a few

17   times I seen his light under his door, like

18   when I come up, I have to walk passed his

19   door to get to my room.  I would see under

20   the door his light was on and know that he

21   was still woke.

22   Q.      Were there any other signs or symptoms

23   that you observed, besides the smoking and

24   the light under his door, and maybe an
```

Page 63

1    uneaten meal here and there?

2    A.    Just him, he never actually like paced

3    before.  But that was another thing I noticed

4    also, it was kind of weird to me.

5         And then like it was only one time out

6    of that that he was telling me he had like a

7    little headache in his head.  He just

8    indicated to me that he wanted a pill because

9    his head was hurting.

10   Q.    How do you know that that was related

11   to what was going on with the notices, if at

12   all?

13   A.    Well, it just all just collided around

14   all that same time, so I just assumed it was

15   from smoking more cigarettes at the point.

16   Q.    If you turn the next page on what has

17   been marked as D-1.

18   A.    Which one?

19   Q.    I'm going to have you look at

20   interrogatory No. 17 which is the second one

21   there.  It says, "Identify the compensatory

22   damages which you seek and the facts

23   supporting your claim for such damages."

24        In response to interrogatory No. 17 it

Page 64

1    says, "Out of pocket expenses include all the

2    time I spent visiting my attorney's office to

3    stop the continuing violation of automatic

4    stay; lost potential income due to the time I

5    was unavailable to work as a result of

6    spending time at my attorney's office and

7    transportation costs to/from my attorney's

8    office."  Do you see that information?

9    A.      Yes.

10   Q.      Now when the response uses the term

11   "I" and "my" quite a bit, is it your

12   understanding this refers to Mr. Toppin and

13   not you, correct?

14   A.      Yes.

15   Q.      So how do we know what days Mr. Toppin

16   took off from work?  Do you have any record

17   of that?

18   A.      No, I don't have any records of that.

19   Q.      Did you have to make the phone calls

20   to his employer to say he needed time off?

21   A.      Yes.

22   Q.      So do you recall what days that

23   happened?

24   A.      I don't remember exactly.  It was more

Page 65

1    than likely after the notice -- well, the

2    first notice when I had to contact my lawyer

3    to, you know, let him know whatever.

4    Q.      He's your lawyer?  Mr. Dunne is your

5    lawyer?

6    A.      Yes.  And to let him know about the

7    notices and everything like that.

8    Q.      All right.  But do you recall how many

9    times you went to Mr. Dunne's office?

10   A.      I went there a lot of times myself.  I

11   have been there a lot.

12   Q.      Was Mr. Toppin with you every time you

13   went?

14   A.      He was only with me a few times

15   because I didn't really want to keep pulling

16   him out of work every single time for it.

17   Q.      Can you estimate the number of times

18   he had to go?

19   A.      Probably about two.

20   Q.      Okay.  And on those two occasions that

21   you remember him going down to the attorney's

22   office, did you call out of work for him?

23   A.      Yes.

24   Q.      Who did you speak with, do you

Page 66

1    remember?  Does he have a supervisor?

2    A.     The person -- I don't remember their

3    name.  I don't remember their name at all.

4    Q.     Okay.  I think I'm done, but I want to

5    step out and go off the record a minute and

6    speak with my co-counsel here.

7                         -  -  -

8               (Whereupon, a discussion was

9          held off the record.)

10                        -  -  -

11                  CROSS-EXAMINATION

12                        -  -  -

13   BY MR. FILIPOVIC:

14   Q.     I have a few questions just to follow

15   up.  For the record, clarifying, my name is

16   Counsel Predrag Filipovic, I'm special

17   counsel for Lyndel Toppin.

18          Mr. Whyte, how are you?

19   A.     Pretty good.

20   Q.     I'm going to ask you a few follow ups

21   here.  Same rules apply when answering my

22   questions as those asked by the Counsel

23   Harper there.

24          Mr. Whyte, is there anyone else in the

Page 67

1    universe who you can think of now that is in

2    a better position to evaluate Mr. Lyndel

3    Toppin's behavior, his responses, and his

4    overall demeanor?

5                MS. HARPER:  Objection.  Calls

6          for an expert opinion.  But you can

7          answer.

8                THE WITNESS:  No.  Besides his

9          mother, it's just me.

10   BY MR. FILIPOVIC:

11   Q.    And his mother is no longer alive?

12   A.    No, she's passed.

13   Q.    She's passed, okay.

14         So is there anyone else in the

15   universe that has in the past interacted with

16   Mr. Toppin more frequently than yourself?

17   A.    No.

18   Q.    Is there anyone else in the universe

19   that you can think of that would be in a

20   better position to understand Mr. Toppin with

21   all his limitations --

22                MS. HARPER:  Objection.  Calls

23          for an expert opinion.

24   BY MR. FILIPOVIC:

Page 68

1   Q.      -- than yourself?

2   A.      No.

3              MS. HARPER:  My apologies,

4         counsel.

5              MR. FILIPOVIC:  That's fine.

6   BY MR. FILIPOVIC:

7   Q.      Mr. Whyte, is there anyone else in the

8   universe that you can think of, including

9   doctors, that has more direct knowledge of

10  Mr. Toppin's limitations --

11             MS. HARPER:  Objection.  Calls

12        for an expert opinion.

13  BY MR. FILIPOVIC:

14  Q.      -- other than yourself?

15  A.      No.

16  Q.      Okay.  That's all.  I don't have

17  anything further.

18                  -  -  -

19             REDIRECT EXAMINATION

20                  -  -  -

21  BY MS. HARPER:

22  Q.      Just one follow up in regards to that

23  line of questioning, Mr. Whyte.

24             Did you know if Mr. Toppin was seeing

Page 69

1    any doctors in the past year?

2    A.      No, he hasn't.

3               MS. HARPER:  Okay.  Also on

4          the record, counsel, I guess

5          because tape seems to become a

6          point here, I'd like to request on

7          the record that we be given access

8          to look at the actual notices that

9          I believe are in Mr. Dunne's

10         possession.  And maybe we could do

11         that, I mean we are close, offices

12         are close.  We could do that next

13         week, if that's okay?

14              MR. FILIPOVIC:  I'm sorry,

15         what are you requesting?

16              MS. HARPER:  The physical

17         notices, which I believe are in

18         Mr. Dunne's possession, we would

19         like to observe them personally.

20         We haven't had a chance to do that.

21         We've seen copies.

22              MR. FILIPOVIC:  And these

23         notices are generated, created by

24         your client?  Is that the notices

Page 70

1        you want?

2              MS. HARPER:  Well, you

3        remember there was a big thing

4        about whether they all came with

5        tape on them or not.  I'm just

6        curious what I see.  I can't see

7        any tape in the pictures so I would

8        like to take a look at them.

9              MR. FILIPOVIC:  Yeah, we

10       provided the --

11             MS. HARPER:  Copies.

12             MR. FILIPOVIC:  -- the copies

13       that we have.  And they are here

14       for you to take a look.

15             MS. HARPER:  I've seen them.

16             MR. FILIPOVIC:  But you're

17       asking to see the original?

18             MS. HARPER:  Yes.

19             MR. FILIPOVIC:  The originals?

20             MS. HARPER:  Yes, just to take

21       a look.

22             MR. FILIPOVIC:  I don't think

23       we would have a problem with that.

24             MR. DUNNE:  No.  No problem.

Page 71

1          MR. FILIPOVIC:  Aside from the

2    fact that it's -- we're beyond

3    discovery deadline and we have

4    motions to file and adhere to other

5    deadlines in the case.

6          MS. HARPER:  We've talked

7    about that.  We've broached that

8    subject.

9          MR. FILIPOVIC:  Of this

10   actually --

11         MS. HARPER:  Deadlines.

12         MR. FILIPOVIC:  I'm talking

13   about this request you now have.

14   Have you ever had prior to today --

15   we don't mind providing notices so

16   long as it doesn't interfere with

17   the current deadlines in the case,

18   that's all I'm saying.

19         MS. HARPER:  We can walk over

20   and look at them.

21         MR. DUNNE:  In the spirit of

22   transparency, we're still waiting

23   for response to our discovery

24   request with respect to the log in

Page 72

1          sheets and other documents that

2          have not been provided by the City

3          to date.

4                MS. HARPER:  All right.  So

5          maybe --

6                MR. FILIPOVIC:  That's

7          correct.

8                MR. DUNE:  Could you give us

9          an update on that?

10               MR. DOMER:  We are going to be

11         here, we will speak one way or

12         another about that.

13               MS. HARPER:  But I mean I made

14         the request, it's fine.  If you

15         need a formal request or you need

16         something or you want to deny it

17         outright, that's fine too.  That's

18         your prerogative.

19               MR. FILIPOVIC:  No, we're

20         happy to provide them as long as

21         we're not extending, again, any

22         deadlines that are currently --

23         that we're under.  Only because,

24         you know, you have seen the

Page 73

1         originals -- or the copies that

2         were verified and you haven't made

3         the request that you're making now

4         within the discovery deadline.  But

5         other than that...

6              MS. HARPER:  I didn't see

7         tape.  I didn't know there was tape

8         on them.  That's why I'm looking.

9              MR. DUNNE:  Did Barry testify

10        that he removed the tape?  I don't

11        want to put words in your month.

12             MR. FILIPOVIC:  Yes, he did

13        before he give them to you.

14             However, you were privy to

15        discuss the matter with your

16        client.  They could have told you

17        about how they put notices on the

18        door.

19             MS. HARPER:  Well, I'm not

20        going to tell you what my client

21        has told me, so...

22             MR. FILIPOVIC:  Right.

23        Because I mean it comes back to the

24        fact they are your clients.

Page 74

1              MS. HARPER:  It's fine.  It's

2        not a big deal to me.  It's your

3        burden of proof.

4              So if you don't want us to see

5        it, fine, we can wait until trial.

6              MR. FILIPOVIC:  That's fine.

7        I just don't want to move any

8        deadlines, that's all.

9              We're off the record then.

10                   -   -   -

11             (Witness excused.)

12                   -   -   -

13             (Deposition concluded at 11:30

14        a.m.)

15                   -   -   -

16

17

18

19

20

21

22

23

24

Page 75

```
 1              C E R T I F I C A T E

 2          I do hereby certify that I am a Notary

 3   Public in good standing, that the aforesaid

 4   testimony was taken before me, pursuant to

 5   notice, at the time and place indicated; that

 6   said deponent was by me duly sworn to tell

 7   the truth, the whole truth, and nothing but

 8   the truth; that the testimony of said

 9   deponent was correctly recorded in machine

10   shorthand by me and thereafter transcribed

11   under my supervision with computer-aided

12   transcription; that the deposition is a true

13   and correct record of the testimony given by

14   the witness; and that I am neither of counsel

15   nor kin to any party in said action, nor

16   interested in the outcome thereof.

17          WITNESS my hand and official seal this

18   27th day of December, 2019.

19                        Michelle A. Landman

20                        _____

21                        Notary Public

22

23

24
```

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 165 of 386
Barrington Whyte
December 12, 2019

Page 1

**A**

**a.m** 1:19 50:7
  50:8 74:14
**a/k/a** 1:10
**ABDELDA...**
  1:10
**ABDELDY...**
  1:10
**ability** 6:12
  20:7
**able** 5:10
  21:14
  22:21 27:4
**absolute**
  50:21 51:1
**access** 69:7
**account**
  53:17
**accurate** 5:21
  14:21
**accuse** 50:16
**action** 75:15
**actions** 59:18
**activities**
  23:14
  26:21
  27:18
**actual** 48:21
  69:8
**address** 6:18
  7:3,11,15
  7:18 13:5
  14:9,19
  25:21
**addresses**
  9:13 13:3,8
  14:17
**adhere** 71:4
**Adv** 1:8
**aforesaid**
  75:3
**afternoon**
  42:2
**ago** 25:2,20
  25:23
  29:10,12
**agreed** 4:11
**ahead** 12:15
**alcohol** 6:11
**alive** 55:1
  67:11
**allegations**
  59:17

**alleged** 57:22
**allegedly**
  34:24
  35:21
  50:23 51:5
**allow** 12:12
**Alvita** 25:9
  25:17
**Amended**
  3:16
**amount** 59:3
**anguish** 59:4
  59:16
**answer** 6:2
  12:3,12
  13:6 14:6
  14:15
  23:16,20
  50:12,13
  58:1,4,11
  58:16 67:7
**answered**
  14:5 24:4
  35:9 50:17
**answering**
  66:21
**answers**
  11:18 34:5
**anxiety** 59:4
  59:16
**anybody** 8:12
  49:24
**apologies**
  68:3
**apologize**
  7:20
**apparently**
  42:18
**appear** 40:4
**appeared**
  58:24
**appears** 11:6
  11:18
  31:17
  40:15
**apply** 66:21
**applying**
  54:18
**appointed**
  20:22
**approximate**
  13:7 44:5
**armed** 32:5
  32:15 33:7

33:8 34:18
  34:19
  35:21
  58:23
  59:12
**as-needed**
  16:1
**ashtray** 62:1
**Aside** 71:1
**asked** 14:5
  35:9 50:17
  53:1 66:22
**asking** 24:5
  70:17
**asleep** 60:5
**asserted**
  34:10
**assist** 11:17
  12:21
  26:20
  27:17
  31:16
  52:22 53:2
**associated**
  44:19 47:3
**ASSOCIA...**
  1:22
**assumed**
  43:18
  63:14
**assuming**
  44:11
**ATM** 54:1
**attention**
  56:22
**attorney** 4:23
  11:22
  33:12,23
  47:18
**attorney's**
  64:2,6,7
  65:21
**attorneys**
  11:16
  33:15
**Au** 16:16
**automatic**
  32:10
  57:23 64:3
**Avenue**
  24:22
**average**
  55:22 56:1
  56:5

**awake** 62:12

**B**

**B** 3:12
**B-R-O-O-...**
  20:2
**back** 35:13
  39:12
  52:19
  53:22
  55:11
  56:15,24
  57:13
  62:14
  73:23
**bank** 53:17
**banking**
  53:13 54:9
**bankruptcy**
  1:2,5 30:13
  31:12 32:4
**Barrington**
  1:14 3:5
  4:2 6:17
**Barry** 23:13
  73:9
**basic** 22:7
  43:23
**Basically**
  24:16
  27:19
**basis** 16:1
  26:19
  54:15,16
**bathroom**
  22:9,10,11
**bedroom**
  28:19,22
**behavior**
  67:3
**belief** 34:7
**believe** 16:16
  17:18
  20:23
  23:21
  32:19 34:4
  52:10
  54:14,16
  55:19
  56:19
  57:15 62:8
  69:9,17
**bell** 25:7
**better** 67:2

67:20
**beyond** 23:13
  71:2
**big** 28:17
  70:3 74:2
**bill** 55:21
  56:1,4
**bills** 55:14
  56:8,11
**birth** 8:1
**bit** 11:21
  52:22
  55:12
  64:11
**bits** 24:10
**blood** 19:4
  25:12
**bolded** 39:15
  40:4
**Bon** 16:16
**Boulevard**
  1:17 2:17
  25:3
**brand** 62:3,5
**brief** 50:6
**bring** 9:1
**broached**
  71:7
**broke** 29:9
**Brooks** 20:2
**brother**
  18:11,20
**building** 1:16
  2:17 26:6
  26:12
**bunch** 39:15
**burden** 74:3
**business** 36:9
**busted** 29:10
**butts** 61:19
**buy** 53:8
  61:12

**C**

**C** 2:1 75:1,1
**calendar**
  42:7,10
**call** 65:22
**calls** 64:19
  67:5,22
  68:11
**cameras** 49:3
**canceled** 38:2
**caption** 11:7

**card** 53:18
**cards** 53:21
**care** 26:12,13
  26:16,17
**carpentry**
  15:23
**case** 11:6
  14:3 22:22
  23:18 24:9
  31:12 54:7
  71:5,17
**catches** 27:8
**caterer** 37:19
**catering**
  15:10,17
  17:5 38:6,7
  38:10
  61:16
**cause** 28:3
**caused** 59:2
  59:15
**causes** 5:15
**cell** 20:24
  21:2,9 27:9
  27:10,12
**certain** 35:24
**certainty**
  50:21 51:1
**certification**
  4:14
**certify** 75:2
**chance** 69:20
**changing**
  59:18
**Chapter** 1:4
**checking**
  21:4
**chest** 52:12
**children** 19:2
**Christian**
  9:18
**cigarette**
  60:24
  61:19 62:2
**cigarettes**
  59:20
  61:10,12
  63:15
**circulate**
  42:8
**City** 1:9 2:15
  4:23 10:7
  11:8 72:2
**claim** 31:12

57:20 58:7
  63:23
**clarify** 49:18
**clarifying**
  66:15
**clear** 5:18
  6:12 8:4
  50:1
**client** 34:10
  69:24
  73:16,20
**clients** 73:24
**close** 56:3
  69:11,12
**closes** 35:24
  36:1,3
**clothes** 27:19
**co-counsel**
  66:6
**collided**
  63:13
**come** 29:11
  33:3,9,15
  36:14,19
  37:20
  40:22
  59:24
  62:18
**comes** 73:23
**coming** 45:7
**comings**
  36:13
**commands**
  22:7
**commencing**
  1:18
**Commonw...**
  1:21
**communicate**
  20:7 22:6
  27:13
  44:13 45:1
  45:4
**communica...**
  22:13
**communica...**
  23:13 28:2
**communica...**
  23:9
**company**
  15:10,17
  17:6 61:16
**compared**
  51:13

**comparison**
  51:14,23
  52:14
**compensat...**
  63:21
**complaint**
  3:16 30:13
  33:13
  56:17
**complies**
  39:23
**computer-a...**
  75:11
**concluded**
  74:13
**conduct** 5:4
**confusion**
  5:16
**contact** 65:2
**continue** 32:4
**continuing**
  33:11 64:3
**contractor**
  16:5
**contraventi...**
  32:8
**contribute**
  56:7
**conversation**
  5:15
**conversatio...**
  11:15
**convey** 24:8
  24:12
**cook** 38:2
**cooking** 15:8
**copies** 10:14
  30:19
  69:21
  70:11,12
  73:1
**copy** 42:11
**correct** 7:6
  9:5 14:3,10
  14:13,15
  19:21 20:7
  20:24 39:6
  39:10 40:8
  40:12,20
  45:16 49:9
  54:1 56:20
  62:10
  64:13 72:7
  75:13

Page 2

**correctly**
75:9
**costs** 64:7
**couch** 44:10
45:6
**counsel** 3:17
4:11 6:10
10:13,16
11:20
30:20,24
35:14
50:16 57:3
66:16,17,22
68:4 69:4
75:14
**couple** 59:24
59:24
**court** 1:2 5:6
30:13
32:11 52:6
**cousin** 25:10
**cover** 57:18
**created** 69:23
**CROSS-E...**
66:11
**curious** 7:16
70:6
**current** 6:18
7:11 71:17
**currently**
15:2 29:4
72:22

**D**
**D** 3:2
**D-1** 3:15
10:10,14,21
11:3 56:18
56:18,20
63:17
**D-2** 3:16 30:9
30:15,19
31:8 39:13
52:19
56:16
**daily** 26:21
27:18
**damages**
63:22,23
**Darby** 25:4,6
**date** 7:24
41:12
42:21,22,24
44:5 72:3

**dates** 13:7
39:15,22
40:3,8,11
40:16,21
45:2 50:19
**day** 17:7
23:14 35:6
35:6 36:8
37:19,21,24
38:3 41:23
42:5,19,19
44:8 46:20
61:11,15
75:18
**day-to-day**
26:19
52:23
**days** 17:9
35:11 41:1
50:22 51:4
51:10,21
64:15,22
**DE** 1:24
**deadline** 71:3
73:4
**deadlines**
71:5,11,17
72:22 74:8
**deal** 74:2
**debtor** 1:5
32:18
**debtor's** 32:6
32:16
**deceased**
19:21
**December**
1:12 75:18
**decided**
46:11
**decision** 9:1
**Defendant**
10:6 11:8
**defendants**
1:11 2:21
32:4
**demeanor**
67:4
**deny** 72:16
**department**
2:15 29:11
**deponent**
75:6,9
**deposition**
1:14 5:5

**9:**5 50:8
74:13
75:12
**derived**
34:11
**describe** 20:9
28:6,11
51:19
**DESCRIP...**
3:14
**different**
24:6 37:17
**dining** 46:19
46:21
**direct** 32:7
68:9
**direction**
52:8
**discovery**
34:12 71:3
71:23 73:4
**discuss** 73:15
**discussed**
59:12
**discussion**
10:2 55:7
66:8
**dishwasher**
16:13
**distress** 57:21
58:8,19
**DISTRICT**
1:3
**doctors** 68:9
69:1
**document**
11:2,12,19
30:19,21
31:11,14,17
31:24
39:13
40:10
**documents**
72:1
**doing** 4:24
5:1 16:7
**DOMER**
2:16 55:4
72:10
**door** 28:16
28:16 33:5
41:17,18,19
43:5,19
44:2 60:6

**62:**17,19,20
62:24
73:18
**doorbell**
48:23 49:1
**drugs** 6:11
**duct** 43:23
**due** 64:1
**duly** 4:3 75:6
**DUNE** 72:8
**Dunne** 2:9,10
31:3 48:7
48:10 65:4
70:24
71:21 73:9
**Dunne's** 65:9
69:9,18

**E**
**E** 2:1,1 3:2,12
75:1,1
**earlier** 37:16
38:14
**early** 38:1
**EASTERN**
1:3
**eating** 27:2
27:16
52:24
**eight** 19:18
38:3,4
**either** 54:13
**el** 27:8
**Eleanor** 18:5
18:12,19,21
19:1,20
**electric** 29:15
30:6
**elementary**
20:16
**embarrassi...**
41:3
**emotional**
57:21 58:8
58:19
**employ** 32:4
**employer**
64:20
**employment**
16:12
**energy** 56:4
**envelope**
43:6,7 47:3
**envelopes**

**44:**18,20
47:5 49:8
49:10
**ESQUIRE**
2:4,10,16
2:16
**essentially**
17:17
**estimate**
14:12
65:17
**evaluate** 67:2
**everybody**
5:17
**Eviction** 59:2
**exact** 44:17
**exactly** 16:19
44:3 64:24
**EXAMINA...**
3:7 4:19
68:19
**examined** 4:3
**example** 22:9
**excused**
74:11
**Exhibit** 10:10
10:14,21
30:15 31:8
42:9 52:19
**Exhibits** 3:17
31:1
**expect** 36:5
**expenses** 64:1
**experienced**
57:21 58:8
66:13,16
67:10,24
68:5,6,13
69:14,22
70:9,12,16
70:19,22
71:1,9,12
72:6,19
73:12,22
74:6
**fine** 4:8 24:6
39:21
50:14 68:5
72:14,17
74:1,5,6
**finish** 5:12
**first** 3:15 4:3
5:6 10:7
11:5,9
19:12

**34:**9 47:22
63:22
**fair** 12:4
15:16
49:11
**familiar**
18:15
**family** 16:8
**far** 19:17
23:7,8
**father** 18:6
20:3
**February** 8:2
**feeling** 36:16
**file** 71:4
**filed** 46:5,6
48:17
**filing** 4:14
**Filipovic** 2:3
2:4 3:9 4:8
10:18
11:20 12:5
12:9,13
14:4 22:24
23:5,19
24:3 31:4
33:10,18,21
34:2,14
35:8,12
42:12
47:19,21
49:17,21
50:2,24
57:6,10,14
66:13,16
67:10,24
68:5,6,13
69:14,22
70:9,12,16
70:19,22
71:1,9,12
72:6,19
73:12,22
74:6
**fine** 4:8 24:6
39:21
50:14 68:5
72:14,17
74:1,5,6
**finish** 5:12
**first** 3:15 4:3
5:6 10:7
11:5,9
19:12

**28:**14
41:11
43:13,17
44:11
45:10
46:17
49:12
57:19 65:2
**fits** 31:4
**five** 13:4
14:18 25:1
36:10,11
**fix** 29:11
**flip** 21:10
**focus** 41:4
**folder** 46:7,9
46:11
48:17
**folks** 21:12
**follow** 66:14
66:20
68:22
**follows** 4:4
**forget** 41:1
**form** 4:16
**formal** 72:15
**forth** 58:18
**forward** 8:4
**four** 61:24
**frame** 17:13
37:16 39:9
60:8 62:13
**frequent**
40:22
**frequently**
67:16
**Friday** 17:18
37:13 39:5
42:15,16
53:14
**Fridays** 54:4
**FRIENDS**
1:23
**front** 28:6,9
28:11,13,22
41:17,18
43:5,18
**frustration**
59:3,16
**full** 6:15
42:19
**fully** 61:20
**further** 68:17

**G**
**gas** 29:17
30:3 56:1
**general** 5:24
23:10
36:13
**generally**
12:10
37:20 38:8
38:18 62:8
**generated**
69:23
**gesturing**
52:5,11
**getting** 5:18
38:20
40:24 41:2
62:9
**give** 6:12
7:24 9:8,13
72:8 73:13
**given** 34:1
43:1 69:7
75:13
**gives** 22:10
**giving** 5:3
**go** 9:23 12:15
22:10
35:13
39:12 50:2
53:15,24
55:5 65:18
66:5
**goes** 23:8,12
**going** 5:3
10:13 11:5
12:12
23:11
31:24
32:14
33:10
50:11,16
52:8,18
53:3 55:11
56:22
63:11,19
65:21
66:20
72:10
73:20
**goings** 36:13
**good** 5:1,2
66:19 75:3

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 167 of 386
Barrington Whyte
December 12, 2019

Page 3

grandmother
18:17,18
19:8,20
grandson
19:10
grocery 53:5
53:10
guaranteed
17:22
guardian
20:22
guess 5:24
6:7 39:18
42:18
57:17 69:4
gun 51:10,12
51:16

**H**

H 3:12
hand 10:13
10:17
60:14
75:17
handed 43:19
happened
28:3 45:18
45:21 46:3
46:13
64:23
happy 42:8
72:20
hard 52:5
Harper 2:16
3:8 4:6,21
4:22 9:23
10:12,16,19
11:24 12:7
12:11,17
14:7 23:3
23:15,24
24:1,5,7
30:9,17,23
31:6 33:14
33:20,24
34:7,16,17
35:10,18
42:6,14
47:20,24
48:1 49:20
49:23 50:4
50:10 51:2
55:10 57:8
57:12,16

66:23 67:5
67:22 68:3
68:11,21
69:3,16
70:2,11,15
70:18,20
71:6,11,19
72:4,13
73:6,19
74:1
**HASSAN**
1:10,10
head 5:9 45:9
45:12,13
63:7,9
headache
63:7
hear 20:11
21:22,23
36:24
hearing
21:21
heavier 60:20
held 1:15
10:3 54:19
55:8 66:9
helping 26:13
helps 57:14
history 28:1
hold 44:14
home 9:17
24:18
25:16 26:7
26:9,10,11
32:22 36:5
36:15,19,21
37:5,20,23
38:7,8,18
42:3 50:22
51:3 58:24
60:1 61:17
62:9,13
hours 17:19
35:7,13,16
35:19
38:14
house 28:19
29:4,23
36:17 44:8
44:22
46:11 47:7
48:16 49:4
53:8 55:14
56:11

60:20
61:20
Hughes 25:9
25:17
hurting 63:9

**I**

ideas 23:10
identification
10:9 30:14
Identify
63:21
impair 6:12
important
5:21
include 30:24
64:1
included
52:23
includes
39:21
including
68:8
income 64:4
increased
60:9 61:9
indicated
63:8 75:5
indication
22:11
inducting
23:16
information
11:18 12:1
13:15,22
31:17 33:2
33:3,6,9
40:15,20
41:6 54:21
58:3 59:7
64:8
informed
58:4
ingest 6:11
inside 41:18
44:8 47:7
instructions
5:4
intend 42:9
interacted
67:15
interest 5:17
interested
75:16

interfere
71:16
interrogato...
3:15 10:8
11:9 12:2
12:22
interrogato...
13:1,6,10
13:12
14:16
56:23 57:1
57:4,5,19
58:4,12,13
58:17,22
59:8 63:20
63:24
involvement
8:24 54:17
**Irregardless**
34:2
irritating
40:24

**J**

JEWELL 1:8
job 15:1
16:14 17:5
35:23
37:17,20
38:6,8,10
39:5 53:18
54:19,22
jobs 15:21,24
53:20
John 1:16
2:17
JOSHUA
2:16
JOSHUA....
2:20
July 15:16,18
15:19 17:4
29:20 30:1
30:4,7
37:17 39:9
June 40:7,7,7
44:21
46:13,16,17
47:6 50:19
50:20,20

**K**

keep 5:8
65:15

Kennedy
1:16 2:17
kept 45:23
46:5
kin 75:15
kind 21:6
27:23
40:23
43:22
57:18 61:8
63:4
kindergarten
20:17
know 5:6,20
5:21 6:2,2
7:21 8:18
9:19 10:22
11:14
16:11,13,15
16:17,19
17:11,16,19
17:21 18:7
19:3 20:4
20:15,19,21
21:11
22:10,16,19
25:5 26:6
26:15,24
27:2 28:1,3
34:6 35:4
35:10 36:7
36:10,15
40:19,23
42:7 43:3
43:16
44:12
45:14
46:23 48:2
48:4,5 49:1
49:24
50:13,14
51:3,7,9
54:9,11
55:13
56:24
59:11,15
61:17
62:20
63:10
64:15 65:3
65:3,6
68:24
72:24 73:7
knowledge

21:22 32:3
68:9
known 20:13
kosher 48:18

**L**

Landman
1:19 75:19
Lane 1:23
25:6
language
22:14,15,17
Lansdowne
24:22
lastly 56:4
late 60:4 62:9
LAW 2:3,9
2:15
lawsuit 9:4
24:15
lawyer 41:6
65:2,4,5
leave 38:11
38:13,21,23
left 38:10,19
47:16
48:17 49:6
60:2 62:7
leg 27:24
52:24
legal 20:21
legs 27:23
length 62:1
let's 39:12
56:18 60:9
life 19:16
52:23
light 60:6
62:17,20,24
Lillian 19:24
limitations
20:6,10
28:2 67:21
68:10
line 32:9
68:23
lit 61:23
little 11:21
15:23
34:15
51:13
52:21
55:12 63:7
live 24:24

36:12
lived 7:13
8:14,19 9:7
9:9,20 13:4
13:23 14:9
14:13,18,19
24:19,21
25:4,14,16
lives 7:21 8:9
living 9:8
26:22
27:18
located 16:18
16:20
locations 7:8
log 71:24
long 8:14,18
15:4,12
16:10,21,23
36:1 40:3
71:16
72:20
longer 67:11
look 10:20
30:22
35:15
39:14,22,24
42:11
48:18
56:17,18,18
63:19 69:8
70:8,14,21
71:20
looked 43:10
44:15
61:23
looking 28:8
28:13 42:6
45:12
56:15 73:8
looks 28:12
lose 46:8,10
lost 64:4
lot 65:10,11
lucky 37:2
Lyndel 1:4,6
8:11 13:19
18:15
25:11,14
32:19 43:1
58:9 66:17
67:2

**M**

M 2:9,10
MAC 53:15
54:5
machine
53:15,24
54:5,6 75:9
main 41:4
making 73:3
mark 30:9
42:9
marked 10:8
10:14,21
11:2 30:14
30:18 31:8
39:13
52:19
56:16
63:17
Market 2:4
2:10
massage
27:23
52:24
matter 73:15
meal 27:16
60:1 63:1
meals 27:1,15
62:7
mean 6:22
19:8,16
41:7,8
69:11
72:13
73:23
means 32:21
medical 23:2
26:17
meeting
19:12
Megan 2:16
4:22
MEGAN.H...
2:19
members
16:8
men 22:10
mental 59:4
59:16
mention 9:9
mentioned
7:17 37:21
53:23
method 22:12
Michelle 1:19

Page 4

75:19
microwave
60:1
mind 71:15
minute 66:5
misunderst...
54:3
moment
39:22,24
Monday
17:18
36:20,21
39:5
money 54:1,6
54:7 56:13
month 15:6
56:2,5,6
73:11
morning 17:7
37:22
38:11,16
39:3
mother 9:15
18:4 19:24
20:23
26:13,14
54:23 55:1
67:9,11
motions 71:4
move 74:7
Municipal
1:15 2:17

__N__

N 2:1,16 3:2
name 4:22
6:15 15:10
16:16 20:1
22:2 26:4
66:3,3,15
narrow 6:3
natural 5:15
nature 16:8
58:19
near 6:24
26:9
neat 48:18
need 12:18
34:14
42:12 50:2
72:15,15
needed 16:4
64:20
needs 54:7

neither 75:14
never 19:10
49:13 63:2
Newports
62:4
NEWTOWN
1:23
night 17:8
36:1 37:3,5
37:19,22
38:4 46:21
61:15
nine 39:2
NJ 1:24
Nods 5:9
normal 37:24
normally
60:4,5
62:16
Notary 1:20
75:2,21
notice 1:15
32:3 41:10
41:11,15,20
41:24
42:23 43:8
43:10,11,12
43:14,17
44:1,5,6
45:15,19
46:3,13,18
49:12,13,18
49:22
50:22 51:4
51:24
52:13
60:14,15,16
60:18,21
61:6 65:1,2
75:5
noticed 60:6
63:3
notices 33:5
40:11,16
45:3 47:15
48:3,6,6,9
48:21 49:6
50:1 59:1
59:14
62:14
63:11 65:7
69:8,17,23
69:24
71:15

73:17
Notices' 59:2
noticing 60:8
number 3:14
27:9 65:17
numbers
53:16
nursing 26:7
26:9,10,11
NY 1:24

__O__

Object 22:24
objected 12:6
12:8,10
objection
12:14
23:20
33:11 34:5
35:8 47:19
50:24 67:5
67:22
68:11
objections
4:15
observe
20:10
41:23 44:6
44:9,21
69:19
observed
41:16,20
42:23 43:9
43:16
49:13
62:23
obtaining
54:18
occasion 43:2
occasions
32:7,17
33:3 34:23
59:14
65:20
occurring
60:22
October
15:15,18,19
17:3 29:19
30:1,3,6
37:16 39:9
odd 15:23
office 31:13
64:2,6,8

65:9,22
offices 2:3,9
69:11
official 22:13
22:15
75:17
okay 5:11 6:8
6:15 7:2,5
8:9,21 9:7
9:17 12:11
12:24
13:17 14:2
14:8 15:1
15:15
18:18 20:5
20:9 21:11
23:24
26:15
27:21 28:6
28:18
32:20
34:16 39:8
39:12
45:14
46:16
47:24
49:11,16
50:3,15
51:18
52:16
53:19 54:3
55:16
57:10,15
60:17 62:7
65:20 66:4
67:13
68:16 69:3
69:13
old 17:21
older 18:1
once 27:24
30:21
open 35:24
36:9
opinion 67:6
67:23
68:12
opportunity
10:22 11:1
31:7 56:19
Oral 1:14
orders 32:10
original
70:17

originals
70:19 73:1
outcome
75:16
outright
72:17
outside 49:4
overall 67:4
oversees
26:17

__P__

P 2:1,1
p.m 38:5
PA 1:24
13:14
paced 63:2
page 3:4,14
11:6 13:1
31:19,20
39:12 57:4
57:9,12
63:16
paid 53:14
54:4,11,14
pain 16:16
27:23
paper 43:1
43:21 52:1
52:11
paragraph
31:23 32:1
39:14
parents
18:11
19:23
part 32:14
particular
16:5 45:7
particularly
53:7
parties 4:12
party 75:15
passed 62:18
67:12,13
passing 30:18
pay 55:13,16
paychecks
53:20
paying 56:10
payment 56:7
pays 55:14
PECO 56:4
peeked 52:2

Pennsylvania
1:3,18,21
1:23 2:5,11
2:18 6:20
people 61:21
period 15:22
29:8,12
person 51:19
52:15,16
66:2
personal 32:6
32:16
personally
17:3 26:23
34:22
43:24
49:15
69:19
PFEsq@ifi...
2:6
Philadelphia
1:9,17 2:5
2:11,15,18
4:24 6:19
13:14
25:24 26:1
26:3 32:5
32:15 33:8
34:18
58:24
Philadelphi...
10:7 11:9
Philly 26:8
phone 20:24
21:2,7,9,10
27:9,10,12
64:19
photos 48:20
physical
69:16
physician
26:16
picked 45:6
60:19
pictures 70:7
piece 52:11
pieces 24:10
43:20
pill 63:8
pipe 29:9,10
place 75:5
placed 32:2
41:9
plaintiff 1:6

2:7,13 9:3
13:19 14:2
Plaintiff's
10:5 11:7
plan 27:2,16
27:16
52:24
pleading
33:19
please 5:12
5:20 12:20
12:24
30:10,22
39:18,20
58:17
pocket 64:1
point 8:4
20:16 29:9
41:3 47:15
48:3 51:18
57:3 61:11
63:15 69:6
pointed 52:1
posed 14:16
position 67:2
67:20
possession
49:7 69:10
69:18
possible 5:18
5:22
possibly
33:15 34:1
post 59:14
posted 40:11
40:16 41:7
41:18
42:23 44:1
44:22
49:13,19,20
49:21
50:23 51:5
59:1
posting 50:1
potential
64:4
Predrag 2:3
2:4 66:16
prepared
38:21
preparing
27:15
prepped 6:10
prerogative

72:18
present 13:5
14:19
presumes
47:22
pretty 40:3
43:4 46:24
54:23 62:9
66:19
previously
56:20
primary
26:16
prior 9:12,20
15:7 71:14
privilege
11:23
privy 73:14
probably
7:19 8:20
19:18 35:3
36:9 37:1
37:24 38:3
39:2 50:16
60:5,24
61:24
65:19
problem
70:23,24
Proc 1:8
process 32:5
45:11
59:19
product
11:22
33:12,23
Professional
1:20
proof 74:3
property 8:3
8:6,15,19
9:8,9,21
14:20 28:7
28:12
29:13
32:23
34:24
35:22
38:19
40:12,17
41:12
42:23 44:6
49:14,19,22
51:20

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 169 of 386
Barrington Whyte
December 12, 2019

Page 5

55:16
59:13
60:22 61:2
**provide**
13:15
40:14 48:6
58:3 59:7
72:20
**provided**
13:22 48:9
70:10 72:2
**providing**
11:17
12:21
31:16
71:15
**province**
23:1,6
**public** 1:20
36:22 75:3
75:21
**pulling** 65:15
**purpose** 31:5
46:9
**purposes**
10:9 30:15
**pursuant**
1:15 75:4
**put** 24:17
33:5 41:5
44:12 46:7
46:11,15
52:1 53:20
53:23 54:1
61:22
73:11,17
**putting** 41:1

_____ **Q** _____
**quarter**
61:22
**question** 4:16
5:13,19 6:3
6:4,6,9
12:16,19
13:3 14:16
23:6,8,22
24:6 34:15
47:20,22
58:7
**questioning**
68:23
**questions** 5:8
6:1 23:17

50:12
52:21 53:4
66:14,22
**quite** 64:11

_____ **R** _____
**R** 2:1 75:1
**re-form** 6:3
**reached** 57:1
**read** 22:19,20
31:24
39:18,20
**reading** 4:13
**ready** 10:17
**really** 17:14
17:22
19:10
25:22
40:24 41:2
45:11
65:15
**recall** 41:24
64:22 65:8
**recess** 50:6
**recollection**
19:13
**record** 5:10
5:16,18,22
6:16 9:24
10:3 23:21
35:14
47:23 55:5
55:8 64:16
66:5,9,15
69:4,7 74:9
75:13
**recorded**
75:9
**recording** 5:7
**records**
64:18
**REDIRECT**
68:19
**refer** 8:3 11:5
12:24
32:14
52:18
**referring** 8:6
13:19 58:9
**refers** 64:12
**regard** 5:4,19
71:24
**regarding**
40:16
**regards**

68:22
**regular** 21:9
21:10
28:16 36:2
**regularity**
36:19
**regularly**
17:16
**related** 19:4
25:11
63:10
**relationship**
18:8,14,15
**remember**
19:12
25:22,24
26:4 64:24
65:21 66:1
66:2,3 70:3
**remembering**
41:4
**removed**
73:10
**repeat** 12:15
33:11
**rephrase**
34:15
**reporter** 1:20
5:7 52:6
**Representing**
2:7,13,21
**request** 69:6
71:13,24
72:14,15
73:3
**requested**
12:2
**requesting**
69:15
**reserved** 4:17
**reside** 7:2,4,5
7:8
**resided** 6:23
13:7,8,13
**residence**
32:6,16,21
**residing** 9:14
9:20
**respect** 9:4
21:24 22:5
**respective**
4:12
**responding**

5:13
**response** 6:1
6:5 13:1,12
58:22 59:8
63:24
64:10
71:23
**responses** 5:8
10:6 11:7
12:22 67:3
**restate** 12:18
**restaurant**
16:14,15,17
4:17
**restroom**
50:3
**result** 57:22
59:17 64:5
**resumed** 50:8
**retained** 3:17
**review** 10:23
11:2 31:8
56:20
**right** 23:24
28:17 31:3
34:8 40:14
46:2 52:18
56:15
57:11,17
65:8 72:4
73:22
**ring** 25:7
48:23 49:1
**room** 1:17
2:18 28:18
29:1 43:14
45:16,24
46:20,22
62:19
**rules** 66:21
**rush** 10:24
**Ruskin** 25:6

_____ **S** _____
**S** 2:1 3:12
**sake** 31:2
**sale** 60:23
61:3
**saw** 41:11
45:5,8,21
46:3,14,17
51:9,12,22
60:14
**saying** 18:20
36:8 51:11

71:18
**says** 11:7
13:2,13,18
32:1,15,21
33:7 42:15
57:20 58:7
58:16,23
62:21 64:1
59:1,13
**schedule** 17:5
17:12,17
**scheduled**
16:2,3
**schick** 19:11
**school** 20:15
**scope** 6:4
33:23
**screen** 28:16
41:19
**seal** 75:17
**sealing** 4:13
**second** 3:16
9:24 43:14
45:5,11,19
55:5 60:13
60:16
63:20
**section** 26:2
32:8,9
**security** 49:3
**see** 11:10
13:2,9 21:3
31:20
32:12 33:7
34:21
39:16 43:6
49:24
57:20,23
58:12,14,20
59:4 62:19
64:8 70:6,6
70:17 73:6
74:4
**seeing** 68:24
**seek** 63:22
**seen** 11:12
31:14
52:14
62:17
69:21
70:15
72:24
**sending** 32:5
32:15 33:8

**sense** 16:10
36:13,15
**sentence** 32:1
32:12
39:19,21
40:1,15
**separate** 32:7
32:17 33:2
59:1,13
**series** 50:11
**Serve** 15:11
15:12
**service** 29:5,7
**Services** 1:16
2:17
**SERVING**
1:24
**set** 3:15 10:8
11:9 27:2
58:18 60:1
**seven** 17:9
28:15
38:13,15,16
45:13
**shaking** 45:8
**sheets** 72:1
**Sherbrook**
25:3
**sheriff** 1:9
10:6 11:8
24:16
**sheriff's**
31:13
57:22
60:23 61:3
**sheriffs** 32:6
32:16 33:6
33:8 34:19
35:21
58:24
59:12
**shield** 51:13
51:17,23
52:11,15
**shopping**
53:5,10
**shorthand**
75:10
**show** 38:2
**showed** 51:22
52:2 61:7
**showing**
51:15 52:7
52:13

62:15
**side** 43:20
**sidewalk** 28:8
28:9
**sign** 22:8,13
22:15,16
**significance**
7:16
**signing** 4:13
**signs** 62:22
**silver** 43:20
**similarity**
51:15 52:1
**single** 65:16
**sister** 18:12
**sitting** 52:9
**situation**
59:19
**six** 15:13 25:1
28:15 32:2
32:7,17
33:2 34:23
40:8 59:1
59:13
**smelling**
60:20
**smoke** 60:24
61:21
**smoked**
61:20
**smokes** 59:20
**smoking**
59:21
60:10,10,19
61:3,7,18
62:23
63:15
**sold** 60:22
61:2
**somebody**
36:16
51:12
**son** 18:22,23
**sorry** 6:22
29:22
47:11
69:14
**sort** 6:5 20:6
21:6 22:12
26:21
**South** 6:19
6:21,23 7:6
7:9,12,17
7:21 8:6,9

13:13 26:3
26:7 28:7
**speak** 5:23
21:18
65:24 66:6
72:11
**speaking**
13:21,24
17:2 21:15
21:16
**special** 21:6
66:16
**specific** 50:18
53:4
**spending**
64:6
**spent** 64:2
**spirit** 71:21
**squiggly** 32:9
**standing** 34:5
75:3
**stands** 32:9
**start** 5:3,13
5:14 53:22
60:9 61:7
**started** 59:18
60:10
**starts** 57:4,6
**state** 6:15
13:3 14:17
42:22 53:3
**stated** 13:5
**statement**
34:18
**statements**
24:17
**states** 1:2
13:3 14:19
30:12
**stating** 14:22
**stay** 32:10
35:24
57:23 64:4
**staying** 9:15
**stays** 36:9,10
**step** 66:5
**STEPHEN**
2:9,10
**Stephen@d...**
2:12
**steps** 28:14
28:15
**stipulated**
4:10

Page 6

| | **T** | | | | | **W** | |
|---|---|---|---|---|---|---|---|

stipulations 4:7

stop 64:3

street 2:4,10 6:19,21,24 7:6,9,12,17 7:22 8:7,10 9:18 13:14 26:5 28:7 28:23 29:2

STREHLO... 1:22

subject 71:8

subparagra... 58:18,23 59:9

subparagra... 58:13

substantial 59:3

substantive 6:6

Suite 1:23 2:4 2:10

summarize 52:7

supervision 75:11

supervisor 66:1

supplied 29:13

supporting 63:23

sure 9:22 10:18 12:13 13:20 17:20,23 20:18 26:18 28:5 34:20 35:15,19,20 43:4,8 46:24 50:4 50:4 51:6 54:10,13,23 57:2

swell 27:23

sworn 3:6 4:3 75:6

symbol 51:16

symptoms 62:22

**T** 3:12 75:1,1

table 46:20 46:22 47:9 60:2

testified 4:4

testify 73:9

testimony 6:12 75:4,8 75:13

text 21:12,13

Thank 42:13

thanks 5:2

thereof 75:16

thing 51:13 59:22 63:3 70:3

things 27:1 60:9

think 5:17 12:3 16:9 24:11 37:15,17 39:2,6 40:5 48:11,11 53:2,18,23 66:4 67:1 67:19 68:8 70:22

thinking 7:19

third 13:1 57:12

thought 48:13

three 28:14 40:5 61:10 61:10,24

Thursday 1:12 37:11

time 4:17 9:16 10:23 15:22 17:12,15 21:4 27:20 27:20 29:8 30:22 35:24 36:4 36:5,7,20 37:16,19,22 38:11,21,23 39:9 41:14 41:23 43:13,15 45:7,13 47:15 48:3

term 41:8 64:10

terms 21:15 21:21

times 41:5 59:23,24 62:17 65:9 65:10,14,17

to/from 64:7

today 5:5 6:13 8:22 9:1 13:17 71:14

told 73:16,21

top 25:22 31:20,23 57:8,19

Toppin 1:4,6 8:11,18,21 9:3,19 13:19,24 14:12 16:9 17:21 18:9 18:16 19:5 19:13 20:6 23:12 24:8 24:19,21 25:11,14 26:15,21 35:2 38:8 38:18 45:2 48:2 50:12 50:22 51:18 52:10,22 53:6,13 54:18 56:7 58:9 59:15 61:13 62:12 64:12,15 65:12 66:17 67:16,20 68:24

Toppin's 17:12 32:3 55:13 67:3

51:19 55:2 55:19 59:21 60:3 60:8,13,19 61:9 62:8 62:13 63:5 63:14 64:2 64:4,6,20 65:12,16 75:5

train 27:8

transcribed 75:10

transcription 75:12

transfer 41:6

transparency 71:22

transportat... 36:23 64:7

trial 4:17 74:5

tried 24:8

true 29:19 39:8 75:12

truth 75:7,7 75:8

try 6:3,4,7 26:23,24 34:16 45:1 51:19 52:7

trying 5:22 5:23 24:12

Tuesday 37:7

turn 31:19 52:8 56:22 63:16

two 25:20,23 29:10,12 38:13 43:20 51:14,15 52:14 65:19,20

type 53:16

| | **U** | |

U.S.C 32:8

Um–hum 9:11 21:17 49:23

unavailable 64:5

uncle 18:10 18:16 46:24

underlined 39:15 40:5

underneath 11:6

understand 5:20 8:7 22:21

68:10

train 27:8

understand... 13:18 16:21 19:17 20:5 23:12,17 24:14 31:11 38:22 52:4 58:6 64:12

understands 22:16 24:11

understood 45:10

undue 59:3 59:15

uneaten 63:1

United 1:2 30:12

universe 67:1 67:15,18 68:8

update 72:9

Upper 25:4,6

ups 66:20

use 21:2 27:12

uses 21:4,11 64:10

Usual 4:6

usually 17:14 35:5 36:20 37:5 61:17

utilities 29:15 29:21

| | **V** |

Vacate 61:6

Vacate' 59:1

varies 36:22 36:23

verbal 5:9

verified 73:2

violation 64:3

violations 57:22

vision 41:9

visiting 64:2

volume 31:1

vs 1:7

32:18,20 34:9 67:20

wait 5:12 74:5

waiting 71:22

waived 4:14

walk 28:14 62:18 71:19

want 5:24 11:14 25:1 42:11 60:12 65:15 66:4 70:1 72:16 73:11 74:4 74:7

wanted 63:8

warehouse 15:3,5

wary 11:16

wash 27:19

wasn't 7:19 12:7 13:20 16:3 35:1 35:15 43:8 62:16

water 29:4,7 29:9,11,12 29:23 55:21

way 20:12 27:13 44:16,17 61:20 72:11

we're 5:22,23 8:4 9:4 62:13 71:2 71:22 72:19,21,23 74:9

we've 10:14 24:18 59:11 69:21 71:6 71:7

Wednesday 37:9

week 17:9 54:12 61:1 61:4,5 69:13 weekly 54:15

54:16

weeks 32:2

weird 63:4

went 20:15 65:9,10,13 weren't 16:2 33:16 34:23 42:18

Whyte 1:14 3:5 4:2,22 6:17 10:20 11:1 12:21 23:9 31:7 55:11 66:18,24 68:7,23

WILLIAMS 1:8

window 28:17 29:1

winters 29:10

witness 3:4,6 35:17 39:23 67:8 74:11 75:14,17

woke 62:21

words 5:7 21:19 73:11

work 11:22 11:22 15:3 15:7,12 16:2 17:12 17:14,17 26:24 27:4 33:12,23 35:5,6 38:23 42:3 61:15 62:9 64:5,16 65:16,22

worked 15:4 16:6,11,22 16:23 35:20 37:21

working 15:17 16:10 37:18 42:19 61:16

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 171 of 386
Barrington Whyte
December 12, 2019

Page 7

**works** 35:7
  35:11,23
  36:8
**wouldn't**
  46:7 51:11
  59:23
**write** 22:1
**writing** 21:24

**X**
**X** 3:2,12

**Y**
**yeah** 7:10
  18:3 52:17
  70:9
**year** 55:18
  69:1
**years** 8:16
  9:10,12
  13:4,15,23
  14:9,13,18
  14:20,24
  15:14 17:1
  25:1,20,23
  29:12
  54:19
**young** 19:15

**Z**
**Zalkin** 18:5
  18:12,19,21
  19:1,21

**0**
**04** 3:8

**1**
**1** 13:6 40:7
**10** 3:15
**10:53** 50:7
**100** 55:23
**11** 32:8 37:2
  37:5 38:1
  61:17
**11:05** 50:8
**11:30** 74:13
**116** 1:23
**12** 1:12
**1200** 2:10
**13** 1:4
**14** 31:19,21
  57:4,8,18
  57:19

58:17
**1401** 1:16
  2:17
**1425** 6:19,21
  6:23 7:12
  7:17,21
**146** 6:22 7:5
  7:9 8:6,9
  13:13 28:7
**15** 8:20 14:13
  56:23 57:1
  57:5,7,18
  58:13,23
  59:8
**150** 56:6
**1515** 2:10
**164** 25:3
**17** 63:20,24
**1735** 2:4
**18** 40:6
**18-13098** 1:5
**18000137** 1:9
**18940** 1:23
**18th** 41:14,21
  41:24 42:4
  42:15,16
  43:9 45:15
  45:17
  49:12
  50:19
**19102** 1:18
  2:11,18
**19103** 2:5
**19139** 6:20
  13:14
**1983** 8:2
**1st** 44:21
  46:13
  50:20

**2**
**2** 13:2,10,12
  14:16
  31:19,21
  39:12
**20** 17:1 54:19
**2017** 15:15
  15:19 17:3
  29:19 30:1
  30:3,6
  37:16 39:9
**2018** 15:16
  15:19 17:4
  29:20 30:1

30:4,7
  37:17 39:9
  40:6,6,6,7,7
  40:7 42:10
  42:16
**2019** 1:12
  75:18
**215** 1:24
**215-551-7109**
  2:11
**215-685-0503**
  2:19
**24** 40:6
**24th** 42:21
  44:1 45:19
  50:19
**25** 8:2
**267-507-6084**
  2:5
**27th** 75:18

**3**
**30** 3:16 13:15
  13:23
  14:20,23
  40:6
**30's** 17:24
**30th** 44:4,6
  46:2 50:19
**360** 55:19
**362** 32:8
**3750** 2:4

**4**

**5**
**5** 40:7
**5:00** 36:2,3,6
**504-4622**
  1:24
**54** 1:23
**580** 1:17 2:18
**5813** 24:21
**5th** 46:16,17
  50:20

**6**
**60's** 18:2
**6045** 9:18
**62nd** 6:19,21
  6:23 7:6,9
  7:12,17,22
  8:6,10
  13:13 28:7

**66** 3:9
**68** 3:8
**6936** 25:6

**7**
**7** 40:7
**7th** 47:6
  50:20

**8**
**80-90** 56:3

**9**
**9:00** 38:3,4
**9:45** 1:19

Page 1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CASE NO. 18-13098-MDC

———————————————————————

LYNDEL TOPPIN,

       Debtor/Plaintiff,

  vs.

JEWELL WILLIAMS and
ABDELDAYEM HASSAN
a/k/a ABDELDYEM
HASSAN,

       Defendants.

———————————————————————

\*    \*    \*    \*

WEDNESDAY, NOVEMBER 6, 2019

\*    \*    \*    \*

      Oral deposition of ABDELDAYEM HASSAN,
taken pursuant to notice, was held at the
Dunne Law offices, P.C., 1515 Market Street,
Suite 1200, Philadelphia, Pennsylvania,
commencing at 11:00 a.m., on the above date,
before Lori A. Porto, a Certified Court
Reporter.

KAPLAN, LEAMAN & WOLFE
230 SOUTH BROAD STREET, SUITE 1303
PHILADELPHIA, PENNSYLVANIA 19102
(215) 922-7112
www.klwreporters.com

C I T Y - 2 3

Page 2

1    A P P E A R A N C E S :

2

3         DUNNE LAW OFFICES, P.C.
          BY:  STEPHEN M. DUNNE, ESQUIRE
4                  - and
              PREDRAG FILIPOVIC, ESQUIRE
5         1515 Market Street
          Suite 1200
6         Philadelphia, PA 19109
          215.551.7109
7         stephen@dunnelawoffices.com
          pfesq@ifight4justice.com
8         Counsel for the Debtor/Plaintiff

9

          CITY OF PHILADELPHIA LAW DEPARTMENT
10        BY:  MEGAN N. HARPER, DEPUTY CITY SOLICITOR
               - and -
11             JOSHUA DOMER, ASSISTANT CITY SOLICITOR
          1401 John F. Kennedy Boulevard
12        Room 580
          Philadelphia, PA 19102
13        215.686.0503
          megan.harper@phila.gov
14        joshua.domer@phila.gov
          Counsel for the Defendant
15        Jewell Williams

16

          LAW OFFICES OF DAVID M. OFFEN
17        BY:  DAVID M. OFFEN, ESQUIRE
          601 Walnut Street
18        Suite 160 West
          Philadelphia, PA 19106
19        215.625.9734
          dmo160west@gmail.com
20        Counsel for the Defendant
          Abdeldayem Hassan

21

22

23

24

25

Page 3

1                W I T N E S S    I N D E X

2

3      Examination of Mr. Hassan

4

5           By Mr. Filipovic:   Pages 7, 73, 80

6
            By Ms. Harper:   Page 63
7

8           By Mr. Offen:   Pages 74, 86

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1                    E X H I B I T S

2

3    Exhibit F:  Civil Cover Sheet with Attachments

4           Page 23

5

     Exhibit B:  Handwritten Note
6
            Page 29
7

8    Exhibit G:  Return of Service/Affidavit with
                    Attachments
9
            Page 35
10

11   Exhibit J:  Praecipe for Writ of Possession

12          Page 40

13
     Exhibit K:  Contact Details
14
            Page 43
15

16   Exhibit Q:  Certificate of Notice

17          Page 60

18
     Exhibit 1:  Photocopy of Notice to Vacate
19
            Page 71
20

21   Exhibit 2:  Photocopy of Notice to Vacate

22          Page 72

23
     Exhibit S:  Ring Central Call Details
24
            Page 82
25

Page 5

1

2

3

4

5

6

7

8

9

10

11

12

13                    (EXHIBITS ARE ATTACHED
                       TO THE TRANSCRIPT)
14

15

16

17

18

19

20

21

22

23

24

25

Page 6

1          D E P O S I T I O N   S U P P O R T

2

3     (REQUEST)....................................52

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 7

1   (Abdeldayem Hassan, having been duly sworn, was

2   examined and testified as follows:)

3   (EXAMINATION OF MR. HASSAN BY MR. FILIPOVIC:)

4        Q.     Good morning, Mr. Hassan.

5               Can I call you Mr. Hassan?

6        A.     Yes.

7        Q.     I am going to give you some instructions

8   on how these depositions are conducted.

9               I will be asking some questions of you

10  and I will, you know, try to be punctual and I will

11  try to speak loudly, so you can understand and hear.

12              If you do not understand or hear me,

13  you can ask me to repeat the question, and I will be

14  glad to do so.  However, you may not talk to your

15  attorney when there is a pending question.  You may

16  ask to take a break and, at that point, you can talk

17  to your attorney, but not about the subject matter of

18  the testimony.

19              Next, I'm here to ask questions.

20  Unfortunately, today, you can't ask me questions.  It

21  is just a one-way street, this way.

22              If at any point, you know, you are to

23  provide an answer, you have to do it verbally, you

24  can't use gestures.

25              While I can understand your gestures

Page 8

1   and I can see you, because we don't have a video

2   here, the court reporter needs your answers to be

3   vocal.

4           A.      What do you mean by vocal?

5                   I don't understand.

6           Q.      Vocal means by words.

7           A.      Okay.

8           Q.      I will also ask you some questions that,

9   perhaps, you know, may be insulting to you, but they

10  are asked of any deponent, everybody gets asked these

11  questions, and that is whether you are under any

12  drugs or alcohol today that would cause you not to be

13  able to give truthful testimony.

14          A.      No.

15          Q.      Thank you.

16                  So we can proceed?

17          A.      Yes.

18          Q.      Could you please tell me your first and

19  last name, sir?

20          A.      Abdeldayem Hassan.

21          Q.      Mr. Hassan, what is your address?

22          A.      309 Barker Avenue, Lansdowne,

23  Pennsylvania 19050.

24          Q.      How long have you lived at that address,

25  sir?

Page 9

1          A.      Like 10 to 12 years.

2          Q.      And do you own that house?

3          A.      Yes.

4          Q.      Who do you live there with?

5          A.      My wife and my kids.

6          Q.      What is your wife's name?

7          A.      Michelle Hassan.

8          Q.      Is that Michelle?

9          A.      Michelle.

10         Q.      What is your occupation currently?

11         A.      I work at Boston Market.

12         Q.      What is your job at Boston Market?

13         A.      Delivery, wash dishes, mop inside the

14    restaurant.

15         Q.      Which location?

16         A.      39th and Chestnut, Philadelphia.

17                 3901 Chestnut.

18         Q.      I happen to know exactly where it is.

19                 Is that a full-time position?

20         A.      Yeah.

21         Q.      Do you do anything else besides that?

22         A.      No.

23         Q.      Sir, are you familiar with a property at

24    146 South 62nd Street?

25         A.      Yes.

Page 10

1        Q.      And what is your familiarity with that

2   property?

3        A.      Say that again, please.

4        Q.      What do you know about that property?

5        A.      That property, I bought it from the

6   sheriff.

7        Q.      When did you buy it from the sheriff?

8        A.      I think in November of 2017, or October,

9   I'm not sure.

10               November or October.

11       Q.      You said you bought it.

12               Was it at a sheriff's sale that you

13   bought it?

14       A.      Yeah.

15       Q.      What was the price that you ended up

16   paying?

17               What was the winning bid?

18       A.      30,000, 3-0.

19       Q.      30,000 dollars?

20       A.      Yes.

21       Q.      Did you pay 30,000 dollars to the

22   sheriff's office?

23       A.      Yes.

24       Q.      You had 30 days to pay it, is that

25   correct?

Page 11

1        A.      I paid like 3,000 the day of the sale

2    and I had one month to pay 27.

3        Q.      They told you at the sheriff's sale to

4    bring 27?

5        A.      Yes.

6        Q.      Where did you take your 27,000 dollars?

7        A.      100 South Broad.

8        Q.      Do you recall, when you went there with

9    the money, what did they tell you?

10       A.      What does that mean?

11       Q.      You went to the sheriff's office with

12   your 27,000 dollars and what did you do when you got

13   there?

14       A.      They asked me to bring a cashier's

15   check, I went there, they got the money, and they

16   gave me the receipt.

17       Q.      They is who?  The sheriff's office?

18       A.      Yes, 100 South Broad.

19       Q.      Now, when you walked in, did you go left

20   or right to do your transaction?

21       A.      I went there, I found the front desk in

22   front of me, they told me to go to the window on the

23   left.

24       Q.      On the left, okay.

25               What else did they tell you with

Page 12

1   respect to the house that you bought, this property?

2          A.      Nothing.

3          Q.      So, they took the money, you gave them

4   the money?

5          A.      Yes.

6          Q.      Who is the -- you said it was a

7   cashier's check?

8          A.      Yes.

9          Q.      Who was it made out to?

10         A.      The city of Philadelphia, sheriff.

11         Q.      Did you receive anything besides the

12  receipt?

13         A.      No.

14         Q.      Did they tell you anything except for

15  thank you for your money?

16                 What did they say to you, if you can

17  recall?

18                 They meaning the folks behind the

19  window at the sheriff's office.

20                 Did you receive any instructions?

21         A.      They told me I will get the deed by

22  mail.

23         Q.      Deed by mail?

24         A.      Uh-huh.

25         Q.      Okay.

Page 13

1                    Anything else?

2        A.     No.

3        Q.     Now, did you, in fact, get the deed by

4    mail?

5        A.     What's that?

6        Q.     Did you get the deed by mail?

7        A.     Yeah.

8        Q.     How long after did you receive the deed?

9        A.     I think -- I'm not sure exactly of the

10   time, but I got the deed.

11       Q.     Was it a month later?

12       A.     Yeah, probably a month later.

13       Q.     Do you still have this deed?

14       A.     Yeah.

15       Q.     Before buying this property, did you go

16   to visit the property?

17       A.     Before buying it?

18       Q.     Yeah.

19       A.     No.

20       Q.     Only after you bought it?

21       A.     No, I just went the day of the sale.

22              I saw the list, they started bidding, I

23   saw the reasonable price, and I bid on it.

24       Q.     I understand, but once you bought it --

25   you didn't go before you bought it?

Page 14

1        A.      No.

2        Q.      But you went afterwards?

3        A.      I went afterwards.

4                Before -- how would I go there?

5                I didn't own the house.

6        Q.      And then you did own the house

7    afterwards, so you went there?

8        A.      After I bought it, yeah, I went there.

9        Q.      That is what I want to ask you about,

10   sir.

11               You went there to do what?

12       A.      To see the house.

13               I had bought it.

14       Q.      When did you first go there?

15       A.      After I got the deed.

16       Q.      After you got the deed?

17       A.      Yeah.

18               I went there and I tried to knock on

19   the door, but I heard dogs.

20       Q.      Is there a yard in front of the house?

21               How do you get in?

22               Is there a porch?

23               Describe it for me.

24       A.      I didn't get inside the house ever.

25       Q.      I'm asking you, is there a porch, is

Page 15

1   there a yard, a fence, anything like that, or is it

2   off-street?

3         A.      It's off-street.

4         Q.      And you go up -- are there stairs?

5         A.      Yeah, stairs.

6         Q.      You went up the stairs and you knocked

7   on the door?

8         A.      Yes, I knocked.

9         Q.      And then what happened?

10        A.      I heard dogs.

11        Q.      Did you say dogs?

12        A.      Yeah.

13              The neighbor came out and they told me,

14   these people come -- nobody lives there.

15        Q.      The neighbor told you?

16        A.      Yes, that someone, every two weeks,

17   three weeks, comes there.

18        Q.      How did you know the person was a

19   neighbor?

20              Did they come out of the house?

21        A.      They came out of the house next door.

22        Q.      Next door?

23        A.      Next door.

24        Q.      What was the address?

25        A.      It would be 144.

Page 16

1              144, yeah.

2        Q.      So a lady came out of the door at 144

3   and said that nobody lived there?

4        A.      Nobody lives there, they just come every

5   two or three weeks, and that's all.

6        Q.      She said, nobody lives there, but they

7   come every two or three weeks?

8        A.      Yeah, someone comes every three or

9   four weeks and opens the door or something like that.

10       Q.      Do you know what the lady's name is?

11       A.      No.

12              That was the first time I met her.

13       Q.      She didn't say her name?

14       A.      No, and I didn't ask.

15              I told her, I bought the house, and she

16   said, I'm glad you bought this house, it's an

17   abandoned house, I'm scared, stuff like that.

18              She was happy to see someone get the

19   house.

20       Q.      And when did this occur?

21              I know it's after you got the deed, but

22   can you give me the month or date when you went and

23   spoke to this lady?

24       A.      After I got the deed, like two or three

25   weeks.

Page 17

1        Q.      I'm asking for a calendar date, year,

2   time.

3        A.      Should be January of 2018.

4        Q.      Okay.

5                Now, what did you do afterwards?

6        A.      After that, I went to the sheriff again,

7   to tell him my situation.

8                I bought the house and I think someone

9   lives there, this is the house, what should I do in

10  that case.

11       Q.      So you went to the house after you

12  bought it for the first time?

13       A.      Yeah.

14       Q.      You knocked, nobody answered, you heard

15  dogs somewhere, right?

16       A.      Yes.

17       Q.      Then a lady comes out and says to you,

18  nobody lives here, then you go to the sheriff and say

19  to the sheriff, I bought a house, I think somebody

20  lives there?

21               Is that what you are testifying?

22               MR. OFFEN:  He already said the

23  neighbor said somebody comes every three or

24  four weeks and -- that is what he said.

25               MR. FILIPOVIC:  No, counsel, I

Page 18

1   understand.

2          My question is, you told the sheriff, I

3   think somebody lives there, right?

4          That is what you testified to?

5          THE WITNESS:  (Indicating).

6          MR. FILIPOVIC:  Yes?

7          THE WITNESS:  I'm saying that because

8   the neighbors told me they come and go.

9   BY MR. FILIPOVIC:

10      Q.    I understand.

11          I'm just clarifying the record.

12          So then what happens?

13      A.    I went to the sheriff to see how I'm

14   gonna get in my house and they told me I have to --

15      Q.    Who told you?

16          The sheriff people?

17      A.    The people over there told me I have to

18   go to the --

19      Q.    Sir, when you say people over there,

20   tell me exactly which people and where.

21          This is a deposition.

22          I'm sorry, but don't call them "they."

23          The sheriff's office told you?

24      A.    Yes.

25      Q.    I'm going to ask you again.

Page 19

1              Who told you what to do when you got

2    there?

3        A.     The city people told me I have to do it

4    the right way.

5        Q.     What did they say?

6        A.     I had to fill out the paperwork.

7        Q.     Did you have an attorney at that time?

8        A.     No, I didn't have an attorney, I was by

9    myself.

10       Q.     They gave you the paperwork?

11       A.     They gave me the paperwork, I filled it

12   out.

13              They gave me the paper and I had to

14   mail it the first time and then I mailed the paper

15   the second time, after two weeks, again.

16              I went there again, they gave me the

17   paper again, someone had to hand-deliver it to the

18   people there, occupants.

19       Q.     Do you know what the papers were?

20       A.     What is it?

21       Q.     Do you know what papers they gave you?

22       A.     I filled out the paper, my name, who

23   lives there, I don't know the name of who was living

24   there.

25       Q.     Do you know what the papers were,

Page 20

1    though?

2         A.      No.

3         Q.      I'm going to hand you what --

4         A.      All the papers, I gave them to him.

5                 I --

6         Q.      Sir, there is no question.

7                 MR. OFFEN:  Let him answer.

8                 MR. FILIPOVIC:  There was no question

9    posed.

10                MR. OFFEN:  He was continuing to answer

11   the question that was answered originally.

12                He was in the middle of answering the

13   question.

14                MR. FILIPOVIC:  I asked you, did you

15   know what papers you were filling out.

16                THE WITNESS:  Whatever papers they gave

17   me, they had my name, who is living there, I don't

18   know the name, my signature, stuff like that.

19   BY MR. FILIPOVIC:

20        Q.      Okay, that's fine.

21                Did you know if that paper had any

22   legal significance, and, if so, what was it?

23        A.      If it had legal significance, why didn't

24   the judge give me the house?

25        Q.      That was a question you just asked me.

Page 21

1              Don't ask me questions.

2        A.      No, I'm not asking a question.

3                MR. FILIPOVIC:  You just did.

4                Can you please read that last thing?

5                (DESIGNATED QUESTION AND ANSWER WERE

6  READ)

7  BY MR. FILIPOVIC:

8        Q.      Sir, I'm going to ask you again, did you

9  know what legal significance, if any, the papers that

10  you were filling out from sheriff's office had?

11        A.      What do you mean by legal significance?

12        Q.      I mean, what did the document represent?

13                What was it actually called?

14        A.      I don't know.

15        Q.      Okay.

16                That's fair.

17                I'm going to hand you now what we'll

18  mark as --

19                MR. OFFEN:  You asked him what it was

20  called, not what it was for.

21                MR. FILIPOVIC:  I get to ask what I

22  want to ask.

23                MR. OFFEN:  Okay.

24                MR. FILIPOVIC:  It is a non-issue, I

25  have the document here.

Page 22

1               MR. OFFEN:  I want to object.

2               The last question you asked, what it

3      was called, you didn't ask what it was for.

4               He's trying to find out -- what is the

5      purpose of the document that had some legal

6      significance is what he was answering.

7               Otherwise, they wouldn't have given it

8      to him.

9               MR. FILIPOVIC:  Counsel, you are not

10     here to testify.

11              I understand.

12              The record will speak for itself.

13              He has to answer the questions.

14              You don't get to rephrase his answers.

15              MR. OFFEN:  He's answered that

16     question.

17              MR. FILIPOVIC:  Are you saying asked

18     and answered?

19              We can put that on the record.

20              MR. OFFEN:  I'm not rephrasing his

21     answer.

22              His question was, why would they give

23     it to me if it has no legal significance.

24              He doesn't know what it's called.

25              MR. FILIPOVIC:  Is that an objection?

Page 23

1           MR. OFFEN:  It's an objection.

2           The question asked specifically for the

3  title of the document as opposed to what the document

4  does.

5           He said it has legal significance or it

6  wouldn't have been given.  Therefore, he answered the

7  question.

8           You asked the question and he answered

9  that they wouldn't have given it to me if there

10 wasn't any significance.

11          MR. FILIPOVIC:  I don't understand the

12 point of this, but could we keep this clean?

13          We're building up a record that is

14 unnecessary.

15          I'm going to hand you an exhibit that

16 is going to be called Exhibit F because it's already

17 marked that way.

18          Let the record reflect the document is

19 marked Exhibit F.

20          It's an exhibit to a prior motion filed

21 in this case, a motion for judgment pleadings, and

22 I'm giving it to the witness now.

23          (Exhibit F, Civil Cover Sheet with

24 Attachments, is marked for identification)

25 BY MR. FILIPOVIC:

Page 24

1       Q.      Mr. Hassan, take a look at the document

2    I've just given you.

3       A.      Uh-huh.

4               This one (indicating)?

5       Q.      Yes.

6               There's more pages to it, sir.

7               Feel free to take a look at it.

8       A.      Yes, I filled it out.

9       Q.      I'm going to ask you some questions

10   about the document.

11              Is that the document that you were

12   given to fill out?

13      A.      Yes.

14      Q.      Go to the first one I handed you, which

15   is marked with an F.

16              Now, sir, go to the bottom part of that

17   page.

18              Do you see your name and address and

19   phone number there?

20      A.      Yes.

21      Q.      Could you read that out loud, please,

22   for the record?

23      A.      Abdeldayem Hassan, 484-557-1737.

24      Q.      Is that your phone number that you put

25   on there?

Page 25

1          A.      Yes.

2          Q.      I'm also going to direct you to the page

3     that says Verification.

4          A.      Okay.

5          Q.      Did you sign that, sir?

6          A.      Yes.

7          Q.      That is your signature on the

8     verification page?

9          A.      Yes.

10         Q.      What does it say, basically?

11                 Can you read it for the record, please?

12         A.      I hereby verify that the statements set

13    forth in the foregoing compliant are true and correct

14    to the best of my knowledge, information and belief.

15    I understand that these statements are made subject

16    to the penalties of 18 Pa.C.S.4904, relating to

17    unsworn falsification to authorities.

18         Q.      So you're basically attesting that

19    everything in your papers is true, right?

20                 Is that your understanding of what you

21    signed?

22         A.      I didn't understand it, but I signed it.

23         Q.      You didn't understand?

24         A.      No.

25         Q.      So, you signed that, but you didn't

Page 26

1    understand what it meant?

2         A.      I didn't understand what it meant, but I

3    signed it.

4         Q.      Can you read it?

5         A.      I can read it.

6         Q.      Read it again.

7         A.      I hereby verify that the statements set

8    forth in the foregoing complaint are true and correct

9    to the best of my knowledge, information and belief.

10   I understand that these statements are made subject

11   to the penalties of 18 Pa.C.S.4904, relating to

12   unsworn falsification to authorities.

13        Q.      So your testimony today is you don't

14   know what that means?

15        A.      I don't know what that means.

16        Q.      Go on to the next page, where it says

17   that you have certified that the property is

18   unoccupied.

19               Can you find that page for me?

20        A.      Which one?

21        Q.      You just went over it.

22               The page that certifies that the

23   property is unoccupied.

24        A.      You're talking about this one

25   (indicating)?

Page 27

1        Q.     Yes.

2               Do you see there, where it says

3    occupied or unoccupied, and you checked off that it's

4    unoccupied?

5        A.     No, I don't see it.

6        Q.     Can I take a look at that page?

7               This isn't the page.

8               (AT WHICH TIME MR. DUNNE ENTERS THE

9    DEPOSITION ROOM)

10              MR. FILIPOVIC:  Off the record.

11              (OFF-THE-RECORD DISCUSSION)

12   BY MR. FILIPOVIC:

13       Q.     Isn't it true, sir, that you also drive

14   an Uber or a Lyft?

15       A.     Sometimes I do, yeah.

16       Q.     Sometimes you do?

17       A.     Yeah.

18       Q.     Do you recall, when I asked you here

19   earlier, under oath, if you had any other jobs, you

20   said no?

21       A.     When I have time, sometimes I do Lyft.

22       Q.     Did you forget to mention that earlier?

23       A.     Yeah, because I don't do it full-time.

24              You were asking for full-time jobs.

25       Q.     No, I didn't.

Page 28

1                    I asked you if you did anything else.

2          A.      I misunderstood you.

3          Q.      Who is Mubarak?

4          A.      My friend.

5          Q.      Did you send Mubarak to the property to

6     evict the occupants?

7                    And, by occupants, I'm talking about at

8     146 South 62nd Street.

9          A.      No.

10         Q.      What is your friend's last name?

11         A.      Ahmed.

12         Q.      What is it?

13         A.      Ahmed.

14         Q.      Could you spell that, sir?

15         A.      A-h-m-e-d.

16         Q.      Did you ever have a phone number that is

17    as follows, 610-818-5463?

18         A.      I used to have that phone number.

19         Q.      And what about 267-670-4481?

20                   Is that Mubarak's phone number?

21         A.      Mubarak's phone number.

22         Q.      Do you know if that is still his phone

23    number?

24         A.      Yeah.

25                   MR. FILIPOVIC:  I'm going to be handing

Page 29

1    you something that will be marked Exhibit B.

2              The first one was F because it was

3    already marked F, and this one will now be Exhibit B.

4              (Exhibit B, Handwritten Note, is marked

5    for identification)

6    BY MR. FILIPOVIC:

7         Q.    Do you see that one-page document that

8    is in front of you?

9         A.    Yeah.

10        Q.    Could you please read the document?

11        A.    I am the owner of the premises located

12   at 146 South 62nd Street, Philadelphia, PA 19139.

13             This is to inform you that you must

14   vacate the premises.

15             If you have any questions, contact me

16   at the number stated below.

17        Q.    Have you ever seen that before, sir?

18        A.    Yes.

19        Q.    Did you write that?

20        A.    Yes, in the beginning.

21        Q.    Before the deed?

22        A.    When we bought the house.

23             I told you, I went there and no one

24   answered at the home, so we did that.

25        Q.    What is the date on it?

Page 30

1          A.      I think it is the same day we went to

2     see the house.

3          Q.      So it was right after the sheriff's

4     sale?

5          A.      Yeah.

6          Q.      Do you realize you testified you didn't

7     go there until you got the deed earlier today?

8          A.      I just remembered this.

9          Q.      Okay, good.

10                 So you left that note there?

11         A.      Yeah, I left that note there to let them

12    know I bought the house.

13         Q.      When you say you left the note there,

14    where exactly did you leave it?

15         A.      At the door.

16         Q.      Of 146 South 62nd Street?

17         A.      Yes.

18         Q.      Did you knock on the door at that time?

19         A.      Yes, I knocked and no one came out.

20         Q.      Were there any dogs?

21         A.      I don't know.

22         Q.      Did anybody ever call you in reference

23    to that note?

24         A.      I think one lady called Mubarak, not me.

25         Q.      Do you know exactly what day the sheriff

Page 31

1    acknowledged the deed in your name?

2        A.      Yeah, I think November.

3        Q.      November of 2017?

4        A.      I'm not sure exactly what date, but I

5    can check the deed.

6        Q.      You know it was in 2017, though, right?

7        A.      It should be 2017, yeah.

8        Q.      Do you know when the sheriff recorded

9    the deed in your name?

10               MS. HARPER:  Objection to form.

11   BY MR. FILIPOVIC:

12       Q.      Did the sheriff ever record a deed in

13   your name?

14       A.      Yeah.

15       Q.      Do you know when?

16       A.      I'm not sure of the date.

17       Q.      Do you know, sir, the people that were

18   at the house, only if you know, do you know if they

19   have any rights to the house after a sale like that,

20   where you went and bid on the property?

21               Do you know if they have any rights?

22       A.      No.

23       Q.      You don't know?

24       A.      I don't know anything.

25       Q.      Did you consult with anybody in this

Page 32

1   time period about what the law may be in this area?

2        A.      No.

3        Q.      The people in this house that you

4   thought may have been living there, did anybody ever

5   tell you anything directly?

6        A.      Yes.

7        Q.      Who told you what directly?

8        A.      When we went to give them this paper, we

9   gave them the paper, the guy told me he was going to

10  move by March.

11              The guy with long hair came out and he

12  met me and he said he was moving by March

13  (indicating).

14       Q.      Now, when was that conversation?

15       A.      I think that was in January.

16       Q.      January?

17       A.      Yeah.

18       Q.      So, January of 2018, you know somebody

19  is living there, right?

20       A.      Yeah.

21              Like I told you, the guy.

22       Q.      So somebody did come out finally and

23  your testimony is he told you something?

24       A.      Yeah.

25       Q.      Did you ask him his name?

Page 33

1        A.      No.

2                I may have asked him, but I forget.

3                It's been two years, I don't remember

4    if I asked him.

5        Q.      Let's go back to Exhibit F.

6                Let's go back to the phone numbers.

7                You said the 484 number was yours?

8        A.      Yes.

9        Q.      And you also said the 610 number is

10   yours?

11       A.      Yes.

12       Q.      So is it fair to say that you had both

13   of these numbers in 2017 and 2018?

14       A.      Not 2018, but 2017.

15               In 2018, I had the 484 number.

16       Q.      The entire year?

17       A.      What does that mean?

18       Q.      For the entire year, you had that

19   number?

20       A.      Yes.

21       Q.      Is it still your number?

22       A.      It is still my number.

23       Q.      Who is the 610 number provided by?

24               Which company?

25       A.      T-Mobile.

Page 34

1          Q.      T-Mobile, 610?

2          A.      Yes.

3          Q.      And what happened to that number?

4          A.      When my wife came from back home, I gave

5    it to her.

6          Q.      So it's still on your family plan?

7          A.      Yes, my wife has it.

8          Q.      And you live with your wife?

9          A.      Yes.

10         Q.      And you lived with her in 2018 as well?

11         A.      Yes.

12                 MR. OFFEN:  He answered when his wife

13   came from back home.

14                 THE WITNESS:  She was back home, so,

15   when she came, I gave her that number and I made

16   another number.

17   BY MR. FILIPOVIC:

18         Q.      In 2017, you had the 484 number already?

19         A.      2017?

20         Q.      Yes.

21         A.      2017, yes.

22         Q.      So you just kept the 484 and you

23   relegated the 610 to your wife?

24         A.      Yes.

25         Q.      But you didn't tell T-Mobile not to bill

Page 35

1    you, it was still part of your family plan?

2         A.    Yes.

3         Q.    And it appears on your bill together

4    with the other number?

5               484 and 610 still appear on the same

6    bill, correct?

7         A.    There is no bill.

8         Q.    It's on the same plan?

9         A.    Yeah.

10        Q.    And you and your wife use these two

11   numbers still?

12        A.    Yes.

13        Q.    Let's go to Exhibit G.

14              That has been shared in court and among

15   counsel on a motion for a judgment on the pleadings.

16              Have you seen that before?

17        A.    Yes.

18        Q.    Did you fill that document out?

19        A.    Yes.

20        Q.    Is all the information on that document

21   correct?

22        A.    Yes.

23              MR. FILIPOVIC:  We'll put that in the

24   record as Exhibit G.

25              (Exhibit G, Return of Service/Affidavit

Page 36

1   with Attachments, is marked for identification)

2            MR. OFFEN:  You asked him if he filled

3   it out, you didn't ask him if he signed the document.

4            MR. FILIPOVIC:  I am aware of that.

5            Sir, did you sign the document?

6            THE WITNESS:  No.

7   BY MR. FILIPOVIC:

8        Q.    Who signed it for you?

9        A.    Which one are you talking about?

10       Q.    Is there a signature on that document?

11       A.    Which one?

12       Q.    Who is Ahmed Nafie?

13       A.    That is the person who handed the paper.

14       Q.    But you said you filled it out?

15       A.    I said I saw it.

16            I didn't say I filled it out.

17            MR. FILIPOVIC:  Off the record.

18            (OFF-THE-RECORD DISCUSSION)

19            THE WITNESS:  I didn't fill it out.

20            MR. OFFEN:  Can we go off the record?

21            (OFF-THE-RECORD DISCUSSION)

22   BY MR. FILIPOVIC:

23       Q.    Sir, did you have an interpreter at the

24   sheriff's office at any point?

25       A.    Say that again.

Page 37

1        Q.      Did you have an interpreter with you at

2    the sheriff's sale when you bought the house?

3        A.      It is a simple thing.

4        Q.      Did you have an interpreter at the

5    sheriff's sale?

6        A.      No.

7        Q.      When you went to the sheriff's office

8    all the times you went there, did you have an

9    interpreter?

10              MR. HARPER:  Objection to form.

11   BY MR. FILIPOVIC:

12       Q.      Did you ever bring an interpreter with

13   you to the sheriff's office?

14       A.      Sometimes I do.

15       Q.      Sometimes you do?

16       A.      Yeah.

17               If they need a lot of paperwork, I

18   bring somebody with me to help me with it.

19       Q.      Did you bring somebody on any of these

20   occasions in October or November of 2017?

21       A.      Yes.

22       Q.      Yes, you did?

23       A.      What is your question?

24       Q.      Did you bring somebody with you?

25       A.      Where?

Page 38

1       Q.      To the sheriff's office.

2       A.      When I go there?

3       Q.      Yes.

4       A.      Yes.

5       Q.      Who was it?

6       A.      Mubarak.

7       Q.      Mubarak Ahmed?

8       A.      Yes.

9       Q.      His English is good?

10      A.      Yes.

11              MR. FILIPOVIC:  With a request for an

12      interpreter, I don't think we can continue.

13              MR. OFFEN:  This is something I knew

14      about at 11:00.

15              MR. FILIPOVIC:  We have a request for

16      an interpreter at this juncture in the litigation,

17      after all discovery has been done and half the

18      deposition has gone by, so we can't continue.

19              We're going to have to do what we have

20      to do, which may include filing for extensions.

21              MR. HARPER:  The city would not oppose

22      stipulating to an extension as necessary.

23              MR. OFFEN:  Whatever extensions are

24      needed, there is no issue.

25              I didn't know about this until last

Page 39

1    night.

2                    MR. FILIPOVIC:  Actually, I'm going to

3    take the position at this time that we are going to

4    continue.

5                    You can move to strike whatever you

6    feel is necessary.

7                    That's going to be our position going

8    forward.

9                    We're going to continue talking and

10   your lawyer can intervene if he feels that is

11   appropriate.

12                   Now we have --

13                   THE WITNESS:  Excuse me, that I didn't

14   understand.

15                   I see it, but I didn't fill it out

16   (indicating).

17                   MR. FILIPOVIC:  The record can reflect

18   that you are changing your testimony that you saw

19   this document, but you didn't fill it out.

20                   It's filled out by Ahmed Nafie.

21                   Mr. Hassan, are you an American

22   citizen?

23                   THE WITNESS:  Yes.

24   BY MR. FILIPOVIC:

25         Q.    You passed the English proficiency exam

Page 40

1    as part of becoming an American citizen?

2         A.     Yeah.

3                They gave me the translation.

4         Q.     Translation?

5         A.     Yeah.

6                Someone gave it to me, the test, I read

7    it, and, after that, I passed it.

8         Q.     What year was that?

9         A.     I don't remember.

10               19 --

11        Q.     20 years ago?

12        A.     Maybe more.

13               30 years ago.

14        Q.     30 years ago, you passed it, and you've

15   lived in America since that time?

16        A.     Yes.

17               MR. FILIPOVIC:  Exhibit J.

18               (Exhibit J, Praecipe for Writ of

19   Possession, is marked for identification)

20   BY MR. FILIPOVIC:

21        Q.     We'll be handing you this, this is

22   Exhibit J.

23        A.     This --

24        Q.     I'm just asking you to take a look at

25   it.

Page 41

1                   There is no pending question.

2                   Sir, have you seen that document

3    before?

4         A.    Yes.

5         Q.    Did you file that document?

6         A.    Yes.

7         Q.    Is that your handwriting on that

8    document?

9         A.    Yes.

10        Q.    Is everything you wrote on there true

11   and correct?

12        A.    What is it?

13        Q.    True and correct, everything you wrote

14   on that document, is it true and correct?

15        A.    Yes.

16        Q.    Let the record reflect -- could you

17   please count the pages of that document?

18        A.    Yes.

19        Q.    Please count all the pages that you have

20   in your hand.

21        A.    Four.

22        Q.    Four pages, thank you.

23                  Let the record reflect -- is everything

24   true and correct on all four of the pages, sir, that

25   you wrote?

Page 42

1       A.      It's correct.

2               MR. OFFEN:  You're asking him if the

3   order is correct that was written?

4               There is an order in there that is not

5   signed by him.

6   BY MR. FILIPOVIC:

7       Q.      So you did not actually fill out the

8   documents all yourself?

9               Other than the order --

10      A.      This one, you mean?

11              I filled this out (indicating).

12      Q.      Can you read the bold letters there?

13      A.      Which one?

14      Q.      This one right here.

15              Praecipe for Writ of Possession, is

16  that what it reads there?

17      A.      Yes.

18              After I got this paper, I went to the

19  house (indicating).

20      Q.      But you testified you also went to the

21  house as early as October.

22      A.      I would be legal to go there after I got

23  this paper, right?

24      Q.      Don't ask me questions.

25              I'm going to tell you one more time.

Page 43

1            The next exhibit will be Exhibit K.

2            (Exhibit K, Contact Details, is marked for

3    identification)

4    BY MR. FILIPOVIC:

5        Q.    Sir, I've handed you a document that has

6    been provided in prior filings to your attorney.

7            Tell me if you know -- first of all, is

8    that your name and address that you see on that

9    document?

10       A.    Yes.

11       Q.    Is your contact information there

12   correct?

13       A.    Uh-huh.

14       Q.    Is that yes?

15       A.    Yes.

16            MR. FILIPOVIC:  Can we take a

17   five-minute break?

18            (BRIEF RECESS)

19   BY MR. FILIPOVIC:

20       Q.    Mr. Hassan, in May of 2018, did you

21   receive a letter from the offices of Attorney Dunne?

22       A.    About what?

23       Q.    Anything.

24            In May of 2018, do you recall a letter

25   from the offices of Attorney Dunne?

Page 44

1          A.     Only one letter I received, but I don't

2     know the date.

3                 There was only one letter.

4          Q.     So is that a yes to my question then?

5                 MR. OFFEN:  He said --

6                 MR. FILIPOVIC:  Counsel, I don't need

7     you to testify.

8                 You're not under oath.

9                 MR. OFFEN:  He said he doesn't know the

10    date.

11                He already answered I don't know the

12    date.

13                MR. FILIPOVIC:  Maybe he remembered the

14    date.

15                If you don't know the date, could it

16    have been May of 2018?

17                THE WITNESS:  One more time?

18                MR. FILIPOVIC:  If you don't know when

19    you received it, could it be that you did, in fact,

20    receive it in May of 2018?

21                MR. OFFEN:  He already answered the

22    question.

23                He doesn't know the date.

24                THE WITNESS:  I don't know the date.

25                MR. FILIPOVIC:  That is not the same

Page 45

1    question.

2              I want him to tell me -- can you rule

3    out, sir, that you didn't receive a letter in May of

4    2018?

5              THE WITNESS:  What do you mean?

6              MR. FILIPOVIC:  That means you can tell

7    me with 100-percent surety you didn't get it in May.

8              THE WITNESS:  I told you I received

9    only one letter for this house.

10             MR. FILIPOVIC:  Thank you.

11             Strike that as unresponsive.

12             That is not what I'm asking.

13             MR. OFFEN:  He's answered the question.

14             I object.

15             He answered it several times.

16             He said he doesn't know the date, he

17   doesn't know the date.

18             MR. FILIPOVIC:  Fair enough.

19             You don't know the date.

20             Do you know what the letter said?

21             Did you open the letter?

22             THE WITNESS:  Actually, I didn't

23   understand.

24             I opened the letter, but I didn't

25   understand.

Page 46

1   BY MR. FILIPOVIC:

2        Q.      You didn't understand?

3        A.      No, and I took it to the sheriff's

4   office right away.

5        Q.      And you still don't remember when?

6        A.      No.

7        Q.      Did you have an attorney at this time?

8        A.      No.

9        Q.      Tell me what you did with the letter at

10  the sheriff's office.

11       A.      I went to the sheriff's office, I think

12  I went to the third floor.  I went there and they

13  said -- they saw the letter and they told me I had to

14  go to another level.  I don't know, maybe the fifth

15  floor.  They called someone.  They told me, you're

16  not allowed to go there by yourself.  They called

17  someone and the lady came out and met me at the fifth

18  floor steps, at the elevator, and she took the letter

19  from me and she read it and she said, okay, we have

20  to stop what we are doing, and she kept the letter.

21              I wish I could give you a date.

22       Q.      She told you, we have to stop what we

23  are doing?

24       A.      Yes.

25              I already paid them 350 dollars to

Page 47

1   come.

2                   All these papers were filed.

3                   They were supposed to come, the police

4   or whatever.

5                   They told me I had to bring a tow truck

6   or storage and everything.

7       Q.    So now we know the letter was at least

8   after you already filed all these papers?

9       A.    Yes.

10      Q.    Because you said all these papers were

11  filed?

12      A.    Yes.

13      Q.    And you were already trying to evict the

14  occupants?

15      A.    Yes.

16                  I went with the letter, I didn't go by

17  myself.

18      Q.    I understand.

19                  Please answer my question.

20                  You went with the letter after you

21  finished all this paperwork?

22      A.    The letter came to me after I did all

23  this (indicating).

24      Q.    So now we're getting the time a little

25  better.

Page 48

1                    It was after January 22nd, 2018,

2      obviously, which is when you filed this, right?

3           A.      I don't know.

4                    You can calculate the date.

5           Q.      You're telling me you got the letter

6      after you filed all the paperwork that we just went

7      through?

8           A.      Yes.

9           Q.      The lady said to you, we have to do

10     what?

11          A.      We're supposed to come take them out by

12     police, right?

13          Q.      Don't ask me questions.

14                   MR. OFFEN:   Answer what happened.

15     BY MR. FILIPOVIC:

16          Q.      She told you, we have to stop what we're

17     doing?

18          A.      Yes.

19                   She took the letter and she said, okay,

20     in that case, we're going to stop.

21          Q.      Did you sign-in on any sheet when you

22     got to the sheriff's office that day?

23          A.      No.

24          Q.      You just walked in, you didn't sign

25     anything?

Page 49

1        A.      Nothing.

2        Q.      Did they ask you for ID?

3        A.      No.

4                At the front desk, yeah, when I

5    entered?

6        Q.      Yes.

7                That is what I'm asking.

8        A.      They asked for ID.

9        Q.      They did?

10       A.      Yes.

11       Q.      Did you see them write your name down

12   from that ID?

13       A.      They looked at the ID and gave it to me

14   back.

15       Q.      Now, did you understand anything in that

16   letter when you read it?

17       A.      No, I didn't understand anything, so

18   that's why I took it to them.

19       Q.      Why would you take it to the sheriff if

20   you didn't understand anything?

21                Are they the translator?

22       A.      Because I already talked to them and

23   they were following up on why I got the letter.

24       Q.      Well, did you see the property address

25   on the letter?

Abdeldayem Hassan

Page 50

1          A.      Yes.

2          Q.      So this property address was on the

3   letter?

4          A.      Yes.

5          Q.      You understood that part?

6          A.      Yes.

7                  It was about the house.

8          Q.      So you knew it was about the house?

9          A.      Yes.

10         Q.      So you did understand something?

11         A.      I understood it belonged to the house,

12   but I didn't know what they meant.

13         Q.      Did you see your name on the letter?

14                 Not on the envelope, but on the actual

15   letter.

16         A.      Yes.

17         Q.      Did you get any phone calls at the 610

18   number from the office of Attorney Dunne?

19         A.      No.

20         Q.      Did you ever get any phone calls at the

21   484 number from Mr. Dunne?

22         A.      No.

23         Q.      Sir, you said that you are with

24   T-Mobile, correct?

25         A.      Yes.

Page 51

1        Q.      What kind of -- is this a family plan

2   that you and your wife are on, the 610 and the 484

3   numbers?

4        A.      Yes.

5        Q.      Sir, in connection with this case that

6   we're here for today, did you request your call

7   history for this particular time period?

8        A.      One more time?

9        Q.      Did you ask T-Mobile to provide you with

10   a history of calls on these two lines from May

11   through July of 2018?

12              Did you do that?

13        A.      You want me to --

14        Q.      No.

15              I'm asking you, did you do it.

16        A.      No, I never did it.

17        Q.      Do you know if T-Mobile is able to

18   provide those records of activity to you?

19        A.      I don't know.

20        Q.      Would you have any objection if we asked

21   you to ask T-Mobile to provide the phone history,

22   calls in and out, text messages, from May until July

23   of 2018?

24              Do you have any objection to that?

25        A.      What do you mean?

Page 52

1                    I don't understand that.

2          Q.     That means, if we ask your attorney to

3    ask you to ask T-Mobile to give us the calls, all the

4    calls on those two lines, when, what time, what date,

5    from May until July of 2018, will that be okay with

6    you?

7          A.     Is it going to cost me money to do that?

8          Q.     I don't know.

9                    That is between you and your attorney.

10                   Not with respect to the money, if those

11   records exist, would you be so kind as to provide it

12   to us?

13                   Because we did ask for them.

14         A.     I will try.

15         Q.     You will try?

16         A.     Yes.

17         Q.     Okay.

18                   I'm also with T-Mobile and I know they

19   can provide years back.

20         A.     I never did it before.

21                   I never asked them.

22   (REQUEST)    MR. FILIPOVIC:  I'm going to make a

23   request on the record for the call history and the

24   text message history for numbers 484-557-1737,

25   belonging to Mr. Hassan, as well as 610-818-5463,

Page 53

1    which may be used by his wife now, counsel.

2                    THE WITNESS:  One more thing, sorry.

3                    I have to ask my wife if she agrees,

4    too, because that is her phone.

5    BY MS. FILIPOVIC:

6        Q.    You do whatever you need to do, but I'm

7    going to make that request on the record.

8                    So, now, as we sit here today,

9    Mr. Hassan, how many times total did you go to 146

10   South 62nd Street?

11       A.    I can say three times.

12       Q.    And how many times -- that's that you

13   personally went there, correct?

14                    You went there three times on your own

15   or by yourself directly, personally?

16       A.    Right.

17       Q.    Is that a yes?

18       A.    Yes.

19       Q.    What about, was there any other time

20   when you sent somebody else there?

21                    MR. OFFEN:  The violation lawsuit

22   against him by the city.

23                    MR. FILIPOVIC:  I'm sorry?

24                    MR. OFFEN:  The city's lawsuit against

25   him, the violation at the property.

Page 54

1              THE WITNESS:  I got a violation from

2    the city of Philadelphia because some trash was in

3    front of the sidewalk and I got a ticket for that.

4    BY MR. FILIPOVIC:

5         Q.     Do you know when you got that letter?

6         A.     Not exactly.

7         Q.     I'm asking you -- so far we've

8    established that you went there in October, right,

9    October 11th, 2017?

10             That was your testimony, is that right?

11        A.     Yes.

12        Q.     And that wasn't about the ticket and the

13   trash, right?

14        A.     I went with the paper.

15        Q.     To evict whoever was living there?

16        A.     Yes.

17        Q.     You went there when you got the deed,

18   after you got the deed.

19             That was your testimony, correct?

20        A.     Yes.

21        Q.     And that was also to evict people,

22   right?

23             MR. OFFEN:  You said he went there on

24   October 11th to evict the people, he went there to

25   look at the property.

Page 55

1                    MR. FILIPOVIC:  Counsel, I'm asking him

2    and he's answering questions.

3                    The record will say what he said.

4                    Again, I don't need you to paraphrase.

5                    In fact, it's inappropriate, especially

6    in light of the note.

7                    You went there in November of 2017?

8                    THE WITNESS:  Yes.

9    BY MR. FILIPOVIC:

10        Q.     That was not about the ticket the city

11   of Philadelphia left for you?

12        A.     No, the first time.

13        Q.     What do you mean by the first time?

14        A.     To see the house, when I got the deed.

15        Q.     October was the first time and then you

16   went again after you got the sheriff's deed, correct?

17        A.     Yes.

18        Q.     So that is twice?

19        A.     Yes.

20        Q.     And then you went there in May, correct?

21        A.     Yes.

22               In May?

23        Q.     Yes, of 2018.

24        A.     No, not me, the guy who handled the

25   paper went there.

Page 56

1     Q.     He went to deliver your papers?

2     A.     Yes.

3     Q.     In May?

4     A.     Yes.

5     Q.     Did you go there in June?

6     A.     No.

7     Q.     When did you talk to the person who said

8  I'll be out --

9            When was that conversation?

10    A.     That was in January.

11    Q.     So you went in January as well?

12    A.     Yes.

13    Q.     Did you receive a text from 215-551-7109

14  on May 8th, 2018?

15    A.     No.

16    Q.     Sir, do you have your phone with you

17  now?

18    A.     Yes.

19    Q.     The 484 phone?

20    A.     Yes.

21    Q.     Could you please pull it out?

22           Do you have any texts from the number

23  215-551-7109?

24    A.     No.

25    Q.     Is that the same phone device, I'm not

Page 57

1    asking about the number, but the device that you had

2    in May of 2018?

3         A.    Yes.

4         Q.    Did you delete any messages, sir?

5         A.    No.

6               What do you mean?

7         Q.    Did you delete anything from that phone

8    since May of 2018?

9         A.    Sometimes I do delete messages, yes.

10        Q.    Could it be that you received the

11   messages, but you deleted them?

12        A.    No, I didn't receive it.

13              I make sure, whatever message comes up,

14   I receive it.

15        Q.    Did you cause the sheriff to serve a

16   notice to vacate to Lyndel Toppin at 146 South 62nd

17   Street on May 18th, 2018?

18              MR. OFFEN:  Objection.

19              He already answered the question.

20              He did the legal process, he followed

21   through.

22              He said he filed the paperwork already.

23              MR. FILIPOVIC:  Is that an objection,

24   asked and answered?

25              MR. OFFEN:  Yes.

Page 58

1             MR. FILIPOVIC:  Are you going to let

2    him answer the question?

3             MR. OFFEN:  No.

4             MR. FILIPOVIC:  Are you going to advise

5    him not to answer?

6             MR. OFFEN:  He's already answered the

7    question that he did the legal process and he filed

8    the paperwork with the sheriff.

9             He said he filed the paperwork with the

10   sheriff.

11            That's what he said.

12   BY MR. FILIPOVIC:

13        Q.    Is that a yes?

14        A.    One more time?

15            I don't understand.

16        Q.    Did you cause the sheriff to serve the

17   papers at the property?

18            MR. HARPER:  Objection to form.

19            MR. OFFEN:  Objection.

20            He's answered the question.

21            He went through the documents.

22            THE WITNESS:  I already did the

23   paperwork.

24            Whatever they asked of me, I did it.

25            That is all I did.

Page 59

1          MR. OFFEN:  We're not disputing that he

2     did the paperwork.

3          THE WITNESS:  I did it on my own.

4     BY MR. FILIPOVIC:

5     Q.     Do you know what bankruptcy is?

6     A.     No.

7     Q.     Did you ever file bankruptcy?

8     A.     I don't know what bankruptcy is.

9          How would I file bankruptcy?

10    Q.     As we sit here today, do you know what

11    bankruptcy is?

12    A.     No.

13    Q.     Do you know why we're having this

14    deposition and why Mr. Toppin is proceeding against

15    you?

16    A.     I got the house and they tried to get my

17    house back.

18          That is what I'm thinking.

19          I already paid the money.

20          I bought the house, I paid them

21    whatever they asked, so that house is mine, or my

22    money should come back to me.

23    Q.     The bankruptcy doesn't concern you, you

24    don't know nothing about it?

25    A.     I don't know anything about bankruptcy.

Page 60

1                    MR. FILIPOVIC:  This will be Exhibit Q.

2                    (Exhibit Q, Certificate of Notice, is

3       marked for identification)

4                    MR. OFFEN:  That's when you took it to

5       the sheriff.

6       BY MR. FILIPOVIC:

7            Q.     The record will reflect I've handed you

8       a document that has been previously identified as

9       Exhibit Q, hence the Q in the upper right corner.

10                   Do you see that there is a highlighted

11      portion of the document, sir?

12           A.     What is it?

13           Q.     It's highlighted with a yellow

14      highlighter.

15                   MR. OFFEN:  Objection.

16                   He already acknowledged he got a notice

17      about the bankruptcy.

18                   MR. FILIPOVIC:  Sir, this is a

19      different document.

20                   I am allowed to ask him questions and

21      you are not allowed to interrupt me.

22                   THE WITNESS:  I don't know what this

23      is.

24      BY MR. FILIPOVIC:

25           Q.     Do you see where there is a yellow

Page 61

1     highlighted portion at the top?

2          A.     Yes.

3          Q.     Is that your contact information?

4          A.     Yes.

5          Q.     Is it correct?

6          A.     Yes.

7                 Can I ask you what it is?

8          Q.     You can ask your attorney later.

9                 Sir, I want to ask you this.

10                Has anybody ever tried to kick you out

11    of your house anywhere, here or in another country?

12         A.     No.

13         Q.     The day that you took the letter to the

14    sheriff's office -- we're trying to figure out when

15    it was because you're telling us that you can't

16    remember.

17                We've established that it was after you

18    filed all the paperwork.

19                So, the sheriff's office was open that

20    day, so it was during the week?

21         A.     Yes.

22         Q.     Was it morning or afternoon?

23         A.     That I went there?

24         Q.     Yes.

25         A.     I went there like afternoon, like 4:00.

Page 62

1      Q.      But they were still open?

2      A.      Yes, they were open.

3      Q.      So it was before 4:30?

4      A.      Yes.

5      Q.      Did you work at Boston Market that day?

6      A.      That day was Friday, I went to prayer,

7   so I didn't work on Friday.

8      Q.      So it was a Friday?

9      A.      Yes.

10     Q.      I apologize, I don't mean to sound

11  ignorant, but the prayer goes on every Friday or was

12  it in relation to any particular holiday?

13     A.      Every Friday, we go to mosque.

14             You're welcome every Friday, if you

15  want.

16     Q.      Thank you.

17             There is one in my neighborhood.

18             Now, when they told you that we have to

19  stop what we're doing at the sheriff's office, did

20  you withdraw any documents that you had filed?

21             Did you go to court after that?

22     A.      What court?

23     Q.      Court.

24     A.      After that, I hired my lawyer.

25     Q.      Fair enough.

Page 63

1       A.      I didn't even get my 300 dollars from

2   them.

3               I paid 300 dollars to get the people

4   out and they didn't come and they didn't give me my

5   money.

6               MR. FILIPOVIC:  No further questions.

7               I don't know if counsel wants to ask

8   questions.

9               I'll pass the torch to Counsel Harper

10  from the city of Philadelphia's sheriff's office.

11  (EXAMINATION OF MR. HASSAN BY MS. HARPER:)

12      Q.      Good afternoon, Mr. Hassan.

13              My name is Megan Harper.  I am

14  representing Jewell Williams of the city of

15  Philadelphia in this matter.

16              I have a few follow-up questions for

17  you.

18              I will try to do them in order, but, if

19  I skip around, please let me know if you get lost.

20              Let me know if you don't understand one

21  of my questions and please ask for clarification.

22              How many sheriff's sales had you

23  attended prior to the sheriff sale when you purchased

24  the property that is at issue here, at 146 South 62nd

25  Street?

Page 64

1              How many sheriff's sales had you

2     attended prior to the sale where you purchased the

3     property that is at issue here?

4          A.     How many times I went to sheriff's

5     sales?

6          Q.     Yes.

7          A.     I went there -- before that, I went like

8     maybe four times.

9          Q.     On any of those times, whether it be the

10    day that you purchased the property at issue here or

11    any of the three or four prior times, were you there

12    for the very beginning of the sheriff's sale?

13         A.     Always I went down there late, after

14    they started.

15         Q.     Do you recall, on any of those occasions

16    when you went to a sheriff's sale, any sort of

17    preliminary statement being made by any

18    representative of the sheriff's office or the city of

19    Philadelphia?

20         A.     Say that again, please.

21         Q.     You mentioned to me that you generally

22    went late to the sheriff's sales that you attended.

23              I'm asking if you recall, on any of

24    those occasions, anyone from either the sheriff's

25    office or the city of Philadelphia, to your

Page 65

1   knowledge, making any sort of statement to the folks

2   in the room before the sheriff's sale started.

3        A.     When I went there, they already started,

4   the selling started.

5        Q.     How did you learn about sheriff's sales

6   before attending?

7        A.     I see people buying from sheriff's sale.

8               I know a lot of my friends that buy.

9        Q.     On the occasions when you did attend the

10   sheriff's sale, how did you learn it was coming up?

11              How did you know when and where to go

12   to attend the sheriff's sale?

13        A.     My friend told me they have a house for

14   sheriff's sale and stuff like that.

15        Q.     Is it one friend that, sort of, tells

16   you these things?

17        A.     Yes.

18        Q.     Who is that?

19        A.     Mubarak.

20        Q.     Did Mubarak help fund the purchase of

21   146 South 62nd Street?

22        A.     He wasn't with me that day.

23        Q.     My question is did he help to pay the

24   purchase price for 146 South 62nd Street.

25        A.     What is that?

Page 66

1      Q.      Did he help to pay the purchase price?

2      A.      You mean did he give me money?

3      Q.      Yes.

4      A.      He gave me some money.

5      Q.      Have you ever looked at the sheriff's

6   website on the computer?

7      A.      No.

8      Q.      Now, Mr. Ahmed, each time you went to

9   the sheriff's sale, was he with you?

10      A.      That day he was not with me.

11      Q.      He was not with you when you purchased

12   146 South 62nd Street?

13      A.      No.

14      Q.      But he has been with you on other

15   occasions?

16      A.      Yes.

17      Q.      How do you know Mubarak?

18      A.      I know him from back home.

19            He is my friend.

20      Q.      When you purchased 146 South 62nd

21   Street, did you put the utilities to that property

22   into your name after purchasing it?

23      A.      No.

24      Q.      You did not put the utilities into your

25   name?

Page 67

1        A.      No.

2        Q.      So you did not --

3        A.      When I got the bill, they were

4    automatically in my name, only the water bills.

5        Q.      When did you start receiving bills for

6    146 South 62nd Street, approximately, can you recall?

7        A.      I got the taxes for 2018 and every month

8    I got the water bills.

9        Q.      How about gas?

10       A.      No gas.

11       Q.      How about electric bills, do you get

12   those?

13       A.      No.

14       Q.      How much is being billed for water since

15   you purchased -- strike that.

16       Since you purchased the property, you're

17   getting monthly bills for water?

18       A.      Yes, and I think I got a note last

19   month, they want to shut it down.

20       Q.      Do you recall about how much those bills

21   are for each month approximately?

22       A.      Altogether, almost 500 or 600,

23   altogether.

24       Q.      And that is since --

25       A.      Since I bought it.

Page 68

1      Q.      November of 2017?

2      A.      Yes, to now, and I did paid the taxes

3   for 2018.

4      Q.      I'm trying to further understand the

5   time-line with respect to when you went to the

6   property.

7            It sounds to me, correct me if I'm

8   wrong, as though, in May of 2018, you went to the

9   property and spoke with someone from that house.  Is

10  that correct?

11     A.      Yes.

12     Q.      And this is the gentleman you spoke of?

13     A.      Yes.

14     Q.      With the long hair?

15     A.      Yes.

16     Q.      Can you tell me his ethnicity?

17     A.      His what?

18            MR. OFFEN:  Ethnicity means the color

19  of his skin.

20            THE WITNESS:  I think he was black, but

21  I'm not sure.

22            He had long hair.

23  BY MS. HARPER:

24     Q.      Did he have an accent?

25     A.      I'm not sure, but he braided his hair

Page 69

1   (indicating).

2          Q.      Would you recognize him, do you think,

3   if you saw him today?

4          A.      Yes.

5          Q.      Was there anything distinguishing about

6   the way he looked?

7          A.      What is that?

8          Q.      Other than the braids, which seem to

9   stick out in your memory, was there any other

10  distinguishing feature about that gentleman that you

11  recall?

12         A.      No.

13                 I think he was tall.

14         Q.      How about his age, can you give me an

15  estimate of his age?

16         A.      His age should be 30s, 40s, something

17  like that.

18         Q.      Did the gentleman seem to have any

19  difficulty in communicating with you?

20         A.      No.

21         Q.      You mentioned, after receiving a letter

22  from Mr. Dunne's office, you went to the sheriff's

23  office?

24         A.      Yes.

25         Q.      You showed them the letter?

Page 70

1          A.      Yes.

2          Q.      They told you, we have to stop what

3     we're doing?

4          A.      Yes.

5          Q.      What is your understanding of what that

6     meant?

7          A.      What is it?

8          Q.      What did you understand that to mean

9     when they said that?

10         A.      They were supposed to come and get the

11    people and give me the house.

12         Q.      Do you recall anything about the person

13    who told you that on that day in terms of appearance,

14    name, anything?

15              MR. OFFEN:  Describe the woman.

16              THE WITNESS:  I don't know her name,

17    but she was a black lady.

18              She was at the top level.

19    BY MS. HARPER:

20         Q.      She was on the fifth floor?

21         A.      Fifth floor.

22         Q.      Was she in uniform?

23         A.      I think she had on black with a white

24    sweater.

25         Q.      Did she have a badge, like an emblem, on

Page 71

1    her clothing anywhere?

2         A.     I think the city name or something like

3    that.

4              MR. OFFEN:  Can you give her age?

5              THE WITNESS:  40, 39, something like

6    that.

7    BY MS. HARPER:

8         Q.     Did she have a name badge on, do you

9    remember?

10        A.     No, I don't.

11        Q.     Do you remember anything about her name?

12        A.     No.

13             MS. HARPER:  I am going to circulate

14   something as Exhibit 1.

15             (Exhibit 1, Photocopy of Notice to Vacate,

16   is marked for identification)

17   BY MS. HARPER:

18        Q.     Mr. Hassan, you're looking at what I

19   marked as Exhibit 1.

20             Let me know when you've had an

21   opportunity to review it.

22             Have you ever seen a document such as

23   that before?

24        A.     No.

25             MS. HARPER:  I am going to circulate

Page 72

1    what I'm marking as Exhibit 2.

2              (Exhibit 2, Photocopy of Notice to Vacate,

3    is marked for identification)

4    BY MS. HARPER:

5        Q.    Mr. Hassan, let me know when you've had

6    an opportunity to review what has been marked as

7    Exhibit 2.

8              MR. OFFEN:  Have you seen this

9    document?

10             MR. HARPER:  I will ask the questions,

11   counsel.

12             THE WITNESS:  I think I wrote this.

13   BY MS. HARPER:

14       Q.    You had an opportunity to review what

15   has been marked as Exhibit 2.

16             I'll admit that Exhibit 2 presents as

17   one document, but it looks like there are two

18   documents reflected on the page, correct?

19       A.    Yes.

20       Q.    If you would, please refer to Exhibit 2

21   for me.

22             The top document on that page says

23   what?

24       A.    You want me to read this?

25       Q.    Just tell me what is underlined there.

Page 73

1          A.     Eviction Notice.

2          Q.     Have you ever seen a document such as

3     that before?

4          A.     No.

5          Q.     Underneath, you recognize, it sounds

6     like, there is some of your handwriting on the

7     document?

8          A.     Yes.

9                 MR. HARPER:  I have no further

10    questions.

11    (EXAMINATION OF MR. HASSAN BY MR. FILIPOVIC:)

12         Q.     Just a few follow-ups.

13                You stated that you paid money to get

14    the people evicted.

15                You paid how much?  350 dollars?

16         A.     350 dollars.

17         Q.     Did anybody tell you from the sheriff's

18    office that you were going to get that money back?

19         A.     Actually, I went down there, but they

20    said I couldn't get a refund.

21                They told me I had to go to City Hall

22    or something like that.

23         Q.     What did you tell them when you went for

24    your 350 dollars?

25                What did you tell the sheriff?

Abdeldayem Hassan

Page 74

1       A.     The same day I went there, they told me

2  they were going to stop, they couldn't evict the

3  people, and I said, can I get my money back.

4       Q.     You asked that of the lady?

5       A.     Yes.

6       Q.     You asked her to get your money back?

7       A.     Yes.

8       Q.     And she said no?

9       A.     She said no.

10             MR. FILIPOVIC:  Fair enough.

11             No further questions.

12  (EXAMINATION OF MR. HASSAN BY MR. OFFEN:)

13       Q.     Mr. Hassan, you believe you bought this

14  property legally at sheriff's sale?

15       A.     Yes.

16       Q.     And you believe you paid off the

17  property with the sheriff's office?

18       A.     Yes.

19       Q.     And you believe that they had given you

20  a deed?

21       A.     Yes.

22       Q.     Which made you the owner of the

23  property?

24       A.     Yes.

25       Q.     You said you had gone -- you went to the

Abdeldayem Hassan

Page 75

1    sheriff's office with the deed.

2              Did you say you asked them what do you

3    do now?

4         A.    Come again?

5         Q.    You said there was someone in the

6    property and you went to the sheriff's office?

7         A.    Yes.

8         Q.    What did you ask them?

9         A.    What was the next step I should do.

10        Q.    And did they give you some paperwork?

11        A.    Yeah.

12        Q.    And, that paperwork, they said, would

13   help you -- what did they say to you that paperwork

14   would accomplish?

15        A.    They said I had to fill out the

16   paperwork, I had to pay the fees, write a check, they

17   agree to give you the house, the house is yours, and

18   I believe the judge already entered a guarantee for

19   me.

20        Q.    You filed that paperwork?

21        A.    Yes.

22        Q.    Did you ever receive any kind of

23   telephone call from Mr. Dunne's office?

24        A.    No.

25        Q.    Were you aware of any texts that said

Page 76

1    anything about bankruptcy?

2         A.    No.

3         Q.    You said you never spoke to Mr. Dunne at

4    all?

5         A.    No.

6         Q.    Are you aware Mr. Dunne has a document

7    where it shows he called different numbers and it

8    shows the exact same thing to the second?

9              MR. FILIPOVIC:  Objection, leading.

10             THE WITNESS:  What is it?

11   BY MR. OFFEN:

12        Q.    Are you aware there is a document that

13   Mr. Dunne supplied that showed or purports to show he

14   attempted to call you?

15        A.    He said he was going to call me?

16        Q.    He had a document which showed,

17   supposedly, that there was an attempt to call you.

18        A.    He called me -- he's going to show proof

19   that he called me before?

20             Is that what you're saying?

21        Q.    There was a document -- I'll strike the

22   question.

23             Was it ever discussed with you that

24   there was a document which Mr. Dunne had supplied in

25   which he claimed he tried to call you?

Page 77

1          A.      No.

2                  MR. FILIPOVIC:  Objection to form.

3    BY MR. OFFEN:

4          Q.      Do you believe to this date you have

5    done everything in accord with the law as you

6    understood it?

7          A.      What is that?

8          Q.      Do you believe you did everything

9    correctly?

10         A.      Yes.

11         Q.      When you got the notice of the

12   bankruptcy, you said you did not get any call?

13         A.      I didn't get any call from nobody, I

14   didn't get any text.

15                 The only thing I got was a letter and,

16   when I got the letter, I went to the sheriff.

17                 That is all I know, nothing else.

18         Q.      Do you believe you did anything wrong at

19   all?

20         A.      No, I did nothing wrong.

21                 They had the house for sale and I

22   bought the house.

23                 I don't see anything wrong with that.

24         Q.      Did you receive any kind of violation on

25   the property?

Page 78

1          A.      Yes.

2          Q.      Did you go to the property to look at

3    the violation?

4          A.      Yeah, I just walked around.

5                  I didn't go inside, I looked outside,

6    and I saw the trash.

7                  I took a picture at that time of the

8    trash.

9                  I went to court and they dismissed the

10   ticket for me.

11         Q.      Did you get a call from the person

12   living at the property?

13         A.      Yes.

14         Q.      When did he tell you he was moving out?

15         A.      He said he was going to move in March

16   and I have a record.

17         Q.      Did anybody order you not to go to the

18   property, any kind of Court order issued against you

19   to stay away from the property at all?

20         A.      No.

21         Q.      When you received the bankruptcy notice,

22   did you ever go back to doing anything with the

23   property?

24         A.      Never.

25         Q.      Did you go to the sheriff's office when

Page 79

1    you received the notice?

2         A.      Right away, same day.

3         Q.      When you showed it to the sheriff's

4    office, they said you cannot proceed?

5         A.      They said I couldn't go on the fifth

6    floor, but they would call someone.

7         Q.      What did the woman say to you?

8         A.      She looked at the letter and she held it

9    and she said she was going to stop.

10        Q.      Did you ever attempt to move forward

11   after that?

12        A.      No.

13        Q.      You're not aware of any phone call ever

14   to you by anybody that said I'm in bankruptcy or

15   there is a bankruptcy or anything relating to you

16   can't do what you are doing?

17        A.      No.

18        Q.      To this day, do you believe you've done

19   anything in the slightest bit wrong?

20        A.      No, I don't see anything I did wrong.

21               MR. OFFEN:  No other questions for

22   right now.

23               MR. FILIPOVIC:  Few more questions now

24   from me.

25               THE WITNESS:  Okay.

Page 80

1    (EXAMINATION OF MR. HASSAN BY MR. FILIPOVIC:)

2         Q.      You said you went to court with the

3    violation ticket and you fought it and the judge

4    threw it out?

5         A.      What do you mean?

6         Q.      You challenged the ticket for trash on

7    the property and the judge dismissed the ticket, is

8    that correct?

9         A.      Yes.

10        Q.      That is in relation to 146 South 62nd

11   Street?

12        A.      Yes.

13        Q.      Did you have an interpreter with you

14   when you went to court?

15        A.      What do you mean, interpreter?

16        Q.      Did you go and talk to the judge

17   yourself or did you have an Arabic interpreter that

18   day in court?

19        A.      I went by myself.

20        Q.      And you spoke by yourself in English?

21        A.      I showed him the paper.

22        Q.      No interpreter?

23        A.      No.

24        Q.      You got the ticket dismissed on your

25   own?

Page 81

1          A.     Yes.

2          Q.     You said you have a phone call recording

3    that says something like the guy will be moving out

4    in March?

5          A.     Yes.

6          Q.     Did you share that with your attorney in

7    discovery?

8          A.     I showed --

9                 MR. OFFEN:  He has given it to me, he

10   showed it to me today, he still has it, and we can

11   supply it.

12   BY MR. FILIPOVIC:

13         Q.     What was the date of that?

14         A.     I don't remember the date.

15         Q.     Why don't you take a look right now at

16   your phone and tell me the date since you have it?

17         A.     Actually, it's on my friend's phone.

18         Q.     Mubarak's phone?

19         A.     Yes.

20                It's the date he sent it to me.

21         Q.     I'm not asking for that date.

22                I want the date those messages were

23   allegedly --

24         A.     February 21st, 2018.

25         Q.     Did the person say their name?

Page 82

1          A.      If I listen to the message, I might know

2     their name.

3                    MR. FILIPOVIC:  We will re-depose him

4     based on that at some point.

5                    MR. OFFEN:  The message I heard is

6     30 seconds.

7                    MR. FILIPOVIC:  Counsel, please, don't.

8                    MR. OFFEN:  No problem.

9                    MR. FILIPOVIC:  Exhibit S.

10                (Exhibit S, Ring Central Call Details, is

11    marked for identification)

12    BY MR. FILIPOVIC:

13         Q.      I'm showing a document that has been

14    marked Exhibit S, so we'll keep with the same label.

15                    Sir, have you had time to review the

16    one-page document?

17         A.      What is it?

18                    MR. FILIPOVIC:  Counsel, could you

19    please hand over the document to the client and could

20    you please remove yourself from the client?

21                    I don't know how else to put it.

22                    MR. OFFEN:  I'm looking -- there is no

23    date on the document, okay, good.

24    BY MR. FILIPOVIC:

25         Q.      Mr. Hassan, do you see the 484 phone

Page 83

1   number and the 610 phone number appear somewhere on

2   that document?

3       A.    Yes.

4       Q.    Do you see the date that is associated

5   with those two numbers is right alongside it?

6       A.    I see the time, I don't see the date.

7             MR. OFFEN:  There is no date there.

8             MR. FILIPOVIC:  May I see it?

9             I will draw your attention to it.

10            I will direct you to where it says

11  "from,", it's in the middle of the page.

12            Do you see a date there?

13            THE WITNESS:  Yes.

14  BY MR. FILIPOVIC:

15      Q.    What does it say?

16      A.    6-14-18.

17      Q.    Those are your phone numbers and there

18  is something there that shows -- do you see any other

19  phone number besides your phone numbers?

20      A.    No.

21      Q.    Now, would that document -- does that

22  refresh your recollection that you may have received

23  a phone call or two on those numbers from Mr. Dunne?

24      A.    You mean he spoke to me?

25      Q.    No.

Page 84

1               You received a phone call from

2    Mr. Dunne in that time frame?

3         A.    I see it here, but I didn't receive it,

4    I didn't talk to him.

5         Q.    You didn't talk to him?

6         A.    No.

7         Q.    But you admit that he called you?

8         A.    I see my number here, but I didn't speak

9    to him.

10        Q.    Do you remember seeing his phone number

11   on your phone?

12        A.    No.

13        Q.    What about the other phone, did your

14   wife ever --

15        A.    No.

16        Q.    Tell me -- can you read the field here

17   where it says "Result?"

18        A.    I can't see it.

19        Q.    Put your glasses on, sir.

20        A.    I still can't see it.

21               Call connected.

22        Q.    How long is the duration?

23        A.    One minute, 57 seconds.

24        Q.    Thank you, sir.

25               What about the second call?

Page 85

1                    There's two of them.

2       A.    Call connected, 1:56.

3       Q.    Does that mean anything to you, call

4    connected?

5                    Doesn't that mean you answered it?

6       A.    Sometimes my kids are playing with it.

7                    Maybe one of the times they called,

8    they answered it.

9                    When I go home, they take my phone and

10   they play with it.

11                   I didn't get it and I didn't speak to

12   him.

13                   Ask him if he spoke to me.

14      Q.    Sir, how old are your kids?

15      A.    I have five kids.

16                   The oldest is 13 and the youngest is

17   one year.

18                   I have three years, six years --

19      Q.    Are any of them in school?

20      A.    Yes, six years is in first grade.

21      Q.    How many are younger than six?

22      A.    Three.

23      Q.    Do you and your wife let the kids play

24   with your phones at the same time?

25      A.    Yes, because they're crying.

Page 86

1        Q.      Is your phone locked?

2        A.      What do you mean?

3        Q.      If you lost it, could anybody get in

4    your phone, or is there a password?

5        A.      They know my password, it's easy.

6        Q.      Do your kids know what bankruptcy is,

7    sir?

8        A.      No.

9                MR. FILIPOVIC:  I think we're done with

10   the questions.

11               MR. OFFEN:  I'm going to continue.

12               THE WITNESS:  Okay.

13   (EXAMINATION OF MR. HASSAN BY MR. OFFEN:)

14       Q.      This document that is marked Exhibit S,

15   it's says call connected.

16               Did you ever speak to Mr. Dunne at all?

17       A.      No.

18       Q.      Do you see where it says one minute and

19   57 seconds?

20       A.      Yes.

21       Q.      Do you see where it says one minute and

22   56 seconds --

23       A.      Yes.

24       Q.      Apparently it's saying -- could someone

25   be connected or could someone try to leave a message

Page 87

1   and speak the exact same length each time to the

2   second?

3               MR. FILIPOVIC:  Objection to the form.

4   BY MR. OFFEN:

5       Q.     Do you see where it says one minute and

6   57 seconds?

7       A.     Yes.

8       Q.     Which Mr. Dunne claims over his computer

9   he tried to call?

10              Do you see where he claims he spent

11  one minute and 56 seconds?

12      A.     Yes.

13      Q.     Do you realize that 1:57 and 1:56 is one

14  second apart?

15      A.     Yes.

16              MR. FILIPOVIC:  Objection to form.

17              MR. OFFEN:  I want to show for the

18  record --

19              MR. FILIPOVIC:  There is a time and

20  place to show your case, but a deposition is not that

21  place.

22              You can ask him a question.

23  BY MR. OFFEN:

24      Q.     Do you see his claim that he spoke for a

25  minute and 57 seconds here or did something or left a

Page 88

1   message?

2        A.      He didn't leave any message.

3        Q.      Do you see a call for a minute and

4   56 seconds, which it says connected, which means

5   either he left a message or no message was left?

6                MR. FILIPOVIC:  Objection as to leading

7   and form.

8   BY MR. OFFEN:

9        Q.      Was a message ever left for a minute and

10  56 seconds?

11       A.      No.

12       Q.      Was there ever a message left in which

13  the call was a minute and 57 seconds?

14       A.      No.

15       Q.      Did you get any kind of overnight

16  express mail or urgent notice from Mr. Dunne about

17  the bankruptcy?

18       A.      No.

19                MR. FILIPOVIC:  Objection, asked and

20  answered.

21                MR. OFFEN:  At this stage, I have no

22  further questions.

23                (WITNESS EXCUSED)

24                (DEPOSITION CONCLUDED AT 1:11 P.M.)

25

Page 89

1                    C E R T I F I C A T E

2

3

4          I, Lori A. Porto, a Notary Public and Certified

5    Court Reporter do hereby certify that the foregoing

6    is a true and accurate transcript of the testimony as

7    taken stenographically by and before me at the time,

8    place, and on the date hereinbefore set forth, to the

9    best of my ability.

10          I do further certify that I am neither a

11   relative nor employee nor attorney nor counsel of any

12   of the parties to this action, and that I am neither

13   a relative nor employee of such attorney or counsel,

14   and that I am not financially interested in the

15   action.

16

17

18

19

20

21

22

23          _____
            Lori A. Porto, CCR
24          Notary Public, State of New Jersey
            Certificate No. XI01577
25

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 262 of 386
Abdeldayem Hassan

Page 90

## A

A-h-m-e-d 28:15
a.m 1:20
a/k/a 1:7
abandoned 16:17
Abdeldayem 1:7 1:16 2:20 7:1 8:20 24:23
ABDELDYEM 1:7
ability 89:9
able 8:13 51:17
accent 68:24
accomplish 75:14
accord 77:5
accurate 89:6
acknowledged 31:1 60:16
action 89:12,15
activity 51:18
actual 50:14
address 8:21,24 15:24 24:18 43:8 49:24 50:2
admit 72:16 84:7
advise 58:4
afternoon 61:22 61:25 63:12
age 69:14,15,16 71:4
ago 40:11,13,14
agree 75:17
agrees 53:3
Ahmed 28:11,13 36:12 38:7 39:20 66:8
alcohol 8:12
allegedly 81:23
allowed 46:16 60:20,21
alongside 83:5
altogether 67:22

67:23
America 40:15
American 39:21 40:1
answer 7:23 20:7,10 21:5 22:13,21 47:19 48:14 58:2,5
answered 17:14 20:11 22:15,18 23:6,8 29:24 34:12 44:11,21 45:13,15 57:19 57:24 58:6,20 85:5,8 88:20
answering 20:12 22:6 55:2
answers 8:2 22:14
anybody 30:22 31:25 32:4 61:10 73:17 78:17 79:14 86:3
apart 87:14
apologize 62:10
Apparently 86:24
appear 35:5 83:1
appearance 70:13
appears 35:3
appropriate 39:11
approximately 67:6,21
Arabic 80:17
area 32:1
asked 8:10,10 11:14 20:14,25 21:19 22:2,17 23:2,8 27:18 28:1 33:2,4 36:2 49:8 51:20 52:21

57:24 58:24 59:21 74:4,6 75:2 88:19
asking 7:9 14:25 17:1 21:2 27:24 40:24 42:2 45:12 49:7 51:15 54:7 55:1 57:1 64:23 81:21
ASSISTANT 2:11
associated 83:4
ATTACHED 5:13
Attachments 4:3 4:8 23:24 36:1
attempt 76:17 79:10
attempted 76:14
attend 65:9,12
attended 63:23 64:2,22
attending 65:6
attention 35:9
attesting 25:18
attorney 7:15,17 19:7,8 43:6,21 43:25 46:7 50:18 52:2,9 61:8 81:6 89:11,13
authorities 25:17 26:12
automatically 67:4
Avenue 8:22
aware 36:4 75:25 76:6,12 79:13

## B

B 4:1,5 29:1,3,4
back 33:5,6 34:4 34:13,14 49:14 52:19 59:17,22

66:18 73:18 74:3,6 78:22
badge 70:25 71:8
bankruptcy 1:1 59:5,7,8,9,11 59:23,25 60:17 76:1 77:12 78:21 79:14,15 86:6 88:17
Barker 8:22
based 82:4
basically 25:10 25:18
becoming 40:1
beginning 29:20 64:12
belief 25:14 26:9
believe 74:13,16 74:19 75:18 77:4,8,18 79:18
belonged 50:11
belonging 52:25
best 25:14 26:9 89:9
better 47:25
bid 10:17 13:23 31:20
bidding 13:22
bill 34:25 35:3,6 35:7 67:3
billed 67:14
bills 67:4,5,8,11 67:17,20
bit 79:19
black 68:20 70:17,23
bold 42:12
Boston 9:11,12 62:5
bottom 24:16
bought 10:5,11 10:13 12:1 13:20,24,25 14:8,13 16:15

16:16 17:8,12 17:19 29:22 30:12 37:2 59:20 67:25 74:13 77:22
Boulevard 2:11
braided 68:25
braids 69:8
break 7:16 43:17
BRIEF 43:18
bring 11:4,14 37:12,18,19,24 47:5
Broad 1:23 11:7 11:18
building 23:13
buy 10:7 65:8
buying 13:15,17 65:7

## C

C 2:1 89:1,1
calculate 48:4
calendar 17:1
call 4:23 7:5 18:22 30:22 51:6 52:23 75:23 76:14,15 76:17,25 77:12 77:13 78:11 79:6,13 81:2 82:10 83:23 84:1,21,25 85:2,3 86:15 87:9 88:3,13
called 21:13,20 22:3,24 23:16 30:24 46:15,16 76:7,18,19 84:7 85:7
calls 50:17,20 51:10,22 52:3 52:4
case 1:2 17:10 23:21 48:20

Case 18-00137-mdc    Doc 179-7    Filed 12/02/21    Entered 12/02/21 16:22:19    Desc
Exhibit Defendants Exhibits: D1 to D30    Page 263 of 386
Abdeldayem Hassan

Page 91

51:5 87:20
**cashier's** 11:14
12:7
**cause** 8:12 57:15
58:16
**CCR** 89:23
**Central** 4:23
82:10
**Certificate** 4:16
60:2 89:24
**certified** 1:21
26:17 89:4
**certifies** 26:22
**certify** 89:5,10
**challenged** 80:6
**changing** 39:18
**check** 11:15
12:7 31:5
75:16
**checked** 27:3
**Chestnut** 9:16
9:17
**circulate** 71:13
71:25
**citizen** 39:22
40:1
**city** 2:9,10,11
12:10 19:3
38:21 53:22
54:2 55:10
63:10,14 64:18
64:25 71:2
73:21
**city's** 53:24
**Civil** 4:3 23:23
**claim** 87:24
**claimed** 76:25
**claims** 87:8,10
**clarification**
63:21
**clarifying** 18:11
**clean** 23:12
**client** 82:19,20
**clothing** 71:1
**color** 68:18
**come** 15:14,20

16:4,7 18:8
32:22 47:1,3
48:11 59:22
63:4 70:10
75:4
**comes** 15:17
16:8 17:17,23
57:13
**coming** 65:10
**commencing**
1:20
**communicating**
69:19
**company** 33:24
**complaint** 26:8
**compliant** 25:13
**computer** 66:6
87:8
**concern** 59:23
**CONCLUDED**
88:24
**conducted** 7:8
**connected** 84:21
85:2,4 86:15
86:25 88:4
**connection** 51:5
**consult** 31:25
**contact** 4:13
29:15 43:2,11
61:3
**continue** 38:12
38:18 39:4,9
86:11
**continuing**
20:10
**conversation**
32:14 56:9
**corner** 60:9
**correct** 10:25
25:13 26:8
35:6,21 41:11
41:13,14,24
42:1,3 43:12
50:24 53:13
54:19 55:16,20
61:5 68:7,10

72:18 80:8
**correctly** 77:9
**cost** 52:7
**counsel** 2:8,14
2:20 17:25
22:9 35:15
44:6 53:1 55:1
63:7,9 72:11
82:7,18 89:11
89:13
**count** 41:17,19
**country** 61:11
**court** 1:1,21 8:2
35:14 62:21,22
62:23 78:9,18
80:2,14,18
89:5
**Cover** 4:3 23:23
**crying** 85:25
**currently** 9:10

### D

**D** 3:1 6:1
**date** 1:20 16:22
17:1 29:25
31:4,16 44:2
44:10,12,14,15
44:23,24 45:16
45:17,19 46:21
48:4 52:4 77:4
81:13,14,16,20
81:21,22 82:23
83:4,6,7,12
89:8
**DAVID** 2:16,17
**day** 11:1 13:21
30:1,25 48:22
61:13,20 62:5
62:6 64:10
65:22 66:10
70:13 74:1
79:2,18 80:18
**days** 10:24
**Debtor/Plaintiff**
1:4 2:8
**deed** 12:21,23

13:3,6,8,10,13
14:15,16 16:21
16:24 29:21
30:7 31:1,5,9
31:12 54:17,18
55:14,16 74:20
75:1
**Defendant** 2:14
2:20
**Defendants** 1:9
**delete** 57:4,7,9
**deleted** 57:11
**deliver** 56:1
**Delivery** 9:13
**DEPARTME...**
2:9
**deponent** 8:10
**deposition** 1:16
18:21 27:9
38:18 59:14
87:20 88:24
**depositions** 7:8
**DEPUTY** 2:10
**Describe** 14:23
70:15
**DESIGNATED**
21:5
**desk** 11:21 49:4
**Details** 4:13,23
43:2 82:10
**device** 56:25
57:1
**different** 60:19
76:7
**difficulty** 69:19
**direct** 25:2
83:10
**directly** 32:5,7
53:15
**discovery** 38:17
81:7
**discussed** 76:23
**DISCUSSION**
27:11 36:18,21
**dishes** 9:13
**dismissed** 78:9

80:7,24
**disputing** 59:1
**distinguishing**
69:5,10
**DISTRICT** 1:1
**dmo160west...**
2:19
**document** 21:12
21:25 22:5
23:3,3,18 24:1
24:10,11 29:7
29:10 35:18,20
36:3,5,10
39:19 41:2,5,8
41:14,17 43:5
43:9 60:8,11
60:19 71:22
72:9,17,22
73:2,7 76:6,12
76:16,21,24
82:13,16,19,23
83:2,21 86:14
**documents** 42:8
58:21 62:20
72:18
**dogs** 14:19
15:10,11 17:15
30:20
**doing** 46:20,23
48:17 62:19
70:3 78:22
79:16
**dollars** 10:19,21
11:6,12 46:25
63:1,3 73:15
73:16,24
**DOMER** 2:11
**door** 14:19 15:7
15:21,22,23
16:2,9 30:15
30:18
**draw** 83:9
**drive** 27:13
**drugs** 8:12
**duly** 7:1
**Dunne** 1:18 2:3

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 264 of 386
Abdeldayem Hassan

Page 92

2:3 27:8 43:21
43:25 50:18,21
76:3,6,13,24
83:23 84:2
86:16 87:8
88:16
**Dunne's** 69:22
75:23
**duration** 84:22

**E**

**E** 2:1,1 3:1,1 4:1
6:1 89:1,1
**earlier** 27:19,22
30:7
**early** 42:21
**EASTERN** 1:1
**easy** 86:5
**either** 64:24
88:5
**electric** 67:11
**elevator** 46:18
**emblem** 70:25
**employee** 89:11
89:13
**ended** 10:15
**English** 38:9
39:25 80:20
**entered** 49:5
75:18
**ENTERS** 27:8
**entire** 33:16,18
**envelope** 50:14
**especially** 55:5
**ESQUIRE** 2:3,4
2:17
**established** 54:8
61:17
**estimate** 69:15
**ethnicity** 68:16
68:18
**everybody** 8:10
**evict** 28:6 47:13
54:15,21,24
74:2
**evicted** 73:14

**Eviction** 73:1
**exact** 76:8 87:1
**exactly** 9:18
13:9 18:20
30:14,25 31:4
54:6
**exam** 39:25
**Examination**
3:3 7:3 63:11
73:11 74:12
80:1 86:13
**examined** 7:2
**Excuse** 39:13
**EXCUSED**
88:23
**exhibit** 4:3,5,8
4:11,13,16,18
4:21,23 23:15
23:16,19,20,23
29:1,3,4 33:5
35:13,24,25
40:17,18,22
43:1,1,2 60:1,2
60:9 71:14,15
71:19 72:1,2,7
72:15,16,20
82:9,10,14
86:14
**EXHIBITS** 5:13
**exist** 52:11
**express** 88:16
**extension** 38:22
**extensions** 38:20
38:23

**F**

**F** 2:11 4:3 23:16
23:19,23 24:15
29:2,3 33:5
89:1
**fact** 13:3 44:19
55:5
**fair** 21:16 33:12
45:18 62:25
74:10
**falsification**

25:17 26:12
**familiar** 9:23
**familiarity** 10:1
**family** 34:6 35:1
51:1
**far** 54:7
**feature** 69:10
**February** 81:24
**feel** 24:7 39:6
**feels** 39:10
**fees** 75:16
**fence** 15:1
**field** 84:16
**fifth** 46:14,17
70:20,21 79:5
**figure** 61:14
**file** 41:5 59:7,9
**filed** 23:20 47:2
47:8,11 48:2,6
57:22 58:7,9
61:18 62:20
75:20
**filing** 38:20
**filings** 43:6
**Filipovic** 2:4 3:5
7:3 17:25 18:6
18:9 20:8,14
20:19 21:3,7
21:21,24 22:9
22:17,25 23:11
23:25 27:10,12
28:25 29:6
31:11 34:17
35:23 36:4,7
36:17,22 37:11
38:11,15 39:2
39:17,24 40:17
40:20 42:6
43:4,16,19
44:6,13,18,25
45:6,10,18
46:1 48:15
52:22 53:5,23
54:4 55:1,9
57:23 58:1,4
58:12 59:4

60:1,6,18,24
63:6 73:11
74:10 76:9
77:2 79:23
80:1 81:12
82:3,7,9,12,18
82:24 83:8,14
86:9 87:3,16
87:19 88:6,19
**fill** 19:6 24:12
35:18 36:19
39:15,19 42:7
75:15
**filled** 19:11,22
24:8 36:2,14
36:16 39:20
42:11
**filling** 20:15
21:10
**finally** 32:22
**financially**
89:14
**find** 22:4 26:19
**fine** 20:20
**finished** 47:21
**first** 8:18 14:14
16:12 17:12
19:14 24:14
29:2 43:7
55:12,13,15
85:20
**five** 85:15
**five-minute**
43:17
**floor** 46:12,15
46:18 70:20,21
79:6
**folks** 12:18 65:1
**follow-up** 63:16
**follow-ups**
73:12
**followed** 57:20
**following** 49:23
**follows** 7:2
28:17
**foregoing** 25:13

26:8 89:5
**forget** 27:22
33:2
**form** 31:10
37:10 58:18
77:2 87:3,16
88:7
**forth** 25:13 26:8
89:8
**forward** 39:8
79:10
**fought** 80:3
**found** 11:21
**four** 16:9 17:24
41:21,22,24
64:8,11
**frame** 84:2
**free** 24:7
**Friday** 62:6,7,8
62:11,13,14
**friend** 28:4
65:13,15 66:19
**friend's** 28:10
81:17
**friends** 65:8
**front** 11:21,22
14:20 29:8
49:4 54:3
**full-time** 9:19
27:23,24
**fund** 65:20
**further** 63:6
68:4 73:9
74:11 88:22
89:10

**G**

**G** 4:8 35:13,24
35:25
**gas** 67:9,10
**generally** 64:21
**gentleman** 68:12
69:10,18
**gestures** 7:24,25
**getting** 47:24
67:17

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 265 of 386
Abdeldayem Hassan

Page 93

give 7:7 8:13
  16:22 20:24
  22:22 32:8
  46:21 52:3
  63:4 66:2
  69:14 70:11
  71:4 75:10,17
given 22:7 23:6
  23:9 24:2,12
  74:19 81:9
giving 23:22
glad 7:14 16:16
glasses 84:19
go 11:19,22
  13:15,25 14:4
  14:14 15:4
  17:18 18:8,18
  24:14,16 26:16
  30:7 33:5,6
  35:13 36:20
  38:2 42:22
  46:14,16 47:16
  53:9 56:5
  62:13,21 65:11
  73:21 78:2,5
  78:17,22,25
  79:5 80:16
  85:9
goes 62:11
going 7:7 18:25
  20:3 21:8,17
  23:15,16 24:9
  25:2 28:25
  32:9 38:19
  39:2,3,7,7,9
  42:25 48:20
  52:7,22 53:7
  58:1,4 71:13
  71:25 73:18
  74:2 76:15,18
  78:15 79:9
  86:11
gonna 18:14
good 7:4 30:9
  38:9 63:12
  82:23

grade 85:20
guarantee 75:18
guy 32:9,11,21
  55:24 81:3

H

H 4:1
hair 32:11 68:14
  68:22,25
half 38:17
Hall 73:21
hand 20:3 21:17
  23:15 41:20
  82:19
hand-deliver
  19:17
handed 24:14
  36:13 43:5
  60:7
handing 28:25
  40:21
handled 55:24
handwriting
  41:7 73:6
Handwritten
  4:5 29:4
happen 9:18
happened 15:9
  34:3 48:14
happens 18:12
happy 16:18
Harper 2:10 3:6
  31:10 37:10
  38:21 58:18
  63:9,11,13
  68:23 70:19
  71:7,13,17,25
  72:4,10,13
  73:9
Hassan 1:7,8,16
  2:20 3:3 7:1,3
  7:4,5 8:20,21
  9:7 24:1,23
  39:21 43:20
  52:25 53:9
  63:11,12 71:18

72:5 73:11
  74:12,13 80:1
  82:25 86:13
hear 7:11,12
heard 14:19
  15:10 17:14
  82:5
held 1:17 79:8
help 37:18 65:20
  65:23 66:1
  75:13
hereinbefore
  89:8
highlighted
  60:10,13 61:1
highlighter
  60:14
hired 62:24
history 51:7,10
  51:21 52:23,24
holiday 62:12
home 29:24 34:4
  34:13,14 66:18
  85:9
house 9:2 12:1
  14:5,6,12,20
  14:24 15:20,21
  16:15,16,17,19
  17:8,9,11,19
  18:14 20:24
  29:22 30:2,12
  31:18,19 32:3
  37:2 42:19,21
  45:9 50:7,8,11
  55:14 59:16,17
  59:20,21 61:11
  65:13 68:9
  70:11 75:17,17
  77:21,22

I

ID 49:2,8,12,13
identification
  23:24 29:5
  36:1 40:19
  43:3 60:3

71:16 72:3
  82:11
identified 60:8
ignorant 62:11
inappropriate
  55:5
include 38:20
indicating 18:5
  24:4 26:25
  32:13 39:16
  42:11,19 47:23
  69:1
inform 29:13
information
  25:14 26:9
  35:20 43:11
  61:3
inside 9:13
  14:24 78:5
instructions 7:7
  12:20
insulting 8:9
interested 89:14
interpreter
  36:23 37:1,4,9
  37:12 38:12,16
  80:13,15,17,22
interrupt 60:21
intervene 39:10
issue 38:24
  63:24 64:3,10
issued 78:18

J

J 4:11 40:17,18
  40:22
January 17:3
  32:15,16,18
  48:1 56:10,11
Jersey 89:24
Jewell 1:6 2:15
  63:14
job 9:12
jobs 27:19,24
John 2:11
JOSHUA 2:11

joshua.domer...
  2:14
judge 20:24
  75:18 80:3,7
  80:16
judgment 23:21
  35:15
July 51:11,22
  52:5
juncture 38:16
June 56:5

K

K 4:13 43:1,2
KAPLAN 1:23
keep 23:12
  82:14
Kennedy 2:11
kept 34:22 46:20
kick 61:10
kids 9:5 85:6,14
  85:15,23 86:6
kind 51:1 52:11
  75:22 77:24
  78:18 88:15
knew 38:13 50:8
knock 14:18
  30:18
knocked 15:6,8
  17:14 30:19
know 7:10,22
  8:9 9:18 10:4
  15:18 16:10,21
  19:19,21,23,25
  20:15,18,21
  21:9,14 22:24
  26:14,15 28:22
  30:12,21,25
  31:6,8,15,17
  31:18,18,21,23
  31:24 32:18
  38:25 43:7
  44:2,9,11,15
  44:18,23,24
  45:16,17,19,20
  46:14 47:7

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 266 of 386
Abdeldayem Hassan

Page 94

48:3 50:12
51:17,19 52:8
52:18 54:5
59:5,8,10,13
59:24,25 60:22
63:7,19,20
65:8,11 66:17
66:18 70:16
71:20 72:5
77:17 82:1,21
86:5,6
**knowledge**
25:14 26:9
65:1

**L**
**label** 82:14
**lady** 16:2,23
17:17 30:24
46:17 48:9
70:17 74:4
**lady's** 16:10
**Lansdowne** 8:22
**late** 64:13,22
**law** 1:18 2:3,9
2:16 32:1 77:5
**lawsuit** 53:21,24
**lawyer** 39:10
62:24
**leading** 76:9
88:6
**LEAMAN** 1:23
**learn** 65:5,10
**leave** 30:14
86:25 88:2
**left** 11:19,23,24
30:10,11,13
55:11 87:25
88:5,5,9,12
**legal** 20:22,23
21:9,11 22:5
22:23 23:5
42:22 57:20
58:7
**legally** 74:14
**length** 87:1

**Let's** 33:5,6
35:13
**letter** 43:21,24
44:1,3 45:3,9
45:20,21,24
46:9,13,18,20
47:7,16,20,22
48:5,19 49:16
49:23,25 50:3
50:13,15 54:5
61:13 69:21,25
77:15,16 79:8
**letters** 42:12
**level** 46:14
70:18
**light** 55:6
**lines** 51:10 52:4
**list** 13:22
**listen** 82:1
**litigation** 38:16
**little** 47:24
**live** 9:4 34:8
**lived** 8:24 16:3
34:10 40:15
**lives** 15:14 16:4
16:6 17:9,18
17:20 18:3
19:23
**living** 19:23
20:17 32:4,19
54:15 78:12
**located** 29:11
**location** 9:15
**locked** 86:1
**long** 8:24 13:8
32:11 68:14,22
84:22
**look** 24:1,7 27:6
40:24 54:25
78:2 81:15
**looked** 49:13
66:5 69:6 78:5
79:8
**looking** 71:18
82:22
**looks** 72:17

**Lori** 1:21 89:4
89:23
**lost** 63:19 86:3
**lot** 37:17 65:8
**loud** 24:21
**loudly** 7:11
**Lyft** 27:14,21
**Lyndel** 1:3
57:16

**M**
**M** 2:3,16,17
**mail** 12:22,23
13:4,6 19:14
88:16
**mailed** 19:14
**making** 65:1
**March** 32:10,12
78:15 81:4
**mark** 21:18
**marked** 23:17
23:19,24 24:15
29:1,3,4 36:1
40:19 43:2
60:3 71:16,19
72:3,6,15
82:11,14 86:14
**Market** 1:18 2:5
9:11,12 62:5
**marking** 72:1
**matter** 7:17
63:15
**mean** 8:4 11:10
21:11,12 33:17
42:10 45:5
51:25 55:13
57:6 62:10
66:2 70:8 80:5
80:15 83:24
85:3,5 86:2
**meaning** 12:18
**means** 8:6 26:14
26:15 45:6
52:2 68:18
88:4
**meant** 26:1,2

50:12 70:6
**Megan** 2:10
63:13
**megan.harper...**
2:13
**memory** 69:9
**mention** 27:22
**mentioned**
64:21 69:21
**message** 52:24
57:13 82:1,5
86:25 88:1,2,5
88:5,9,12
**messages** 51:22
57:4,9,11
81:22
**met** 16:12 32:12
46:17
**Michelle** 9:7,8,9
**middle** 20:12
83:11
**mine** 59:21
**minute** 84:23
86:18,21 87:5
87:11,25 88:3
88:9,13
**misunderstood**
28:2
**money** 11:9,15
12:3,4,15 52:7
52:10 59:19,22
63:5 66:2,4
73:13,18 74:3
74:6
**month** 11:2
13:11,12 16:22
67:7,19,21
**monthly** 67:17
**mop** 9:13
**morning** 7:4
61:22
**mosque** 62:13
**motion** 23:20,21
35:15
**move** 32:10 39:5
78:15 79:10

**moving** 32:12
78:14 81:3
**Mubarak** 28:3,5
30:24 38:6,7
65:19,20 66:17
**Mubarak's**
28:20,21 81:18

**N**
**N** 2:1,10 3:1,1
6:1
**Nafie** 36:12
39:20
**name** 8:19 9:6
16:10,13 19:22
19:23 20:17,18
24:18 28:10
31:1,9,13
32:25 43:8
49:11 50:13
63:13 66:22,25
67:4 70:14,16
71:2,8,11
81:25 82:2
**necessary** 38:22
39:6
**need** 37:17 44:6
53:6 55:4
**needed** 38:24
**needs** 8:2
**neighbor** 15:13
15:15,19 17:23
**neighborhood**
62:17
**neighbors** 18:8
**neither** 89:10,12
**never** 51:16
52:20,21 76:3
78:24
**New** 89:24
**night** 39:1
**non-issue** 21:24
**Notary** 89:4,24
**note** 4:5 29:4
30:10,11,13,23
55:6 67:18

Case 18-00137-mdc    Doc 179-7    Filed 12/02/21    Entered 12/02/21 16:22:19    Desc
Exhibit Defendants Exhibits: D1 to D30    Page 267 of 386
Abdeldayem Hassan

Page 95

**notice** 1:17 4:16
4:18,21 57:16
60:2,16 71:15
72:2 73:1
77:11 78:21
79:1 88:16
**November** 1:12
10:8,10 31:2,3
37:20 55:7
68:1
**number** 24:19
24:24 28:16,18
28:20,21,23
29:16 33:7,9
33:15,19,21,22
33:23 34:3,15
34:16,18 35:4
50:18,21 56:22
57:1 83:1,1,19
84:8,10
**numbers** 33:6
33:13 35:11
51:3 52:24
76:7 83:5,17
83:19,23

**O**

**O** 6:1,1,1
**oath** 27:19 44:8
**object** 22:1
45:14
**objection** 22:25
23:1 31:10
37:10 51:20,24
57:18,23 58:18
58:19 60:15
76:9 77:2 87:3
87:16 88:6,19
**obviously** 48:2
**occasions** 37:20
64:15,24 65:9
66:15
**occupants** 19:18
28:6,7 47:14
**occupation** 9:10
**occupied** 27:3

**occur** 16:20
**October** 10:8,10
37:20 42:21
54:8,9,24
55:15
**off-street** 15:2,3
**OFF-THE-RE...**
27:11 36:18,21
**Offen** 2:16,17
3:8 17:22 20:7
20:10 21:19,23
22:1,15,20
23:1 34:12
36:2,20 38:13
38:23 42:2
44:5,9,21
45:13 48:14
53:21,24 54:23
57:18,25 58:3
58:6,19 59:1
60:4,15 68:18
70:15 71:4
72:8 74:12
76:11 77:3
79:21 81:9
82:5,8,22 83:7
86:11,13 87:4
87:17,23 88:8
88:21
**office** 10:22
11:11,17 12:19
18:23 21:10
36:24 37:7,13
38:1 46:4,10
46:11 48:22
50:18 61:14,19
62:19 63:10
64:18,25 69:22
69:23 73:18
74:17 75:1,6
75:23 78:25
79:4
**offices** 1:18 2:3
2:16 43:21,25
**okay** 8:7 11:24
12:25 17:4

20:20 21:15,23
25:4 30:9
46:19 48:19
52:5,17 79:25
82:23 86:12
**old** 85:14
**oldest** 85:16
**once** 13:24
**one-page** 29:7
82:16
**one-way** 7:21
**open** 45:21
61:19 62:1,2
**opened** 45:24
**opens** 16:9
**opportunity**
71:21 72:6,14
**oppose** 38:21
**opposed** 23:3
**Oral** 1:16
**order** 42:3,4,9
63:18 78:17,18
**originally** 20:11
**outside** 78:5
**overnight** 88:15
**owner** 29:11
74:22

**P**

**P** 2:1,1 6:1,1,1
**P.C** 1:18 2:3
**P.M** 88:24
**PA** 2:6,12,18
29:12
**Pa.C.S.4904**
25:16 26:11
**page** 3:6 4:4,6,9
4:12,14,17,19
4:22,24 24:17
25:2,8 26:16
26:19,22 27:6
27:7 72:18,22
83:11
**pages** 3:5,8 24:6
41:17,19,22,24
**paid** 11:1 46:25

59:19,20 63:3
68:2 73:13,15
74:16
**paper** 19:13,14
19:17,22 20:21
32:8,9 36:13
42:18,23 54:14
55:25 80:21
**papers** 19:19,21
19:25 20:4,15
20:16 21:9
25:19 47:2,8
47:10 56:1
58:17
**paperwork** 19:6
19:10,11 37:17
47:21 48:6
57:22 58:8,9
58:23 59:2
61:18 75:10,12
75:13,16,20
**paraphrase** 55:4
**part** 24:16 35:1
40:1 50:5
**particular** 51:7
62:12
**parties** 89:12
**pass** 63:9
**passed** 39:25
40:7,14
**password** 86:4,5
**pay** 10:21,24
11:2 65:23
66:1 75:16
**paying** 10:16
**penalties** 25:16
26:11
**pending** 7:15
41:1
**Pennsylvania**
1:1,19,24 8:23
**people** 15:14
18:16,17,19,20
19:3,18 31:11
32:3 54:21,24
63:3 65:7

70:11 73:14
74:3
**period** 32:1 51:7
**person** 15:18
36:13 56:7
70:12 78:11
81:25
**personally** 53:13
53:15
**pfesq@ifight4...**
2:7
**Philadelphia**
1:19,24 2:6,9
2:12,18 9:16
12:10 29:12
54:2 55:11
63:15 64:19,25
**Philadelphia's**
63:10
**phone** 24:19,24
28:16,18,20,21
28:22 33:6
50:17,20 51:21
53:4 56:16,19
56:25 57:7
79:13 81:2,16
81:17,18 82:25
83:1,17,19,19
83:23 84:1,10
84:11,13 85:9
86:1,4
**phones** 85:24
**Photocopy** 4:18
4:21 71:15
72:2
**picture** 78:7
**place** 87:20,21
89:8
**plan** 34:6 35:1,8
51:1
**play** 85:10,23
**playing** 85:6
**pleadings** 23:21
35:15
**please** 8:18 10:3
21:4 24:21

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 268 of 386
Abdeldayem Hassan

Page 96

25:11 29:10
41:17,19 47:19
56:21 63:19,21
64:20 72:20
82:7,19,20
**point** 7:16,22
23:12 36:24
82:4
**police** 47:3
48:12
**porch** 14:22,25
**portion** 60:11
61:1
**Porto** 1:21 89:4
89:23
**posed** 20:9
**position** 9:19
39:3,7
**Possession** 4:11
40:19 42:15
**Praecipe** 4:11
40:18 42:15
**prayer** 62:6,11
**PREDRAG** 2:4
**preliminary**
64:17
**premises** 29:11
29:14
**presents** 72:16
**previously** 60:8
**price** 10:15
13:23 65:24
66:1
**prior** 23:20 43:6
63:23 64:2,11
**probably** 13:12
**problem** 82:8
**proceed** 8:16
79:4
**proceeding**
59:14
**process** 57:20
58:7
**proficiency**
39:25
**proof** 76:18

**property** 9:23
10:2,4,5 12:1
13:15,16 26:17
26:23 28:5
31:20 49:24
50:2 53:25
54:25 58:17
63:24 64:3,10
66:21 67:16
68:6,9 74:14
74:17,23 75:6
77:25 78:2,12
78:18,19,23
80:7
**provide** 7:23
51:9,18,21
52:11,19
**provided** 33:23
43:6
**Public** 89:4,24
**pull** 56:21
**punctual** 7:10
**purchase** 65:20
65:24 66:1
**purchased** 63:23
64:2,10 66:11
66:20 67:15,16
**purchasing**
66:22
**purports** 76:13
**purpose** 22:5
**pursuant** 1:17
**put** 22:19 24:24
35:23 66:21,24
82:21 84:19

**Q**

**question** 7:13,15
18:2 20:6,8,11
20:13,25 21:2
21:5 22:2,16
22:22 23:2,7,8
37:23 41:1
44:4,22 45:1
45:13 47:19
57:19 58:2,7

58:20 65:23
76:22 87:22
**questions** 7:9,19
7:20 8:8,11
21:1 22:13
24:9 29:15
42:24 48:13
55:2 60:20
63:6,8,16,21
72:10 73:10
74:11 79:21,23
86:10 88:22

**R**

**R** 2:1 6:1 89:1
**re-depose** 82:3
**read** 21:4,6
24:21 25:11
26:4,5,6 29:10
40:6 42:12
46:19 49:16
72:24 84:16
**reads** 42:16
**realize** 30:6
87:13
**reasonable**
13:23
**recall** 11:8 12:17
27:18 43:24
64:15,23 67:6
67:20 69:11
70:12
**receipt** 11:16
12:12
**receive** 12:11,20
13:8 43:21
44:20 45:3
56:13 57:12,14
75:22 77:24
84:3
**received** 44:1,19
45:8 57:10
78:21 79:1
83:22 84:1
**receiving** 67:5
69:21

**RECESS** 43:18
**recognize** 69:2
73:5
**recollection**
83:22
**record** 18:11
22:12,19 23:13
23:18 24:22
25:11 27:10
31:12 35:24
36:17,20 39:17
41:16,23 52:23
53:7 55:3 60:7
78:16 87:18
**recorded** 31:8
**recording** 81:2
**records** 51:18
52:11
**refer** 72:20
**reference** 30:22
**reflect** 23:18
39:17 41:16,23
60:7
**reflected** 72:18
**refresh** 83:22
**refund** 73:20
**relating** 25:16
26:11 79:15
**relation** 62:12
80:10
**relative** 89:11
89:13
**relegated** 34:23
**remember** 33:3
40:9 46:5
61:16 71:9,11
81:14 84:10
**remembered**
30:8 44:13
**remove** 82:20
**repeat** 7:13
**rephrase** 22:14
**rephrasing**
22:20
**reporter** 1:22
8:2 89:5

**represent** 21:12
**representative**
64:18
**representing**
63:14
**request** 6:3
38:11,15 51:6
52:22,23 53:7
**respect** 12:1
52:10 68:5
**restaurant** 9:14
**Result** 84:17
**Return** 4:8
35:25
**review** 71:21
72:6,14 82:15
**right** 11:20
17:15 18:3
19:4 25:19
30:3 31:6
32:19 42:14,23
46:4 48:2,12
53:16 54:8,10
54:13,22 60:9
79:2,22 81:15
83:5
**rights** 31:19,21
**Ring** 4:23 82:10
**room** 2:12 27:9
65:2
**rule** 45:2

**S**

**S** 2:1 3:1,1 4:1
4:23 6:1,1 82:9
82:10,14 86:14
**sale** 10:12 11:1,3
13:21 30:4
31:19 37:2,5
63:23 64:2,12
64:16 65:2,7
65:10,12,14
66:9 74:14
77:21
**sales** 63:22 64:1
64:5,22 65:5

Case 18-00137-mdc    Doc 179-7    Filed 12/02/21    Entered 12/02/21 16:22:19    Desc
Exhibit Defendants Exhibits: D1 to D30    Page 269 of 386
Abdeldayem Hassan

Page 97

saw 13:22,23
  36:15 39:18
  46:13 69:3
  78:6
saying 18:7
  22:17 76:20
  86:24
says 17:17 25:3
  26:16 27:2
  72:22 81:3
  83:10 84:17
  86:15,18,21
  87:5 88:4
scared 16:17
school 85:19
second 19:15
  76:8 84:25
  87:2,14
seconds 82:6
  84:23 86:19,22
  87:6,11,25
  88:4,10,13
see 8:1 14:12
  16:18 18:13
  24:18 27:2,5
  29:7 30:2
  39:15 43:8
  49:11,24 50:13
  55:14 60:10,25
  65:7 77:23
  79:20 82:25
  83:4,6,6,8,12
  83:18 84:3,8
  84:18,20 86:18
  86:21 87:5,10
  87:24 88:3
seeing 84:10
seen 29:17 35:16
  41:2 71:22
  72:8 73:2
selling 65:4
send 28:5
sent 53:20 81:20
serve 57:15
  58:16
Service/Affida...

4:8 35:25
set 25:12 26:7
  89:8
share 81:6
shared 35:14
sheet 4:3 23:23
  48:21
sheriff 10:6,7
  12:10 17:6,18
  17:19 18:2,13
  18:16 30:25
  31:8,12 49:19
  57:15 58:8,10
  58:16 60:5
  63:23 73:25
  77:16
sheriff's 10:12
  10:22 11:3,11
  11:17 12:19
  18:23 21:10
  30:3 36:24
  37:2,5,7,13
  38:1 46:3,10
  46:11 48:22
  55:16 61:14,19
  62:19 63:10,22
  64:1,4,12,16
  64:18,22,24
  65:2,5,7,10,12
  65:14 66:5,9
  69:22 73:17
  74:14,17 75:1
  75:6 78:25
  79:3
show 76:13,18
  87:17,20
showed 69:25
  76:13,16 79:3
  80:21 81:8,10
showing 82:13
shows 76:7,8
  83:18
shut 67:19
sidewalk 54:3
sign 25:5 36:5
  48:24

sign-in 48:21
signature 20:18
  25:7 36:10
signed 25:21,22
  25:25 26:3
  36:3,8 42:5
significance
  20:22,23 21:9
  21:11 22:6,23
  23:5,10
simple 37:3
sir 8:19,25 9:23
  14:10 18:19
  20:6 21:8 24:6
  24:16 25:5
  27:13 28:14
  29:17 31:17
  36:5,23 41:2
  41:24 43:5
  45:3 50:23
  51:5 56:16
  57:4 60:11,18
  61:9 82:15
  84:19,24 85:14
  86:7
sit 53:8 59:10
situation 17:7
six 85:18,20,21
skin 68:19
skip 63:19
slightest 79:19
SOLICITOR
  2:10,11
somebody 17:19
  17:23 18:3
  32:18,22 37:18
  37:19,24 53:20
sorry 18:22 53:2
  53:23
sort 64:16 65:1
  65:15
sound 62:10
sounds 68:7
  73:5
South 1:23 9:24
  11:7,18 28:8

29:12 30:16
  53:10 57:16
  63:24 65:21,24
  66:12,20 67:6
  80:10
speak 7:11
  22:12 84:8
  85:11 86:16
  87:1
specifically 23:2
spell 28:14
spent 87:10
spoke 16:23
  68:9,12 76:3
  80:20 83:24
  85:13 87:24
stage 88:21
stairs 15:4,5,6
start 67:5
started 13:22
  64:14 65:2,3,4
State 89:24
stated 29:16
  73:13
statement 64:17
  65:1
statements
  25:12,15 26:7
  26:10
STATES 1:1
stay 78:19
stenographica...
  89:7
step 75:9
STEPHEN 2:3
stephen@dun...
  2:7
steps 46:18
stick 69:9
stipulating
  38:22
stop 46:20,22
  48:16,20 62:19
  70:2 74:2 79:9
storage 47:6
street 1:18,23

2:5,17 7:21
  9:24 28:8
  29:12 30:16
  53:10 57:17
  63:25 65:21,24
  66:12,21 67:6
  80:11
strike 39:5
  45:11 67:15
  76:21
stuff 16:17
  20:18 65:14
subject 7:17
  25:15 26:10
Suite 1:19,23 2:5
  2:18
supplied 76:13
  76:24
supply 81:11
supposed 47:3
  48:11 70:10
supposedly
  76:17
sure 10:9 13:9
  31:4,16 57:13
  68:21,25
surety 45:7
sweater 70:24
sworn 7:1

T
T 3:1 4:1 6:1,1
  89:1,1
T-Mobile 33:25
  34:1,25 50:24
  51:9,17,21
  52:3,18
take 7:16 11:6
  24:1,7 27:6
  39:3 40:24
  43:16 48:11
  49:19 81:15
  85:9
taken 1:17 89:7
talk 7:14,16 56:7
  80:16 84:4,5

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 270 of 386
Abdeldayem Hassan

Page 98

**talked** 49:22
**talking** 26:24
    28:7 36:9 39:9
**tall** 69:13
**taxes** 67:7 68:2
**telephone** 75:23
**tell** 8:18 11:9,25
    12:14 17:7
    18:20 32:5
    34:25 42:25
    43:7 45:2,6
    46:9 68:16
    72:25 73:17,23
    73:25 78:14
    81:16 84:16
**telling** 48:5
    61:15
**tells** 65:15
**terms** 70:13
**test** 40:6
**testified** 7:2 18:4
    30:6 42:20
**testify** 22:10
    44:7
**testifying** 17:21
**testimony** 7:18
    8:13 26:13
    32:23 39:18
    54:10,19 89:6
**text** 51:22 52:24
    56:13 77:14
**texts** 56:22
    75:25
**thank** 8:15
    12:15 41:22
    45:10 62:16
    84:24
**thing** 21:4 37:3
    53:2 76:8
    77:15
**things** 65:16
**think** 10:8 13:9
    17:8,19 18:3
    30:1,24 31:2
    32:15 38:12
    46:11 67:18

**68:20 69:2,13**
**70:23 71:2**
**72:12 86:9**
**thinking** 59:18
**third** 46:12
**thought** 32:4
**three** 15:17 16:5
    16:7,8,24
    17:23 53:11,14
    64:11 85:18,22
**threw** 80:4
**ticket** 54:3,12
    55:10 78:10
    80:3,6,7,24
**time** 13:10 16:12
    17:2,12 19:7
    19:14,15 27:8
    27:21 30:18
    32:1 39:3
    40:15 42:25
    44:17 46:7
    47:24 51:7,8
    52:4 53:19
    55:12,13,15
    58:14 66:8
    78:7 82:15
    83:6 84:2
    85:24 87:1,19
    89:7
**time-line** 68:5
**times** 37:8 45:15
    53:9,11,12,14
    64:4,8,9,11
    85:7
**title** 23:3
**today** 7:20 8:12
    26:13 30:7
    51:6 53:8
    59:10 69:3
    81:10
**told** 11:3,22
    12:21 15:13,15
    16:15 18:2,8
    18:14,15,17,23
    19:1,3 29:23
    32:7,9,21,23

**45:8 46:13,15**
**46:22 47:5**
**48:16 62:18**
**65:13 70:2,13**
**73:21 74:1**
**top** 61:1 70:18
    72:22
**Toppin** 1:3
    57:16 59:14
**torch** 63:9
**total** 53:9
**tow** 47:5
**transaction**
    11:20
**transcript** 5:13
    89:6
**translation** 40:3
    40:4
**translator** 49:21
**trash** 54:2,13
    78:6,8 80:6
**tried** 14:18
    59:16 61:10
    76:25 87:9
**truck** 47:5
**true** 25:13,19
    26:8 27:13
    41:10,13,14,24
    89:6
**truthful** 8:13
**try** 7:10,11
    52:14,15 63:18
    86:25
**trying** 22:4
    47:13 61:14
    68:4
**twice** 55:18
**two** 15:16 16:5,7
    16:24 19:15
    33:3 35:10
    51:10 52:4
    72:17 83:5,23
    85:1

                    **U**
**U** 6:1

**Uber** 27:14
**Uh-huh** 12:24
    24:3 43:13
**underlined**
    72:25
**Underneath**
    73:5
**understand** 7:11
    7:12,25 8:5
    13:24 18:1,10
    22:11 23:11
    25:15,22,23
    26:1,2,10
    39:14 45:23,25
    46:2 47:18
    49:15,17,20
    50:10 52:1
    58:15 63:20
    68:4 70:8
**understanding**
    25:20 70:5
**understood** 50:5
    50:11 77:6
**Unfortunately**
    7:20
**uniform** 70:22
**UNITED** 1:1
**unnecessary**
    23:14
**unoccupied**
    26:18,23 27:3
    27:4
**unresponsive**
    45:11
**unsworn** 25:17
    26:12
**upper** 60:9
**urgent** 88:16
**use** 7:24 35:10
**utilities** 66:21,24

                    **V**
**vacate** 4:18,21
    29:14 57:16
    71:15 72:2
**verbally** 7:23

**verification** 25:3
    25:8
**verify** 25:12
    26:7
**video** 8:1
**violation** 53:21
    53:25 54:1
    77:24 78:3
    80:3
**visit** 13:16
**vocal** 8:3,4,6
**vs** 1:5

                    **W**
**W** 3:1
**walked** 11:19
    48:24 78:4
**Walnut** 2:17
**want** 14:9 21:22
    22:1 45:2
    51:13 61:9
    62:15 67:19
    72:24 81:22
    87:17
**wants** 63:7
**wash** 9:13
**wasn't** 23:10
    54:12 65:22
**water** 67:4,8,14
    67:17
**way** 7:21 19:4
    23:17 69:6
**we'll** 21:17
    35:23 40:21
    82:14
**we're** 23:13
    38:19 39:9
    47:24 48:11,16
    48:20 51:6
    59:1,13 61:14
    62:19 70:3
    86:9
**we've** 54:7 61:17
**website** 66:6
**WEDNESDAY**
    1:12

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 271 of 386
Abdeldayem Hassan

Page 99

**week** 61:20
**weeks** 15:16,17
  16:5,7,9,25
  17:24 19:15
**welcome** 62:14
**went** 11:8,11,15
  11:21 13:21
  14:2,3,7,8,11
  14:18 15:6
  16:22 17:6,11
  18:13 19:16
  26:21 29:23
  30:1 31:20
  32:8 37:7,8
  42:18,20 46:11
  46:12,12 47:16
  47:20 48:6
  53:13,14 54:8
  54:14,17,23,24
  55:7,16,20,25
  56:1,11 58:21
  61:23,25 62:6
  64:4,7,7,13,16
  64:22 65:3
  66:8 68:5,8
  69:22 73:19,23
  74:1,25 75:6
  77:16 78:9
  80:2,14,19
**West** 2:18
**white** 70:23
**wife** 9:5 34:4,7,8
  34:12,23 35:10
  51:2 53:1,3
  84:14 85:23
**wife's** 9:6
**Williams** 1:6
  2:15 63:14
**window** 11:22
  12:19
**winning** 10:17
**wish** 46:21
**withdraw** 62:20
**witness** 18:5,7
  20:16 23:22
  34:14 36:6,19

39:13,23 44:17
  44:24 45:5,8
  45:22 53:2
  54:1 55:8
  58:22 59:3
  60:22 68:20
  70:16 71:5
  72:12 76:10
  79:25 83:13
  86:12 88:23
**WOLFE** 1:23
**woman** 70:15
  79:7
**words** 8:6
**work** 9:11 62:5
  62:7
**wouldn't** 22:7
  23:6,9
**Writ** 4:11 40:18
  42:15
**write** 29:19
  49:11 75:16
**written** 42:3
**wrong** 68:8
  77:18,20,23
  79:19,20
**wrote** 41:10,13
  41:25 72:12
**www.klwrepo...**
  1:25

**X**

**X** 3:1 4:1
**XI01577** 89:24

**Y**

**yard** 14:20 15:1
**yeah** 9:20 10:14
  13:7,12,14,18
  14:8,17 15:5
  15:12 16:1,8
  17:13 27:15,17
  27:23 28:24
  29:9 30:5,11
  31:2,7,14
  32:17,20,24

35:9 37:16
  40:2,5 49:4
  75:11 78:4
**year** 17:1 33:16
  33:18 40:8
  85:17
**years** 9:1 33:3
  40:11,13,14
  52:19 85:18,18
  85:20
**yellow** 60:13,25
**younger** 85:21
**youngest** 85:16

**Z**

**0**

**1**

**1** 4:18 71:14,15
  71:19
**1:11** 88:24
**1:56** 85:2 87:13
**1:57** 87:13
**10** 9:1
**100** 11:7,18
**100-percent**
  45:7
**11:00** 1:20 38:14
**11th** 54:9,24
**12** 9:1
**1200** 1:19 2:5
**13** 85:16
**1303** 1:23
**1401** 2:11
**144** 15:25 16:1,2
**146** 9:24 28:8
  29:12 30:16
  53:9 57:16
  63:24 65:21,24
  66:12,20 67:6
  80:10
**1515** 1:18 2:5
**160** 2:18
**18** 25:16 26:11
**18-13098-MDC**
  1:2

**18th** 57:17
**19** 40:10
**19050** 8:23
**19102** 1:24 2:12
**19106** 2:18
**19109** 2:6
**19139** 29:12

**2**

**2** 4:21 72:1,2,7
  72:15,16,20
**20** 40:11
**2017** 10:8 31:3,6
  31:7 33:13,14
  34:18,19,21
  37:20 54:9
  55:7 68:1
**2018** 17:3 32:18
  33:13,14,15
  34:10 43:20,24
  44:16,20 45:4
  48:1 51:11,23
  52:5 55:23
  56:14 57:2,8
  57:17 67:7
  68:3,8 81:24
**2019** 1:12
**215** 1:24
**215-551-7109**
  56:13,23
**215.551.7109**
  2:6
**215.625.9734**
  2:19
**215.686.0503**
  2:13
**21st** 81:24
**22nd** 48:1
**23** 4:4
**230** 1:23
**267-670-4481**
  28:19
**27** 11:2,4
**27,000** 11:6,12
**29** 4:6

**3**

**3-0** 10:18
**3,000** 11:1
**30** 10:24 40:13
  40:14 82:6
**30,000** 10:18,19
  10:21
**300** 63:1,3
**309** 8:22
**30s** 69:16
**35** 4:9
**350** 46:25 73:15
  73:16,24
**39** 71:5
**3901** 9:17
**39th** 9:16

**4**

**4:00** 61:25
**4:30** 62:3
**40** 4:12 71:5
**40s** 69:16
**43** 4:14
**484** 33:7,15
  34:18,22 35:5
  50:21 51:2
  56:19 82:25
**484-557-1737**
  24:23 52:24

**5**

**500** 67:22
**52** 6:3
**56** 86:22 87:11
  88:4,10
**57** 84:23 86:19
  87:6,25 88:13
**580** 2:12

**6**

**6** 1:12
**6-14-18** 83:16
**60** 4:17
**600** 67:22
**601** 2:17
**610** 33:9,23 34:1

Case 18-00137-mdc    Doc 179-7    Filed 12/02/21    Entered 12/02/21 16:22:19    Desc
Exhibit Defendants Exhibits: D1 to D30    Page 272 of 386
Abdeldayem Hassan

Page 100

34:23 35:5
50:17 51:2
83:1
**610-818-5463**
28:17 52:25
**62nd** 9:24 28:8
29:12 30:16
53:10 57:16
63:24 65:21,24
66:12,20 67:6
80:10
**63** 3:6

---
**7**

**7** 3:5
**71** 4:19
**72** 4:22
**73** 3:5
**74** 3:8

---
**8**

**80** 3:5
**82** 4:24
**86** 3:8
**8th** 56:14

---
**9**

**922-7112** 1:24

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EATERN DISTRICT OF PENNSYLVANIA

```
--------------------------------:
     IN RE:                      :   Chapter 13
                                 :
     LYNDELL TOPPIN,             :   Bankruptcy No. 18-13098-MDC
                                 :
          Debtor                 :
--------------------------------:
--------------------------------:
                                 :
     LYNDEL TOPPIN,              :
                                 :
          Plaintiff             :   Adv. Pro. No. 18-00137-MDC
                                 :
               V.                :
                                 :
JEWELL WILLIAMS SHERIFF OF      :
THE CITY OF PHILADELPHIA        :
and ABDELDAYEM HASSAN a/k/a     :
                                 :
          Defendant             :
--------------------------------:
```

## ABDELDAYEM HASSAN'S ANSWERS TO REQUEST FOR ADMISSIONS

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Bankr. P. 7033 and 9014, Fed. R. Civ. P. 33 and Local Bankr. R. 7026-1, defendant Abdeldayem Hassan (herein after, the "Defendant"), hereby submits the following Answers to Request for Admissions of Plaintiff, Lyndel Toppin. These Answers are continuing up to and including the time of the trial.

## ANSWERS

1.  Admit that You understand the responsibilities of a tax sale purchase in Philadelphia County?

ANSWER: I did not understand all the rules.

CITY-24

2.    Admit that an owner of a property in Philadelphia has a 9
      month right of redemption under the Philadelphia Tax Act (53
      P.S. § 7293) in connection with a property sold at tax sale?

ANSWER: If the owner occupies the property as his primary
residence, he may have a claim.


3.    Admit that the purchaser at a sheriff's tax sale does not
      obtain title to the property until the passage of the
      redemption period?

ANSWER: Not if the owner is not living in this property as his
primary residence.

4.    Admit that the owner of a property sold at tax sale retains
      the right of possession during the statutory period?

ANSWER: Not if the owner is not living in this property as his
primary residence.

5.    Admit that a purchaser of a sheriff's tax sale has no claim
      to possession or right to ejectment against an owner during
      the redemption period?

ANSWER: The property appeared vacant and the person that I met
said he would be out by March.

6.    Admit that executing on a Writ of Possession during the
      statutory period would be a violation of the owner's
      property rights under the Philadelphia Tax Act?

ANSWER: Denied.

7.    Admit that executing on a Writ of Possession during the
      statutory period is illegal?

ANSWER: Denied based on the facts.

8.    Admit that You acknowledged the deed in your name on
      November 9, 2017?

ANSWER: I am uncertain of the exact date.

9.    Admit that You recorded the deed in your name on November
      21, 2017?

ANSWER: I am uncertain of the exact date.

10.   Admit that evicting an owner of a property 2 months into the
      9 month statutory period is illegal?


ANSWER: Denied. The property appeared vacant and the person
living there stated that he would be out of the property by
March.


11.   Admit that the owner's redemption period and right to
      possession expired on August 10, 2018?

ANSWER: Denied based on the facts here.

12.      Admit that You provided your contact details to the
         Sheriff as follows:
      a) Abdeldayem Hassan
      b) 309 Barker Avenue, Lansdowne, PA 19050
      c) 484-557-1737

ANSWER: Admitted.

13.      Admit Your telephone number was: (484-557-1737) on May
         8, 2018?

ANSWER: Admitted.

14.   Admit Your telephone number was: (610-818-5463) on May 8,
      2018?

ANSWER: Denied.

15.   Admit Your telephone number was: (267-670-4481) on October
      11, 2017?

ANSWER: Denied.

16.   Admit that You received notice of the Lyndel Toppin
      bankruptcy on May 8, 2018?

ANSWER: Denied.

17.   Admit the You received notice of the Lyndel Toppin
      bankruptcy from the Bankruptcy Noticing Center at the
      following mailing address: 309 Barker Avenue, Lansdowne, PA
      19050?

ANSWER: Admitted.

18.   Admit that you received a telephone call at the following

telephone number (484-557-1737) from Stephen Dunne (215-551-7109) notifying You of the Lyndel Toppin bankruptcy on May 8, 2018?

ANSWER: Denied. I never spoke to Mr. Dunne and did not get any Notice of the Bankruptcy from him.

19.  Admit that You receive a telephone call at the following telephone number (610-818-5463) from Stephen Dunne (215-551-7109) notifying You of the Lyndel Toppin bankruptcy on May 8, 2018?

ANSWER: Denied.

20.  Admit that You [received] a text at the following telephone number (484-557-1737) from Stephen Dunne (215-551-7109) notifying You of the Lyndel Toppin bankruptcy on May 8, 2018?

ANSWER: I am not aware of the same.

21.  Admit that You caused the Sheriff to serve a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on May 18, 2018?

ANSWER: I filed with the Sheriff for the Writ of Possession.

22.  Admit that You caused the Sheriff to serve a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on May 24, 2018?.

ANSWER: Denied.

23.  Admit that You caused the Sheriff to serve a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on May 30, 2018?.

ANSWER: Denied.

24.  Admit that You caused the Sheriff to serve a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on June 1, 2018?.

ANSWER: Denied.

25.  Admit that You caused the Sheriff to serve a Notice to Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia, PA 19139 on June 5, 2018?.

ANSWER: Denied.

26.    Admit that You caused the Sheriff to serve a Notice to
       Vacate on Lyndel Toppin at 146 S. 62nd Street, Philadelphia,
       PA 19139 on June 7, 2018?.

ANSWER: Denied.

Date: August 9, 2019                        BY: /s/ David M. Offen
                                            David M. Offen, Esquire
                                            Attorney for Defendant
                                            601 Walnut Street
                                            Suite 160 West
                                            Philadelphia, PA 19106
                                            215-625-9600
                                            Fax: 215-625-9734
                                            dmo160west@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EATERN DISTRICT OF PENNSYLVANIA

```
-------------------------------:
    IN RE:                      :   Chapter 13
                               :
    LYNDELL TOPPIN,            :   Bankruptcy No. 18-13098-MDC
                               :
        Debtor                 :
-------------------------------:
-------------------------------:
                               :
    LYNDEL TOPPIN,             :
                               :
        Plaintiff             :   Adv. Pro. No. 18-00137-MDC
                               :
            V.                :
                               :
JEWELL WILLIAMS SHERIFF OF     :
THE CITY OF PHILADELPHIA       :
and ABDELDAYEM HASSAN a/k/a    :
                               :
        Defendant             :
-------------------------------:
```

## ABDELDAYEM HASSAN'S FIRST SET OF ANSWERS TO INTERROGATORIES OF PLAINTIFF LYNDEL TOPPIN

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Bankr. P. 7033 and 9014, Fed. R. Civ. P. 33 and Local Bankr. R. 7026-1, defendant Abdeldayem Hassan (herein after, the "Defendant"), hereby submits the following Answers to Interrogatories of Plaintiff, Lyndel Toppin. These Interrogatories are continuing up to and including the time of the trial.

## ANSWER TO INTERROGATORIES

1. State your present full name, current address, and who, if anyone, currently resides with you.
ANSWER:   Abdeldayem M. Hassan, 309 Barker Avenue, Lansdowne, PA 19050. My wife and my five children live with me at the address.

C I T Y - 2 5

2. State all addresses where you lived for the last five (5) years, up to your present address as stated above in your answer to Interrogatory No. 1, with approximate dates of when you resided at those address and who resided there with you, if anyone.

ANSWER: I have not lived anywhere else in the last five years.

3. State your present employer, length of employment and nature of employment.

ANSWER: Boston Market, 11 Years with various job duties.

4. State the number of Sheriff Sale properties that you have purchased in the last 10 years in Philadelphia County and provide their addresses?

ANSWER: I purchased one other property before this but did not proceed and gave up the deposit.

5. Explain your rights and responsibilities after you purchase a property at a Tax Sheriff Sale

ANSWER: I was told the property was vacant, that someone comes every two weeks, and it appeared that no one was living there. I did speak to a person who said he would get his stuff out by March.

6. How long does the owner have to redeem his/her property after a Sheriff Sale?

ANSWER: See Answer to #5 as it appeared as no one was living in the property

7. When did the owner's right to exclusive possession expire after you purchased 146 S. 62nd Street, Philadelphia, 19139.

ANSWER: See Answer to #5 as it appeared as no one was living in the property

8. Why did you file a Complaint in Ejectment on January 22, 2018 if you had no claim to possession during the redemption period?

ANSWER: See Answer to #5 as it appeared as no one was living in the property

9. What is the race; gender; and age of the unknown defendant on the Return of Service/Affidavit in connection with

your Complaint in Ejectment filed January 29, 2018?

ANSWER: Unknown. See Answers #5-8 above.


     10. What phone number and address did you list for yourself
on the Motion for Writ of Possession?

ANSWER: 484-557-1737

     11. Why did you attempt to evict the Owner 2 months into 9
month statutory redemption period?

ANSWER: See Answer to #5 above.

     12. Did you receive "any" letters from Dunne Law Offices
pertaining to the Toppin bankruptcy?

ANSWER: I got one Notice and when I read the same, I gave it to
the Sheriff's Office. The Sheriff kept the Notice with the
Bankruptcy information on it.

     13. What is the first notice that you received pertaining to
the Toppin bankruptcy?

ANSWER: I gave it to the Sheriff.

     14. Do you use the name Mubarak?

ANSWER: No.

     15. Does a person by the name of Mubarak work for you?

ANSWER: He is no friend of mine.

     16. How many times did you visit 146 S. 62nd Street,
Philadelphia, 19139 to ask the occupants to vacate the property
between November 2017 and May 2018?

ANSWER: I visited the property and it appeared to be vacant.
Someone who was there informed me they needed until March to get
out of the property as his friend had stuff there.

     17. How many notices did you post or mail to 146 S 62nd
Street, Philadelphia, 19139 to ask the occupants to vacate the
property between November 2017 and May 2018?

ANSWER: I never sent a Notice to this property, just legal

documents in accordance with the law.

18. Did you provide your phone number - 610-818-5463 to the Sheriff's Office?

<u>ANSWER</u>: When I bought the home I had that number but then I changed the number to 484-557-1737 and the Sheriff was given Notice of the same.

19. Did the Sheriff explain the owner's Right of Redemption to you after a Tax Delinquent Sale?

<u>ANSWER</u>: No.

Date: August 9, 2019                          <u>BY: /s/ David M. Offen</u>
                                              David M. Offen, Esquire
                                              Attorney for Defendant
                                              601 Walnut Street
                                              Suite 160 West
                                              Philadelphia, PA 19106
                                              215-625-9600
                                              Fax: 215-625-9734
                                              dmo160west@gmail.com

PHILADELPHIA SHERIFF'S OFFICE

DATE:          May 12, 1988, Revised August 1, 2014
DIRECTIVE:     #28
SUBJECT: ENFORCEMENT     (STAY ORDER)

## I. PURPOSE

The purpose of this Directive is to establish a policy of receiving, recording and the handling of stay order, bankruptcy, petitions and appeals when received by the Sheriff's Office.

## II. POLICY

A. Bankruptcy.

1. When received by the Sheriff's Office, all legal action is to stop. Details, numbers and other particulars are to be recorded in division docket and on writ. If there is any question as to the validity, postpone any action. Must check with attorney on writ for Bar Order.

B. Orders and Stays

1. When received by the Sheriff's Office, will stop only the action that the order or stay pertains to. Details, numbers and other particulars are to be recorded in division docket and on writ.

C. Petitions and Appeals

1. When received by the Sheriff's Office, will stop legal action only if so stated in the petition and/or appeal. Details, numbers and other particulars are to be recorded in division docket and on writ.
2. All appeals don't stop action.

D. Property Claim and Exemption Claims

1. When received by the Sheriff's Office, will stop action on a Sheriff's Sale (Personal Property) temporarily, until the Under-Sheriff makes a determination on property claims. Exemption claims will be heard at a hearing. Details, numbers and other particulars are to be recorded in division docket and on writ.

C I T Y - 2 6

E.  Culmination of Stays

    1.  Bankruptcy Orders, Stays, Petitions and Appeals will be held in abeyance for disposition.

    2.  Upon receipt of determination, the division supervisor will abandon or continue enforcement, if requested, depending on contents of determination.

    3.  The time lapse between the filing of the Bankruptcy Order, Stays, Petitions and Appeals when received, and the determination date of the said orders are to be computed and added to the "Life of the Writ. Determination and further sheriff's action is to be    recorded    in division docket.

III. This Directive supersedes all other Enforcement Division procedures.

IV. This Directive is effective immediately.

BY ORDER OF:

_____

SHERIFF

PHILADELPHIA COURT OF COMMON PLEAS
PETITION/MOTION COVER SHEET

CONTROL NUMBER:

**045073**

(RESPONDING PARTIES MUST INCLUDE THIS
NUMBER ON ALL FILINGS)

FOR COURT USE ONLY

ASSIGNED TO JUDGE: _____

ANSWER/RESPONSE DATE

APR 2 5 2018

OFFICE OF JUDICIAL
RECORDS

*Do not send Judge courtesy copy of the petition/motion/response.
Status may be obtained online at http://c...*

_____ Term, _____
Month                         Year

Hassan

No. 18010340C

vs.

unknown occupants

Name of Filing Party: Abdelayem Hassan

(Check one)  ☒ Plaintiff    ☐ Defendant
(Check one)  ☒ Movant       ☐ Respondent

Has another petition/motion been decided in this case?  ☐ Yes  ☐ No
Is another petition/motion pending?

INDICATE NATURE OF DOCUMENT FILED:

☐ Petition (Attach Rule to Show Cause)    ☒ Motion
☐ Answer to Petition                       ☐ Response to Motion

*If the answer to either question is yes, you must identify the judge(s):*  ☐ Yes  ☐ No

TYPE OF PETITION/MOTION *(see list on reverse side)*

Motion for writ a possession

PETITION/MOTION CODE
*(see list on reverse side)*

MTWPS

ANSWER/RESPONSE FILED TO *(Please insert the title of the corresponding petition/motion to which you are responding):*

I. CASE PROGRAM

Is this case in the *(answer all questions)*:

A. COMMERCE PROGRAM

Name of Judicial Team Leader: _____

Applicable Petition/Motion Deadline: _____

Has deadline been previously extended by the Court?

☐ Yes  ☐ No

B. DAY FORWARD/MAJOR JURY PROGRAM — Year _____

Name of Judicial Team Leader: _____

Applicable Petition/Motion Deadline: _____

Has deadline been previously extended by the Court?

☐ Yes  ☐ No

C. NON JURY PROGRAM

Date Listed: ✓

D. ARBITRATION PROGRAM

Arbitration Date: _____

E. ARBITRATION APPEAL PROGRAM

Date Listed: _____

F. OTHER PROGRAM: _____

Date Listed: _____

II. PARTIES (required for proof of service)
(Name, address and *telephone number* of all counsel of record and
unrepresented parties.  Attach a stamped addressed envelope for each
attorney of record and unrepresented party.)

unknown occupants
146 S. 62 St.
Phila. PA 19139

309 Barker Ave
Lansdowne PA 1905 C
Hassan Abdelayem
4845571337

III. OTHER

By filing this document and signing below, the moving party certifies that this motion, petition, answer or response along with all documents filed, will be served
upon all counsel and unrepresented parties as required by rules of Court (see PA. R.C.P. 206.6, Note to 208.2(a), and 440).  Furthermore, moving party verifies
that the answers made herein are true and correct and understands that sanctions may be imposed for inaccurate or incomplete answers.

_____          4-5-2018          HASSAN ABdelayem          _____
*(Attorney Signature/Unrepresented Party)*          *(Date)*          *(Print Name)*          *(Attorney I.D. No.)*

The Petition, Motion and Answer or Response, if any, will be forwarded _____ ate. No extension of the
Answer/Response Date will be granted.

Hassan Vs Unknown Occupants-MTWPS

30-1061 (Rev. 8/2014)



18010340000006

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

H 2552                              :
_____          :        _____ Term, 20_____
        Plaintiff/Petitioner :
      v.                         :        No. 1801033400
                          :
unknown occupants                  :        **045073**
     Defendant/Respondent          :        Control No._____

## RULE

    AND NOW, this _____ day of _____, _____, upon consideration of the
foregoing Motion/Petition _____

_____

_____, a RULE is hereby entered upon the Respondent to show cause why the relief requested
therein should not be granted.

    RULE RETURNABLE on the _____ day of _____, _____, at
_____ a.m./p.m., in Courtroom _____, City Hall, Philadelphia, PA 19107.

BY THE COURT:

_____
                                   J.

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

Hasan

_____

_____
                        Plaintiff

        v.

unknown occupants

_____
                        Defendant

:
:
:
:
:
:
:
:
:
:
:
:

_____Term, 20_____

No. 180103400

Control No. **045073**

ORDER

AND NOW, this _____ day of _____, _____, upon consideration of the

Motion/Petition _____

_____, and

any response thereto, it is ORDERED and DECREED that said Motion/Petition is _____

_____.

_____

_____

_____

_____.


                                        BY THE COURT:


                                        _____
                                                                J.

**IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION - CIVIL**

Hassan

_____              :
                    Plaintiff          :          _____Term, 20_____
                                       :
         v.                            :          No. 180103400
                                       :
unknown occupants                      :
                                       :          **045073**
_____              :          Control No._____
                    Defendant          :

_____ motion for writ of possession _____

(Please fill in information below)

see attached

**IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION – CIVIL**

Hassan                                    :        _____ TERM, _____

                                          :

_____                 :

           Plaintiff(s)                   :        No. 8010340CO

vs.                                       :

Unknown occupants                         :        **045073**

_____                 :

           Defendant(s)

---

**MOTION FOR WRIT OF POSSESSION**

1. On, 10|5|2017 _____, Plaintiff became the record owner of the property

   located at 146 S. 23rd Street _____, Philadelphia, PA 19139 _____

   by virtue of a DEED recorded on 11|21|2017 _____ at Document Identification

   Number 53294873 _____. A true and correct copy of the DEED is

   attached hereto as Exhibit "A".

2. Plaintiff commenced this Civil Action in Ejectment by Complaint on

   1|22|2018 _____.

3. Service process/Affidavit of Service was made in accordance with PA. R.C.P. and/or

   Court Order for Alternative Service against the occupants of the Property.

C I T Y - 2 7
P .     5

4. Judgment by Default was entered of record on __4\5\2018__

against the occupants of the Property. A true and correct copy of the Plaintiff's Praecipe

to Enter Default Judgment is attached hereto as Exhibit "B" and made a part hereof.

5. With respect to enforcement of judgments in ejectment actions, PA. R.C.P. 3160

provides (in pertinent part) the following: "[a] judgment for possession shall be enforced

by a Writ of Possession substantially in the form provided by Rule 3254."

6. The Property continues to be occupied by individuals other than the legal owner,

necessitating issuance of a Writ of Possession followed by scheduling of a lock-out.

7. Plaintiff has not permitted or authorized any individual to occupy the Property.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court enter an Order

authorizing the issuance of a Writ of Possession of the real property situated at

__146 S. 62nd Street__, Philadelphia, PA __19139__.

Respectfully submitted,

_____
                                    Print

_____
                                    Sign

Date: __4.5.18__

## VERIFICATION

I, _HASSAN ABdel Aim_, Plaintiff/Defendant, verify that the facts set forth in the foregoing are true and correct to the best of my information, knowledge and belief.

I understand that the statements contained herein are subject to the Penalties of 18 Pa.C.S.A., Section 4904 relating to unsworn falsification to authorities.

_HASSAN ABdel Aim_
(Print Name)

_Asim C_
(Signature)

Date: _4-5-2018_

CITY-27
P. 7

## CERTIFICATION OF SERVICE

I, _HASSAN ABdOl/el_, hereby certify that a true and correct copy of the foregoing Motion/Petition and accompanying papers, was served on the below listed addresses by First-Class United States mail, postage pre-paid on _____(date):

Name: _Unknown Occupants_

Address: _146 S. 62rd Street_

Address: _____

City, State, Zip Code: _Phila. PA 19139_


Name: _____

Address: _____

Address: _____

City, State, Zip Code: _____


Name: _____

Address: _____

Address: _____

City, State, Zip Code: _____


Date: _4-5-2018_                   By: _____

eRecorded in Philadelphia PA   Doc Id: 53294873
11/21/2017 05:01 PM   Page 1 of 6   Rec Fee: $252.00
Receipt#: 17-121162
Records Department   Doc Code: DS
State RTT: $343.40   Local RTT: $1,064.54
1707-5002

# Know all Men by these Presents

*THAT I, Jewell Williams, Sheriff of the County of Philadelphia in the Commonwealth of Pennsylvania, for and in consideration of the sum of THIRTY THOUSAND AND XX / 100 [$30,000.00] dollars, to me in hand paid, do hereby grant and convey to ABDELDAYEM HASSAN .*

## DESCRIPTION

BRT#: 031193800

Premises Being:   146 S 62ND ST, PHILADELPHIA, PA 19139-2928

SEE ATTACHED LEGAL DESCRIPTION

CITY-27
P . 9

*The same having been sold, on the 5th day of October Anno Domini Two Thousand Seventeen, after due advertisement,*

*according to the law, under and by virtue of a Writ of Execution/DECREE issued out of the Court of Common Pleas as of*

*April Term, Two Thousand Fifteen Number T0192 as the suit of:*

CITY OF PHILADELPHIA

VS.

STANLEY ZALKIN AND ELEANOR ZALKIN

**In witness whereof, I have hereunto affixed my signature this 9th day of November Anno Domini Two**

**Thousand Seventeen.**

### SEALED AND DELIVERED
### IN THE PRESENCE OF:

*Marilyn R Franks*
Marilyn R Franks (Nov 10, 2017)
_____
Witness

*Richard Tyer*
Richard Tyer (Nov 10, 2017)
_____
Witness

**Jewell Williams, SHERIFF**

**BY**

*Inspector Richard Verrecchio*
Inspector Richard Verrecchio (Nov 10, 2017)
_____
Richard Verrecchio, Real Estate Inspector

CITY-27
P. 10

Case 18-00137-mdc    Doc 3091-2    Filed 10/02/28    Entered 10/02/28 16:00:39    Desc
Exhibit Defendants Exhibits Page 1 D 6014 Page 294 of 386

53294873    Page 3 of 6    11/21/2017 05:01 PM

Commonwealth of Pennsylvania :
County of Philadelphia :

On this, the 09 Nov 2017, before me, the undersigned Officer, personally appeared JEWELL WILLIAMS, BY HIS/HER REAL ESTATE INSPECTOR RICHARD VERRECCHIO, Sheriff of the County of Philadelphia, known to me (or satisfactorily proven) to be the person described in the foregoing instrument, and acknowledged that he/she executed the same in the capacity therein stated and for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

*Steven J. Wulko*
Steven J. Wulko (Nov 10, 2017)

Office of Judicial Records
Steven J. Wulko, Deputy Director

**Deed = Poll**

Book No.    1707
Writ No.    5002
Control No. _____

Jewell Williams, SHERIFF

TO

ABDELDAYEM HASSAN

CITY OF PHILADELPHIA

VS.

STANLEY ZALKIN AND ELEANOR ZALKIN

Apr. T. 2015

No. _____ T0192

Premises:
146 S 62ND ST
PHILADELPHIA, PA19139-2928

Sheriff of the County of Philadelphia
Captain Richard Verrecchio
Witness
Real Estate/Settlement Dept.
Land Title Building
100 South Broad Street 5th Floor
Philadelphia, PA19110

The Address of the within-named Grantee
309 BARKER AVENUE
LANSDOWNE, PA19050
On behalf of the Grantee

Jewell Williams, SHERIFF
Philadelphia Sheriff Office

REV-183 EX (2-15)



**pennsylvania**
DEPARTMENT OF REVENUE

Bureau of Individual Taxes
PO BOX 280603
Harrisburg, PA 17128-0603

# REALTY TRANSFER TAX
## STATEMENT OF VALUE

See reverse for instructions.

53294873 Page 4 of RECORDER'S USE ONLY

| | |
|---|---|
| State Tax Paid | |
| Book Number | |
| Page Number | |
| Date Recorded | |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration or by gift, or (3) a tax exemption is claimed. If more space is needed, please attach additional sheets. A Statement of Value (SOV) is not required if the transfer is wholly exempt from tax based on family relationship or public utility easement. However, it is recommended that a SOV accompany all documents filed for recording.

## A. CORRESPONDENT - All inquiries may be directed to the following person:

| | Telephone Number |
|---|---|
| Name **Sheriff of the County of Philadelphia** | **(215) 686-3530** |

| Mailing Address **Land Title Building 100 South Broad Street 5th Floor** | City **Philadelphia** | State **PA** | ZIP Code **19110** |
|---|---|---|---|

## B. TRANSFER DATA

Date of Acceptance of Document

| Grantor(s)/Lessor(s) **Jewell Williams, Sheriff** | Grantee(s)/Lessee(s) **ABDELDAYEM HASSAN** |
|---|---|
| Mailing Address **Land Title Building 100 South Broad Street 5th Floor** | Mailing Address **309 BARKER AVENUE** |

| City **Philadelphia** | State **PA** | ZIP Code **19110** | City **LANSDOWNE** | State **PA** | ZIP Code **19050** |
|---|---|---|---|---|---|

## C. REAL ESTATE LOCATION

| Street Address **146 S 62ND ST** | City, Township, Borough **PHILADELPHIA** |
|---|---|

| County **Philadelphia** | School District | Tax Parcel Number **031193800** |
|---|---|---|

## D. VALUATION DATA

Was transaction part of an assignment or relocation?  ☐ Y  ☐ N

| 1. Actual Cash Consideration **$30,000.00** | 2. Other Consideration **+ $0.00** | 3. Total Consideration **= $30,000.00** |
|---|---|---|
| 4. County Assessed Value **$34,000.00** | 5. Common Level Ratio Factor **x 1.01** | 6. Computed Value **= $34,340.00** |

## E. EXEMPTION DATA - Refer to instructions for exemption status.

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|

2. Check Appropriate Box Below for Exemption Claimed.

☐ Will or intestate succession. _____
(Name of Descendant)          (Estate File Number)

☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)

☐ Transfer from a trust. Date of transfer into trust _____
If trust was amended attach a copy of original and amended trust.

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

☐ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☐ Other (Please explain exemption claimed.) _____

Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party **Tiffany Harrison** | Date **11/09/2017** |
|---|---|

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

C I T Y - 2 7
P 1 3

| | BOOK NO. | PAGE NO. |
|---|---|---|

## PHILADELPHIA REAL ESTATE
## TRANSFER TAX CERTIFICATION

DATE RECORDED

CITY TAX PAID

Complete each section and file in duplicate with Recorder of Deeds when (1) the full consideration/value is/is not set forth in the deed, (2) when the deed is with consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, attach additional sheet(s).

**A. CORRESPONDENT - All inquiries may be directed to the following person:**

NAME
**Sheriff of the County of Philadelphia**

TELEPHONE NUMBER
**(215) 686-3530**

STREET ADDRESS
**Land Title Building100 South Broad Street 5th Floor**

CITY **Philadelphia**   STATE **PA**   ZIP CODE **19110**

**B. TRANFER DATA**

DATE OF ACCEPTANCE OF DOCUMENT:

GRANTOR(S)/LESSOR(S)
**Jewell Williams, Sheriff**

GRANTEE(S)/LESSEE(S)
**ABDELDAYEM HASSAN**

STREET ADDRESS
**Land Title Building100 South Broad Street 5th Floor**

STREET ADDRESS
**309 BARKER AVENUE**

CITY **Philadelphia**   STATE **PA**   ZIP CODE **19110**

CITY **LANSDOWNE**   STATE **PA**   ZIP CODE **19050**

**C. PROPERTY LOCATION**

STREET ADDRESS
**146 S 62ND ST**

CITY, TOWNSHIP, BOROUGH
**PHILADELPHIA**

COUNTY **PHILADELPHIA**

SCHOOL DISTRICT

TAX PARCEL NUMBER
**031193800**

**D. VALUATION DATA**

| 1. ACTUAL CASH CONSIDERATION **$30,000.00** | 2. OTHER CONSIDERATION **+ $0.00** | 3. TOTAL CONSIDERATION **= $30,000.00** |
|---|---|---|
| 4. COUNTY ASSESSED VALUE **$34,000.00** | 5. COMMON LEVEL RATIO FACTOR **x 1.01** | 6. FAIR MARKET VALUE **= $34,340.00** |

**E. EXEMPTION DATA**

| 1A. AMOUNT OF EXEMPTION | 1B. PERCENTAGE OF INTEREST CONVEYED | **Transfer Tax:  $1,407.94** |
|---|---|---|

**2. Check Appropriate Box Below for Exemption Claimed**

☐ Will or intestate succession _____

_(NAME OF DECEDENT)_ _(ESTATE FILE NUMBER)_

☐ Transfer to Industrial Development Agency.

☐ Transfer to agent or straw party. (Attach copy of agency/straw party agreement).

☐ Transfer between principal and agent. (Attach copy of agency/straw trust agreement). Tax paid prior deed $ _____

☐ Transfer to the Commonwealth, the United States, and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (Attach copy of resolution).

☐ Transfer from mortgagor to a holder of a mortgage in a default. Mortgage Book Number _____, Page Number _____ Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).

☐ Corrective deed (Attach copy of the prior deed).

☐ Other (Please explain exemption claimed, if other than listed above.) _____

_____

_____

_Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete._

SIGNATURE OF CORRESPONDENT OR RESPONSIBLE PARTY
**Tiffany Harrison**

DATE
**11/9/2017**

CITY-27
P. 13

53294873   Page 6 of 6   11/21/2017 05:01 PM

*1  1708-5002*

## Legal Description

BRT/OPA #:     031193800

Assessed Legal Description:        139' 3" S OF SANSOM   15' 4" X 94' 5"

Abbreviated Legal Description:     15' 4" X 94' 5-7/8"

146 S 62ND ST

Actual Legal Description for Premises:

ALL THAT CERTAIN lot or piece of ground with the messuage or tenement thereon erected.

SITUATE on the West side of 62nd Street at the distance of 139 feet 3 inches Southward from the South side of Sansom Street.

CONTAINING in front or breadth on 62nd Street 15 feet 4 inches and extending of that width in length or depth Westwardly at right angles with 62nd Street 94 feet 5-7/8 inches to a certain 3 feet wide alley leading Northward and Southward between Sansom Street and Walnut Street.

BEING the same premises which Patricia Roberts Harris, Secretary of Housing and Urban Development, of Washington, D.C. by Deed dated 02/01/1978 and recorded 03/08/1978 at Philadelphia in Deed Book DCC 1603 - 269 granted and conveyed unto Stanley Zaitkin and Eleanor, h/w in fee.

C I T Y - 2 7
P . 1 4     Case ID: 1504T0192

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

HASSAN
_____
Plaintiff

vs.

UNKOWN OCCUPANTS
_____
Defendant

COURT OF COMMON PLEAS

_____ Term, 20_____

NO. 180103400

# Praecipe for Writ of Possession

**TO THE OFFICE OF JUDICIAL RECORDS:**

Issue Writ of Possession in the above matter, for possession of: *(describe property)*

146 S 62nd ST
Phila PA 19039

_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
*Attorney(s) for Plaintiff(s)*

Hassan Vs Unknown Occupants-WRPOS

Ejectment Quiet Title

5-116 (Rev. 8/2014)



18010340000010

CITY-28
P. 1

Form C.P. 109

*Ejectment*
*Quiet Title*

# Commonwealth of Pennsylvania
# County of Philadelphia

HASSAN

COURT OF COMMON PLEAS

*vs.* UNKOWN
OCCPANTS

_____ Term, 20_____

No. 180103460

# Writ of Possession

To the Sheriff of Philadelphia County:

(1)  To satisfy the judgment for possession in the above matter you are directed to deliver possession of the following described property to:

HASSAN ABdd yen

(2)  To satisfy the costs against

UNOWN OCCUPCCANTS

you are

directed to levy upon any property of

146 S. 62 rd St
PHila PA 19139

and sell

interest therein.



ERIC FEDER
Director, Office of Judicial Records

By _____
                    *Clerk*

Date May 7, 2018

10-207 (Rev. 1/01)

# Court of Common Pleas

_____ Term, 20_____

No. 180103400

HASSAN        vs. UNKOWN OCCUPNTS

## WRIT OF POSSESSION

CITY - 28
P. 3

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION – CIVIL

| | | |
|---|---|---|
| HASAN | : | Case No.  180103400 |
| | : | |
| v. | : | Control No.  18045073 |
| | : | |
| UNKNOWN OCCUPANTS | : | |

### ORDER

AND NOW, this 27th day of April, 2018, upon consideration of Plaintiff's Motion for

Writ of Possession, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that the Office of Judicial Records for the First Judicial District is

directed to issue a Writ of Possession for the real property located at 146 S. 62nd Street,

Philadelphia, PA 19139 upon Praecipe of Plaintiff.

BY THE COURT:



_____
J.



RECEIVED

APR 3 0 2018

OFFICE OF JUDICIAL
RECORDS

Hassan Vs Unknown Occup-ORDER

18010340000008

Page 1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CASE NO. 18-13098-MDC

_____

LYNDEL TOPPIN,

       Debtor/Plaintiff,

   vs.

JEWELL WILLIAMS and
ABDELDAYEM HASSAN
a/k/a ABDELDYEM
HASSAN,

       Defendants.

_____

         *    *    *    *

THURSDAY, DECEMBER 12, 2019

         *    *    *    *

     Oral deposition of LIEUTENANT SEAN

THORNTON, taken pursuant to notice, was

held at the Municipal Services Building,

1401 John F. Kennedy Boulevard, Philadelphia,

Pennsylvania, commencing at 12:00 p.m.,

on the above date, before Lori A. Porto,

a Certified Court Reporter.

KAPLAN, LEAMAN & WOLFE
230 SOUTH BROAD STREET, SUITE 1303
PHILADELPHIA, PENNSYLVANIA 19102
(215) 922-7112
www.klwreporters.com

Page 2

1    A P P E A R A N C E S:

2

3         DUNNE LAW OFFICES, P.C.
          BY:  STEPHEN M. DUNNE, ESQUIRE
4                  - and
              PREDRAG FILIPOVIC, ESQUIRE
5         1515 Market Street
          Suite 1200
6         Philadelphia, PA 19109
          215.551.7109
7         stephen@dunnelawoffices.com
          pfesq@ifight4justice.com
8         Counsel for the Debtor/Plaintiff

9

          CITY OF PHILADELPHIA LAW DEPARTMENT
10        BY:  MEGAN N. HARPER, DEPUTY CITY SOLICITOR
                 - and -
11            JOSHUA DOMER, ASSISTANT CITY SOLICITOR
          1401 John F. Kennedy Boulevard
12        Room 580
          Philadelphia, PA 19102
13        215.686.0503
          megan.harper@phila.gov
14        joshua.domer@phila.gov
          Counsel for the Defendant
15        Jewell Williams

16

17

18

19

20    A L S O   P R E S E N T:

21

22        JETARIA TAYLOR

23

24

25

Page 3

1                    W I T N E S S    I N D E X

2

3    Examination of Lieutenant Thornton

4
          By Mr. Filipovic:   Pages 7, 49
5

6         By Ms. Harper:   Pages 48, 57

7
          By Mr. Domer:   Page 48
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1                    E X H I B I T S

2

3   Exhibit PS-1:  Order dated 9-10-19

4        Page 16

5

    Exhibit PS-2:  Fax Cover Sheet with attachments
6
         Page 18
7

8   Exhibit PS-3:  Notice to Vacate dated 5-8-18

9        Page 26

10
    Exhibit PS-4:  Notice to Vacate dated 5-24-18
11
         Page 32
12

13   Exhibit PS-5:  Notice to Vacate dated 5-30-18

14        Page 33

15
    Exhibit PS-6:  Eviction Notice dated 6-1-18
16
         Page 34
17

18   Exhibit PS-7:  Eviction Notice dated 6-5-18

19        Page 35

20
    Exhibit PS-8:  Eviction Notice and Envelope
21
         Page 36
22

23   Exhibit PS-9:  Handwritten Notes

24        Page 37

25

Page 5

1                 E X H I B I T S   (Continued)

2

3    Exhibit PS-10:   Sheriff's Return of Service Sheet

4          Page 43

5

     Exhibit PS-11:   Service Event Report

6          Page 47

7

8

9

10

11

12

13

14

15

16                 (EXHIBITS ARE ATTACHED
                   TO THE TRANSCRIPT)

17

18

19

20

21

22

23

24

25

Page 6

1            D E P O S I T I O N    S U P P O R T

2

3    (REQUEST)....................................15
     (REQUEST)....................................29
4    (REQUEST)....................................30

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 7

1   (Sean Thornton, having been duly sworn, was examined

2   and testified as follows:)

3   (EXAMINATION OF LT. THORNTON BY MR. FILIPOVIC:)

4        Q.      Good afternoon, Lieutenant Thornton.

5        A.      Good afternoon.

6        Q.      My name is Attorney Predrag Filipovic.

7                I will be conducting this deposition.

8                I'm just going to give you a few

9   general pointers that we are required to provide each

10  time.

11       A.    Okay.

12               MR. FILIPOVIC:  Counsel, usual

13  stipulations in this one?

14               MS. HARPER:  Yes.

15  BY MR. FILIPOVIC:

16       Q.    I'll be asking the questions and I'll

17  try to be succinct with my questions.

18               If your attorney has an objection, she

19  will so say for the record.

20               We may discuss the objection and she

21  will instruct you whether or not to answer the

22  question in lieu of the objection.

23               I would ask that your responses be

24  vocal, so that while I can notice your gestures,

25  which we all do in day-to-day conversation, for

Page 8

1   purposes of today's questioning, I need your answers

2   to be verbal, so the court reporter can jot them down

3   for the record.

4           Is that understood?

5       A.      Yes (indicating).

6       Q.      I saw you nodding your head.

7       A.      Yes.

8       Q.      I'll also give you this instruction and

9   it's just going to be a question, but please don't

10  think anything by it.  We ask every deponent, every

11  single deponent.

12          Are you under the effects of drugs or

13  alcohol today that would prevent you from providing

14  truthful testimony?

15      A.      No.

16      Q.      Please state your full name for the

17  record.

18      A.      Sean Thornton.

19      Q.      What is your occupation, Mr. Thornton?

20      A.      Deputy Sheriff Lieutenant with the

21  Philadelphia Sheriff's Office, assigned to the Civil

22  Enforcement Unit.

23      Q.      Lieutenant Thornton, how long have you

24  been with the sheriff's office?

25      A.      In total, 11 years.

Page 9

1        Q.      Can you describe your duties, your

2    general duties, in your current position?

3        A.      Civil Enforcement Unit.

4                We enforce civil complaints, which

5    include writ possessions, whether they are

6    executions, injunctions.

7        Q.      Is this the position that you held

8    between April and August of 2018?

9                Is it the same position that you have

10   now?

11       A.      No, I was assigned to another unit at

12   that time.

13       Q.      Okay.

14               So, at the time that we are here

15   inquiring about, what was your job then?

16       A.      I was assigned to the Fugitive Warrant

17   Unit.

18       Q.      So, between April and August of 2018,

19   you really had nothing to do with Civil Enforcement,

20   is that correct?

21       A.      I was not assigned -- yeah, I was not

22   assigned to Civil Enforcement, that is correct.

23       Q.      Do you know who was with the Civil

24   Enforcement Unit at the time?

25       A.      Are you --

Page 10

1          Q.      Which deputy or lieutenant?

2                  MR. DOMER:  Could you clarify what

3     level?

4                  MR. FILIPOVIC:  Okay.

5                  The job that you are doing now for

6     Civil Enforcement, do you know who did that job for

7     Civil Enforcement, that same job, same level, in the

8     time frame that I've specified?

9                  THE WITNESS:  We had Inspector Monte

10    Guess and Inspector Al Innaurato.

11                 I can spell that.

12                 It's I-n-n-a-u-r-a-t-o.

13                 MR. FILIPOVIC:  Just one second.

14                 I would like to confer with counsel and

15    step out.

16                 Off the record.

17                 (OFF-THE-RECORD DISCUSSION)

18                 (BRIEF RECESS)

19    BY MR. FILIPOVIC:

20         Q.      Lieutenant Thornton, when did you become

21    assigned to the Civil Enforcement Unit?

22                 Do you know the exact date?

23         A.      January of 2015.

24         Q.      January of 2015?

25         A.      Correct.

Page 11

1       Q.     So how long were you with the Civil

2    Enforcement Unit prior to getting reassigned to

3    Warrants?

4       A.     I was reassigned September -- excuse me,

5    October of 2017, and I returned to the Civil

6    Enforcement Unit in December of 2018.

7       Q.     When you returned to the Civil

8    Enforcement Unit in September of 2018, did any

9    policies and procedures change from the time that you

10   would have been there until October of 2017?

11      A.     No.

12      Q.     Excuse my unfamiliarity with the ranks

13   in your office, but, you're a lieutenant, so is there

14   anybody that you reported to within the Civil

15   Enforcement Unit at the time that you were there

16   higher than you?

17             MS. HARPER:  Can you narrow that down,

18   maybe break it down to the time frames --

19             MR. FILIPOVIC:  Well, I'm only

20   interested in his time with the Civil Enforcement

21   Unit.

22             So who did you report to?

23             THE WITNESS:  At what time?

24             MR. FILIPOVIC:  September.

25             THE WITNESS:  September of 2018?

Page 12

1              MR. FILIPOVIC:  Yes.

2              THE WITNESS:  Inspector Monte Guess.

3    BY MR. FILIPOVIC:

4        Q.    Until October of 2017?

5        A.    I'm sorry?

6        Q.    Until October of 2017, prior to getting

7    reassigned, who did you report to until then?

8        A.    Inspector Innaurato.

9        Q.    Do you know if Inspector -- do you know

10   when Inspector Monte Guess took over for Inspector

11   Innaurato?

12       A.    September of 2018.

13       Q.    So the same time you got reassigned?

14       A.    Yes.

15              It was simultaneous.

16              Inspector Innaurato retired and

17   Inspector Monte Guess assumed command of the unit.

18       Q.    Okay.

19              Sir, in your time with the -- I'm

20   asking about the entire time with the sheriff's

21   office.

22              To your knowledge, do you know what

23   generally happens when the sheriff finds out or gets

24   notice that a debtor has filed for bankruptcy?

25       A.    Generally speaking?

Sean Thornton

Page 13

1        Q.      Yes.

2        A.      When we get notice, we cease operations,

3    cease action on any, I guess, complaints or writ

4    possessions or writ executions.

5        Q.      Within the sheriff's office, is there

6    any specific phone line or toll-free number or, maybe

7    not a toll-free number, but a number that is

8    designated specifically for debtors to call in and

9    notify the sheriff of, hey, we filed bankruptcy?

10               Is there any such number?

11       A.      There are several numbers, but it all

12   depends on what unit -- well, the sheriff's office,

13   we enforce court orders, so a court order could come

14   from different areas of the office, so it all depends

15   on who files the bankruptcy and what unit -- where

16   the enforcement is needed, so -- a general number are

17   you asking?

18       Q.      No.

19               I'm asking if there is a specific

20   number that says to the public, hey, if you file

21   bankruptcy and you want to notify the sheriff, this

22   is the number to call.

23               Is there any such number that is only

24   for that?

25       A.      Only for that, there is no such number.

Page 14

1      Q.      Okay, that's fine.

2              Do you know -- same question for a fax

3      number, where it says to the public, a fax line that

4      says to the public, hey, if you filed for bankruptcy

5      and you want to notify the sheriff, this is the fax

6      number to send that notice to?

7      A.      No.

8      Q.      The same question for e-mail address.

9      A.      No.

10     Q.      Now, you've answered my question about

11     what generally happens, you know, with respect to

12     enforcement efforts once there is a notice of

13     bankruptcy, and thank you for that, but did you

14     receive any training on that from the sheriff's

15     office at any point?

16     A.      Training for --

17     Q.      Training in regards to how bankruptcy

18     affects actions of the sheriff.

19     A.      Yeah.

20             It's actually -- we speak with our

21     superiors and they explain during the training

22     process before you are, sort of, for lack of a better

23     word, on your own to enforce court orders.

24     Q.      So it's something that you were trained

25     on as a part of your initial training process?

Page 15

1          A.     Yes.

2          Q.     Is there any written material that you

3    were provided, like a PowerPoint to that effect, or

4    anything like that?

5          A.     Yes.

6                 We do have a training manual, so to

7    speak.

8          Q.     And it's in the training manual?

9          A.     Yes.

10   (REQUEST)     MR. FILIPOVIC:  I would like to make a

11   request on the record for production of the said

12   training manual, as it was requested in discovery and

13   we have not received it.

14                That is a household matter between

15   counsel, but nothing to do with your questioning.

16                Thank you.

17                To the best of your recollection, does

18   the training manual say that, once the notice is

19   given to the sheriff of the bankruptcy, you are to

20   cease enforcement of any pending writs, complaints,

21   so forth?

22                THE WITNESS:  Yes.

23   BY MR. FILIPOVIC:

24          Q.     You said, sir, that your office

25   generally enforces court orders.

Page 16

1            Do you know -- how many court orders

2   have you seen in your time with the sheriff's office?

3            And, this could be a large number or a

4   small number, but how many actual court orders have

5   you seen with your own eyes, where the judges in

6   Philadelphia have signed an order that directs the

7   sheriff or litigant to do one thing or another?

8        A.    A couple hundred.

9        Q.    A couple hundred, okay, fair enough.

10           In your experience, from having seen a

11   couple hundred of these, do you know what the court

12   in Philadelphia considers to be a proper fax number

13   for notifying the sheriff of real estate-related

14   executions?

15       A.    Can you repeat that?

16       Q.    In your experience, having seen a couple

17   hundred of these, do you know, has it come to your

18   attention, what fax number may appear on these court

19   orders as the fax number for judges to rely on for

20   notices to the sheriff's office with respect to real

21   estate-related executions?

22       A.    I'm not sure if I understand your

23   question.

24           MR. FILIPOVIC:  We will mark this PS-1.

25           (Exhibit PS-1, Order dated 9-10-19, is

Page 17

1    marked for identification)

2    BY MR. FILIPOVIC:

3        Q.     Sir, I'm going to hand you an exhibit

4    that has been marked as PS-1.

5               Sir, what I've given you, does that

6    appear to be a court order?

7        A.     Yes.

8        Q.     We've had to redact the entire caption,

9    but do you see that that is a Philadelphia Court of

10   Common Pleas Order?

11       A.     Yes.

12       Q.     Can you read what it says under number 1

13   here for the record?

14       A.     The petition to postpone the sheriff's

15   sale of real property is granted, and granted is

16   circled, and the sale is postponed to 10-1-2019.

17       Q.     Can you also read what is under prong 2,

18   the next prong?

19       A.     A copy of this order shall be served on

20   the sheriff by the petitioner by either faxing it to

21   215-686-3971 or by delivering a copy to the sheriff's

22   office at the Real Estate Division, fifth floor, Land

23   Title Building, 100 South Broad Street, Philadelphia,

24   PA 19110.

25       Q.     Thank you, sir.

Page 18

1            Does this order appear to be signed by

2    the judge below and entered into the docket?

3        A.    Yes.

4        Q.    Now, going back to the fax number that

5    you read off the order, 215-686-3971, is the judge

6    correct, is that one of the fax numbers in the

7    sheriff's office?

8        A.    I'm not sure.

9              I don't know.

10       Q.    That's fine.

11             We're done with that exhibit.

12             Sir, I'm going to hand you the next

13   exhibit, we'll call this one -- this one will have

14   three pages.

15             This will be PS-2.

16         (Exhibit PS-2, Fax Cover Sheet with

17   attachments, is marked for identification)

18             MS. HARPER:  I would just request that

19   you give him an opportunity to look at the document

20   before asking your questions.

21             MR. FILIPOVIC:  Thank you, counsel.

22             Please, absolutely, take your time in

23   looking it over.

24             THE WITNESS:  Okay.

25   BY MR. FILIPOVIC:

Page 19

1       Q.      Lieutenant Thornton, you've had a chance

2   to review the document.

3               What does it appear to you to be?

4       A.      It is a fax cover sheet -- the cover

5   sheet and the fax of a bankruptcy, notice of a

6   bankruptcy.

7       Q.      Does it indicate to you that it was

8   successfully transmitted?

9       A.      Yes.

10      Q.      And do you see the date of such

11  transmission?

12      A.      Yes, I do.

13      Q.      What is the date?

14      A.      Tuesday, May 8th, 2018.

15      Q.      And, sir, do you see the number that it

16  was transmitted to?

17      A.      Yes.

18      Q.      And what is that number?

19      A.      215-686-3971.

20      Q.      Now, let's recall Exhibit PS-1, the

21  prior exhibit.

22              The number I asked you about on that

23  order that you read into the record, these two

24  numbers, do they appear to be the same?

25      A.      They do.

Page 20

1          Q.      Thank you.

2                  Just to be clear, PS-2, which you are

3      still reading, is a Notice of Bankruptcy pertaining

4      to Lyndel Toppin.

5                  Do you see the name Lyndel Toppin?

6          A.      Yes, I do.

7          Q.      Sir, do you know how many times the

8      sheriff's office attempted to serve a writ of

9      possession or ejectment on the property under

10     book/writ 1707-5002 at 146 South 62nd Street, in

11     Philadelphia, Pennsylvania?

12         A.      You said how many?

13         Q.      How many times?

14                 Do you know if the sheriff's office

15     went out there at all?

16         A.      Yes.

17         Q.      Let me ask you again.

18                 Do you know if the sheriff's office

19     went out to execute on a writ at 146 South 62nd

20     Street in Philadelphia, PA in this case?

21         A.      Yes.

22         Q.      And do you know how many times the

23     sheriff's office went out there to execute on the

24     writ in total?

25                 MS. HARPER:  Objection to the form.

Page 21

1              I think there are two different types

2    of writs or notices.

3              MR. FILIPOVIC:  Well, for our purposes,

4    they are indistinguishable.

5              To repeat my question, do you know how

6    many times the sheriff's office went out there to

7    execute on the writ of this property?

8              THE WITNESS:  Two times.

9    BY MR. FILIPOVIC:

10        Q.    Two times, okay.

11              Can you tell us which dates?

12        A.    I do not have the dates.

13              I don't know the dates.

14        Q.    May I ask how you know that it was two

15    times if you don't recall the dates?

16        A.    That's our policy.

17        Q.    The policy is to go out two times?

18        A.    Correct.

19        Q.    Now, you weren't with the Civil

20    Enforcement Unit at this time, correct?

21        A.    At what point?

22        Q.    Between May and August of 2018.

23        A.    That is correct.

24        Q.    Would the person that was in your

25    position at that time have a better recollection of

Page 22

1    how many times and the dates?

2        A.    I can't tell you what a person could

3    remember.

4              I wouldn't know.

5        Q.    So you don't have any personal knowledge

6    of serving the writ or being at that property?

7        A.    No.

8        Q.    Would Monte Guess know?

9        A.    I don't know.

10             MR. DOMER:  Calls for speculation.

11   BY MR. FILIPOVIC:

12       Q.    Who personally goes out to serve these?

13             Is that within the scope of your job

14   now?

15       A.    Are we still talking about the same

16   address?

17       Q.    We're talking about any address -- we're

18   not talking about the same address.

19             We're now talking generally, if you

20   have an order and a writ for execution on an

21   ejectment, would you personally be out there serving

22   it at this time?

23       A.    No.

24       Q.    Okay.

25             Who in the Civil Enforcement Unit goes

Page 23

1    out there?

2         A.      We have several deputies that make

3    service throughout the city of Philadelphia.

4         Q.      Okay.

5                 Do you know which deputy went out to

6    serve this the two times that you say the sheriff's

7    office went out to this property, 146 South 62nd

8    Street?

9         A.      Yes, Deputy Taylor.

10        Q.      Deputy Taylor both times?

11        A.      Yes.

12        Q.      Do you believe, sir, that the sheriff's

13   office received notice of Lyndel Toppin's bankruptcy

14   by virtue of the notice that you saw on May 8th,

15   marked as PS-2?

16                Do you believe that the sheriff's

17   office received notice of his bankruptcy on that

18   date?

19        A.      On that date, I don't know.

20        Q.      Well, what was the date that you -- why

21   don't we recall the exhibit?

22                Why don't you take it back and review

23   it, if you need to?

24                I will ask more questions.

25        A.      Which one?

Sean Thornton

Page 24

1          Q.     PS-2.

2                 You said the date was May 8th, correct?

3          A.     Okay, yes.

4          Q.     And you said there was a notice of

5     bankruptcy and it was filed by Toppin?

6          A.     Correct.

7          Q.     And we identified that there is a number

8     that appears to be a fax number?

9          A.     Right.

10         Q.     Do you believe that the sheriff's office

11    did, in fact, receive notice of Mr. Toppin's

12    bankruptcy on May 8th of 2018 based on that document?

13         A.     Based on this document, Exhibit 2, yes,

14    I believe so.

15         Q.     To your knowledge of the case, do you

16    know if there was compliance with -- strike that.

17         After the notice was received, let's say, as it

18    stands, would that indicate to you, according to the

19    procedure that you've been trained on, that the

20    sheriff's office was to cease execution enforcement

21    against that particular debtor?

22         A.     Can you repeat that?

23                I just want to make sure I'm clear.

24         Q.     Would it appear to you, based on the

25    training that you testified to earlier, that the

Page 25

1    sheriff's office should have ceased all efforts to

2    execute on that debtor, Mr. Toppin, who filed

3    bankruptcy and sent notification after May 8th?

4         A.    Yes.

5         Q.    Is that yes?

6         A.    That is yes.

7         Q.    As you sit here today, sir,

8    understanding that you weren't with this unit at the

9    time, do you believe that the sheriff's office did

10   comply and did the sheriff's office cease trying to

11   enforce against that particular debtor after May 8th?

12             MS. HARPER:  Objection.

13             I think it calls for speculation.

14             MR. FILIPOVIC:  I'll just repeat the

15   question and we'll go from there.

16             After May 8th, do you know if the

17   sheriff's office went out there to execute on this

18   writ and to try to evict Mr. Toppin from his

19   property?

20             THE WITNESS:  I'm not sure exactly

21   when, if it was after or before.

22             I'm not sure.

23             MR. FILIPOVIC:  Counsel, a copy for

24   you, and, sir, this will be PS-3.

25             I will ask you to tell me if you've

Page 26

1    seen a document like that before.

2                    THE WITNESS:  Yes.

3                    (Exhibit PS-3, Notice to Vacate dated

4    5-8-18, is marked for identification)

5    BY MR. FILIPOVIC:

6          Q.     Do you know what it is?

7          A.     It is a notice to vacate a property or

8    writ possession of real property from the sheriff's

9    office.

10         Q.     Is there a number that identifies it?

11         A.     Yes, there's a sheriff's number.

12         Q.     What is the number?

13         A.     231566.

14         Q.     What does that number represent, the

15   sheriff's number?

16         A.     It is a unique number pertaining to the

17   type of enforcement that we must execute on, whether

18   it is a writ of possession, complaint.

19                    Anything that comes in our office is

20   identified by a six-digit number.

21         Q.     Would it be the same number for each

22   time that you attempt to serve or execute on the

23   particular debtor?

24         A.     Yes.

25         Q.     The number stays the same?

Page 27

1          A.      Yes.

2          Q.      So it can be tied in to a particular

3     debtor --

4          A.      Correct.

5          Q.      -- whose name is on the writ, right?

6                  MR. DOMER:  Objection.

7                  I think that misstates the testimony

8     that he gave about what the identifier means.

9                  If you could --

10                 MR. FILIPOVIC:  Do you want to have the

11    court reporter read back the prior question and

12    answer?

13                 (DESIGNATED QUESTION AND ANSWER ARE

14    READ)

15                 MR. FILIPOVIC:  What is your objection?

16                 I don't know if you are objecting to my

17    question or his answer.

18                 I don't see any room for the objection

19    there.

20                 MR. DOMER:  Fair enough.

21                 MS. HARPER:  Can I ask, for a point of

22    clarification, going forward, are you using the term

23    debtor to refer to individuals upon whom writs are

24    being served in the context of a general question?

25                 I don't think that's -- it's assuming

Page 28

1    you're serving these on debtors only.

2              MR. FILIPOVIC:  Well, not on debtors

3    only, but in this particular --

4              MS. HARPER:  I think the term debtors

5    is lacking a bit of clarification because it seems to

6    imply this is the procedure when we are serving on

7    debtors.

8              MR. FILIPOVIC:  Counsel, you can hash

9    that out in your redirect.

10             MS. HARPER:  That is fine.

11   BY MR. FILIPOVIC:

12        Q.    Is there a log or database where these

13   sheriff's numbers are recorded as you embark on the

14   service?

15        A.    Yes.

16        Q.    Is that being kept within the sheriff's

17   office, that database or log?

18        A.    Yes.

19        Q.    Is it kept in the regular course of the

20   sheriff's business?

21        A.    Yes.

22        Q.    And it's part of the sheriff's regular

23   business to keep this log?

24        A.    I'm sorry?

25        Q.    Is it the sheriff's day-to-day business,

Page 29

1   one of its operations, to keep this log, keep this

2   database, up-to-date?

3        A.    Yes.

4   (REQUEST)    MR. FILIPOVIC:  Counsel, I want to make

5   a request that this log be produced, this database

6   that contains the number.

7               MS. HARPER:  I'm not totally sure we've

8   established that it hasn't.

9               MR. FILIPOVIC:  We did ask for it and

10  it has not been produced.

11              MS. HARPER:  What are you looking for?

12              MR. DOMER:  Which log?

13              MR. FILIPOVIC:  We're looking for the

14  log that the deponent testified exists where it is a

15  database that would contain this number identifying

16  the particular debtor and all their attempts to serve

17  on it.

18              That is what we are looking for and

19  we've asked for it.

20              MR. DOMER:  I don't know if that is the

21  log he testified to as having existed.

22              MR. FILIPOVIC:  He testified, in plain

23  English, that there is a log.

24              He just testified to it.

25              MR. DOMER:  It will be addressed on

Page 30

1   redirect.

2   BY MR. FILIPOVIC:

3        Q.      Lieutenant Thornton, let me ask you

4   this.

5             Say you go back to your office and you

6   want to look up something with regard to this Lyndel

7   Toppin person.

8             Can you pull that up on the database

9   that you just mentioned by using this number that you

10  just identified?

11       A.      If Lyndel Toppin's name is associated

12  with this number or any number, then, yes, it would

13  be there, if Lyndel Toppin's name comes up.

14            We can look up a person by name or

15  address or this number here (indicating).

16       Q.      Okay, great.

17            So, if you were to type in the number

18  there that you see on PS-3, if it's in the database,

19  it would be sufficient to show you everything the

20  sheriff did on that particular number or all the

21  actions of service, at least, trips they made to the

22  property, to the debtor?

23       A.      Yes.

24  (REQUEST)   MR. FILIPOVIC:  That is what we are

25  requesting, on the record, again, that that portion

Page 31

1    of the database be produced.

2                MS. HARPER:  I think we can point to

3    you that it has been produced and we will do that on

4    redirect.

5    BY MR. FILIPOVIC:

6        Q.    Sir, I asked you earlier if the sheriff

7    did comply after receiving the notice and did it make

8    anymore trips to the property and you said you

9    weren't sure if it was before or after.

10               Do you recall that?

11               We can read it.

12       A.    Are you talking about the May 8th date?

13       Q.    Yes.

14       A.    I can't remember if it was that day.

15       Q.    You can't remember if the sheriff made

16   anymore trips to the property after May 8th, correct?

17       A.    Yeah, I'm not sure exactly.

18       Q.    Okay.

19               Now, if you were to type in the number

20   we've talked about from PS-3 called the sheriff's

21   number into the database that we mentioned, would you

22   be able to see all the efforts that were made and

23   give us an answer to the question?

24       A.    Yes.

25       Q.    Thank you.

Page 32

1              Back to questions on PS-3.

2              Do you see the date in the bottom

3    left-hand corner?

4         A.    Yes.

5         Q.    What is the date there?

6         A.    It says 5-18-18.

7         Q.    Is this the notice or a true and correct

8    copy of the notice that the sheriff's department left

9    at Lyndel Toppin's residence, 146 South 62nd Street,

10   on May 18th, 2018?

11             MS. HARPER:  Objection to form.

12             MR. FILIPOVIC:  You can answer.

13             As long as she doesn't instruct you not

14   to answer, you can answer the question, if you know.

15             THE WITNESS:  I don't know what

16   property this is associated with (indicating).

17   BY MR. FILIPOVIC:

18        Q.    But, if you were to run the sheriff's

19   number through the database, it would tell you?

20        A.    Yes.

21             MR. FILIPOVIC:  This will be PS-4.

22             (Exhibit PS-4, Notice to Vacate dated

23   5-24-18, is marked for identification)

24   BY MR. FILIPOVIC:

25        Q.    Do you see the document there I just

Page 33

1    handed you?

2          A.      Yes.

3          Q.      What does it appear to be?

4          A.      It appears to be a duplicate of PS-3.

5          Q.      When you say duplicate, is everything

6    exactly the same as PS-3, feel free to compare, or is

7    maybe a date different in the bottom left-hand

8    corner?

9          A.      Everything appears the same except the

10   date in the bottom left-hand corner.

11         Q.      And the sheriff's number is the same as

12   in PS-3?

13         A.      That is correct.

14                 MR. FILIPOVIC:  PS-5.

15                 (Exhibit PS-5, Notice to Vacate dated

16   5-30-18, is marked for identification)

17   BY MR. FILIPOVIC:

18         Q.      Same question for PS-5.

19                 Is everything the same on the PS-5

20   document?

21         A.      Yes, everything is the same except the

22   date.

23         Q.      Is that handwritten date there on all

24   these exhibits, PS-3, 4 and 5?

25         A.      I believe so, yeah.

Page 34

1      Q.     Do you recognize the handwriting by any

2  chance?

3      A.     I do not.

4             MR. FILIPOVIC:  PS-6.

5             (Exhibit PS-6, Eviction Notice dated

6  6-1-18, is marked for identification)

7  BY MR. FILIPOVIC:

8      Q.     Sir, looking at PS-6, have you seen that

9  document before?

10     A.     This particular one (indicating)?

11     Q.     Yes.

12     A.     Yes.

13     Q.     What does that seem to be?

14            Can you describe it for us?

15     A.     This is a final eviction notice.

16     Q.     For which address?

17     A.     Well, it's consistent with sheriff's

18  number 231566 and it looks like 146 South 62nd

19  Street.

20     Q.     What is the date on that document?

21     A.     The date -- which date?

22     Q.     The date that you -- so, in the

23  left-hand corner, the handwritten date, do you see

24  what it is?

25     A.     The handwritten date is 6-1-2018.

Page 35

1          Q.      And there is another date from the Court

2    stamped below, correct?

3          A.      Yes.

4          Q.      The date we are concerned with here

5    appears next to the address, correct, to the left of

6    the address?

7          A.      Yes.

8                  MR. FILIPOVIC:  PS-7.

9                  (Exhibit PS-7, Eviction Notice dated

10   6-5-18, is marked for identification)

11   BY MR. FILIPOVIC:

12         Q.      Sir, the same line of questioning for

13   that particular document.

14         A.      Yes, it's the same as PS-6.

15                 It's the same document, but the date is

16   different in the left-hand corner.

17         Q.      Same address?

18         A.      Yes.

19         Q.      What is the date on the latest document?

20         A.      6-5-2018.

21         Q.      Now, you said you had seen these

22   documents when I just asked you now.

23                 Is this generally what the document

24   looks like that the sheriff's department serves on --

25         A.      That is correct.

Page 36

1              MR. FILIPOVIC:  This will be marked

2    next as PS-8.

3              (Exhibit PS-8, Eviction Notice and

4    Envelope, is marked for identification)

5    BY MR. FILIPOVIC:

6         Q.    I will hand you another one in this

7    series.

8              That document, can you describe the

9    bottom portion below what appears to be the envelope?

10             Do you see the bottom part of it?

11        A.    Yes.

12        Q.    Now, could you tell us what that is?

13             Is it the same address, first of all?

14        A.    It is the same address as PS-6 and PS-7

15   minus -- I'm sorry.

16        Q.    Go ahead.

17        A.    It doesn't have the writ itself.

18        Q.    What about the sheriff's number?

19        A.    It has the same sheriff's number.

20        Q.    Same as all the other exhibits?

21        A.    That is correct.

22        Q.    Is there a date on that one that is

23   handwritten?

24        A.    There's two dates that are handwritten

25   on this document.

Page 37

1       Q.      Go ahead and tell us what they are.

2       A.      One date says 6-7-2018.

3       Q.      And that is on the envelope?

4       A.      That is on the envelope.

5       Q.      What about the actual document below?

6       A.      It has June 25th, 2018.

7       Q.      Is that a final eviction notice?

8       A.      Yes.

9               MR. FILIPOVIC:  PS-9.

10              Counsel, you've been provided this

11  document in discovery.

12                  I don't have copies.

13              MR. DOMER:  I can make copies.

14              (BRIEF RECESS)

15          (Exhibit PS-9, Handwritten Notes, is

16  marked for identification)

17  BY MR. FILIPOVIC:

18      Q.      Before we get into that, do you recall

19  me asking you about a database?

20      A.      Yes.

21      Q.      Is there a name that you associate with

22  that database?

23              Is that the Jewell system?

24      A.      Yes, that is called the Jewell system,

25  that is correct.

Page 38

1        Q.      Going back to PS-9, do you know, this

2    document has been provided by your attorneys or the

3    attorneys for Philadelphia, do you know what this is?

4        A.      A copy of the logbook of June 25th.

5        Q.      June 25th logbook?

6        A.      A page in the logbook dated June 25th.

7        Q.      2018?

8        A.      It doesn't have the year.

9        Q.      Have you ever seen this before?

10       A.      I have not, sir.

11       Q.      Do you know who Hassan is?

12               You wouldn't know.

13               June 25th, it says at the top of the

14   page, right?

15       A.      That is correct.

16       Q.      And then it has 12:00 p.m.

17               That is the first one, Metropolitan

18   Contracting, right?

19       A.      Yes.

20       Q.      Below that are some other names, but

21   they are earlier, correct?

22       A.      Earlier --

23       Q.      Earlier than 12:00 p.m.

24       A.      That is correct.

25       Q.      It appears that they are 9:00 a.m.

Page 39

1        A.      That is correct.

2        Q.      And the last one at the bottom is 10:00?

3        A.      That is correct.

4        Q.      Do you see the date on the left-hand

5   side that starts with 230615?

6                Do you see a date in the left-hand

7   corner, in the margin, to the left?

8        A.      I see numbers.

9                I wouldn't know if it is a date or

10  anything.

11               I see numbers.

12       Q.      Yes, numbers are what I'm asking for.

13       A.      Yes, I do.

14       Q.      Do you know what those numbers represent

15  or how they are assigned?

16       A.      That is a sheriff's number, unique

17  sheriff's number.

18       Q.      So that is the same number that would be

19  on the -- the sheriff's number that was on the

20  exhibits, same type of number?

21       A.      Same type of six-digit number that is

22  assigned to a particular case.

23       Q.      So, let's scroll down to where you see

24  the address in the middle of the page, 146 South 62nd

25  Street.

Page 40

1               Do you see that?

2        A.     Yes.

3        Q.     Could you read that line for us, 231566?

4        A.     It says, unknown occupants, it has the

5    address, has the time, 146 South 62nd Street, and

6    then it says bankruptcy filed, then it has a circle

7    next to a name that has Hassan, then it has a phone

8    number, 484-557-1737.

9        Q.     Okay.

10               Sir, have you seen, not this particular

11   page, but the visitors log sign-in sheet?

12               Have you seen that --

13       A.     Visitors log sign-in sheet?

14       Q.     The visitors log.

15       A.     I don't understand.

16       Q.     The sheriff's office, when people come

17   in for service, do they have to give their ID?

18       A.     Yes.

19       Q.     And then an employee of the sheriff's

20   office signs -- it's not the actual visitors who

21   write in this book, but the sheriff's person writes

22   in this book, right?

23       A.     Yes.

24       Q.     And they are supposed to write their

25   name?

Page 41

1          A.     Yes.

2          Q.     I'm just wondering if you've ever seen

3     this book where they write these names.

4          A.     No, I have not.

5          Q.     Is it possible that the close of the day

6     on Friday would be on the same page with the

7     beginning of the day on Monday?

8                 MS. HARPER:  Objection to form.

9                 You can answer.

10    BY MR. FILIPOVIC:

11         Q.     In other words, say the last person that

12    came in on Friday was signed in by the sheriff's

13    office and they did their business and they left and

14    now the sheriff's office closed over the weekend,

15    presumably, that unit, and then, when it opens up on

16    Monday, the first visitor comes in on Monday, could

17    it be possible that they would be on the same page in

18    the book?

19                MS. HARPER:  Objection to form, calls

20    for speculation.

21                He said he's never seen it.

22                MR. FILIPOVIC:  I'm asking him if he

23    thinks it's possible.

24                THE WITNESS:  Anything --

25                MR. FILIPOVIC:  Let me rephrase it.

Page 42

1                    Other than this June 25th date, how do

2    you know that these people whose names appear here

3    were, in fact, at the sheriff's office on June 25th

4    and any day prior?

5                    MS. HARPER:  Objection, assumes facts

6    not in evidence.

7                    You are assuming this is the logbook of

8    visitors.

9    BY MR. FILIPOVIC:

10        Q.    Do you know where this sheet came from?

11        A.    This sheet looks similar to how we

12    schedule evictions.

13        Q.    Okay, all right.

14                    So who do you think wrote this?

15        A.    I can't tell.

16                    I have no idea.

17        Q.    Who schedules evictions?

18        A.    I schedule evictions.

19        Q.    Okay.

20                    So does that mean that Inspector Monte

21    would have been the one to have written a schedule of

22    these evictions given the time period?

23        A.    Not necessarily.

24        Q.    Could you explain who -- we're looking

25    to identify the person who scheduled the eviction.

Page 43

1         Could you share any knowledge of that

2    fact?

3         A.     I do not know.

4              I can just tell you that, when I

5    returned to the unit, I took on the responsibility of

6    scheduling evictions.

7         Q.     Sure.

8              Do you know who had that responsibility

9    prior to your return to the unit?

10        A.     I do not recall.

11        Q.     Fair enough.

12             Would the scheduling of evictions be

13   logged in the Jewell system as well?

14        A.     Yes.

15             MR. FILIPOVIC:  PS-10.

16             (Exhibit PS-10, Sheriff's Return of

17   Service Sheet, is marked for identification)

18   BY MR. FILIPOVIC:

19        Q.     Sir, I'm going to hand you PS-10.

20             Have you seen a document like that

21   before?

22             Do you know what that is?

23        A.     It looks like a sheriff's return of

24   service.

25        Q.     Is it signed by anybody at the bottom?

Page 44

1      A.      Yes, the sheriff, Jewell Williams.

2      Q.      Anywhere in the document is it indicated

3  that the bankruptcy was filed?

4      A.      It says bankruptcy filed in sheriff's

5  office, 5-9-2018.

6      Q.      So, it says, 5-9-2018, okay, and it's

7  signed by Jewell Williams.

8              Is it fair to say that Jewell Williams,

9  the sheriff of Philadelphia, according to this

10  document, was aware of bankruptcy being filed in this

11  case even as early as the 9th of May, 2018?

12             MS. HARPER:  Objection to form, calls

13  for speculation.

14             MR. FILIPOVIC:  Can he answer the

15  question?

16             MS. HARPER:  Yes.

17             THE WITNESS:  I'm not sure if he was

18  aware of this.

19  BY MR. FILIPOVIC:

20      Q.      Going to the date of 5-9-2018, can you

21  read it again for us for the record?

22      A.      Bankruptcy filed in sheriff's office.

23      Q.      Okay.

24              Look at the top caption of the page,

25  the case number.

Page 45

1                    To your knowledge, is this tied to the

2    property at 146 South 62nd Street that we've been

3    discussing here today?

4          A.     I don't know.

5          Q.     I'm going to represent to you that it is

6    that case number and the writ number and that the

7    person in question is Lyndel Toppin.

8                    MS. HARPER:  Objection to form.

9                    There is no writ number on this

10   document.

11                   MR. FILIPOVIC:  The writ number is in

12   the parenthesis below the case number.

13                   MS. HARPER:  Oh, you mean like the book

14   and writ number?

15                   MR. FILIPOVIC:  Yes.

16                   MS. HARPER:  Okay.

17   BY MR. FILIPOVIC:

18         Q.     Now, I will represent to you that this

19   case caption and the writ number pertain to the

20   property at 146 South 62nd Street and Lyndel Toppin.

21                   Now, having said that, I'm sure your

22   counsel will not object, going back to this line,

23   bankruptcy filed in sheriff's office and signed by

24   Jewell Williams, does that now represent to you, is

25   it fair to say that Jewell Williams was aware that

Sean Thornton

Page 46

1    there was a bankruptcy filed by Mr. Toppin as early

2    as the 9th of May, 2018?

3          A.     If you are asking me was he aware

4    personally, I don't know, but --

5          Q.     When I say personally, I mean the

6    sheriff as in the Office of the Sheriff.

7          A.     Well, yes.

8          Q.     I should rephrase that.

9                 Not personally Mr. Williams, but the

10   sheriff's office that he represents in his capacity

11   as the sheriff.

12                Let's ask that question cleanly now

13   that we got all that out of the way.

14                Is it fair to say, according to this

15   document --

16                MS. HARPER:  Objection, asked and

17   answered.

18                MR. FILIPOVIC:  Let me ask it.

19                -- that the Philadelphia Sheriff's

20   Office was aware that Mr. Toppin filed for bankruptcy

21   as early as the 9th of May, 2018?

22                MS. HARPER:  Objection, assumes facts

23   not in evidence.

24                MR. FILIPOVIC:  You can answer.

25                THE WITNESS:  Yes.

Page 47

1          MR. FILIPOVIC:  This will be marked as

2     PS-11.

3          (Exhibit PS-11, Service Event Report, is

4     marked for identification)

5     BY MR. FILIPOVIC:

6          Q.    I've handed you a document that says

7     Service Event Report and I'm going to ask you, does

8     this document look familiar?

9                Have you seen these types of entries

10    before?

11         A.    Yes.

12         Q.    What do they represent to you?

13         A.    It represents the actions taken

14    according to this particular sheriff's number.

15         Q.    What is the action taken here that is

16    described in this document?

17         A.    It says that the deputy posted a copy of

18    a writ of possession on the address at 146 South 62nd

19    Street.

20         Q.    Was that done on the 10th of May, 2018?

21         A.    That is correct.

22         Q.    Do you have any reason in the universe

23    to doubt the accuracy of what that represents, that

24    entry?

25         A.    I do not.

Page 48

1              MR. FILIPOVIC:  Sir, thank you so much

2      for coming.

3              We have no more questions for you.

4              THE WITNESS:  Thank you.

5      (EXAMINATION OF LT. THORNTON BY MS. HARPER:)

6          Q.    Lieutenant Thornton, earlier there was

7      some discussion that you were present for regarding a

8      record that is kept of actions taken with respect to

9      the sheriff's numbers we've identified here.

10             Here, we're looking at a sheriff's

11     number on P-11 of 231566.

12             Do you see that in the top left corner?

13         A.    Yes.

14         Q.    Is this the database of the record you

15     were referring to earlier?

16         A.    Yes.

17             MR. DOMER:  Could we have a brief

18     moment to consult in case there is anything else we

19     missed?

20             MR. FILIPOVIC:  Certainly.

21             (BRIEF RECESS)

22     (EXAMINATION OF LT. THORNTON BY MR. DOMER:)

23         Q.    Lieutenant Thornton, referring now back

24     to PS-11, the Service Event Report that we just

25     talked about, just clarify, do you have any personal

Page 49

1    knowledge about this particular report and when it

2    was entered, how it was entered?

3              Personal knowledge.

4        A.    On this date, when it happened?

5        Q.    I'm just asking if you know personally

6    about the entry on this Service Event Report.

7        A.    No.

8              MR. DOMER:  Nothing further.

9    (EXAMINATION OF LT. THORNTON BY MR. FILIPOVIC:)

10       Q.    Just a brief follow-up based on what was

11   asked subsequent to my questioning.

12             Sir, you were asked if PS-11 and PS-10

13   were part or documents that would be contained in the

14   Jewell database and you answered affirmatively,

15   right?

16             MS. HARPER:  Objection to form.

17             I asked about --

18             MR. DOMER:  We asked about it being in

19   the Jewell system.

20             MR. FILIPOVIC:  Please reread Counsel

21   Harper's questions.

22             (DESIGNATED QUESTION AND ANSWER ARE

23   READ)

24   BY MR. FILIPOVIC:

25       Q.    PS-10 and PS-11, would these be the

Page 50

1   types of documents that are kept in Jewell, and is

2   this from Jewell, these excerpts, if you will, of the

3   record?

4         A.     It is kept in Jewell.

5         Q.     So it's kept in the regular course of

6   the sheriff's business, these two documents?

7         A.     That is correct.

8         Q.     And they are entered and maintained by

9   sheriff's staff?

10        A.     Yes.

11        Q.     And is it part of the

12  regularly-conducted business activities of the

13  sheriff to create and maintain these types of logs?

14        A.     Yes, according to the division.

15        Q.     Thank you.

16               The last question, probably the last

17  question, these are only some of the contents of

18  Jewell, but all the attempts or all the actions and

19  attempts to serve and execute on the writ are not

20  anywhere in these two documents, correct?

21               MS. HARPER:  Objection.

22               It assumes facts not in evidence.

23  BY MR. FILIPOVIC:

24        Q.     Well, do you see on either of these two

25  documents where there is -- I am going to respond to

Page 51

1    that.

2                 This is in evidence.

3                 He testified that all the attempts that

4    the sheriff would make would be logged in to Jewell

5    and I'm asking that he confirm that these attempts

6    are not to be found in these two pieces of paper.

7                 MS. HARPER:  What attempts?

8                 MR. FILIPOVIC:  The attempts of the

9    sheriff and all the dates that he went out.

10                MS. HARPER:  Do you realize that your

11   client admitted to putting those dates on the

12   documents?

13                Again, you're assuming facts in

14   evidence.

15                MR. FILIPOVIC:  I'm not going to share

16   my litigation strategy, but maybe because of that we

17   need the record from the sheriff that we now know

18   exists.

19                MS. HARPER:  I'm still not sure what is

20   missing.

21                MR. FILIPOVIC:  I'm pretty sure it is

22   in plain English.

23                If you type in the number, this

24   database will reveal all the attempts of the sheriff

25   to serve or execute or evict based on that number and

Page 52

1   it will tie in to the property and Mr. Toppin.

2             That is the part of the record that was

3   not produced and it's very critical evidence,

4   counsel.

5             Sir, one more time, on these two

6   documents that are a part of the Jewell database,

7   PS-10 and PS-11, but for May 10th, they don't show

8   all the times that the sheriff went out to 142 South

9   62nd Street, is that correct?

10            THE WITNESS:  Other than May 10th, they

11  do not show.

12  BY MR. FILIPOVIC:

13      Q.    Sir, once again, if you go to Jewell and

14  type in the sheriff's identifying number from the

15  prior exhibits, you could get all the times and

16  occurrences when the sheriff went out?

17      A.    No, that is not correct.

18      Q.    That is not correct?

19      A.    No.

20      Q.    How would you go about knowing how many

21  times the sheriff went out there?

22      A.    You would type in a number, the unique

23  number that we discussed, in this case, the 231566.

24            In this case, there is a writ of

25  possession, that is the category, so we highlight it,

Page 53

1   we go into the field, and what you would see is this

2   particular date and this drop-down, we put in posted,

3   that is what Deputy Jetaria Taylor posted, this

4   information, where it says posted, and that field

5   would be highlighted.

6           There is a drop-down and you enter the

7   time and date that it actually happened (indicating).

8       Q.    Okay.

9           What about, in the category other than

10  writ and possession, we saw an eviction notice, that

11  would be a different drop-down, correct?

12      A.    Eviction notice?

13      Q.    Right.

14      A.    And the actual date?

15      Q.    The writ of possession was done on this

16  date, correct, May 10th?

17      A.    I'm sorry, repeat that.

18      Q.    The writ of possession -- PS-11 pertains

19  to the writ of possession, correct?

20      A.    That is correct.

21      Q.    Other paper, other than the writ of

22  possession, was discussed here today, correct?

23      A.    Yes.

24      Q.    And, the exhibits, PS-3 through PS-9,

25  the notices, as it pertains to Exhibits PS-3 through

Page 54

1   PS-9, would the Jewell system contain an entry where

2   each of those was served and posted?

3        A.    No.

4        Q.    It would not?

5        A.    No.

6        Q.    Is there any record within the sheriff's

7   office that you could reference that would contain

8   how many times the sheriff went out to do what they

9   did?

10       A.    Other than what is here, on PS-11?

11       Q.    Other than what is in the Jewell.

12       A.    No, there is no other entry.

13       Q.    Every time the sheriff goes out

14  somewhere to serve a writ or whatnot, they are

15  supposed to log it in Jewell, correct?

16       A.    Every time they go out?

17       Q.    Every time they go out.

18       A.    No, that is not true.

19       Q.    So the sheriff could have gone out more

20  -- is there ever a time when the sheriff would -- so

21  there are times when the sheriff would go out, but

22  wouldn't note it in Jewell?

23       A.    That is correct.

24       Q.    But, if it's noted in Jewell that they

25  went out, that means they went out?

Page 55

1          A.      Repeat that.

2          Q.      There is no time when the sheriff noted

3    in Jewell to have gone to the property to either

4    serve or evict that they didn't actually do it?

5                  Do you follow me?

6          A.      No.

7          Q.      You told me there could be a time when

8    the sheriff goes out to serve or evict, but it's not

9    noted in the Jewell system, correct?

10         A.      You're confusing what you are saying,

11   serve and evict.

12                 They are two different actions.

13         Q.      I know it is two different actions and

14   that is why I'm listing them differently.

15         A.      There is an issue, notice, which is

16   highlighted here, on PS-11.

17                 In this case -- this drop-down box

18   gives you different types of actions that the deputy

19   would have done.

20                 In this case, the deputy posted it.

21                 Had someone answered the door, this

22   field category here would have been different.  It

23   would have said served.

24                 I'm letting you know there are a lot of

25   different actions.

Page 56

1              She posted the property, meaning Deputy

2      Taylor, she posted the property on this particular

3      date at this particular time.

4              Now, the next time that an entry would

5      have been made would have been the actual eviction

6      date, where we go out and evict an occupant from the

7      property.

8              Other than that, again, we --

9      Q.    I understand that.

10     A.    That would be the only entry that would

11     have been made.

12     Q.    We're only interested in entries that

13     were made that are associated with each action that

14     the sheriff took under that sheriff's number.

15     A.    Okay.

16     Q.    And Jewell would have that, correct?

17     A.    Yes.

18     Q.    An entry for each action the sheriff

19     took on a given sheriff's number?

20     A.    Yes, but you also have to understand

21     that we do -- for writ possessions, there are only

22     two attempts or two times you go to the property.

23              Actually, if you include the eviction,

24     it will be three, total.

25              I wasn't clear on that, I apologize.

Page 57

1               The first time is to give initial

2    notice, the second time is to give the eviction date,

3    and the third time is to do the eviction.

4               The only time -- of those three times

5    there, there would be two entries in the Jewell

6    system, the first initial time to give notice and the

7    actual eviction date.

8               The second time, to give the eviction

9    date, there is not a log in the Jewell system.

10        Q.     And that was my question earlier that

11   was, maybe, misunderstood.

12               There could be times that the sheriff

13   takes action to either evict or serve that is not

14   noted in the Jewell system?

15        A.     Correct.

16               MR. FILIPOVIC:  No further questions.

17   (EXAMINATION OF LT. THORNE BY MS. HARPER:)

18        Q.     If notice is mailed, would that be

19   logged into the Jewell system?

20        A.     No.

21        Q.     In general, when you are serving a

22   notice to vacate, is it not only customary to post it

23   on the property, but also to mail it to the property?

24               MR. FILIPOVIC:  Objection to form,

25   compound question.

Page 58

1           MS. HARPER:  You can answer, if you

2      understand.

3               I can clarify it.

4               THE WITNESS:  What deputies -- when we

5      post the property, if we have to post a property,

6      that means we did not make contact with the occupant.

7      Therefore, to ensure that the occupant has notice, we

8      leave multiple notices.  One would be posted and the

9      other would be left in the mail slot and the other

10     would be mailed out, just to ensure the occupant has

11     notice, if we do not make contact with the occupant.

12     BY MS. HARPER:

13          Q.    But that mailing is not something that

14     is generally recorded in Jewell?

15          A.    That is correct.

16          Q.    I am going to ask you a question.

17               This is something that was produced in

18     discovery by the sheriff's office or on behalf of the

19     sheriff's office.

20               Does this record represent to your

21     knowledge the complete record in the Jewell system

22     for the Civil Enforcement Unit with respect to

23     execution of the sheriff's number 231566?

24          A.    Correct.

25               MS. HARPER:  Thank you.

Page 59

1             MR. FILIPOVIC:  Nothing further, sir.

2             Thank you.

3             (WITNESS EXCUSED)

4             (DEPOSITION CONCLUDED AT 1:30 P.M.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 60

1                          C E R T I F I C A T E

2

3

4          I, Lori A. Porto, a Notary Public and Certified

5    Court Reporter do hereby certify that the foregoing

6    is a true and accurate transcript of the testimony as

7    taken stenographically by and before me at the time,

8    place, and on the date hereinbefore set forth, to the

9    best of my ability.

10         I do further certify that I am neither a

11   relative nor employee nor attorney nor counsel of any

12   of the parties to this action, and that I am neither

13   a relative nor employee of such attorney or counsel,

14   and that I am not financially interested in the

15   action.

16

17

18

19

20

21

22

23         _____

           Lori A. Porto, CCR
24         Notary Public, State of New Jersey
           Certificate No. XI01577
25

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 362 of 386
Sean Thornton

Page 61

**A**

**a.m** 38:25
**a/k/a** 1:7
**ABDELDAY...**
1:7
**ABDELDYEM**
1:7
**ability** 60:9
**able** 31:22
**absolutely** 18:22
**accuracy** 47:23
**accurate** 60:6
**action** 13:3
47:15 56:13,18
57:13 60:12,15
**actions** 14:18
30:21 47:13
48:8 50:18
55:12,13,18,25
**activities** 50:12
**actual** 16:4 37:5
40:20 53:14
56:5 57:7
**address** 14:8
22:16,17,18
30:15 34:16
35:5,6,17
36:13,14 39:24
40:5 47:18
**addressed** 29:25
**admitted** 51:11
**affirmatively**
49:14
**afternoon** 7:4,5
**ahead** 36:16
37:1
**Al** 10:10
**alcohol** 8:13
**answer** 7:21
27:12,13,17
31:23 32:12,14
32:14 41:9
44:14 46:24
49:22 58:1
**answered** 14:10
46:17 49:14

**answers** 8:1
**anybody** 11:14
43:25
**anymore** 31:8
31:16
**apologize** 56:25
**appear** 16:18
17:6 18:1 19:3
19:24 24:24
33:3 42:2
**appears** 24:8
33:4,9 35:5
36:9 38:25
**April** 9:8,18
**areas** 13:14
**asked** 19:22
29:19 31:6
35:22 46:16
49:11,12,17,18
**asking** 7:16
12:20 13:17,19
18:20 37:19
39:12 41:22
46:3 49:5 51:5
**assigned** 8:21
9:11,16,21,22
10:21 39:15,22
**ASSISTANT**
2:11
**associate** 37:21
**associated** 30:11
32:16 56:13
**assumed** 12:17
**assumes** 42:5
46:22 50:22
**assuming** 27:25
42:7 51:13
**ATTACHED**
5:16
**attachments** 4:5
18:17
**attempt** 26:22
**attempted** 20:8
**attempts** 29:16
50:18,19 51:3

55:21
**answers** 8:1
51:5,7,8,24
56:22
**attention** 16:18
**attorney** 7:6,18
60:11,13
**attorneys** 38:2,3
**August** 9:8,18
21:22
**aware** 44:10,18
45:25 46:3,20

**B**

**B** 4:1 5:1
**back** 18:4 23:22
27:11 30:5
32:1 38:1
45:22 48:23
**bankruptcy** 1:1
12:24 13:9,15
13:21 14:4,13
14:17 15:19
19:5,6 20:3
23:13,17 24:5
24:12 25:3
40:6 44:3,4,10
44:22 45:23
46:1,20
**based** 24:12,13
24:24 49:10
51:25
**beginning** 41:7
**behalf** 58:18
**believe** 23:12,16
24:10,14 25:9
33:25
**best** 15:17 60:9
**better** 14:22
21:25
**bit** 28:5
**book** 40:21,22
41:3,18 45:13
**book/writ** 20:10
**bottom** 32:2
33:7,10 36:9
36:10 39:2
43:25

**Boulevard** 1:19
2:11
**box** 55:17
**break** 11:18
**brief** 10:18
37:14 48:17,21
49:10
**Broad** 1:23
17:23
**Building** 1:18
17:23
**business** 28:20
28:23,25 41:13
50:6,12

**C**

**C** 2:1 60:1,1
**call** 13:8,22
18:13
**called** 31:20
37:24
**calls** 22:10 25:13
41:19 44:12
**capacity** 46:10
**caption** 17:8
44:24 45:19
**case** 1:2 20:20
24:15 39:22
44:11,25 45:6
45:12,19 48:18
52:23,24 55:17
55:20
**category** 52:25
53:9 55:22
**CCR** 60:23
**cease** 13:2,3
15:20 24:20
25:10
**ceased** 25:1
**Certainly** 48:20
**Certificate**
60:24
**Certified** 1:22
60:4
**certify** 60:5,10
**chance** 19:1

34:2
**change** 11:9
**circle** 40:6
**circled** 17:16
**city** 2:9,10,11
23:3
**civil** 8:21 9:3,4
9:19,22,23
10:6,7,21 11:1
11:5,7,14,20
21:19 22:25
58:22
**clarification**
27:22 28:5
**clarify** 10:2
48:25 58:3
**cleanly** 46:12
**clear** 20:2 24:23
56:25
**client** 51:11
**close** 41:5
**closed** 41:14
**come** 13:13
16:17 40:16
**comes** 26:19
30:13 41:16
**coming** 48:2
**command** 12:17
**commencing**
1:20
**Common** 17:10
**compare** 33:6
**complaint** 26:18
**complaints** 9:4
13:3 15:20
**complete** 58:21
**compliance**
24:16
**comply** 25:10
31:7
**compound**
57:25
**concerned** 35:4
**CONCLUDED**
59:4
**conducting** 7:7

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 363 of 386
Sean Thornton

Page 62

**confer** 10:14
**confirm** 51:5
**confusing** 55:10
**considers** 16:12
**consistent** 34:17
**consult** 48:18
**contact** 58:6,11
**contain** 29:15
54:1,7
**contained** 49:13
**contains** 29:6
**contents** 50:17
**context** 27:24
**Continued** 5:1
**Contracting**
38:18
**conversation**
7:25
**copies** 37:12,13
**copy** 17:19,21
25:23 32:8
38:4 47:17
**corner** 32:3 33:8
33:10 34:23
35:16 39:7
48:12
**correct** 9:20,22
10:25 18:6
21:18,20,23
24:2,6 27:4
31:16 32:7
33:13 35:2,5
35:25 36:21
37:25 38:15,21
38:24 39:1,3
47:21 50:7,20
52:9,17,18
53:11,16,19,20
53:22 54:15,23
55:9 56:16
57:15 58:15,24
**counsel** 2:8,14
7:12 10:14
15:15 18:21
25:23 28:8
29:4 37:10

45:22 49:20
52:4 60:11,13
**couple** 16:8,9,11
16:16
**course** 28:19
50:5
**court** 1:1,22 8:2
13:13,13 14:23
15:25 16:1,4
16:11,18 17:6
17:9 27:11
35:1 60:5
**cover** 4:5 18:16
19:4,4
**create** 50:13
**critical** 52:3
**current** 9:2
**customary**
57:22

**D**

**D** 3:1 6:1
**database** 28:12
28:17 29:2,5
29:15 30:8,18
31:1,21 32:19
37:19,22 48:14
49:14 51:24
52:6
**date** 1:21 10:22
19:10,13 23:18
23:19,20 24:2
31:12 32:2,5
33:7,10,22,23
34:20,21,21,22
34:23,25 35:1
35:4,15,19
36:22 37:2
39:4,6,9 42:1
44:20 49:4
53:2,7,14,16
56:3,6 57:2,7,9
60:8
**dated** 4:3,8,10
4:13,15,18
16:25 26:3

32:22 33:15
34:5 35:9 38:6
**dates** 21:11,12
21:13,15 22:1
36:24 51:9,11
**day** 31:14 41:5,7
42:4
**day-to-day** 7:25
28:25
**debtor** 12:24
24:21 25:2,11
26:23 27:3,23
29:16 30:22
**Debtor/Plaintiff**
1:4 2:8
**debtors** 13:8
28:1,2,4,7
**December** 1:12
11:6
**Defendant** 2:14
**Defendants** 1:9
**delivering** 17:21
**department** 2:9
32:8 35:24
**depends** 13:12
13:14
**deponent** 8:10
8:11 29:14
**deposition** 1:16
7:7 59:4
**deputies** 23:2
58:4
**deputy** 2:10
8:20 10:1 23:5
23:9,10 47:17
53:3 55:18,20
56:1
**describe** 9:1
34:14 36:8
**described** 47:16
**designated** 13:8
27:13 49:22
**different** 13:14
21:1 33:7
35:16 53:11
55:12,13,18,22

55:25
**differently**
55:14
**directs** 16:6
**discovery** 15:12
37:11 58:18
**discuss** 7:20
**discussed** 52:23
53:22
**discussing** 45:3
**discussion** 10:17
48:7
**DISTRICT** 1:1
**division** 17:22
50:14
**docket** 18:2
**document** 18:19
19:2 24:12,13
26:1 32:25
33:20 34:9,20
35:13,15,19,23
36:8,25 37:5
37:11 38:2
43:20 44:2,10
45:10 46:15
47:6,8,16
**documents**
35:22 49:13
50:1,6,20,25
51:12 52:6
**doing** 10:5
**Domer** 2:11 3:7
10:2 22:10
27:6,20 29:12
29:20,25 37:13
48:17,22 49:8
49:18
**door** 55:21
**doubt** 47:23
**drop-down** 53:2
53:6,11 55:17
**drugs** 8:12
**duly** 7:1
**DUNNE** 2:3,3
**duplicate** 33:4,5
**duties** 9:1,2

**E**

**E** 2:1,1,20,20 3:1
3:1 4:1 5:1 6:1
60:1,1
**e-mail** 14:8
**earlier** 24:25
31:6 38:21,22
38:23 48:6,15
57:10
**early** 44:11 46:1
46:21
**EASTERN** 1:1
**effect** 15:3
**effects** 8:12
**efforts** 14:12
25:1 31:22
**either** 17:20
50:24 55:3
57:13
**ejectment** 20:9
22:21
**embark** 28:13
**employee** 40:19
60:11,13
**enforce** 9:4
13:13 14:23
25:11
**enforcement**
8:22 9:3,19,22
9:24 10:6,7,21
11:2,6,8,15,20
13:16 14:12
15:20 21:20
22:25 24:20
26:17 58:22
**enforces** 15:25
**English** 29:23
51:22
**ensure** 58:7,10
**enter** 53:6
**entered** 18:2
49:2,2 50:8
**entire** 12:20
17:8
**entries** 47:9
56:12 57:5

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 364 of 386
Sean Thornton

Page 63

entry 47:24 49:6
54:1,12 56:4
56:10,18
envelope 4:20
36:4,9 37:3,4
ESQUIRE 2:3,4
established 29:8
Estate 17:22
estate-related
16:13,21
Event 5:5 47:3,7
48:24 49:6
evict 25:18
51:25 55:4,8
55:11 56:6
57:13
eviction 4:15,18
4:20 34:5,15
35:9 36:3 37:7
42:25 53:10,12
56:5,23 57:2,3
57:7,8
evictions 42:12
42:17,18,22
43:6,12
evidence 42:6
46:23 50:22
51:2,14 52:3
exact 10:22
exactly 25:20
31:17 33:6
Examination
3:3 7:3 48:5,22
49:9 57:17
examined 7:1
excerpts 50:2
excuse 11:4,12
EXCUSED 59:3
execute 20:19,23
21:7 25:2,17
26:17,22 50:19
51:25
execution 22:20
24:20 58:23
executions 9:6
13:4 16:14,21

exhibit 4:3,5,8
4:10,13,15,18
4:20,23 5:3,5
16:25 17:3
18:11,13,16
19:20,21 23:21
24:13 26:3
32:22 33:15
34:5 35:9 36:3
37:15 43:16
47:3
exhibits 5:16
33:24 36:20
39:20 52:15
53:24,25
existed 29:21
exists 29:14
51:18
experience
16:10,16
explain 14:21
42:24
eyes 16:5

F

F 1:19 2:11 60:1
fact 24:11 42:3
43:2
facts 42:5 46:22
50:22 51:13
fair 16:9 27:20
43:11 44:8
45:25 46:14
familiar 47:8
fax 4:5 14:2,3,5
16:12,18,19
18:4,6,16 19:4
19:5 24:8
faxing 17:20
feel 33:6
field 53:1,4
55:22
fifth 17:22
file 13:20
filed 12:24 13:9
14:4 24:5 25:2

40:6 44:3,4,10
44:22 45:23
46:1,20
files 13:15
Filipovic 2:4 3:4
7:3,6,12,15
10:4,13,19
11:19,24 12:1
12:3 15:10,23
16:24 17:2
18:21,25 21:3
21:9 22:11
25:14,23 26:5
27:10,15 28:2
28:8,11 29:4,9
29:13,22 30:2
30:24 31:5
32:12,17,21,24
33:14,17 34:4
34:7 35:8,11
36:1,5 37:9,17
41:10,22,25
42:9 43:15,18
44:14,19 45:11
45:15,17 46:18
46:24 47:1,5
48:1,20 49:9
49:20,24 50:23
51:8,15,21
52:12 57:16,24
59:1
final 34:15 37:7
financially
60:14
finds 12:23
fine 14:1 18:10
28:10
first 36:13 38:17
41:16 57:1,6
floor 17:22
follow 55:5
follow-up 49:10
follows 7:2
foregoing 60:5
form 20:25
32:11 41:8,19

44:12 45:8
49:16 57:24
forth 15:21 60:8
forward 27:22
found 51:6
frame 10:8
frames 11:18
free 33:6
Friday 41:6,12
frankly 41:7
Fugitive 9:16
full 8:16
further 49:8
57:16 59:1
60:10

G

general 7:9 9:2
13:16 27:24
57:21
generally 12:23
12:25 14:11
15:25 22:19
35:23 58:14
gestures 7:24
getting 11:2
12:6
give 7:8 8:8
18:19 31:23
40:17 57:1,2,6
57:8
given 15:19 17:5
42:22 56:19
gives 55:18
go 21:17 25:15
30:5 36:16
37:1 52:13,20
53:1 54:16,17
54:21 56:6,22
goes 22:12,25
54:13 55:8
going 7:8 8:9
17:3 18:4,12
27:22 38:1
43:19 44:20
45:5,22 47:7
50:25 51:15

58:16
Good 7:4,5
granted 17:15
17:15
great 30:16
guess 10:10 12:2
12:10,17 13:3
22:8

H

H 4:1 5:1
hand 17:3 18:12
36:6 43:19
handed 33:1
47:6
handwriting
34:1
handwritten
4:23 33:23
34:23,25 36:23
36:24 37:15
happened 49:4
53:7
happens 12:23
14:11
Harper 2:10 3:6
7:14 11:17
18:18 20:25
25:12 27:21
28:4,10 29:7
29:11 31:2
32:11 41:8,19
42:5 44:12,16
45:8,13,16
46:16,22 48:5
49:16 50:21
51:7,10,19
57:17 58:1,12
58:25
Harper's 49:21
hash 28:8
Hassan 1:7,8
38:11 40:7
head 8:6
held 1:18 9:7
hereinbefore

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 365 of 386
Sean Thornton

Page 64

60:8
**hey** 13:9,20 14:4
**higher** 11:16
**highlight** 52:25
**highlighted** 53:5
55:16
**household** 15:14
**hundred** 16:8,9
16:11,17

**I**

**I-n-n-a-u-r-a-t...**
10:12
**ID** 40:17
**idea** 42:16
**identification**
17:1 18:17
26:4 32:23
33:16 34:6
35:10 36:4
37:16 43:17
47:4
**identified** 24:7
26:20 30:10
48:9
**identifier** 27:8
**identifies** 26:10
**identify** 42:25
**identifying**
29:15 52:14
**imply** 28:6
**include** 9:5
56:23
**indicate** 19:7
24:18
**indicated** 44:2
**indicating** 5:5
30:15 32:16
34:10 53:7
**indistinguisha...**
21:4
**individuals**
27:23
**information**
53:4
**initial** 14:25

57:1,6
**injunctions** 9:6
**Innaurato** 10:10
12:8,11,16
**inquiring** 9:15
**Inspector** 10:9
10:10 12:2,8,9
12:10,10,16,17
42:20
**instruct** 7:21
32:13
**instruction** 8:8
**interested** 11:20
56:12 60:14
**issue** 55:15

**J**

**January** 10:23
10:24
**Jersey** 60:24
**Jetaria** 2:22
53:3
**Jewell** 1:6 2:15
37:23,24 43:13
44:1,7,8 45:24
45:25 49:14,19
50:1,2,4,18
51:4 52:6,13
54:1,11,15,22
54:24 55:3,9
56:16 57:5,9
57:14,19 58:14
58:21
**job** 9:15 10:5,6,7
22:13
**John** 1:19 2:11
**JOSHUA** 2:11
**joshua.domer...**
2:14
**jot** 8:2
**judge** 18:2,5
**judges** 16:5,19
**June** 37:6 38:4,5
38:6,13 42:1,3

**K**

**KAPLAN** 1:23
**keep** 28:23 29:1
29:1
**Kennedy** 1:19
2:11
**kept** 28:16,19
48:8 50:1,4,5
**know** 9:23 10:6
10:22 12:9,9
12:22 14:2,11
16:1,11,17
18:9 20:7,14
20:18,22 21:5
21:13,14 22:4
22:8,9 23:5,19
24:16 25:16
26:6 27:16
29:20 32:14,15
38:1,3,11,12
39:9,14 42:2
42:10 43:3,8
43:22 45:4
46:4 49:5
51:17 55:13,24
**knowing** 52:20
**knowledge**
12:22 22:5
24:15 43:1
45:1 49:1,3
58:21

**L**

**L** 2:20
**lack** 14:22
**lacking** 28:5
**Land** 17:22
**large** 16:3
**latest** 35:19
**LAW** 2:3,9
**LEAMAN** 1:23
**leave** 58:8
**left** 32:8 35:5
39:7 41:13
48:12 58:9
**left-hand** 32:3
33:7,10 34:23

35:16 39:4,6
**let's** 19:20 24:17
39:23 46:12
**letting** 55:24
**level** 10:3,7
**lieu** 7:22
**lieutenant** 1:16
3:3 7:4 8:20,23
10:1,20 11:13
19:1 30:3 48:6
48:23
**line** 13:6 14:3
35:12 40:3
45:22
**listing** 55:14
**litigant** 16:7
**litigation** 51:16
**log** 28:12,17,23
29:1,5,12,14
29:21,23 40:11
40:13,14 54:15
57:9
**logbook** 38:4,5,6
42:7
**logged** 43:13
51:4 57:19
**logs** 50:13
**long** 8:23 11:1
32:13
**look** 18:19 30:6
30:14 44:24
47:8
**looking** 18:23
29:11,13,18
34:8 42:24
48:10
**looks** 34:18
35:24 42:11
43:23
**Lori** 1:21 60:4
60:23
**lot** 55:24
**LT** 7:3 48:5,22
49:9 57:17
**Lyndel** 1:3 20:4
20:5 23:13

30:6,11,13
32:9 45:7,20

**M**

**M** 2:3
**mail** 57:23 58:9
**mailed** 57:18
58:10
**mailing** 58:13
**maintain** 50:13
**maintained** 50:8
**manual** 15:6,8
15:12,18
**margin** 39:7
**mark** 16:24
**marked** 17:1,4
18:17 23:15
26:4 32:23
33:16 34:6
35:10 36:1,4
37:16 43:17
47:1,4
**Market** 2:5
**material** 15:2
**matter** 15:14
**mean** 42:20
45:13 46:5
**meaning** 56:1
**means** 27:8
54:25 58:6
**MEGAN** 2:10
**megan.harper...**
2:13
**mentioned** 30:9
31:21
**Metropolitan**
38:17
**middle** 39:24
**minus** 36:15
**missed** 48:19
**missing** 51:20
**misstates** 27:7
**misunderstood**
57:11
**moment** 48:18
**Monday** 41:7,16

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 366 of 386
Sean Thornton

Page 65

41:16
**Monte** 10:9 12:2
  12:10,17 22:8
  42:20
**multiple** 58:8
**Municipal** 1:18

---
**N**
---
**N** 2:1,10,20 3:1
  3:1 6:1
**name** 7:6 8:16
  20:5 27:5
  30:11,13,14
  37:21 40:7,25
**names** 38:20
  41:3 42:2
**narrow** 11:17
**necessarily**
  42:23
**need** 8:1 23:23
  51:17
**needed** 13:16
**neither** 60:10,12
**never** 41:21
**New** 60:24
**nodding** 8:6
**Notary** 60:4,24
**note** 54:22
**noted** 54:24 55:2
  55:9 57:14
**Notes** 4:23 37:15
**notice** 1:17 4:8
  4:10,13,15,18
  4:20 7:24
  12:24 13:2
  14:6,12 15:18
  19:5 20:3
  23:13,14,17
  24:4,11,17
  26:3,7 31:7
  32:7,8,22
  33:15 34:5,15
  35:9 36:3 37:7
  53:10,12 55:15
  57:2,6,18,22
  58:7,11

**notices** 16:20
  21:2 53:25
  58:8
**notification** 25:3
**notify** 13:9,21
  14:5
**notifying** 16:13
**number** 13:6,7,7
  13:10,16,20,22
  13:23,25 14:3
  14:6 16:3,4,12
  16:18,19 17:12
  18:4 19:15,18
  19:22 24:7,8
  26:10,11,12,14
  26:15,16,20,21
  26:25 29:6,15
  30:9,12,12,15
  30:17,20 31:19
  31:21 32:19
  33:11 34:18
  36:18,19 39:16
  39:17,18,19,20
  39:21 40:8
  44:25 45:6,6,9
  45:11,12,14,19
  47:14 48:11
  51:23,25 52:14
  52:22,23 56:14
  56:19 58:23
**numbers** 13:11
  18:6 19:24
  28:13 39:8,11
  39:12,14 48:9

---
**O**
---
**O** 2:20 6:1,1,1
**object** 45:22
**objecting** 27:16
**objection** 7:18
  7:20,22 20:25
  25:12 27:6,15
  27:18 32:11
  41:8,19 42:5
  44:12 45:8
  46:16,22 49:16

50:21 57:24
**occupant** 56:6
  58:6,7,10,11
**occupants** 40:4
**occupation** 8:19
**occurrences**
  52:16
**October** 11:5,10
  12:4,6
**OFF-THE-RE...**
  10:17
**office** 8:21,24
  11:13 12:21
  13:5,12,14
  14:15 15:24
  16:2,20 17:22
  18:7 20:8,14
  20:18,23 21:6
  23:7,13,17
  24:10,20 25:1
  25:9,10,17
  26:9,19 28:17
  30:5 40:16,20
  41:13,14 42:3
  44:5,22 45:23
  46:6,10,20
  54:7 58:18,19
**OFFICES** 2:3
**Oh** 45:13
**okay** 7:11 9:13
  10:4 12:18
  14:1 16:9
  18:24 21:10
  22:24 23:4
  24:3 30:16
  31:18 40:9
  42:13,19 44:6
  44:23 45:16
  53:8 56:15
**once** 14:12
  15:18 52:13
**opens** 41:15
**operations** 13:2
  29:1
**opportunity**
  18:19

**Oral** 1:16
**order** 4:3 13:13
  16:6,25 17:6
  17:10,19 18:1
  18:5 19:23
  22:20
**orders** 13:13
  14:23 15:25
  16:1,4,19

---
**P**
---
**P** 2:1,1,20 6:1,1
  6:1
**P-11** 48:11
**P.C** 2:3
**p.m** 1:20 38:16
  38:23 59:4
**PA** 2:6,12 17:24
  20:20
**page** 3:7 4:4,6,9
  4:11,14,16,19
  4:21,24 5:4,6
  38:6,14 39:24
  40:11 41:6,17
  44:24
**pages** 3:4,6
  18:14
**paper** 51:6
  53:21
**parenthesis**
  45:12
**part** 14:25 28:22
  36:10 49:13
  50:11 52:2,6
**particular** 24:21
  25:11 26:23
  27:2 28:3
  29:16 30:20
  34:10 35:13
  39:22 40:10
  47:14 49:1
  53:2 56:2,3
**parties** 60:12
**pending** 15:20
**Pennsylvania**
  1:1,20,24

20:11
**people** 40:16
  42:2
**period** 42:22
**person** 21:24
  22:2 30:7,14
  40:21 41:11
  42:25 45:7
**personal** 22:5
  48:25 49:3
**personally** 22:12
  22:21 46:4,5,9
  49:5
**pertain** 45:19
**pertaining** 20:3
  26:16
**pertains** 53:18
  53:25
**petition** 17:14
**petitioner** 17:20
**pfesq@ifight4...**
  2:7
**Philadelphia**
  1:19,24 2:6,9
  2:12 8:21 16:6
  16:12 17:9,23
  20:11,20 23:3
  38:3 44:9
  46:19
**phone** 13:6 40:7
**pieces** 51:6
**place** 60:8
**plain** 29:22
  51:22
**Pleas** 17:10
**please** 8:9,16
  18:22 49:20
**point** 14:15
  21:21 27:21
  31:2
**pointers** 7:9
**policies** 11:9
**policy** 21:16,17
**portion** 30:25
  36:9
**Porto** 1:21 60:4

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 367 of 386
Sean Thornton

Page 66

60:23
**position** 9:2,7,9
   21:25
**possession** 20:9
   26:8,18 47:18
   52:25 53:10,15
   53:18,19,22
**possessions** 9:5
   13:4 56:21
**possible** 41:5,17
   41:23
**post** 57:22 58:5
   58:5
**posted** 47:17
   53:2,3,4 54:2
   55:20 56:1,2
   58:8
**postpone** 17:14
**postponed** 17:16
**PowerPoint**
   15:3
**Predrag** 2:4 7:6
**present** 48:7
**presumably**
   41:15
**pretty** 51:21
**prevent** 8:13
**prior** 11:2 12:6
   19:21 27:11
   42:4 43:9
   52:15
**probably** 50:16
**procedure** 24:19
   28:6
**procedures** 11:9
**process** 14:22,25
**produced** 29:5
   29:10 31:1,3
   52:3 58:17
**production**
   15:11
**prong** 17:17,18
**proper** 16:12
**property** 17:15
   20:9 21:7 22:6
   23:7 25:19

26:7,8 30:22
   31:8,16 32:16
   45:2,20 52:1
   55:3 56:1,2,7
   56:22 57:23,23
   58:5,5
**provide** 7:9
**provided** 15:3
   37:10 38:2
**providing** 8:13
**PS-1** 4:3 16:24
   16:25 17:4
   19:20
**PS-10** 5:3 43:15
   43:16,19 49:12
   49:25 52:7
**PS-11** 5:5 47:2,3
   48:24 49:12,25
   52:7 53:18
   54:10 55:16
**PS-2** 4:5 18:15
   18:16 20:2
   23:15 24:1
**PS-3** 4:8 25:24
   26:3 30:18
   31:20 32:1
   33:4,6,12,24
   53:24,25
**PS-4** 4:10 32:21
   32:22
**PS-5** 4:13 33:14
   33:15,18,19
**PS-6** 4:15 34:4,5
   34:8 35:14
   36:14
**PS-7** 4:18 35:8,9
   36:14
**PS-8** 4:20 36:2,3
**PS-9** 4:23 37:9
   37:15 38:1
   53:24 54:1
**public** 13:20
   14:3,4 60:4,24
**pull** 30:8
**purposes** 8:1
   21:3

**pursuant** 1:17
**put** 53:2
**putting** 51:11

**Q**
**question** 7:22
   8:9 14:2,8,10
   16:23 21:5
   25:15 27:11,13
   27:17,24 31:23
   32:14 33:18
   44:15 45:7
   46:12 49:22
   50:16,17 57:10
   57:25 58:16
**questioning** 8:1
   15:15 35:12
   49:11
**questions** 7:16
   7:17 18:20
   23:24 32:1
   48:3 49:21
   57:16

**R**
**R** 2:1,20 6:1
   60:1
**ranks** 11:12
**read** 17:12,17
   18:5 19:23
   27:11,14 31:11
   40:3 44:21
   49:23
**reading** 20:3
**real** 16:13,20
   17:15,22 26:8
**realize** 51:10
**really** 9:19
**reason** 47:22
**reassigned** 11:2
   11:4 12:7,13
**recall** 19:20
   21:15 23:21
   31:10 37:18
   43:10
**receive** 14:14

24:11
**received** 15:13
   23:13,17 24:17
**receiving** 31:7
**RECESS** 10:18
   37:14 48:21
**recognize** 34:1
**recollection**
   15:17 21:25
**record** 7:19 8:3
   8:17 10:16
   15:11 17:13
   19:23 30:25
   44:21 48:8,14
   50:3 51:17
   52:2 54:6
   58:20,21
**recorded** 28:13
   58:14
**redact** 17:8
**redirect** 28:9
   30:1 31:4
**refer** 27:23
**reference** 54:7
**referring** 48:15
   48:23
**regard** 30:6
**regarding** 48:7
**regards** 14:17
**regular** 28:19,22
   50:5
**regularly-con...**
   50:12
**relative** 60:11
   60:13
**rely** 16:19
**remember** 22:3
   31:14,15
**repeat** 16:15
   21:5 24:22
   25:14 53:17
   55:1
**rephrase** 41:25
   46:8
**report** 5:5 11:22
   12:7 47:3,7

48:24 49:1,6
**reported** 11:14
**reporter** 1:22
   8:2 27:11 60:5
**represent** 26:14
   39:14 45:5,18
   45:24 47:12
   58:20
**represents** 46:10
   47:13,23
**request** 6:3,3,4
   15:10,11 18:18
   29:4,5 30:24
**requested** 15:12
**requesting**
   30:25
**required** 7:9
**reread** 49:20
**residence** 32:9
**respect** 14:11
   16:20 48:8
   58:22
**respond** 50:25
**responses** 7:23
**responsibility**
   43:5,8
**retired** 12:16
**return** 5:3 43:9
   43:16,23
**returned** 11:5,7
   43:5
**reveal** 51:24
**review** 19:2
   23:22
**right** 24:9 27:5
   38:14,18 40:22
   42:13 49:15
   53:13
**room** 2:12 27:18
**run** 32:18

**S**
**S** 2:1,20,20 3:1,1
   4:1 5:1 6:1,1
**sale** 17:15,16
**saw** 8:6 23:14

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 368 of 386
Sean Thornton

Page 67

53:10
saying 55:10
says 13:20 14:3
  14:4 17:12
  32:6 37:2
  38:13 40:4,6
  44:4,6 47:6,17
  53:4
schedule 42:12
  42:18,21
scheduled 42:25
schedules 42:17
scheduling 43:6
  43:12
scope 22:13
scroll 39:23
Sean 1:16 7:1
  8:18
second 10:13
  57:2,8
see 17:9 19:10
  19:15 20:5
  27:18 30:18
  31:22 32:2,25
  34:23 36:10
  39:4,6,8,11,23
  40:1 48:12
  50:24 53:1
seen 16:2,5,10
  16:16 26:1
  34:8 35:21
  38:9 40:10,12
  41:2,21 43:20
  47:9
send 14:6
sent 25:3
September 11:4
  11:8,24,25
  12:12
series 36:7
serve 20:8 22:12
  23:6 26:22
  29:16 50:19
  51:25 54:14
  55:4,8,11
  57:13

served 17:19
  27:24 54:2
  55:23
serves 35:24
service 5:3,5
  23:3 28:14
  30:21 40:17
  43:17,24 47:3
  47:7 48:24
  49:6
Services 1:18
serving 22:6,21
  28:1,6 57:21
set 60:8
share 43:1 51:15
sheet 4:5 5:3
  18:16 19:4,5
  40:11,13 42:10
  42:11 43:17
sheriff 8:20
  12:23 13:9,21
  14:5,18 15:19
  16:7,13 17:20
  30:20 31:6,15
  44:1,9 46:6,6
  46:11 50:13
  51:4,9,17,24
  52:8,16,21
  54:8,13,19,20
  54:21 55:2,8
  56:14,18 57:12
sheriff's 5:3
  8:21,24 12:20
  13:5,12 14:14
  16:2,20 17:14
  17:21 18:7
  20:8,14,18,23
  21:6 23:6,12
  23:16 24:10,20
  25:1,9,10,17
  26:8,11,15
  28:13,16,20,22
  28:25 31:20
  32:8,18 33:11
  34:17 35:24
  36:18,19 39:16

39:17,19 40:16
  40:19,21 41:12
  41:14 42:3
  43:16,23 44:4
  44:22 45:23
  46:10,19 47:14
  48:9,10 50:6,9
  52:14 54:6
  56:14,19 58:18
  58:19,23
show 30:19 52:7
  52:11
side 39:5
sign-in 40:11,13
signed 16:6 18:1
  41:12 43:25
  44:7 45:23
signs 40:20
similar 42:11
simultaneous
  12:15
single 8:11
sir 12:19 15:24
  17:3,5,25
  18:12 19:15
  20:7 23:12
  25:7,24 31:6
  34:8 35:12
  38:10 40:10
  43:19 48:1
  49:12 52:5,13
  59:1
sit 25:7
six-digit 26:20
  39:21
slot 58:9
small 16:4
SOLICITOR
  2:10,11
sorry 12:5 28:24
  36:15 53:17
sort 14:22
South 1:23
  17:23 20:10,19
  23:7 32:9
  34:18 39:24

40:5 45:2,20
  47:18 52:8
speak 14:20
  15:7
speaking 12:25
specific 13:6,19
specifically 13:8
specified 10:8
speculation
  22:10 25:13
  41:20 44:13
spell 10:11
staff 50:9
stamped 35:2
stands 24:18
starts 39:5
state 8:16 60:24
STATES 1:1
stays 26:25
stenographica...
  60:7
step 10:15
STEPHEN 2:3
stephen@dun...
  2:7
stipulations
  7:13
strategy 51:16
Street 1:23 2:5
  17:23 20:10,20
  23:8 32:9
  34:19 39:25
  40:5 45:2,20
  47:19 52:9
strike 24:16
subsequent
  49:11
successfully
  19:8
succinct 7:17
sufficient 30:19
Suite 1:23 2:5
superiors 14:21
supposed 40:24
  54:15
sure 16:22 18:8

24:23 25:20,22
  29:7 31:9,17
  43:7 44:17
  45:21 51:19,21
sworn 7:1
system 37:23,24
  43:13 49:19
  54:1 55:9 57:6
  57:9,14,19
  58:21

T

T 2:20 3:1 4:1
  5:1 6:1,1 60:1
  60:1
take 18:22 23:22
taken 1:17 47:13
  47:15 48:8
  60:7
takes 57:13
talked 31:20
  48:25
talking 22:15,17
  22:18,19 31:12
Taylor 2:22 23:9
  23:10 53:3
  56:2
tell 21:11 22:2
  25:25 32:19
  36:12 37:1
  42:15 43:4
term 27:22 28:4
testified 7:2
  24:25 29:14,21
  29:22,24 51:3
testimony 8:14
  27:7 60:6
thank 14:13
  15:16 17:25
  18:21 20:1
  31:25 48:1,4
  50:15 58:25
  59:2
thing 16:7
think 8:10 21:1
  25:13 27:7,25

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 369 of 386
Sean Thornton

Page 68

28:4 31:2
42:14
**thinks** 41:23
**third** 57:3
**THORNE** 57:17
**Thornton** 1:17
3:3 7:1,3,4
8:18,19,23
10:20 19:1
30:3 48:5,6,22
48:23 49:9
**three** 18:14
56:24 57:4
**THURSDAY**
1:12
**tie** 52:1
**tied** 27:2 45:1
**time** 7:10 9:12
9:14,24 10:8
11:9,15,18,20
11:23 12:13,19
12:20 16:2
18:22 21:20,25
22:22 25:9
26:22 40:5
42:22 52:5
53:7 54:13,16
54:17,20 55:2
55:7 56:3,4
57:1,2,3,4,6,8
60:7
**times** 20:7,13,22
21:6,8,10,15
21:17 22:1
23:6,10 52:8
52:15,21 54:8
54:21 56:22
57:4,12
**Title** 17:23
**today** 8:13 25:7
45:3 53:22
**today's** 8:1
**told** 55:7
**toll-free** 13:6,7
**top** 38:13 44:24
48:12

**Toppin** 1:3 20:4
20:5 24:5 25:2
25:18 30:7
45:7,20 46:1
46:20 52:1
**Toppin's** 23:13
24:11 30:11,13
32:9
**total** 8:25 20:24
56:24
**totally** 29:7
**trained** 14:24
24:19
**training** 14:14
14:16,17,21,25
15:6,8,12,18
24:25
**transcript** 5:16
60:6
**transmission**
19:11
**transmitted**
19:8,16
**trips** 30:21 31:8
31:16
**true** 32:7 54:18
60:6
**truthful** 8:14
**try** 7:17 25:18
**trying** 25:10
**Tuesday** 19:14
**two** 19:23 21:1,8
21:10,14,17
23:6 36:24
50:6,20,24
51:6 52:5
55:12,13 56:22
56:22 57:5
**type** 26:17 30:17
31:19 39:20,21
51:23 52:14,22
**types** 21:1 47:9
50:1,13 55:18

**U**

**U** 6:1

**understand**
16:22 40:15
56:9,20 58:2
**understanding**
25:8
**understood** 8:4
**unfamiliarity**
11:12
**unique** 26:16
39:16 52:22
**unit** 8:22 9:3,11
9:17,24 10:21
11:2,6,8,15,21
12:17 13:12,15
21:20 22:25
25:8 41:15
43:5,9 58:22
**UNITED** 1:1
**universe** 47:22
**unknown** 40:4
**up-to-date** 29:2
**usual** 7:12

**V**

**vacate** 4:8,10,13
26:3,7 32:22
33:15 57:22
**verbal** 8:2
**virtue** 23:14
**visitor** 41:16
**visitors** 40:11,13
40:14,20 42:8
**vocal** 7:24
**vs** 1:5

**W**

**W** 3:1
**want** 13:21 14:5
24:23 27:10
29:4 30:6
**Warrant** 9:16
**Warrants** 11:3
**wasn't** 56:25
**way** 46:13
**we'll** 18:13
25:15

**we're** 18:11
22:17,17,19
29:13 42:24
48:10 56:12
**we've** 17:8 29:7
29:19 31:20
45:2 48:9
**weekend** 41:14
**went** 20:15,19
20:23 21:6
23:5,7 25:17
51:9 52:8,16
52:21 54:8,25
54:25
**weren't** 21:19
25:8 31:9
**whatnot** 54:14
**Williams** 1:6
2:15 44:1,7,8
45:24,25 46:9
**WITNESS** 10:9
11:23,25 12:2
15:22 18:24
21:8 25:20
26:2 32:15
41:24 44:17
46:25 48:4
52:10 58:4
59:3
**WOLFE** 1:23
**wondering** 41:2
**word** 14:23
**words** 41:11
**wouldn't** 22:4
38:12 39:9
54:22
**writ** 9:5 13:3,4
20:8,19,24
21:7 22:6,20
25:18 26:8,18
27:5 36:17
45:6,9,11,14
45:19 47:18
50:19 52:24
53:10,15,18,19
53:21 54:14

56:21
**write** 40:21,24
41:3
**writes** 40:21
**writs** 15:20 21:2
27:23
**written** 15:2
42:21
**wrote** 42:14
**www.klwrepo...**
1:25

**X**

**X** 3:1 4:1 5:1
**XI01577** 60:24

**Y**

**yeah** 9:21 14:19
31:17 33:25
**year** 38:8
**years** 8:25

**Z**

**0**

**1**

**1** 17:12
**1:30** 59:4
**10-1-2019** 17:16
**10:00** 39:2
**100** 17:23
**10th** 47:20 52:7
52:10 53:16
**11** 8:25
**12** 1:12
**12:00** 1:20 38:16
38:23
**1200** 2:5
**1303** 1:23
**1401** 1:19 2:11
**142** 52:8
**146** 20:10,19
23:7 32:9
34:18 39:24
40:5 45:2,20
47:18

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 370 of 386

Sean Thornton

Page 69

**15** 6:3
**1515** 2:5
**16** 4:4
**1707-5002** 20:10
**18** 4:6
**18-13098-MDC** 1:2
**18th** 32:10
**19102** 1:24 2:12
**19109** 2:6
**19110** 17:24

### 2

**2** 17:17 24:13
**2015** 10:23,24
**2017** 11:5,10 12:4,6
**2018** 9:8,18 11:6 11:8,25 12:12 19:14 21:22 24:12 32:10 37:6 38:7 44:11 46:2,21 47:20
**2019** 1:12
**215** 1:24
**215-686-3971** 17:21 18:5 19:19
**215.551.7109** 2:6
**215.686.0503** 2:13
**230** 1:23
**230615** 39:5
**231566** 26:13 34:18 40:3 48:11 52:23 58:23
**25th** 37:6 38:4,5 38:6,13 42:1,3
**26** 4:9
**29** 6:3

### 3

**30** 6:4

**32** 4:11
**33** 4:14
**34** 4:16
**35** 4:19
**36** 4:21
**37** 4:24

### 4

**4** 33:24
**43** 5:4
**47** 5:6
**48** 3:6,7
**484-557-1737** 40:8
**49** 3:4

### 5

**5** 33:24
**5-18-18** 32:6
**5-24-18** 4:10 32:23
**5-30-18** 4:13 33:16
**5-8-18** 4:8 26:4
**5-9-2018** 44:5,6 44:20
**57** 3:6
**580** 2:12

### 6

**6-1-18** 4:15 34:6
**6-1-2018** 34:25
**6-5-18** 4:18 35:10
**6-5-2018** 35:20
**6-7-2018** 37:2
**62nd** 20:10,19 23:7 32:9 34:18 39:24 40:5 45:2,20 47:18 52:9

### 7

**7** 3:4

### 8

**8th** 19:14 23:14

24:2,12 25:3
25:11,16 31:12
31:16

### 9

**9-10-19** 4:3 16:25
**9:00** 38:25
**922-7112** 1:24
**9th** 44:11 46:2 46:21

## Page 1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CASE NO. 18-13098-MDC
_____

LYNDEL TOPPIN,

    Debtor/Plaintiff,

  vs.

JEWELL WILLIAMS and
ABDELDAYEM HASSAN
a/k/a ABDELDYEM
HASSAN,
    Defendants.
_____

\* \* \* \*

THURSDAY, DECEMBER 12, 2019

\* \* \* \*

   Oral deposition of DEPUTY JETARIA
TAYLOR, taken pursuant to notice, was
held at the Municipal Services Building,
1401 John F. Kennedy Boulevard, Philadelphia,
Pennsylvania, commencing at 1:30 a.m.,
on the above date, before Lori A. Porto,
a Certified Court Reporter.
    KAPLAN, LEAMAN & WOLFE
  230 SOUTH BROAD STREET, SUITE 1303
   PHILADELPHIA, PENNSYLVANIA 19102
      (215) 922-7112
     www.klwreporters.com

## Page 2

```
 1   A P P E A R A N C E S:
 2
 3   DUNNE LAW OFFICES, P.C.
       BY:  STEPHEN M. DUNNE, ESQUIRE
 4         - and
       PREDRAG FILIPOVIC, ESQUIRE
 5   1515 Market Street
     Suite 1200
 6   Philadelphia, PA 19109
     215.551.7109
 7   stephen@dunnelawoffices.com
     pfesq@ifight4justice.com
 8   Counsel for the Debtor/Plaintiff
 9
     CITY OF PHILADELPHIA LAW DEPARTMENT
10   BY:  MEGAN N. HARPER, DEPUTY CITY SOLICITOR
       - and -
11      JOSHUA DOMER, ASSISTANT CITY SOLICITOR
     1401 John F. Kennedy Boulevard
12   Room 580
     Philadelphia, PA 19102
13   215.686.0503
     megan.harper@phila.gov
14   joshua.domer@phila.gov
     Counsel for the Defendant
15   Jewell Williams
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1          W I T N E S S   I N D E X
 2
 3     Examination of Deputy Taylor
 4
 5       By Mr. Filipovic:  Pages 6, 36
 6       By Ms. Harper:  Pages 33, 35
 7
 8       By Mr. Domer:  Page 34
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1          E X H I B I T S
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13     (NO EXHIBITS WERE MARKED)
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 372 of 386

Jetaria Taylor

Page 5

1   DEPOSITION SUPPORT
2
3   (REQUEST)....................................16
    (REQUEST)....................................29
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 6

1   (Jetaria Taylor, having been duly sworn, was examined
2   and testified as follows:)
3   (EXAMINATION OF DEPUTY TAYLOR BY MR. FILIPOVIC:)
4       Q.   Good afternoon, Ms. Taylor.
5           I'm Counsel Filipovic for Lyndel Toppin
6   and co-counsel is Stephen Dunne.  We're going to be
7   conducting this deposition.
8           The rules, I have to repeat them for
9   the record.
10          I will ask questions and I will try to
11  be succinct.
12          When you answer, please do so verbally,
13  so the court reporter can write the answers down for
14  the record, and, I can understand your gestures, but
15  it's difficult for her to write them down.
16          If you should, at any point, want me to
17  clarify a question, I will, to the best of my
18  ability, and we'll go from there.
19      A.   Okay.
20          MR. FILIPOVIC:  Usual stipulations in
21  this one, counsel?
22          MS. HARPER:  Sure.
23  BY MR. FILIPOVIC:
24      Q.   Ms. Taylor, again, I have to ask you,
25  are you under the influence of anything, any

Page 7

1   substance, that would prevent you from giving
2   truthful testimony today?
3       A.   No.
4       Q.   Could you say your name for the record,
5   please?
6       A.   Jetaria, J-e-t-a-r-i-a, Taylor,
7   T-a-y-l-o-r.
8       Q.   Ms. Taylor, what is your current
9   occupation?
10      A.   I am a deputy sheriff with the
11  Philadelphia Sheriff's Office assigned to the Civil
12  Enforcement Unit.
13      Q.   How long have you been in that position?
14      A.   For two years.
15      Q.   So you were there from May until, say,
16  July of 2018?
17      A.   Yes.
18      Q.   Ms. Taylor, are you familiar -- describe
19  your job duties that are associated with your
20  position.
21      A.   I am responsible for enforcing court
22  orders, I handle evictions, and that is really about
23  it.
24      Q.   Do you go to the field and do you go to
25  the properties for evictions, posting notices, and

Page 8

1   such?
2       A.   Yes.
3       Q.   Do you go alone or do you have a partner
4   or how does that work?
5       A.   I go alone as far as postings, but I
6   have a partner when I do the actual eviction.
7       Q.   Do you take a vehicle?
8       A.   Yes.
9       Q.   What type of vehicle?
10      A.   Ford Taurus.
11      Q.   Ford Taurus?
12      A.   Uh-huh, personal vehicle.
13      Q.   Personal vehicle?
14      A.   Yes.
15      Q.   It does not have sheriff's indications
16  on there?
17      A.   No.
18      Q.   Are you generally wearing a uniform?
19      A.   No.
20      Q.   I notice you have a gun here on you
21  today.
22          Do you usually have a gun when you are
23  in the field serving evictions and posting notices?
24      A.   I have a gun every time I am at work.
25      Q.   So is that a yes?

2  (Pages 5 to 8)

Page 9

1    A.    Yes.
2    Q.    Now, when you have a partner, do you
3  then travel in a marked vehicle or is it still
4  unmarked?
5    A.    No, still personal vehicles.
6    Q.    Two personal vehicles?
7    A.    Uh-huh, yes.
8    Q.    Is that the same practice that was
9  employed between May and June of last year?
10    A.    Yes.
11    Q.    Do you have a badge on you if you are
12  asked to show it?
13    A.    Yes.
14    Q.    How do you post a notice of eviction?
15    A.    So I would knock first to personally
16  serve.
17         If I don't get an answer, I post one to
18  the door and another copy I would put in the mailbox.
19    Q.    The one that you post on the door, how
20  do you affix it to the door?
21    A.    Just with some tape (indicating).
22    Q.    How long does that usually take?
23    A.    Two minutes, if that.
24    Q.    Do you use any color-coding?
25    A.    No.

Page 10

1    Q.    Are they preprinted -- what are the
2  colors that are on these notices?
3         Are they noticeable, bright colors?
4    A.    It depends.
5         We were using -- I think it was red,
6  the notice to vacate, but we didn't have anymore, so
7  it would just be a photocopy of that.
8         We didn't have color.
9    Q.    If you run out?
10    A.    Yes.
11    Q.    But they are supposed to be red?
12    A.    I'm not going to say supposed to be.
13    Q.    But they were?
14    A.    Yes.
15    Q.    Red?
16    A.    Uh-huh.
17    Q.    Why do you think that they were in red?
18    A.    No particular reason.
19    Q.    We're here for the case of Lyndel Toppin
20  and the particular property is at 146 South 62nd
21  Street.
22         Do you know what this case is about and
23  why we are here getting deposed today?
24    A.    Yes.
25    Q.    Can you tell us what your understanding

Page 11

1  of that is?
2    A.    That we continued after he filed for
3  bankruptcy.
4    Q.    Continued to -- continued what?
5    A.    I guess continued service on this
6  particular address after bankruptcy.
7    Q.    Were you one of the deputies in charge
8  of servicing this writ?
9    A.    Yes.
10    Q.    Mr. Lyndel Toppin's writ?
11    A.    Yes.
12    Q.    My question to you, Ms. Taylor -- if you
13  could, take a look at Exhibits PS-3 through 8.
14         These are the copies of all the notices
15  and there should be six of them.
16         Ms. Taylor, do you know what these
17  documents represent?
18    A.    Yes.
19    Q.    What are they?
20    A.    They are the initial notice to vacate
21  and then the eviction notice that gives the actual
22  eviction date.
23    Q.    Could you be specific and refer to them
24  by the numbers that they are identified as?
25    A.    One-by-one or --

Page 12

1    Q.    If you don't mind, yeah, one-by-one.
2    A.    PS-3 is the initial notice to vacate,
3  PS-4 is the initial notice to vacate, PS-5 is the
4  initial notice to vacate. Basically, it is a 21-day
5  notice.
6         Then, you have PS-6, which is the
7  actual eviction notice, attached with the writ.
8         PS-8 is an envelope with the annual
9  eviction notice with the date of the eviction and
10  then PS-7 is the final eviction notice with a copy of
11  the writ.
12    Q.    Okay, thank you.
13         Do you see the entry on all of them,
14  the sheriff's number?
15    A.    Yes.
16    Q.    That sheriff's number, do you know it to
17  be associated with Mr. Lyndel Toppin and the property
18  at 146 South 62nd Street?
19    A.    I'm not sure.
20    Q.    You testified that you were in charge of
21  servicing the Lyndel Toppin evictions and notices to
22  vacate, correct?
23    A.    Yes.
24         MS. HARPER:  Objection.
25         I don't think she testified to that.

3  (Pages 9 to 12)

Page 13

```
 1        MR. FILIPOVIC:  Counsel, I think she
 2   did.
 3        Do you want to see the record --
 4        MS. HARPER:  That's fine.
 5        MR. FILIPOVIC:  Court Reporter, could
 6   you go back and read my question about were you the
 7   deputy in charge of servicing the address?
 8        (DESIGNATED QUESTION AND ANSWER WERE
 9   READ)
10   BY MR. FILIPOVIC:
11   Q.   Do you know if that sheriff's number on
12   these several notices pertain to Mr. Toppin and that
13   particular property?
14   A.   Yes.
15   Q.   It does?
16   A.   Yes.
17   Q.   Did you personally serve these?
18   A.   Personally serve them, no.
19        I posted them.
20   Q.   Oh, right, I'm sorry.
21        You were the deputy that posted these
22   on the premises?
23   A.   Yes.
24   Q.   At 146 South 62nd Street?
25   A.   Yes.
```

Page 14

```
 1   Q.   How many dates are we talking about
 2   here, for you to have posted these?
 3   A.   I would have only went out twice.
 4        Once was for the initial notice and
 5   once was for the final notice.
 6   Q.   What about the letter?
 7   A.   Every time we do a posting, you mail one
 8   out, you post one to the door, and then you put one
 9   in the mailbox.
10        So, essentially, each time, you give
11   three notices.
12   Q.   Three notices or three attempts to
13   notify, right, whatever you want to call it?
14   A.   Yes.
15   Q.   But there was three each time you went
16   out?
17   A.   Yes.
18   Q.   Now, let's go with PS-3.
19        Do you see the date that is in the
20   bottom corner there?
21   A.   Yes.
22   Q.   Does that sound accurate, that that was
23   the first time you went out?
24   A.   That doesn't look like my handwriting.
25   Q.   I didn't say it was your handwriting.
```

Page 15

```
 1        Did I say it was your handwriting?
 2   A.   You're asking me about a date.
 3        MS. HARPER:  Counsel, you're getting
 4   argumentative with her.
 5        I think it is unnecessary.
 6        MR. FILIPOVIC:  It is certainly not
 7   necessary, but I'm just asking for an answer to my
 8   question.
 9        My question is -- I didn't even ask
10   that, but the date that you see on the earliest
11   notice, what is the date?
12        It's in the bottom left-hand corner.
13        THE WITNESS:  It says May 18th, 2018.
14   BY MR. FILIPOVIC:
15   Q.   Does that sound correct to you as the
16   first date you went out?
17   A.   No.
18   Q.   No?
19   A.   No.
20   Q.   So you would have done -- whenever you
21   had gone out, you would have done it in a personal
22   vehicle?
23   A.   Yes.
24   Q.   Do you get reimbursed for mileage for
25   these trips?
```

Page 16

```
 1   A.   Yes.
 2   Q.   To get reimbursed for mileage, you
 3   submit a log of times and dates when you traveled?
 4   A.   It's not a log, it's the date and then
 5   the mileage.
 6   Q.   Uh-huh.
 7        Is this in a document?
 8   A.   Yes.
 9   Q.   And you filled out a document of some
10   sort to get reimbursed?
11   A.   Yes.
12   (REQUEST)   MR. FILIPOVIC:  Counsel, we're going to
13   be requesting that document because there is an issue
14   about, you know, she doesn't agree to that date and
15   we contend there is an issue.
16        MS. HARPER:  I will ask a follow-up
17   question, but that's fine.
18   BY MR. FILIPOVIC:
19   Q.   Do you call them expense reports or how
20   do you refer to them?
21   A.   Mileage form.
22        MS. HARPER:  You're going to ask for
23   that today, at this deposition?
24        MR. FILIPOVIC:  Correct.
25        MS. HARPER:  That's fine.
```

4 (Pages 13 to 16)

Page 17

1    BY MR. FILIPOVIC:
2        Q.    So the mileage form would have notations
3    of the times and dates that you went out.
4            Does it have the address?
5        A.    No.
6        Q.    What does it have?
7        A.    It has the date and how many miles I did
8    for the day.
9        Q.    Is there a sheriff's number or --
10       A.    No.
11       Q.    No?
12       A.    No.
13       Q.    How do you -- just a date and how many
14   miles you did for the day?
15       A.    Yes.
16           MS. HARPER:  Do you still need that
17   document?
18           MR. FILIPOVIC:  Yes.
19           MS. HARPER:  We'll see if it was
20   requested in discovery.
21           MR. FILIPOVIC:  We can argue about
22   that.
23           When would you say was the first time
24   you went out?
25           THE WITNESS:  I'm not sure.

Page 18

1    BY MR. FILIPOVIC:
2        Q.    Can we agree that you went out on
3    5-10-2018?
4        A.    If that is what is in the log, then yes.
5        Q.    Let's go to PS-11.
6            The middle of the page, it has a date
7    of May 10th, 2018, correct?
8        A.    Yes.
9        Q.    There is a note there.
10           Could you read it for the record?
11       A.    Deputy Jetaria Taylor, being duly sworn
12   according to law, posted one true and attested copy
13   of the within writ of possession upon real estate
14   located at 146 South 62nd Street, Philadelphia, PA
15   19139, and the next one says 21-day notice posted.
16       Q.    Did you enter this note?
17       A.    Yes.
18       Q.    It sounds like you went out earlier than
19   May 18th if this is dated May 10th.
20       A.    Yes.
21       Q.    What about, on June 1st, did you post an
22   eviction notice on the property at 146 South 62nd
23   Street?
24       A.    Yes.
25       Q.    Did you enter a note in the system about

Page 19

1    that particular posting such as the one that we see
2    in PS-11 that you just read from?
3        A.    No.
4        Q.    Are there any other times that you went
5    to the property that you did not enter into the
6    Jewell system?
7        A.    No.
8        Q.    Now, the notice to vacate that you
9    served or posted on the property on May 10th, can you
10   find it or do you see it in front of you in any of
11   these documents?
12       A.    It would be one of these (indicating).
13       Q.    Well, can you tell me which one
14   according to its number?
15           The one you are holding up now, what is
16   the number?
17       A.    PS-4.
18       Q.    PS-4?
19       A.    Uh-huh.
20       Q.    Thank you.
21           What about the eviction notice on the
22   property that you served in June, do you see it in
23   front of you there?
24       A.    Let me just clarify, because, going back
25   to the initial ones you asked me about, I can't tell

Page 20

1    you which one was posted, because these have two
2    different dates on it, but it would have been any one
3    of these that say notice to vacate (indicating).
4        Q.    Right, okay.
5        A.    And then, for the final posting, it
6    would have been any one of these -- well, not this
7    one, because that has an envelope, so that was mailed
8    out (indicating).
9        Q.    When you say this one --
10       A.    I'm sorry, PS-6 or PS-7.
11       Q.    It could be one of those?
12       A.    It's either one of these, yes
13   (indicating).
14       Q.    It's either one of those that you
15   posted?
16       A.    Yes.
17       Q.    Which one is not the one that was
18   posted?
19       A.    PS-8 was mailed out.
20       Q.    Okay, thank you.
21           What is the date on PS-8?
22       A.    Are you asking about the envelope?
23       Q.    Yes.
24       A.    June 7th.
25       Q.    Did you report to Inspector Guess at

Page 21

1   this time, between May and July of 2018?
2       A.   Not directly to him.
3           I had a direct supervisor.
4       Q.   Who was your direct supervisor?
5       A.   Omar Appling, A-p-p-l-i-n-g.
6       Q.   Was there a time when you -- it says you
7   posted an eviction notice on June 1st.
8           You testified, when you went out to
9   post eviction notices, you may have taken a deputy
10  with you or --
11      A.   That was.
12      Q.   That was only when you were evicting
13  people?
14      A.   Yes.
15      Q.   So you were alone on both May 10th and
16  June 1st?
17      A.   Yes.
18      Q.   Okay.
19          To the best of your knowledge, did
20  anybody ever come to this particular property with
21  you?
22      A.   No.
23      A.   It was always --
24      A.   Always by myself.
25      Q.   Did you contact any neighbors at any

Page 22

1   time?
2       A.   No.
3       Q.   Or did you see anybody there?
4       A.   No.
5       Q.   Did it appear to you that somebody was
6   living there?
7       A.   I can't make that determination.
8       Q.   Sure, okay.
9           We're going back to PS-11.
10          It says here, unknown occupants.
11          Did you write that, unknown occupants,
12  or is that generic?
13      A.   It was on the actual writ.
14      Q.   Uh-huh.
15          So you wrote it from the writ?
16      A.   No, I didn't write anything.
17          That is how it was put into the system.
18      Q.   The system already had it pre-filled --
19      A.   Yes.
20      Q.   Part of your notes say possession date,
21  6-25-18.
22          Did anybody go out on June 25th, 2018?
23      A.   No.
24      Q.   And there was no other deputy, to the
25  best of your knowledge, that served anything on this

Page 23

1   property?
2       A.   To my knowledge, no.
3       Q.   When you were out in the field serving,
4   do you usually go back to the hospital before
5   checking out for the day or do you go straight home?
6       A.   It depends.
7       Q.   What does it depend on?
8       A.   It just depends on what my schedule
9   looks like.
10          Some days I might do half my time in
11  the field and half my time in the office or I may do
12  where I'm in the office in the morning and out in the
13  field in the afternoon.
14      Q.   So, if you are out in the field in the
15  afternoon, is that when you are more likely to not go
16  back to the office and just go straight home?
17      A.   Yes.
18      Q.   Now, did you ever put anything besides
19  this note on May 10th in the Jewell system?
20      A.   No.
21      Q.   Do you recall the parking situation in
22  the 146th block of South 62nd Street?
23      A.   Yes.
24      Q.   What is the parking like there?
25      A.   It's just --

Page 24

1       Q.   Street parking?
2       A.   Yeah.
3       Q.   There is no meter, right?
4       A.   No.
5       Q.   Who prepares the notices you serve?
6       A.   I do.
7       Q.   Do you print them out from a printer
8   or --
9       A.   They are already printed out, I just
10  have to fill them in.
11      Q.   By hand?
12      A.   Yes.
13      Q.   Let's start with the earliest one.
14          Would the sheriff's number that is
15  handwritten on that notice -- first of all, PS-3, 4
16  and 5, which are the notices to vacate, do you see a
17  sheriff's number on there?
18      A.   Yes.
19      Q.   Lieutenant Thornton testified about
20  that?
21      A.   Yes.
22      Q.   Does that appear to be handwritten?
23      A.   Yes.
24      Q.   Did you handwrite that number?
25      A.   Yes.

6  (Pages 21 to 24)

Page 25

1      Q.    Which information did you reference to
2  know what number to put there?
3      A.    The writ.
4      Q.    The writ?
5      A.    Yes.
6      Q.    So the numbers on the writ are assigned
7  by the sheriff's office?
8      A.    Yes.
9      Q.    Where is this writ in relation to when
10  you are preparing the notice?
11         Is it in the computer or --
12      A.    I have a physical copy.
13      Q.    You have a physical copy of the actual
14  writ?
15      A.    Yes.
16      Q.    The writ in this particular case --
17  let's go to PS-10.
18         It is another Jewell printout.
19         Do you know if this number in
20  parenthesis, 1707-5002, is the writ number?
21      A.    I'm not sure what that is.
22      Q.    Other than filling out the mileage on
23  your expense report or the mileage form as you
24  testified to, is there a process of you advising your
25  supervisor of when you would be in the office and

Page 26

1  when you were in the field?
2      A.    No.
3      Q.    So your supervisor would not know
4  whether you were in the office or not prior to you
5  leaving?
6         Is that your testimony?
7      A.    What do you mean, prior to me leaving?
8      Q.    Let's say that you were working in the
9  morning or -- let's go with this scenario.  You say
10  you are in in the morning and you want to go serve some
11  paperwork in the afternoon and you are not planning
12  to come back.
13         Would you have to let your supervisor
14  know?
15      A.    I just tell him I'm leaving and that is
16  it.
17      Q.    What if he's not immediately available?
18         Is there a requirement to check in a
19  log --
20      A.    I sign-in in the morning and, when I'm
21  done, I'm done.
22      Q.    You sign-out when you are leaving?
23      A.    Yes.
24         Even if you are working, serving the
25  writs, you still have to sign-out?

Page 27

1      A.    Yes.
2      Q.    Where do you sign-in and out of?
3         Is there a log --
4      A.    Sign-in sheet.
5      Q.    Employee sign-in sheet?
6      A.    Yes.
7      Q.    In the event that you were planning to
8  -- as you testified, sometimes you're in the field in
9  the morning, but you're in in the afternoon, how do
10  you go about noting your absence in the morning?
11         Do you call your supervisor, do you
12  send him an e-mail?
13      A.    What do you mean?
14      Q.    Say you're in the office all day, until
15  4:30, and you have a bunch of paperwork and you are
16  planning to serve it in the morning.
17         At that point, you're not just not
18  going to show up in the morning, you have to let
19  somebody know that you are not going to be there in
20  the morning, so how do you go about that?
21      A.    I have my own schedule.
22         I make my own schedule.
23         I don't have to notify my supervisor
24  that I'm not going to be there in the morning because
25  I'm out in the field doing work.

Page 28

1      Q.    How is she able to differentiate -- do
2  you let anybody know or is there any notation of you
3  being out in the field doing work?
4      A.    No.
5      Q.    So, correct me if I'm wrong, if you are
6  not in the office in the morning, at first, your
7  supervisor doesn't know if you are out doing work or
8  if you are home sick?
9      A.    If I'm home sick, I will call and let
10  them know I'm sick.
11      Q.    So, unless they hear from you, you are
12  out doing work?
13      A.    Yes.
14      Q.    Now, the employee sign-in sheet, is that
15  -- do you note it in the employee sign-in sheet if
16  you are going to be out in the morning?
17         Do you note it the day before?
18      A.    No.
19      Q.    Just when you come back, you sign-in?
20      A.    Yes.
21      Q.    Do you recall, on these two dates that
22  you testified to being there at the property, was it
23  morning or afternoon?
24      A.    I'm not sure.
25      Q.    So you don't recall, okay.

Page 29

1    A.    Let me clarify.
2         According to the document I put into
3    the Jewell system, the one time I went out, it was
4    9:45 a.m.
5    Q.    You are talking about --
6    A.    PS-11.
7    Q.    You gathered that from time out, 9:45?
8    A.    Yes.
9    Q.    It says here, mileage, zero?
10   A.    We don't insert our mileage into the
11   computer.
12   Q.    I'm reading what it says here.
13   A.    Okay.
14   (REQUEST)   MR. FILIPOVIC:  In addition to the
15   mileage form, we would also like to request the
16   employee sign-in sheet between May 8th and June 25th
17   of 2018.
18        MS. HARPER:  Uh-huh.
19   BY MR. FILIPOVIC:
20   Q.    Have you ever seen Mr. Toppin?
21   A.    No.
22   Q.    What about anybody else at that home?
23   A.    No.
24   Q.    In your conversations with your
25   supervisors, did you ever discuss this case with your

Page 30

1    supervisors?
2         To be clear, I'm not talking about this
3    litigation now, I'm talking about the case of service
4    of this paperwork with your supervisors.
5    A.    No.
6    Q.    Did any one of them ever tell you that
7    the bankruptcy was filed?
8    A.    No.
9         Let me clarify.
10        I only got that information after we
11   were informed about the litigation, but, prior to
12   that, I didn't know about the bankruptcy.
13   Q.    When you say you only got the
14   information, what information did you get?
15   A.    In terms of a bankruptcy was filed.
16   Q.    If you refer to PS-10, this document, it
17   says Sheriff's Return of Service on it?
18   A.    Yes.
19   Q.    And, the gentleman here, Lieutenant
20   Thornton, I believe, testified that this is in the
21   Jewell system, and I will direct you to this entry of
22   May 9th, 2018.
23        Would this have been available to your
24   supervisor, the information that is on this document?
25   A.    We don't have access to this

Page 31

1    information.
2    Q.    You don't have access?
3    A.    No.
4    Q.    Who is we?
5    A.    Civil Enforcement Unit.
6         I'm not able to go into my system and
7    pull this up.
8         This isn't Civil Enforcement Unit
9    stuff.
10        This looks like real estate stuff.
11   Q.    But it's the Sheriff's Office of
12   Philadelphia County?
13   A.    We still don't -- I can't see into
14   somebody else's system.
15   Q.    Would it have been helpful for you to be
16   able to see that there was a bankruptcy filed?
17   A.    Typically, if it's a bankruptcy, we
18   receive the information.
19   Q.    But you didn't in this case?
20   A.    No.
21   Q.    Who do you receive it from?
22   A.    It depends.
23        Sometimes the defendant will fax over
24   something or they will bring us something.  If they
25   get something in another division, they'll give it to

Page 32

1    us.
2    Q.    Another division will give it to you?
3    A.    Yes.
4    Q.    And you didn't get anything from anybody
5    in this case?
6    A.    No.
7    Q.    At the time?
8    A.    No, and we would only get something from
9    another division if they knew it was an eviction.
10        This here looks like all sheriff's sale
11   stuff, which are two different things (indicating).
12   Q.    Do you know the bankruptcy law within
13   your own right?
14        Do you know what happens to the
15   effective bankruptcy?
16        It's the same question I asked
17   Lieutenant Thornton.
18   A.    If they file?
19   Q.    Yes.
20   A.    Yes.
21   Q.    What is it?
22   A.    We are to stop all action unless there
23   is a bar order.
24   Q.    All action?
25   A.    Yes.

8  (Pages 29 to 32)

Page 33

1    Q.    All action, to you, does that mean
2  eviction?
3    A.    Yes.
4    Q.    Posting notices of vacate, does that
5  fall within all action?
6    A.    Yes.
7    Q.    Executing, garnishing writs, is that all
8  action?
9    A.    Yes.
10    MR. FILIPOVIC:  Ma'am, I don't think I
11  have any other questions for you.
12    Thank you, Deputy Taylor.
13  (EXAMINATION OF DEPUTY TAYLOR BY MS. HARPER:)
14    Q.    Deputy Taylor, if you could, just look
15  at what is marked PS-8.
16    Do you have that in front of you?
17    A.    Yes.
18    Q.    You were asked a question about the date
19  that appears on the envelope.
20    Do you see that?
21    A.    Yes.
22    Q.    Is that your handwriting, the date that
23  says 6-7-18?
24    A.    No.
25    Q.    Do you know who wrote that?

Page 34

1    A.    No.
2    MS. HARPER:  I don't think I have
3  anything else.
4  (EXAMINATION OF DEPUTY TAYLOR BY MR. DOMER:)
5    Q.    You were asked about this.
6    Correct me if I'm wrong, PS-11, you
7  said that you wrote in the notes?
8    A.    Yes.
9    Q.    Did you write in all the notes on there?
10    A.    No.
11    Q.    What notes did you write?
12    A.    Well, technically, I only wrote -- I
13  didn't really have to write anything.
14    So, this is already pre-done, so this
15  is --
16    Q.    Can you talk in words, so the court
17  reporter can take it down?
18    A.    Deputy Jetaria Taylor, being duly sworn
19  according to law, that whole sentence is already
20  pre-corded in the system, I guess, so the only
21  thing I have to do is put my name into the drop-down
22  box, and, once I put in my name, it goes to the sign
23  field, and then, as far as the possession date, when
24  I entered the 21-day notice on May 10th, we didn't
25  have a possession date at that time, so that spot was

Page 35

1  blank, and then this information about cancelled per
2  defendant filed bankruptcy, that information wasn't
3  in the system, either.
4    Q.    When you put this note?
5    A.    On May 10th, yes, neither one of those
6  were in there.
7    Q.    Is it your statement that you didn't put
8  that in there?
9    A.    Yes.
10    Q.    Do you know who did?
11    A.    I'm not sure.
12    As far as the possession dates,
13  typically a supervisor would do that, and, if
14  somebody received a bankruptcy, they would put the
15  information in, but this was after the May 10th date
16  and I don't know what date that is.
17    MR. DOMER:  I don't have anything else.
18  (EXAMINATION OF DEPUTY TAYLOR BY MS. HARPER:)
19    Q.    We talked about two instances where you
20  went to the property at 146 South 62nd Street.
21    One of them was June 1st to post the
22  eviction notice, correct?
23    A.    Yes.
24    Q.    That date is not reflected on this
25  record that is marked PS-11, is that correct?

Page 36

1    A.    Yes.
2    Q.    Did you have any other records that you
3  kept with respect to that activity?
4    A.    Yes.
5    Q.    What other records did you keep?
6    A.    I would use a form that we have to fill
7  out and you have to put down the first time you go
8  out and the second time you go out.
9    You list the dates and the times.
10    Q.    I know you haven't seen it in front of
11  you here today, but do you believe you did fill out
12  that form?
13    A.    Yes.
14    Q.    Any other means by which you personally
15  keep a record of times you go to a property?
16    A.    Yes.
17    I keep a record in my phone.
18    MS. HARPER:  I have nothing further.
19  (EXAMINATION OF DEPUTY TAYLOR BY MR. FILIPOVIC:)
20    Q.    Just limited questions based only on
21  what was now discussed.
22    You keep it in your personal phone
23  or --
24    A.    My personal phone.
25    Q.    As far as PS-11, did you review both --

Page 37

1   you testified that there was some information here
2   such as your name and being duly sworn according to
3   law.
4           That was pre-typed when you went
5   inside?
6       A.    Uh-huh.
7       Q.    And you only entered the remainder, up
8   to 21, where it is posted?
9       A.    Yes.
10          I noted 21, they noted posted.
11      Q.    Thanks.
12          Do you review the entire entry, both
13  the one that you printed and what was preprinted
14  before you entered it?
15          Do you read it?
16      A.    Maybe I explained it wrong.
17          If you look, it says category, and it
18  says posted --
19      Q.    Ma'am, if you could just answer the
20  question.
21          I understand what you are trying to
22  say.
23          We'll get through this quicker if you
24  answer my questions.
25          Did you read the entire entry, the

Page 38

1   portion that was preprinted and the portion you put
2   in, prior to clicking approve or enter?
3       A.    Yes.
4       Q.    That's all.
5           Your testimony is that somebody else
6   wrote in the possession date, 6-25-18?
7       A.    Yes.
8       Q.    And your testimony is that somebody else
9   wrote in cancelled per defendant filed bankruptcy?
10      A.    Yes.
11      Q.    Would the Jewell system be able to
12  identify who that person is by sign-in credentials,
13  let's say?
14      A.    No.
15      Q.    Does anybody outside of the Philadelphia
16  Sheriff's Office have access to this system?
17      A.    Outside the sheriff's office?
18      Q.    Yes.
19      A.    Not to my knowledge.
20          MR. FILIPOVIC:  Thanks.
21          No further questions.
22          (WITNESS EXCUSED)
23          (DEPOSITION CONCLUDED AT 2:21 P.M.)
24
25

Page 39

1               C E R T I F I C A T E
2
3
4       I, Lori A. Porto, a Notary Public and Certified
5   Court Reporter do hereby certify that the foregoing
6   is a true and accurate transcript of the testimony as
7   taken stenographically by and before me at the time,
8   place, and on the date hereinbefore set forth, to the
9   best of my ability.
10      I do further certify that I am neither a
11  relative nor employee nor attorney nor counsel of any
12  of the parties to this action, and that I am neither
13  a relative nor employee of such attorney or counsel,
14  and that I am not financially interested in the
15  action.
16
17
18
19
20
21
22
23      _____
        Lori A. Porto, CCR
24      Notary Public, State of New Jersey
        Certificate No. XI01577
25

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 381 of 386
Jetaria Taylor

Page 40

**A**

A-p-p-l-i-n-g
  21:5
a.m 1:20 29:4
a/k/a 1:7
ABDELDAY...
  1:7
ABDELDYEM
  1:7
ability 6:18 39:9
able 28:1 31:6
  31:16 38:11
absence 27:10
access 30:25
  31:2 38:16
accurate 14:22
  39:6
action 32:22,24
  33:1,5,8 39:12
  39:15
activity 36:3
actual 8:6 11:21
  12:7 22:13
  25:13
addition 29:14
address 11:6
  13:7 17:4
advising 25:24
affix 9:20
afternoon 6:4
  23:13,15 26:11
  27:9 28:23
agree 16:14 18:2
annual 12:8
answer 6:12
  9:17 13:8 15:7
  37:19,24
answers 6:13
anybody 21:20
  22:3,22 28:2
  29:22 32:4
  38:15
anymore 10:6
appear 22:5
  24:22
appears 33:19

**Appling** 21:5
approve 38:2
argue 17:21
argumentative
  15:4
asked 9:12
  19:25 32:16
  33:18 34:5
asking 15:2,7
  20:22
assigned 7:11
  25:6
ASSISTANT
  2:11
associated 7:19
  12:17
attached 12:7
attempts 14:12
attested 18:12
attorney 39:11
  39:13
available 26:17
  30:23

**B**

B 4:1
back 13:6 19:24
  22:9 23:4,16
  26:12 28:19
badge 9:11
bankruptcy 1:1
  11:3,6 30:7,12
  30:15 31:16,17
  32:12,15 35:2
  35:14 38:9
bar 32:23
based 36:20
Basically 12:4
believe 30:20
  36:11
best 6:17 21:19
  22:25 39:9
blank 35:1
block 23:22
bottom 14:20
  15:12

**Boulevard** 1:19
  2:11
box 34:22
bright 10:3
bring 31:24
BROAD 1:23
Building 1:18
bunch 27:15

**C**

C 2:1 39:1,1
call 14:13 16:19
  27:11 28:9
cancelled 35:1
  38:9
case 1:2 10:19
  10:22 25:16
  29:25 30:3
  31:19 32:5
category 37:17
CCR 39:23
certainly 15:6
Certificate
  39:24
Certified 1:22
  39:4
certify 39:5,10
charge 11:7
  12:20 13:7
check 26:18
checking 23:5
CITY 2:9,10,11
Civil 7:11 31:5,8
clarify 6:17
  19:24 29:1
  30:9
clear 30:2
clicking 38:2
co-counsel 6:6
color 10:8
color-coding
  9:24
colors 10:2,3
come 21:20
  26:12 28:19
commencing

**1:20
computer** 25:11
  29:11
CONCLUDED
  38:23
conducting 6:7
contact 21:25
contend 16:15
continued 11:2
  11:4,4,5
conversations
  29:24
copies 11:14
copy 9:18 12:10
  18:12 25:12,13
corner 14:20
  15:12
correct 12:22
  15:15 16:24
  18:7 28:5 34:6
  35:22,25
counsel 2:8,14
  6:5,21 13:1
  15:3 16:12
  39:11,13
County 31:12
court 1:1,22
  6:13 7:21 13:5
  34:16 39:5
credentials
  38:12
current 7:8

**D**

D 3:1 5:1
date 1:21 11:22
  12:9 14:19
  15:2,10,11,16
  16:4,14 17:7
  17:13 18:6
  20:21 22:20
  33:18,22 34:23
  34:25 35:15,16
  35:24 38:6
  39:8
dated 18:19

**dates** 14:1 16:3
  17:3 20:2
  28:21 35:12
  36:9
day 17:8,14 23:5
  27:14 28:17
days 23:10
Debtor/Plaintiff
  1:4 2:8
DECEMBER
  1:12
defendant 2:14
  31:23 35:2
  38:9
Defendants 1:9
DEPARTME...
  2:9
depend 23:7
depends 10:4
  23:6,8 31:22
deposed 10:23
deposition 1:16
  6:7 16:23
  38:23
deputies 11:7
deputy 1:16
  2:10 3:3 6:3
  7:10 13:7,21
  18:11 21:9
  22:24 33:12,13
  33:14 34:4,18
  35:18 36:19
describe 7:18
DESIGNATED
  13:8
determination
  22:7
different 20:2
  32:11
differentiate
  28:1
difficult 6:15
direct 21:3,4
  30:21
directly 21:2
discovery 17:20

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 382 of 386
Jetaria Taylor

Page 41

discuss 29:25
discussed 36:21
DISTRICT 1:1
division 31:25
   32:2,9
document 16:7
   16:9,13 17:17
   29:2 30:16,24
documents
   11:17 19:11
doing 27:25 28:3
   28:7,12
Domer 2:11 3:7
   34:4 35:17
door 9:18,19,20
   14:8
drop-down
   34:21
duly 6:1 18:11
   34:18 37:2
Dunne 2:3,3 6:6
duties 7:19

E

E 2:1,1 3:1,1 4:1
   5:1 39:1,1
e-mail 27:12
earlier 18:18
earliest 15:10
   24:13
EASTERN 1:1
effective 32:15
either 20:12,14
   35:3
else's 31:14
employed 9:9
employee 27:5
   28:14,15 29:16
   39:11,13
Enforcement
   7:12 31:5,8
enforcing 7:21
enter 18:16,25
   19:5 38:2
entered 34:24
   37:7,14

entire 37:12,25
entry 12:13
   30:21 37:12,25
envelope 12:8
   20:7,22 33:19
ESQUIRE 2:3,4
essentially 14:10
estate 18:13
   31:10
event 27:7
evicting 21:12
eviction 8:6 9:14
   11:21,22 12:7
   12:9,9,10
   18:22 19:21
   21:7,9 32:9
   33:2 35:22
evictions 7:22
   7:25 8:23
   12:21
Examination
   3:3 6:3 33:13
   34:4 35:18
   36:19
examined 6:1
EXCUSED
   38:22
Executing 33:7
Exhibits 4:13
   11:13
expense 16:19
   25:23
explained 37:16

F

F 1:19 2:11 39:1
fall 33:5
familiar 7:18
far 8:5 34:23
   35:12 36:25
fax 31:23
field 7:24 8:23
   23:3,11,13,14
   26:1 27:8,25
   28:3 34:23
file 32:18

filed 11:2 30:7
   30:15 31:16
   35:2 38:9
Filipovic 2:4 3:4
   6:3,5,20,23
   13:1,5,10 15:6
   15:14 16:12,18
   16:24 17:1,18
   17:21 18:1
   29:14,19 33:10
   36:19 38:20
fill 24:10 36:6
   36:11
filled 16:9
filling 25:22
final 12:10 14:5
   20:5
financially
   39:14
find 19:10
fine 13:4 16:17
   16:25
first 9:15 14:23
   15:16 17:23
   24:15 28:6
   36:7
follow-up 16:16
follows 6:2
Ford 8:10,11
foregoing 39:5
form 16:21 17:2
   25:23 29:15
   36:6,12
forth 39:8
front 19:10,23
   33:16 36:10
further 36:18
   38:21 39:10

G

garnishing 33:7
gathered 29:7
generally 8:18
generic 22:12
gentleman 30:19
gestures 6:14

getting 10:23
   15:3
give 14:10 31:25
   32:2
gives 11:21
giving 7:1
go 6:18 7:24,24
   8:3,5 13:6
   14:18 18:5
   22:22 23:4,5
   23:15,16 25:17
   26:9,10 27:10
   27:20 31:6
   36:7,8,15
goes 34:22
going 6:6 10:12
   16:12,22 19:24
   22:9 27:18,19
   27:24 28:16
Good 6:4
guess 11:5 20:25
   34:20
gun 8:20,22,24

H

H 4:1
half 23:10,11
hand 24:11
handle 7:22
handwrite 24:24
handwriting
   14:24,25 15:1
   33:22
handwritten
   24:15,22
happens 32:14
Harper 2:10 3:6
   6:22 12:24
   13:4 15:3
   16:16,22,25
   17:16,19 29:18
   33:13 34:2
   35:18 36:18
HASSAN 1:7,8
hear 28:11
held 1:18

helpful 31:15
hereinbefore
   39:8
holding 19:15
home 23:5,16
   28:8,9 29:22
hospital 23:4

I

identified 11:24
identify 38:12
immediately
   26:17
indicating 9:21
   19:12 20:3,8
   20:13 32:11
indications 8:15
influence 6:25
information
   25:1 30:10,14
   30:14,24 31:1
   31:18 35:1,2
   35:15 37:1
informed 30:11
initial 11:20
   12:2,3,4 14:4
   19:25
insert 29:10
inside 37:5
Inspector 20:25
instances 35:19
interested 39:14
issue 16:13,15

J

J-e-t-a-r-i-a 7:6
Jersey 39:24
Jetaria 1:16 6:1
   7:6 18:11
   34:18
Jewell 1:6 2:15
   19:6 23:19
   25:18 29:3
   30:21 38:11
job 7:19
John 1:19 2:11

Case 18-00137-mdc    Doc 179-7    Filed 12/02/21    Entered 12/02/21 16:22:19    Desc
Exhibit Defendants Exhibits: D1 to D30    Page 383 of 386
Jetaria Taylor

Page 42

**JOSHUA** 2:11
**joshua.domer...**
  2:14
**July** 7:16 21:1
**June** 9:9 18:21
  19:22 20:24
  21:7,16 22:22
  29:16 35:21

**K**
**KAPLAN** 1:23
**keep** 36:5,15,17
  36:22
**Kennedy** 1:19
  2:11
**kept** 36:3
**knew** 32:9
**knock** 9:15
**know** 10:22
  11:16 12:16
  13:11 16:14
  25:2,19 26:3
  26:14 27:19
  28:2,7,10
  30:12 32:12,14
  33:25 35:10,16
  36:10
**knowledge**
  21:19 22:25
  23:2 38:19

**L**
**law** 2:3,9 18:12
  32:12 34:19
  37:3
**LEAMAN** 1:23
**leaving** 26:5,7
  26:15,22
**left-hand** 15:12
**let's** 14:18 18:5
  24:13 25:17
  26:8,9 38:13
**letter** 14:6
**Lieutenant**
  24:19 30:19
  32:17

**limited** 36:20
**list** 36:9
**litigation** 30:3
  30:11
**living** 22:6
**located** 18:14
**log** 16:3,4 18:4
  26:19 27:3
**long** 7:13 9:22
**look** 11:13 14:24
  33:14 37:17
**looks** 23:9 31:10
  32:10
**Lori** 1:21 39:4
  39:23
**Lyndel** 1:3 6:5
  10:19 11:10
  12:17,21

**M**
**M** 2:3
**Ma'am** 33:10
  37:19
**mail** 14:7
**mailbox** 9:18
  14:9
**mailed** 20:7,19
**marked** 4:13 9:3
  33:15 35:25
**Market** 2:5
**mean** 26:7 27:13
  33:1
**means** 36:14
**MEGAN** 2:10
**megan.harper...**
  2:13
**meter** 24:3
**middle** 18:6
**mileage** 15:24
  16:2,5,21 17:2
  25:22,23 29:9
  29:10,15
**miles** 17:7,14
**mind** 12:1
**minutes** 9:23
**morning** 23:12

26:9,10,20
27:9,10,16,18
27:20,24 28:6
28:16,23
**Municipal** 1:18

**N**
**N** 2:1,10 3:1,1
  5:1
**name** 7:4 34:21
  34:22 37:2
**necessary** 15:7
**need** 17:16
**neighbors** 21:25
**neither** 35:5
  39:10,12
**New** 39:24
**Notary** 39:4,24
**notation** 28:2
**notations** 17:2
**note** 18:9,16,25
  23:19 28:15,17
  35:4
**noted** 37:10,10
**notes** 22:20 34:7
  34:9,11
**notice** 1:17 8:20
  9:14 10:6
  11:20,21 12:2
  12:3,4,5,7,9,10
  14:4,5 15:11
  18:15,22 19:8
  19:21 20:3
  21:7 24:15
  25:10 34:24
  35:22
**noticeable** 10:3
**notices** 7:25
  8:23 10:2
  11:14 12:21
  13:12 14:11,12
  21:9 24:5,16
  33:4
**notify** 14:13
  27:23
**noting** 27:10

**number** 12:14
  12:16 13:11
  17:9 19:14,16
  24:14,17,24
  25:2,19,20
**numbers** 11:24
  25:6

**O**
**O** 5:1,1,1
**Objection** 12:24
**occupants** 22:10
  22:11
**occupation** 7:9
**office** 7:11 23:11
  23:12,16 25:7
  25:25 26:4
  27:14 28:6
  31:11 38:16,17
**OFFICES** 2:3
**Oh** 13:20
**okay** 6:19 12:12
  20:4,20 21:18
  22:8 28:25
  29:13
**Omar** 21:5
**once** 14:4,5
  34:22
**one-by-one**
  11:25 12:1
**ones** 19:25
**Oral** 1:16
**order** 32:23
**orders** 7:22
**outside** 38:15,17

**P**
**P** 2:1,1 5:1,1,1
**P.C** 2:3
**P.M** 38:23
**PA** 2:6,12 18:14
**page** 3:7 18:6
**Pages** 3:4,6
**paperwork**
  26:11 27:15
  30:4

**parenthesis**
  25:20
**parking** 23:21
  23:24 24:1
**Part** 22:20
**particular** 10:18
  10:20 11:6
  13:13 19:1
  21:20 25:16
**parties** 39:12
**partner** 8:3,6
  9:2
**Pennsylvania**
  1:1,20,24
**people** 21:13
**person** 38:12
**personal** 8:12,13
  9:5,6 15:21
  36:22,24
**personally** 9:15
  13:17,18 36:14
**pertain** 13:12
**pfesq@ifight4...**
  2:7
**Philadelphia**
  1:19,24 2:6,9
  2:12 7:11
  18:14 31:12
  38:15
**phone** 36:17,22
  36:24
**photocopy** 10:7
**physical** 25:12
  25:13
**place** 39:8
**planning** 26:11
  27:7,16
**please** 6:12 7:5
**point** 6:16 27:17
**portion** 38:1,1
**Porto** 1:21 39:4
  39:23
**position** 7:13,20
**possession** 18:13
  22:20 34:23,25
  35:12 38:6

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 384 of 386

Jetaria Taylor

Page 43

post 9:14,17,19
  14:8 18:21
  21:9 35:21
posted 13:19,21
  14:2 18:12,15
  19:9 20:1,15
  20:18 21:7
  37:8,10,18
posting 7:25
  8:23 14:7 19:1
  20:5 33:4
postings 8:5
practice 9:8
pre-done 34:14
pre-filled 22:18
pre-recorded
  34:20
pre-typed 37:4
PREDRAG 2:4
premises 13:22
prepares 24:5
preparing 25:10
preprinted 10:1
  37:13 38:1
prevent 7:1
print 24:7
printed 24:9
  37:13
printer 24:7
printout 25:18
prior 26:4,7
  30:11 38:2
process 25:24
properties 7:25
property 10:20
  12:17 13:13
  18:22 19:5,9
  19:22 21:20
  23:1 28:22
  35:20 36:15
PS-10 25:17
  30:16
PS-11 18:5 19:2
  22:9 29:6 34:6
  35:25 36:25
PS-3 11:13 12:2

14:18 24:15
PS-4 12:3 19:17
  19:18
PS-5 12:3
PS-6 12:6 20:10
PS-7 12:10
  20:10
PS-8 12:8 20:19
  20:21 33:15
Public 39:4,24
pull 31:7
pursuant 1:17
put 9:18 14:8
  22:17 23:18
  25:2 29:2
  34:21,22 35:4
  35:7,14 36:7
  38:1

                Q
question 6:17
  11:12 13:6,8
  15:8,9 16:17
  32:16 33:18
  37:20
questions 6:10
  33:11 36:20
  37:24 38:21
quicker 37:23

                R
R 2:1 5:1 39:1
read 13:6,9
  18:10 19:2
  37:15,25
reading 29:12
real 18:13 31:10
really 7:22
  34:13
reason 10:18
recall 23:21
  28:21,25
receive 31:18,21
received 35:14
record 6:9,14
  7:4 13:3 18:10

35:25 36:15,17
records 36:2,5
red 10:5,11,15
  10:17
refer 11:23
  16:20 30:16
reference 25:1
reflected 35:24
reimbursed
  15:24 16:2,10
relation 25:9
relative 39:11
  39:13
remainder 37:7
repeat 6:8
report 20:25
  25:23
reporter 1:22
  6:13 13:5
  34:17 39:5
reports 16:19
represent 11:17
request 5:3,3
  16:12 29:14,15
requested 17:20
requesting
  16:13
requirement
  26:18
respect 36:3
responsible 7:21
Return 30:17
review 36:25
  37:12
right 13:20
  14:13 20:4
  24:3 32:13
Room 2:12
rules 6:8
run 10:9

                S
S 2:1 3:1,1 4:1
  5:1,1
sale 32:10
says 15:13 18:15

21:6 22:10
  29:9,12 30:17
  33:23 37:17,18
scenario 26:9
schedule 23:8
  27:21,22
second 36:8
see 12:13 13:3
  14:19 15:10
  17:19 19:1,10
  19:22 22:3
  24:16 31:13,16
  33:20
seen 29:20 36:10
send 27:12
sentence 34:19
serve 9:16 13:17
  13:18 24:5
  26:10 27:16
served 19:9,22
  22:25
service 11:5
  30:3,17
Services 1:18
servicing 11:8
  12:21 13:7
serving 8:23
  23:3 26:24
set 39:8
sheet 27:4,5
  28:14,15 29:16
sheriff 7:10
sheriff's 7:11
  8:15 12:14,16
  13:11 17:9
  24:14,17 25:7
  30:17 31:11
  32:10 38:16,17
show 9:12 27:18
sick 28:8,9,10
sign 34:22
sign-in 26:20
  27:2,4,5 28:14
  28:15,19 29:16
  38:12
sign-out 26:22

26:25
situation 23:21
six 11:15
SOLICITOR
  2:10,11
somebody 22:5
  27:19 31:14
  35:14 38:5,8
sorry 13:20
  20:10
sort 16:10
sound 14:22
  15:15
sounds 18:18
South 1:23
  10:20 12:18
  13:24 18:14,22
  23:22 35:20
specific 11:23
spot 34:25
start 24:13
State 39:24
statement 35:7
STATES 1:1
stenographica...
  39:7
Stephen 2:3 6:6
stephen@dun...
  2:7
stipulations
  6:20
stop 32:22
straight 23:5,16
Street 1:23 2:5
  10:21 12:18
  13:24 18:14,23
  23:22 24:1
  35:20
stuff 31:9,10
  32:11
submit 16:3
substance 7:1
succinct 6:11
Suite 1:23 2:5
supervisor 21:3
  21:4 25:25

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 385 of 386

Jetaria Taylor

Page 44

26:3,13 27:11
27:23 28:7
30:24 35:13
**supervisors**
29:25 30:1,4
**supposed** 10:11
10:12
**sure** 6:22 12:19
17:25 22:8
25:21 28:24
35:11
**sworn** 6:1 18:11
34:18 37:2
**system** 18:25
19:6 22:17,18
23:19 29:3
30:21 31:6,14
34:20 35:3
38:11,16

**T**

**T** 3:1 4:1 5:1,1
39:1,1
**T-a-y-l-o-r** 7:7
**take** 8:7 9:22
11:13 34:17
**taken** 1:17 21:9
39:7
**talk** 34:16
**talked** 35:19
**talking** 14:1
29:5 30:2,3
**tape** 9:21
**Taurus** 8:10,11
**Taylor** 1:17 3:3
6:1,3,4,24 7:6
7:8,18 11:12
11:16 18:11
33:12,13,14
34:4,18 35:18
36:19
**technically**
34:12
**tell** 10:25 19:13
19:25 26:15
30:6

**terms** 30:15
**testified** 6:2
12:20,25 21:8
24:19 25:24
27:8 28:22
30:20 37:1
**testimony** 7:2
26:6 38:5,8
39:6
**thank** 12:12
19:20 20:20
33:12
**Thanks** 37:11
38:20
**thing** 34:21
**things** 32:11
**think** 10:5,17
12:25 13:1
15:5 33:10
34:2
**Thornton** 24:19
30:20 32:17
**three** 14:11,12
14:12,15
**THURSDAY**
1:12
**time** 8:24 14:7
14:10,15,23
17:23 21:1,6
22:1 23:10,11
29:3,7 32:7
34:25 36:7,8
39:7
**times** 16:3 17:3
19:4 36:9,15
**today** 7:2 8:21
10:23 16:23
36:11
**Toppin** 1:3 6:5
10:19 12:17,21
13:12 29:20
**Toppin's** 11:10
**transcript** 39:6
**travel** 9:3
**traveled** 16:3
**trips** 15:25

**true** 18:12 39:6
**truthful** 7:2
**try** 6:10
**trying** 37:21
**twice** 14:3
**two** 7:14 9:6,23
20:1 28:21
32:11 35:19
**type** 8:9
**typically** 31:17
35:13

**U**

**U** 5:1
**Uh-huh** 8:12 9:7
10:16 16:6
19:19 22:14
29:18 37:6
**understand** 6:14
37:21
**understanding**
10:25
**uniform** 8:18
**Unit** 7:12 31:5,8
**UNITED** 1:1
**unknown** 22:10
22:11
**unmarked** 9:4
**unnecessary**
15:5
**use** 9:24 36:6
**Usual** 6:20
**usually** 8:22
9:22 23:4

**V**

**vacate** 10:6
11:20 12:2,3,4
12:22 19:8
20:3 24:16
33:4
**vehicle** 8:7,9,12
8:13 9:3 15:22
**vehicles** 9:5,6
**verbally** 6:12
**vs** 1:5

**W**

**W** 3:1
**want** 6:16 13:3
14:13 26:10
**wasn't** 35:2
**we'll** 6:18 17:19
37:23
**we're** 6:6 10:19
16:12 22:9
**wearing** 8:18
**went** 14:3,15,23
15:16 17:3,24
18:2,18 19:4
21:8 29:3
35:20 37:4
**Williams** 1:6
2:15
**WITNESS**
15:13 17:25
38:22
**WOLFE** 1:23
**words** 34:16
**work** 8:4,24
27:25 28:3,7
28:12
**working** 26:8,24
**writ** 11:8,10
12:7,11 18:13
22:13,15 25:3
25:4,6,9,14,16
25:20
**write** 6:13,15
22:11,16 34:9
34:11,13
**writs** 26:25 33:7
**wrong** 28:5 34:6
37:16
**wrote** 22:15
33:25 34:7,12
38:6,9
**www.klwrepo...**
1:25

**X**

**X** 3:1 4:1
**XI01577** 39:24

**Y**

**yeah** 12:1 24:2
**year** 9:9
**years** 7:14

**Z**

**zero** 29:9

**0**

**1**

**1:30** 1:20
**10th** 18:7,19
19:9 21:15
23:19 34:24
35:5,15
**12** 1:12
**1200** 2:5
**1303** 1:23
**1401** 1:19 2:11
**146** 10:20 12:18
13:24 18:14,22
35:20
**146th** 23:22
**1515** 2:5
**16** 5:3
**1707-5002** 25:20
**18-13098-MDC**
1:2
**18th** 15:13 18:19
**19102** 1:24 2:12
**19109** 2:6
**19139** 18:15
**1st** 18:21 21:7
21:16 35:21

**2**

**2:21** 38:23
**2018** 7:16 15:13
18:7 21:1
22:22 29:17
30:22
**2019** 1:12
**21** 37:8,10
**21-day** 12:4
18:15 34:24
**215** 1:24

Case 18-00137-mdc   Doc 179-7   Filed 12/02/21   Entered 12/02/21 16:22:19   Desc
Exhibit Defendants Exhibits: D1 to D30   Page 386 of 386
Jetaria Taylor

Page 45

**215.551.7109**
 2:6
**215.686.0503**
 2:13
**230** 1:23
**25th** 22:22 29:16
**29** 5:3

---

**3**

**33** 3:6
**34** 3:7
**35** 3:6
**36** 3:4

---

**4**

**4** 24:15
**4:30** 27:15

---

**5**

**5** 24:16
**5-10-2018** 18:3
**580** 2:12

---

**6**

**6** 3:4
**6-25-18** 22:21
 38:6
**6-7-18** 33:23
**62nd** 10:20
 12:18 13:24
 18:14,22 23:22
 35:20

---

**7**

**7th** 20:24

---

**8**

**8** 11:13
**8th** 29:16

---

**9**

**9:45** 29:4,7
**922-7112** 1:24
**9th** 30:22