UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                                Telephone
Clerk                                                                                                             (215) 408-2800

December 2, 2021

Re:   Lyndel Toppin
      Plaintiff
      Jewell Williams, Sheriff of the City of
      Philadelphia;
      Abdeldayem Hassan, aka
      Abdeldyem Hassan
      Defendants
      Adversary No. 18-137-mdc
      Civil Action No.21-5144

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

(X) Cross appeal from order entered on 11/9/2021 and dated 11/8/2021
by the Honorable Magdeline D. Coleman .
   Notice of appeal filing fee (X)paid    ()not paid

() Designation of Record on Appeal Filed
() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .
   () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered by the Honorable .
   () Objections filed .

() Report and recommendation entered by the Honorable .
   () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By: Virginia S. De Buvitz
Deputy Clerk

---

Received Above material or record tile this __2nd__ day of __December__, 20 21 .

Civil Action No. __21-cv-5144__        Signature: _/s/ Steve Tomas_

Miscellaneous No. _____        Date: __12/2/21__

Assigned to Judge   Wendy Beetlestone

BFL5.frm(rev 11/8/17)